# <u>JOINT EXHIBIT 16</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]       Case No.: 22-17842-PDR

    Debtors.                                (Jointly Administered)
_____/

## DEBTORS' EXPEDITED APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF GRANT THORNTON LLP, AS FINANCIAL ADVISORS TO THE DEBTORS, EFFECTIVE AS OF DECEMBER 17, 2022
### *(Request for Hearing on January 19, 2023 at 2:00 p.m.)*

### Basis for Request for Expedited Hearing

The Debtors respectfully request the Court conduct an expedited hearing on this Application on January 19, 2023 at 2:00 p.m., when the Court is scheduled to consider other matters in these cases, because the services to be provided by Grant Thornton LLP, if approved, are an important component of the Debtors' sale efforts and ongoing diligence being performed by third parties who have indicated an interest in pursuing a sale transaction.

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through undersigned counsel, pursuant to 11 U.S.C. §§ 327(a), 328, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, file this application (the "Application") seeking approval of the employment of Grant Thornton LLP ("Grant Thornton") to serve as financial advisors to the Debtors to perform certain transaction advisory services, pursuant to an engagement

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

letter dated November 16, 2020 (the "Engagement Letter"), a Statement of Work for Tax Consulting Services dated December 17, 2022 (the "Tax Consulting SOW"), a Statement of Work for Tax Compliance Services dated December 17, 2022 (the "Tax Compliance SOW"), a Statement of Work for Transaction Advisory Services dated January 3, 2023, (the "Quality of Earnings SOW") and a Statement of Work for Debt Restructuring Tax Consulting Services dated January 4, 2023 (the "Debt Restructuring SOW") entered into between the Debtors and Grant Thornton LLP. The Engagement Letter, Tax Consulting SOW, Tax Compliance SOW, Quality of Earnings SOW and the Debt Restructuring SOW are referred to, collectively, as the "Engagement Documents"). In support of this Application the Debtors rely upon the *Declaration of Mark Margulies in Support of Debtors' Application for Approval of the Employment of Grant Thornton LLP as Financial Advisors to the Debtors, Effective as of December 17, 2022* (the "Margulies Declaration"), a copy of which is attached hereto as **Exhibit A**, and state as follows:

<strong>Jurisdiction and Venue</strong>

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 327(a) and 328 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2014.

<strong>Background</strong>

4.      On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

5.      The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

11786334-9

6.     For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26].

7.     On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

8.     On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors in these chapter 11 cases [ECF No. 245].

### Relief Requested and Basis Therefor

9.     The Debtors request the assistance of Grant Thornton to perform certain transaction advisory services as detailed below, relating to a potential sale of substantially all of the assets of the Debtors.

10.     By this Application, the Debtors request the Court to approve the terms of employment, including the proposed compensation arrangements described in the Engagement Documents attached hereto as **Exhibit B**.

11.     The specific areas that the Debtors require Grant Thornton to address, together with the services to be provided by Grant Thornton on behalf of the Debtors, are set forth below.

**A.     General Tax Consulting Services**

12.     Grant Thornton's services under the Tax Consulting SOW will consist of routine time-to-time tax consulting services extending beyond the scope of the services that do not exceed $25,000 in fees.   Grant Thornton's fees under the Tax Consulting SOW will be based upon Grant Thornton's discounted hourly rates, not to exceed $25,000, as follows:

| **Professional** | **Discounted Hourly Rates** |
|---|---|
| Partner | $785 |
| Managing Director | $732 |

3

| | |
|---|---|
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

13.     Services constituting distinct projects or otherwise requiring a separate Statement of Work as may be required, regardless of the nature of services or fees will be performed under a separate Statement of Work.

14.     Grant Thornton's billings for the services described in the Tax Consulting SOW will be rendered as follows:

| **Description** | **Fees** |
|---|---|
| March 2023 | As work incurred |
| July 2023 | Amount remaining |

15.     In addition to the hourly rates charged by Grant Thornton for its services under the Tax Consulting SOW, Grant Thornton will charge for expenses incurred related to this engagement, including, but not limited to, the legal expenses for counsel, time, and expenses associated with administering the engagement and Bankruptcy Court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

**B.    Tax Compliance Services**

16.     Grant Thornton's services under the Tax Compliance SOW consist of preparing specific returns and/or forms (the "Deliverables") as identified on the Addendum to the Tax Compliance SOW for the taxable year ending December 31, 2022.

4

11786334-9

17.     Grant Thornton will discuss with the Debtors any circumstances that require additional work beyond what is included in the Tax Compliance SOW, which may include, but is not limited to, work to satisfy obligations under applicable professional standards including additional fact gathering, analysis and preparation of disclosure forms, unforeseen scope changes including additional state returns or previously unidentified transactions or tax positions requiring analysis, and late or incomplete information provided by the Debtors.   If it appears that the stated fee will be exceeded, Grant Thornton will consult with the Debtors before continuing with the engagement.

18.     Grant Thornton will assist the Debtors with certain fixed asset depreciation services for the following entities:   Vital Pharmaceuticals, Inc., JHO GA-1 Investment, LLC, JHO NV-1 Investment, LLC, JHO Real Estate Investment, LLC and Sheridan Real Estate Investment, LLC, for the taxable period ended December 31, 2022.   The calculations will include calculations of regular and AMT depreciation/amortization (where applicable) and gain/loss from disposition of assets for state/local income tax purposes in federal and applicable non-conforming states.   All depreciation services will be based upon information provided by the Debtors and the Debtors' management will be solely responsible for calculating and determining any amounts recorded in the books, records, financial statements and footnotes thereto.   The services to be provided under the Tax Compliance SOW do not include an evaluation of whether the methods and lives specified by the Debtors are in accordance with generally accepted accounting principles, which are solely the responsibility of the Debtors and the Debtors' independent auditor.

19.     In addition, Grant Thornton will assist the Debtors with documenting the annual tax inventory uniform capitalization ("UNICAP") (the "Tax Inventory Capitalization Calculations") required under IRC Section 263A and the regulations thereunder, which serves are for federal income tax purposes only.  The UNICAP Services under the Tax Compliance SOW are

5

anticipated to include, but may not be limited to, assisting the Debtors' management with the following:

      a.     Gathering current year documentation and confirmations necessary for the calculation of the annual UNICAP adjustment, including trial balance(s), current book/tax differences, factual confirmations, and other relevant information, based on the existing UNICAP methods utilized by the Debtors.

      b.     Calculating the "roll-forward" UNICAP adjustment calculations for tax year ended December 31, 2022, under the established UNICAP cost methods for inventory, including determination of the applicable Schedule M adjustment(s) related to inventory capitalization.

20.    All UNICAP Services will be based on information provided by the Debtors. Further, the UNICAP Services under the Tax Compliance SOW do not include support on exam or at appeals. Additional services, such as the need for method changes, exam assistance, etc. will be agreed upon and provided under a separate Statement of Work due to the distinct nature of such services.

21.    Grant Thornton's fees under the Tax Compliance SOW will be $162,000. Separately, the fees for the Tax Inventory Capitalization Calculation will be based on Grant Thornton's discounted hourly rates as follows:

| **Professional** | **Discounted Hourly Rates** |
| --- | --- |
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |

11786334-9

| | |
|---|---|
| Associate | $290 |

Based on the information by Grant Thornton as of the date of this Motion, Grant Thornton anticipates that its fees for the Tax Inventory Capitalization Calculation will be $22,000, which is neither a maximum nor a fixed fee quote. The billings for services contemplated by the Tax Compliance SOW will be rendered as follows:

| **Description** | **Amount to be Billed** |
|---|---|
| January 2023 | $120,000 |
| March 2023 | $40,000 |
| May 2023 | Amount remaining |

22. In addition to the fees set forth above, Grant Thornton may bill the Debtors for reasonable direct, out-of-pocket expenses, including, but limited to, travel, lodging, overtime meals, and similar expense items. In addition, Grant Thornton's billings will include expenses related to this engagement including, but not limited, to the legal expenses for counsel, time, and expenses associated with administering the engagement and Bankruptcy Court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

**C.** **Transaction Advisory Services**

23. Grant Thornton's services under the Quality of Earnings SOW, as described in more detail in the SOW, will consist of reading available information, including internal financial statements and consolidating schedules and discuss with Company management to understand the business background, opportunities and key risk areas. The work will also consist of a Quality of Earnings Analysis, including understanding EBITDA addbacks/non-recurring adjustments

11786334-9

identified by Management and obtaining supporting documentation, and other tasks identified in more detail in the SOW. It will also include discussions with Management and reviewing documentation and gaining an understanding related to revenues and gross margin; the cost of goods sold; selling, general and administrative expenses; other income and expenses; the Company's cash and accounts; accounts receivable; inventory; prepaid and other expenses; property, plant and equipment; accounts payable and other liabilities; net debt and commitments and contingencies; and net working capital. Grant Thornton's fees under the Quality of Earnings SOW will be based upon Grant Thornton's discounted hourly rates, and estimated to be $200,000, as follows:

| **Professional** | **Discounted Hourly Rates** |
|---|---|
| Partner/Principal | $907 |
| Managing Director | $831 |
| Director | $746 |
| Senior Manager | $670 |
| Manager | $608 |
| Senior Associate | $428 |
| Associate | $347 |
| India - Manager | $404 |
| India – Senior Associate | $209 |

24.     Services constituting distinct projects or otherwise requiring a separate Statement of Work as may be required, regardless of the nature of services or fees will be performed under a separate Statement of Work.

8

D.     **Debt Restructuring Tax Consulting Services**

25.     Grant Thornton's services under the Debt Restructuring SOW consist of assisting the Debtors with the contemplated debt restructuring.  Grant Thornton's services will be provided in the following phases:

> i.     **Phase 1:  Computations, Analysis and Modeling**

26.     Grant Thornton's services under Phase 1 will consist of quantitative analysis and modeling as necessary to quantify the Debtors' tax consequences related to a transaction. Grant Thornton's services will quantify cancellation of debt income, assess whether it is taxable, quantify the impact on tax attributes to the extent that it is excluded, and review. Phase 1 may include the analysis of structuring alternatives and preparation of accompanying slidedeck, if requested. Additionally, Grant Thornton's services may also include reading and commenting on the U.S. tax implications of draft sales agreements or other transaction related agreements.

27.     The deliverable for Phase 1 will consist of a summary of Grant Thornton's supporting computations and conclusions which may include: whether there was a significant modification under Treas. Reg. § 1.1001-3, the measurement of cancellation of indebtedness under section 61(a)(11), the reduction of tax attributes under section 108, and other ancillary tax consequences related to the Transaction.

> ii.     **Phase 2:  Additional Documentation**

28.     If requested, Grant Thornton's services under Phase 2 will consist of written technical memorandum within conclusions and technical support for such conclusions.  Phase 2 may also include assisting the Debtors with reporting requirements related to the Transaction including Form 8937 and/or Form 892.   Grant Thornton's fees and deliverables for Phase 2 will be assessed and agreed upon after the completion of Phase 1.  The services to be provided by Grant Thornton under Phase 2 are solely for tax purposes and the Debtors' management is solely

responsible for calculating and determining any amounts the Debtors record in the books, records, financial statements, and footnotes thereto.  Any deliverables prepared by Grant Thornton are prepared solely for the Debtors' benefit and may not be shared without prior written consent from Grant Thornton.

29.     Grant Thornton's fees under the Debt Restructuring SOW will be based upon Grant Thornton's discounted hourly rates as follows:

| Professional | Discounted Hourly Rates |
| --- | --- |
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

Grant Thornton estimates that its fees will range from: (i) $50,000 to $100,000 for work performed under *Phase 1 – Computations, Analysis, and Modeling*; and (ii) an amount that has yet to be determined for work performed under *Phase 2 – Additional Documentation*.  These fees are neither a maximum nor a fixed fee quote.

30.     Grant Thornton will discuss with the Debtors any additional work that may be required, which includes, but is not limited to, work to satisfy Grant Thornton's obligations under applicable professional standards including additional fact gathering, analysis and preparation of disclosure forms, unforeseen scope changes including additional state returns or previously unidentified transactions or tax positions requiring analysis, and late or incomplete information provided by the Debtors.  If it appears that the stated fee will be exceeded, Grant Thornton will

10

consult with the Debtors prior to continuing with the engagement.

31.     In accordance with the Debt Restructuring SOW, Grant Thornton will invoice the Debtors an advance fee totaling $25,000.00 (the "Advance Fee") which is 50% of the engagement fee.  The Advance Fee to be paid by the Debtors will be taken into account in connection with the fee set forth in the Debt Restructuring SOW, and is reflected in the following billing structure:

| Billing Structure for Services | Fees |
| --- | --- |
| Advance Fee (50% of engagement fee) | $25,000 |
| Monthly progress billing | As time is incurred |

32.     As set forth in the Engagement Documents, Grant Thornton's billings are payable by the Debtor upon receipt. However, notwithstanding anything in the Engagement Documents, Grant Thornton has agreed to be compensated pursuant to the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [ECF No. 503].

33.     In addition to the fees set forth above, Grant Thornton may bill the Debtors for reasonable expenses related to the engagement, which include, but are not limited to, the reasonable legal expenses for counsel, time, and expenses associates with administering the engagement and Bankruptcy Court appearances.

34.     The fees to paid to Grant Thornton pursuant to the Engagement Documents were negotiated and, as set forth in the Margulies Declaration, are commensurate with the fees charged by Grant Thornton to perform similar financial advisory services.

35.     The Bankruptcy Code allows as debtor, with the Court's approval, to employ one or more professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons."  11 U.S.C. § 327(a).  Except as disclosed in the Margulies Declaration, neither Mark Margulies ("Margulies") nor Grant Thornton has any connection with

11

the creditors or parties in interest or their respective attorneys.  As set forth in the Margulies

Declaration, to the best knowledge of Margulies, neither he nor Grant Thornton represents any

interest adverse to the Debtors. Grant Thornton has a pre-petition claim in the amount of $128,570,

as set forth in the Margulies Declaration for its services.  However, as set forth in the Margulies

Declaration, Grant Thornton is willing to waive its prepetition claim against the Debtors if

authorized to provide post-petition services for the Debtors. The Margulies Declaration contains a

verified statement as required under Rule 2014 of the Federal Rules of Bankruptcy Procedure and

demonstrating that under these circumstances, Margulies and Grant Thornton are disinterested as

required by Section 327(a) of the Bankruptcy Code.

### Grant Thornton's Qualifications

36.     Grant Thornton and its professionals and employees have a wealth of experience in

providing financial advisory services to distressed organizations, including those operating as

chapter 11 debtors-in-possession. Attached hereto as **Exhibit C** is the Curriculum Vitae of Mark

Margulies and Simon Jewkes, the primary engagement principal and partner responsible for the

transaction advisory and tax services, respectively.

37.     The Debtors submit that the employment of Grant Thornton under the terms and

conditions contained in the Engagement Letter will benefit the Debtors' estates and their creditors.

### Limitations on Liability and Indemnification Matters

38.     As set forth in the Engagement Letter, with respect to the services and the

Engagement Letter generally, the liability of Grant Thornton and its present, future, and former

partners, principals, directors, employees, agents and contractors (collectively, the "Grant

Thornton Firm") for all claims, including but not limited to the Grant Thornton Firm's own

negligence, shall not exceed the fees payable for the portion of the work giving rise to such

liability.  This limitation shall not apply to the extent that it is finally determined that any claims,

losses, damages are the result of the Grant Thornton Firm's willful misconduct or fraud.  Further, the Debtors have agreed, as set forth in the Engagement Letter, that in no event shall the Grant Thornton Firm be liable for any indirect, special, consequential, punitive, incidental, or exemplary damages or loss, including without limitation, any lost profits, taxes, interest, penalties, loss or savings, or lost business opportunity.  In responding to any claim asserted, the Grant Thornton Firm shall avail itself of any defense available to it under applicable law, but in no event shall the aggregate liability of the Grant Thornton Firm for any claims, losses or damages related to the Engagement Letter exceed an amount that is proportional to the relative fault of the Grant Thornton Firm that is finally determined to have caused the Debtors' losses.

39.     As set forth in the Engagement Letter, the Debtors agreed to indemnify, defend or hold harmless the Grant Thornton Firm from and against any liability, damages, fees, expenses, losses, demands and costs (including reasonable defense costs) associated with any claim arising from or relating to: (i) misrepresentations made by the Debtors or their agents; (ii) any third party claims related to the service provided under the Engagement Letter; or (iii) false or incomplete information provided to Grant Thornton by the Debtors, the Debtors' agents, or a third party at the Debtors' request.  The Debtors have agreed to reimburse the Grant Thornton Firm for all reasonable expenses including reasonable attorneys' fees and expenses, as they are incurred in connection with the investigation of, preparation for, or defense of, any pending or threatened claim or action or proceeding arising from the Engagement Letter, whether or not the Grant Thornton Firm is a party.

40.     In the event of any controversy or claim against Grant Thornton arising from or related to the services described in the Engagement Letter, Grant Thornton shall have entitled, at its option, to defend itself from such controversy or claim.  In addition, Grant Thornton also reserves the right to participate in any settlement, administrative or judicial proceedings, and Grant

13

Thornton's decision to abstain or defend or participate in any proceedings shall in no way prejudice its rights to indemnification.

41.     Grant Thornton has agreed, upon the receipt of written notice, to indemnify, defend and hold harmless the Debtors from any against any liability, damages, fees, expenses, losses, demands and costs (including reasonable defense costs) associated with any claim arising from or relating to any bodily injury or tangible or real property damage or any infringement of third-party United States intellectual property rights, caused by Grant Thornton or its personnel in the performance of its service.  The Debtors agree to reimburse the Debtors for all reasonable expenses including reasonable attorneys' fees and expenses, as they are incurred in connection with the investigation of, preparation of, or defense of, any pending or threatened claim or action or proceeding arising from the Engagement Letter, whether or not the Debtors are a party.

42.     In the event of any controversy or claim against the Debtors arising from or related to the services described in the Engagement Letter, the Debtors shall be entitled, at their option, to defend themselves from such controversy or claim.  The Debtors also reserve the right to participate in any settlement, administrative or judicial proceedings, and the Debtors' decision to abstain or defend or participate in any proceedings shall in no way prejudice their rights to indemnification.

**WHEREFORE**, the Debtors respectfully request entry of an order in the form annexed hereto as **Exhibit D**: (a) approving the Debtors' employment of Grant Thornton as their financial advisors, pursuant to the terms of the Engagement Documents, effective as of December 17, 2022, (b) approving the compensation of Grant Thornton as set forth herein and in the Engagement Documents; (c) authorizing the Debtors to pay the Advance Fee to Grant Thornton in the amount

14

of $25,000; and (d) granting such other and further relief as is just and proper.

Dated: January 13, 2023
      Miami, Florida

Respectfully submitted,

George A. Davis (admitted *pro hac vice*)
Tianjiao ("TJ") Li (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
      tj.li@lw.com
      brian.rosen@lw.com
      jon.weichselbaum@lw.com

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
      mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for the Debtors*

**EXHIBIT A**

**(Margulies Declaration)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                          Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]        Case No.: 22-17842-PDR

    Debtors.                                 (Jointly Administered)
_____/

### DECLARATION OF MARK MARGULIES IN SUPPORT OF DEBTORS' APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF GRANT THORNTON LLP, AS FINANCIAL ADVISORS TO THE DEBTORS, EFFECTIVE AS OF DECEMBER 17, 2022

    I, Mark Margulies, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

    1.    I am the Managing Partner of the South Florida offices of Grant Thornton LLP ("Grant Thornton"). Grant Thornton is a nationally recognized tax, audit, and financial advisory firm with particular experience in providing audit services to large and mid-size public and private companies. Grant Thornton maintains approximately 50 offices nationwide in Arizona, California, Colorado, Connecticut, Florida, Georgia, Illinois, Kansas, Maryland, Massachusetts, Michigan, Minnesota, Missouri, Nevada, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, Texas, Utah, Virginia, Washington, D.C., Wisconsin, and internationally. I am based in Grant Thornton's Fort Lauderdale office located at 1301 International Parkway, Suite 300, Ft. Lauderdale, FL 33323.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

2.       I am authorized to and hereby submit this declaration (the "Declaration") on behalf

of Grant Thornton LLP, pursuant to sections §§ 105, 327(a) and 328(a) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") in support of the *Debtors' Application for Approval of the Employment*

*of Grant Thornton LLP as Financial Advisors to the Debtors, Effective as of December 17, 2022*

(the "Application") filed by the Debtors.[2]  Except as otherwise noted, I have personal knowledge

of the matters set forth herein, and, if called as a witness, I would testify competently thereto.[3]

3.       To the best of my knowledge, information and belief, insofar as I have been able to

ascertain after reasonable inquiry, other than in connection with these chapter 11 cases, neither I,

nor Grant Thornton, nor any of its partners, principals, employees, agents or affiliates, have any

connection with the Debtors, their creditors, the United States Trustee, or any other party with an

actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants,

except as set forth below:

a.       Grant Thornton is not employed by, and has not been employed by, any

entity other than the Debtors in matters related to these chapter 11 cases.

b.       From time to time, Grant Thornton has provided services, and likely will

continue to provide services, to certain creditors of the Debtors and various other parties adverse

to the Debtors in matters wholly unrelated to these chapter 11 cases. As described below, Grant

Thornton has undertaken a detailed search to determine, and to disclose, whether it is providing or

has provided, services to any significant creditor, equity security holder, insider or other party-in-

interest in such unrelated matters.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Grant Thornton and are based on information provided by them.

11787056-3

c. Grant Thornton provides services in connection with numerous cases, proceedings and transactions unrelated to these chapter 11 cases. Those unrelated matters involve numerous attorneys, financial advisors and creditors, some of which may be claimants or parties with actual or potential interests in these chapter 11 cases, or may represent such parties.

d. Grant Thornton's personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases. In addition, in the ordinary course of its business, Grant Thornton may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other interested parties in these chapter 11 cases.

4. Grant Thornton searched its client database to determine whether Grant Thornton had any relationships with the following (collectively, the "Interested Parties"):

    a. the Debtors;

    b. the Debtors' officers, directors and equity holders, as provided to Grant Thornton by the Debtors;

    c. the Debtors' secured creditors, as provided to Grant Thornton by the Debtors; and

    d. the Debtors' consolidated 30 largest unsecured creditors, as provided to Grant Thornton by the Debtors;

5. Based on that search, Grant Thornton represents that, to the best of its knowledge, Grant Thornton knows of no fact or situation that would represent a conflict of interest for Grant Thornton with regard to the Debtors. Grant Thornton, however, wishes to disclose the list of checks and any relationships from the Interested Parties List on **Schedule 1**, attached hereto.

6. Grant Thornton submits that it holds no adverse interest as to the matters for which it has been employed by the Debtors. Grant Thornton submits that there are no simultaneous or prospective engagements existing, including that on behalf of the Debtors, which would constitute

3

a conflict or adverse interest as to the matters for which it has been employed by the Debtors, nor would Grant Thornton staff such part-time temporary staff on any future matter that would constitute a conflict or adverse interest to these matters.

7. Grant Thornton previously provided certain services to the Debtors prepetition. As of the filing of the Debtors' bankruptcy petitions, the Debtors owed Grant Thornton $128.570.00 in fees and costs. However, Grant Thornton has agreed to waive its prepetition claim against the Debtors if authorized to provide post-petition services for the Debtors.

8. Grant Thornton includes advisors and crisis managers who provide services and advice specifically in the areas of restructuring and distressed debt. As a result, Grant Thornton has represented and may in the future represent certain Interested Parties in matters wholly unrelated to these chapter 11 cases, either individually or as part of representation of a committee of creditors or interest holders.

9. Grant Thornton is a "disinterested person" as that term is defined in section 101(14), given that, to the best of my information and belief, Grant Thornton:

       a. is not a creditor, an equity security holder, or an insider of the Debtors;

       b. is not and was not, within two years before the commencement of these chapter 11 cases, a director, officer or employee of the Debtors; and

       c. does not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

10. Despite the efforts described above to identify and disclose Grant Thornton's connections with parties in interest in these chapter 11 cases, Grant Thornton is unable to state with certainty that every client relationship or other connection has been disclosed. In that regard,

11787056-3

if Grant Thornton discovers additional information that requires disclosure, Grant Thornton will file a supplemental disclosure with the Court.

11.      Grant Thornton reserves the right to supplement this Declaration in the event that Grant Thornton discovers any facts bearing on matters described in this Declaration regarding Grant Thornton's employment by the Debtors.

12.      No compensation has been paid or promised to be paid from a source other than the Debtors' estates in these chapter 11 cases.  No promises have been received by Grant Thornton nor by any advisors or attorneys thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code.  Grant Thornton has no agreement with any other entity to share with such entity any compensation received by Grant Thornton in connection with these chapter 11 case, except among employees of Grant Thornton.

13.      Grant Thornton intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to approval of this Court as stated in the Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Grant Thornton.  Grant Thornton has agreed to discount its hourly rates for these engagements, which discounted rates are set forth as follows for the Tax Consulting, Tax Compliance and Debt Restructuring services, the rates are

| Professional | Discounted Hourly Rates |
|---|---|
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |

5

11787056-3

| Senior Associate | $475 |
|------------------|------|
| Associate | $290 |

For the Transaction Advisory services, the discounted hourly rates are:

| **Professional** | **Discounted Hourly Rates** |
|------------------|------------------------------|
| Partner/Principal | $907 |
| Managing Director | $831 |
| Director | $746 |
| Senior Manager | $670 |
| Manager | $608 |
| Senior Associate | $428 |
| Associate | $347 |
| India - Manager | $404 |
| India – Senior Associate | $209 |

14.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  The discounted hourly rate of Mark Margulies, who will be principally responsible for the tax services to be performed on behalf of the Debtors is $785.  The Debtors believe that the fee structure is reasonable, market-based, and designed to compensate Grant Thornton fairly for its work.

15.     Any additional services beyond the scope of the services set forth above and in the Engagement Documents will be subject to the approval of the Court after notice and a hearing.

16.     In addition, as set forth in the Application, Grant Thornton will bill for out-of-

11787056-3

pocket expenses in connection with the matters contemplated by this engagement, including, but not limited, to the legal expenses for counsel, time, and expenses associated with administering the engagement and Bankruptcy Court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

17.     This concludes my Declaration.

**28 U.S.C 1746 Declaration**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January  13      , 2023

MARK MARGULIES

## Schedule 1

Conflict Check Entities

**Debtors**
Bang Energy Canada, Inc.
JHO Intellectual Property Holdings, LLC
JHO Real Estate Investment, LLC
Quash Seltzer, LLC
Rainbow Unicorn Bev LLC
Vital Pharmaceuticals International Sales, Inc.
Vital Pharmaceuticals, Inc. – Client Relationship

**Secured Creditors**
Agcountry Farm Credit Services, FLCA
Citizens Bank, N.A.
CoBank, ACB
Comerica Bank
Compeer Financial, PCA
Farm Credit Bank of Texas
Federal Agricultural Mortgage Corporation
Greenstone Farm Credit Services, FLCA
HSBC Bank USA, N.A.
Huntington National Bank
Synovus Bank
Truist Bank
United Community Bank d/b/a Seaside Bank and Trust

**Current and Former Officers and Directors of Debtors and Affiliates**
Greg Robbins
Frank Massabki
Rich Caruso
Kathleen Cole
Eric Hillman
Gregg Metzger
Gene Bukovi
Eugene Bukovi
Guillermo Escalante
Steven Panagos

**Significant Equity holders**
John H. Owoc – Client relationship

**Unsecured Creditors (30 Largest Claims)**
7-Eleven, Inc.
Ardagh Metal Beverage USA, Inc.
Ball Metal Beverage Container Corp.
Bevcorp LLC
Crown Cork & Seal USA, Inc.
Dairy Farmers of America, Inc.
Direct Connect Logistix, Inc.
Doehler USA, Inc.
Fona International, Inc.
Graphic Packaging International
Green Wave Ingredients (GWI)

11787056-3

Inventus, LLC/Legility
Monster Energy Company
Nelson Mullins Broad and Cassel f/k/a Nelson Mullins Riley & Scarborough LLP
Orange Bang, Inc.
Pepsico – Client Relationship
Premier Distributing Company
Priority-1, Inc.
QuikTrip Corporation
Speedway LLC
Stellar Group, Inc.
Target Corporation
The American Bottling Company
Total Quality Logistics LLC
Trinity Logistics, Inc.
Varni Brothers Corporation
Webb & Gerritsen
Wild Flavors, Inc.
XPO Global Forwarding, Inc.

Other
Bank of America – Client Relationship
PayPal – Client Relationship
Quarles & Brady – Client Relationship

**EXHIBIT B**

**(Engagement Documents)**



GRANT THORNTON LLP
1717 MAIN STREET, STE 1800
Dallas, TX. 75022
D    214 561 2300
F    214 561 2370
S    linkd.in/grantthorntonus
     twitter.com/grantthorntonus

November 16, 2020

Jack Owoc
Chief Executive Officer
Greg.Robbins@vpxsports.com
(214) 729-9595
Vital Pharmaceuticals
1600 N. Park Drive Weston, FL 33326


Dear Mr. Owoc:

Grant Thornton LLP ("Grant Thornton," "Firm," or "we") is pleased to provide professional services (the "Services") to Vital Pharmaceuticals, Inc., d/b/a as Bang Energy, including all affiliated entities or subsidiaries to which this Agreement will apply, (the "Company," "Client," or "you"). The purpose of this Engagement Letter (the "Letter"), Attachment A – Standard Grant Thornton LLP Engagement Terms, and any related Statement(s) of Work, as defined below, (collectively, the "Agreement") is to confirm the scope and terms of our engagements. This Agreement is structured to allow us to offer professional services under a single agreement through the execution of Statements of Work for each project.

The Agreement is effective on October 29, 2020 (the "Effective Date") and will remain in full force and effect in accordance with its terms until terminated by either party in accordance with the termination provision set forth in Attachment A. Attachment A – Standard Grant Thornton LLP Engagement Terms (Version 2020.04) ("Attachment A") contains the terms and conditions of this Agreement that reflect our mutual understanding. You should read it carefully. Because applicable professional standards, laws, and regulations may change in the future, Grant Thornton reserves the right to amend this Agreement upon appropriate notice to you upon receiving your consent.

### Delivering the services

The Services we provide to you under this Agreement will be set forth in distinct Statements of Work signed by Grant Thornton and your authorized representative, specifying matters including applicable professional standards, scope, deliverables, timing, fees, and payment terms. The Statements of Work may include additional provisions that are necessary in regards to the applicable professional standards, including matters pertaining to any applicable independence requirements, such as audit committee pre-approval of the services.

From time to time in the course of our relationship, we may perform Services that you request without a Statement of Work. This Agreement will cover all Services rendered whether or not the parties execute a Statement of Work. Such Services will be billed at our standard hourly rates or as otherwise mutually agreed.

### Other matters

This Agreement may be executed in any number of counterparts, each of which shall be an original, but such counterparts shall together constitute one and the same agreement.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



Vital Pharmaceuticals (Bang Energy)
October 29, 2020
Page 2 of 8

This Agreement may be executed and delivered by either party by electronic transmission. For purposes of this Agreement, any signature page signed and transmitted electronically shall be treated as an original document, and the signature of any party thereon, for purposes hereof, shall be considered as an original signature and the document transmitted electronically shall be considered to have the same binding effect as an original signature on an original document.

Please confirm your acceptance of this Agreement by signing below, signing the enclosed Statement(s) of Work, and returning the signed Agreement to me either via mail or electronically. We look forward to the opportunity to serve you.

Very truly yours,

**GRANT THORNTON LLP**

DocuSigned by:

*Kevin Surovcik*

Date: 11/16/2020 | 2:59 PM CST

Kevin Surovcik
Managing Director – Technology Transformation

Enclosures:
Attachment A
Statement(s) of Work

**Agreed and Accepted**

The foregoing letter, Attachment A and the attached Statement(s) of Work, if applicable, fully describe our understanding and are accepted by us.

Jack Owoc

John owoc (Nov 23, 2020 17:12 EST)

Date: 11/23/2020

Jack Owoc
Chief Executive Officer

Vital Pharmaceuticals
1600 N. Park Drive
Weston, FL 33326

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



## ATTACHMENT A - STANDARD GRANT THORNTON LLP ENGAGEMENT TERMS

It is understood and agreed that the terms and conditions in this Attachment A refer to the Grant Thornton Letter to which it is attached. The addressee of the Letter, by signing the Letter, represents that the representative has the authority to bind the Client to the terms of the Letter, this Attachment A and any Statement(s) of Work (collectively, the "Agreement") and agrees to all of the terms and conditions in this Attachment A. In the event that there is a conflict between this Attachment A and the Letter, including any Statements of Work, attachments, or amendments to the Agreement, the terms of this Attachment A shall control. Any capitalized terms in this Attachment A that are not defined shall have the meanings set forth in the Letter.

1    Management Responsibilities. Grant Thornton assumes no management responsibilities for you. Accordingly, you agree to perform all management responsibilities and oversee the services under each applicable Statement of Work by designating an individual, preferably within senior management, who possesses suitable skill, knowledge, and/or experience and who will evaluate the adequacy and results of the Services performed and accept responsibility for the results of the Services.

To avoid assuming management responsibilities when providing non-attest services to you, you agree that management, including your designated representative will make an informed judgment on the results of the Services as described in the applicable Statement of Work and be responsible for making the significant judgments and decisions that are the responsibility of management. In addition, you agree to undertake: (a) all management decisions and perform all management functions, including maintaining all internal books and records; (b) evaluation of the adequacy and results of the Services, and responsibility for such results; and (c) the establishment and maintenance of effective internal controls, including monitoring activities, retaining custody of your assets and controlling your premises.

2    Business Risk Allocations.

The terms of this Section 2 shall apply regardless of the nature of any claim asserted (including but not limited to contract, statute, tort, strict liability, or negligence, whether by you, Grant Thornton, or others) but such terms shall not apply to the extent finally determined to be contrary to any applicable law.

a)    Limitation of Liability. With respect to the Services and this Agreement generally, the liability of Grant Thornton and its present, future, and former partners, principals, directors, employees, agents and contractors (collectively referred to as the "Grant Thornton Firm") for all claims, including but not limited to the Grant Thornton Firm's own negligence, shall not exceed the fees payable for the portion of the work giving rise to such liability. This limitation shall not apply to the extent that it is finally determined that any claims, losses, or damages are the result of the Grant Thornton Firm's willful misconduct or fraud.

b)    **YOU HEREBY WAIVE, AND IN NO EVENT SHALL THE GRANT THORNTON FIRM BE LIABLE FOR, ANY INDIRECT, SPECIAL, CONSEQUENTIAL, PUNITIVE, INCIDENTAL, OR EXEMPLARY DAMAGES OR LOSS, INCLUDING WITHOUT LIMITATION, ANY LOST PROFITS, TAXES, INTEREST, PENALTIES, LOSS OF SAVINGS, OR LOST BUSINESS OPPORTUNITY.**

In responding to any claim asserted, the Grant Thornton Firm shall avail itself of any defense available to it under applicable law, but in no event shall the aggregate liability of the Grant Thornton Firm for any claims, losses or damages related to this Agreement exceed an amount that is proportional to the relative fault of the Grant Thornton Firm that is finally determined to have caused your losses.

c)    Indemnity. You shall, upon the receipt of written notice, indemnify, defend and hold harmless the Grant Thornton Firm from and against any liability, damages, fees, expenses, losses, demands and costs (including reasonable defense costs) associated with any claim arising from or relating to: (i) misrepresentations made by you or your agents; (ii) any third party claims related to Services provided under this Agreement; or (iii) false or incomplete information provided to us by you, your agents, or a third party at your request. You agree to reimburse the Grant Thornton Firm for all reasonable expenses including reasonable attorney's fees and expenses, as they are incurred in connection with the investigation of, preparation for, or

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

 **Grant Thornton**

defense of, any pending or threatened claim or action or proceeding arising from this Agreement, whether or not the Grant Thornton Firm is a party.

In the event of any controversy or claim against Grant Thornton arising from or related to the Services described herein, Grant Thornton shall be entitled, at its option, to defend itself from such controversy or claim. Grant Thornton also reserves the right to participate in **any settlement, administrative, or judicial proceedings. Grant Thornton's decision to abstain or defend or participate in any proceedings** as set forth above shall in no way prejudice its rights to indemnification.

Grant Thornton shall upon the receipt of written notice, indemnify, defend and hold harmless Client from and against any liability, damages, fees, expenses, losses, demands and costs (including reasonable defense costs) associated with any claim arising from or relating to any bodily injury or tangible or real property damage or any infringement of third-party United States intellectual property rights, caused by Grant Thornton or its personnel in the performance of its Services. You agree to reimburse the Client for all reasonable expenses including **reasonable attorney's fees and expenses, as** they are incurred in connection with the investigation of, preparation for, or defense of, any pending or threatened claim or action or proceeding arising from this Agreement, whether or not the Client is a party.

In the event of any controversy or claim against the Client arising from or related to the Services described herein, Client shall be entitled, at its option, to defend itself from such controversy or claim Client also reserve the right to participate in any **settlement, administrative, or judicial proceedings. Client's decision to abstain or defend or participate in any proceedings** as set forth above shall in no way prejudice its rights to indemnification.

d) <u>Limitation on Period to File Claims.</u> It is expressly agreed that any claim by or on behalf of either party arising out of the Services, whether it be in contract, tort, or otherwise, shall be deemed waived if a claim is asserted more than two (2) years from the date that the Deliverable is issued.

3 <u>Use of Documentation and Reliance.</u> In accordance with professional standards, the working papers for the Services are the property of Grant Thornton and constitute confidential information. The working papers shall mean all items prepared by Grant Thornton solely for purposes of the applicable Statement of Work to substantiate the work being performed hereunder. Grant Thornton acknowledges that it has a responsibility to retain the working papers for a period of time sufficient to satisfy any applicable legal or regulatory requirements for records retention.

Except for filings with state or federal tax authorities on tax matters, all data, materials, deliverables and reports, and opinions delivered to you (the "Deliverables") are prepared solely for the internal use of the Client's management, employees and board of directors. You agree to protect all Deliverables from unauthorized use and prevent disclosure of the Deliverables to unauthorized third parties who may rely on them. Taxing jurisdictions are not considered third parties with respect to tax filings contemplated in a Statement of Work.

Moreover, you agree that we have not and shall not be deemed to assume any duties or obligations to any third party, including without limitation an affiliate, subsidiary, parent company or shareholders, partners, members, creditors or any third party beneficiaries. In the event that one of your affiliates not bound by you to this Agreement desires Grant Thornton's services, such affiliate may execute a Statement of Work, which binds it to the terms of this Agreement.

Our Deliverables will be based on our interpretation of the federal and state laws, regulations, administrative and judicial pronouncements, and other relevant authorities, in effect when we provide the Deliverables. All of these authorities are subject to change, and such change may be retroactive or prospective in effect. We assume no responsibility to either advise you of, or to update our conclusions, for changes in respect to federal and state laws, regulations, administrative and judicial pronouncements, and other relevant authorities expressly set forth in this Agreement and applicable law.

Grant Thornton shall retain sole and exclusive ownership of and all right, title, and interest in and to any know-how, concepts, techniques, methodologies, ideas, processes, models, templates, tools, utilities, routines, and trade secrets that (i) existed prior to, or were developed independent of, this engagement or (ii) may have been discovered, created, or developed by Grant Thornton as a result of its own efforts during this engagement, which are of general application and do not contain Client's Confidential Information (collectively, the "Grant Thornton Property"). Client shall acquire no right to or interest in the Grant Thornton Property, except for a non-exclusive, non-transferable, royalty-free right to use such Grant Thornton Property solely in connection with Client's permitted use of the Deliverables to the extent any Grant Thornton Property is incorporated therein. Client will not sublicense or otherwise grant any other party any rights to use, copy, or otherwise exploit or create derivative works from the Grant Thornton Property.

4 <u>Other Costs.</u> Unless expressly provided for, the Services do not include giving testimony or appearing or participating in discovery proceedings, in administrative hearings, in court, or in other legal or regulatory inquiries or proceedings. Except

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



with respect to a dispute or litigation between Grant Thornton and the Client, Grant Thornton's costs, expenses and time spent in legal and regulatory matters or proceedings arising from this Agreement, such as subpoenas, testimony, bankruptcy fee filing, or consultation involving private litigation, arbitration, industry, or government regulatory inquiries, whether made at the Client's request or by subpoena or equivalent, will be billed to the Client separately at Grant Thornton's standard rates for such services.

5     Access to Resources and Information. Unless specified in a Statement of Work as the responsibility of Grant Thornton to provide, you shall have obtained for us on a timely basis any internal and third party permissions, licenses or approvals that are required for us to perform the Services contemplated hereunder (including use of any necessary software or data). You shall also provide us, on a timely basis, with all information, approvals and assistance as may be necessary to our work or as we may reasonably request, and our personnel assigned to any engagement hereunder shall not be assumed or deemed to have knowledge of information provided to other Grant Thornton engagement teams or third parties.

6     Term and Termination. This Agreement will commence on the Effective Date and it will not expire, unless earlier terminated as provided in this Attachment A. We shall each have the right to terminate this Agreement, in whole or in part, at any time without further obligation to the other  by giving not less than thirty (30) days written notice to the other party; provided that in-process Statements of Work shall be completed, except in the event of an uncured, material breach by either party. Further, Grant Thornton shall have the right to terminate this Agreement immediately if it discovers practices by you that we deem dishonest, fraudulent, or illegal; or we determine that application of or changes in applicable rules or professional standards, such as those established by the American Institute of Certified Public Accountants, Public Company Accounting Oversight Board, or U.S. Securities and Exchange Commission, result in the Grant Thornton Firm's inability to complete the work. In the event that either party terminates this Agreement or any or all Statements of Work as set forth in this section, you agree to pay us for the Services, including out-of-pocket expenses and costs, rendered up to the date of such termination, except for a termination caused by Grant Thornton's uncured material breach.

7     Use of Third-Party Service Providers and Affiliates

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd ("GTIL"), a global organization of member firms in over one hundred ten (110) countries. Member firms are neither members of one international partnership nor otherwise legal partners with one other. There is no common ownership, control, governance, or agency relationship among member firms.  Services are delivered by the member firms.  GTIL does not provide services to clients. GTIL and its member firms are not agents of, and do not obligate one another and are not liable for one another's acts or omissions.

Grant Thornton may use third party service providers, such as independent contractors, specialists, or vendors, to assist in providing the Services. Grant Thornton may also use GTIL member firms, affiliates (including the GT US Shared Services Center India Private Limited ("GTSSC") and/or the Grant Thornton Knowledge and Capability Center India Private Limited ("KCC"), affiliates of Grant Thornton located in Bangalore, India), or other accounting firms. Such entities may be located within or outside the United States. In the event that you desire the services of GTIL member firms or affiliates of Grant Thornton LLP, we will seek your prior written consent before subcontracting the Services to them by specifying such third party service providers in the applicable SOW or otherwise. Such GTIL member firms and affiliates of Grant Thornton LLP shall receive the benefit of the protections in this Agreement, including without limitation this Attachment A.  In the event Grant Thornton subcontracts some of the Services to a GTIL member firm, Grant Thornton takes sole responsibility for all work performed in relation to the applicable SOW and Client agrees that, with respect to work that is the subject of the SOW, its sole recourse is against Grant Thornton.

Additionally, Grant Thornton may use third parties to provide administrative and operational support to Grant Thornton business operations. All of these third-party service providers are subject to confidentiality obligations to protect the confidentiality of client data. Such entities may be located within or outside the United States.

8     Electronic Communications. During the course of our engagement, we may need to electronically transmit confidential information to each other and to third-party service providers or other entities engaged by either Grant Thornton or you. Electronic methods include telephones, cell phones, e-mail, cloud services and fax. These technologies provide a fast and convenient way to communicate. However, all forms of electronic communication have inherent security weaknesses, and the risk of compromised confidentiality cannot be eliminated. You agree to the use of electronic methods to transmit and receive information, including confidential information and accept the risk of doing so.

Grant Thornton shall not be responsible for any (i) service interruptions of or (ii) corruption or damages to the Client's or third party's information systems, and the information and data contained therein, including but not limited to denial of access, and automatic shut-down of information systems caused by or resulting from Grant Thornton's performance of the Services.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



Vital Pharmaceuticals (Bang Energy)
October 29, 2020
Page 6 of 8

**9**      Privacy. Grant Thornton is committed to protecting personal information. Grant Thornton will maintain such information in confidence in accordance with professional standards and governing laws. Therefore, any personal information provided to us by the Client will be kept confidential and not disclosed to any third party unless expressly permitted by the Client or required by law, regulation, legal process, or professional standards. Client will not provide any personal information unless necessary for Grant Thornton to perform the Services. Client will anonymize, mask, obfuscate, and/or de-identify all personal information unless Grant Thornton requires it to provide the Services. Specifically the Client is responsible for obtaining, pursuant to law or regulation, consents from parties that provided the Client with their personal information, which will be obtained, used, and disclosed by Grant Thornton for its required purposes.

Notwithstanding anything to the contrary herein, Grant Thornton imposes no conditions of confidentiality on any information it provides to you to the extent that it concerns the tax structure or tax treatment of any transaction.

**10**      Management Representations. Our findings, conclusions, and recommendations are limited solely to the matters for which we were engaged. No conclusions should be inferred as to any matters not specifically covered in the Agreement. Further, the findings, conclusions, and recommendations are based upon the facts and information presented by you and may be inapplicable if the actual facts differ from those presented in any respect.

You represent that we may rely on the following, to the extent applicable, without verification:

a)      All original documents, signatures and copies of documents provided by you, a third party at your request, or your agents are authentic.

b)      When only drafts of pertinent documents are available, the executed versions of the draft documents will not vary materially from the ones provided by you, a third party at your request, or your agents for examination.

c)      There are no inconsistent or adverse facts that are not otherwise provided by you, a third party at your request, or your agents and not apparent from the face of the documents that we have relied upon.

d)      All legal documents necessary to perform the Services have been duly and validly authorized, approved and executed by the appropriate persons.

e)      To the extent that you provide us with reports from licensed environmental engineers or other licensed professional service providers, you authorize us to rely upon such reports in performing our Services.

With respect to (a) – (e) above, you hereby agree not to sue the Grant Thornton Firm and hereby release the Grant Thornton Firm from all claims, whether known or unknown, liability, damages, fees, expenses and costs (including reasonable defense costs) relating to the Services that arise or relate to any information provided by you, your personnel or agents, that is false, misleading, incomplete, or not current.

**11**      Standards of Performance. We will perform our Services in conformity with the terms expressly set forth in each Statement of Work, including all applicable professional standards. Accordingly, our Services shall be evaluated solely on our substantial conformance with such terms and standards expressly set forth in the Statement of Work and applicable law.

**12**      Dispute resolution.

Any controversy or claim arising out of or relating to the services, related fees, or this Agreement shall first be submitted to mediation. A mediator will be selected by agreement of the parties, or if the parties cannot agree, a mediator acceptable to all parties will be appointed by the American Arbitration Association ("AAA"). The mediation will proceed in accordance with the customary practice of mediation. In the unlikely event that any dispute or claim cannot be resolved by mediation, we both recognize that the matter will probably involve complex business or accounting issues that would be decided most equitably to us both by a judge hearing the evidence without a jury. Accordingly, to the extent now or hereafter permitted by applicable law, the Company and Grant Thornton agree to waive any right to a trial by jury in any action, proceeding, or counterclaim arising out of or relating to our services or this Agreement.

**13**      General.

a)      Neither party shall assign any rights, obligations or claims relating to this Agreement.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



b)      Neither party shall be liable for any delay or failure in performance due to circumstances beyond its reasonable control.

c)      Except for GTIL member firms and other Grant Thornton affiliates, no third-party beneficiaries are intended under this Agreement.

d)      Neither party shall use the other's name, service marks, or trademarks without prior written consent.

e)      This Agreement, including its formation and the parties' respective rights and duties and all disputes that might arise from or in connection with this Agreement or its subject matter, shall be governed by and construed in accordance with the laws of Illinois, without giving effect to conflicts of laws rules. The parties consent to the personal jurisdiction of the courts of Broward, County, Florida and the United States District Court for the District of such state. The parties agree that their sole recourse for claims arising hereunder will be in the United States courts and each party waives objection to venue in any of these courts, except as otherwise stated in Section 12 regarding dispute resolution.

f)      Each party is an independent contractor with respect to the other and shall not be construed as having an employee/employer, trustee, joint venture, agency or fiduciary relationship.

g)      If any portion of this Agreement is held invalid, it is agreed that such invalidity shall not affect any of the remaining portions. If because of a change in the Client's status or due to any other reason, any provision in this Agreement would be prohibited by laws, regulations, or published interpretations by governmental bodies, commissions, state boards of accountancy, or other regulatory agencies, such provision shall, to that extent, be of no further force and effect, and the Agreement shall consist of the remaining portions.

h)      This Agreement, including any other incorporated attachments, sets forth the entire understanding between and among the parties regarding the Services and the exchange of information and supersedes all prior and contemporaneous agreements (whether written or oral), arrangements and communications and may not be modified or amended, except by the mutual written agreement of both parties that references and is incorporated into this Agreement. No "click-through," "shrink-wrap," "browse-wrap", similar agreements or other terms, whether before, on, or after the date of this Agreement, will be effective to add to or modify the terms of this Agreement or alter the relationship of the parties, regardless of any party's (or its personnel's) acceptance of or agreement to such terms by electronic or other means.

i)      The clauses regarding liability limitations, third party proceedings, indemnification, resolution of differences and any such terms that by their nature should survive shall survive any termination of this Agreement.

14    Personnel.

a)      Client acknowledges that hiring Grant Thornton (or GTIL) personnel participating on an engagement may be perceived as compromising our objectivity, and if applicable, impairing our independence. Accordingly, prior to entering into any employment discussions with such personnel, you agree to discuss the potential employment, including any applicable independence ramifications, with the engagement partner responsible for the Services.

b)      In addition, during the term of this Agreement and for a period of one (1) year after the Services are completed, we both agree not to solicit, directly or indirectly, or hire, the other's personnel participating on an engagement without express written consent. If this provision is violated, the violating party will pay the other party a fee equal to the hired person's annual salary in effect at the time of the violation to reimburse the estimated costs of hiring and training replacement personnel, unless the individual is hired in response to a general advertisement made available to the public.

15    Reportable Transactions. Taxpayers are required to disclose their participation in certain types of transactions ("Reportable Transactions") on forms filed with their federal income tax returns and/or with the IRS Office of Tax Shelter Analysis, and with agencies of certain states that impose similar requirements. Failure to adhere to Reportable Transaction disclosure and filing requirements may result in the imposition of significant penalties under applicable federal and/or state law. We may be a "Material Advisor" with regard to Services provided to you and we may be subject to our own federal and/or state reporting, registration and list maintenance obligations, which are separate and independent of any taxpayer disclosure obligation. We may be required to maintain and disclose to applicable federal and/or state regulatory agencies certain information regarding your participation in a Reportable Transaction, including your name and federal identification number, and other information as required.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



Except as specifically stated in this Agreement, Grant Thornton does not assume any obligation to express any opinion on, provide any advice related to, or identify from any information provided by you or obtained by us during the course of providing Services to you under this Agreement, whether any particular transaction is a Reportable Transaction or the potential consequences of non-compliance with disclosure and filing requirements pertaining to a Reportable Transaction. Reliance on any opinion or advice we may provide regarding whether a transaction is or is not a Reportable Transaction and/or any disclosure and filing requirements may not avoid the imposition of any penalty imposed on you under federal or state law for the failure to comply with such disclosure and filing obligations.

16      Privileges Relating to Taxpayer Communications. Any advice given by Grant Thornton with respect to a matter that is within the scope of our authority to practice before the IRS may be privileged under federal and state laws. This privilege may be asserted in any non-criminal tax matter before the IRS and in any non-criminal tax proceeding in Federal court and may be asserted to the extent such communication would be considered privileged communication if it were between a taxpayer and an attorney. At your sole cost and expense, we will cooperate with your efforts to assert taxpayer privileges when we receive a demand or inquiry for your information to the extent required by law.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

# Grabt ThorntonEngagement Terms

Final Audit Report                                                           2020-11-23

| | |
|---|---|
| Created: | 2020-11-18 |
| By: | Yaylin Duran (yaylin.duran@vpxsports.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbmxXp1D6oMss2yMZNH8hNefGlcy5Y4w9 |

## "Grabt ThorntonEngagement Terms" History

📕 Document created by Yaylin Duran (yaylin.duran@vpxsports.com)
2020-11-18 - 2:32:25 PM GMT- IP address: 74.175.96.98

📧 Document emailed to John owoc (natalia.perez@bangenergy.com) for signature
2020-11-18 - 2:32:56 PM GMT

📕 Email viewed by John owoc (natalia.perez@bangenergy.com)
2020-11-23 - 10:11:22 PM GMT- IP address: 98.249.238.179

✒ Document e-signed by John owoc (natalia.perez@bangenergy.com)
Signature Date: 2020-11-23 - 10:12:32 PM GMT - Time Source: server- IP address: 98.249.238.179

✅ Agreement completed.
2020-11-23 - 10:12:32 PM GMT



## Vital Pharmaceuticals, Inc
### Statement of Work for Tax Consulting Services
### (For Tax Consulting Engagements Not Subject to the SEC Independence Rules)

This Statement of Work ("Statement of Work") dated December 17, 2022 becomes a part of and is subject to the terms and conditions of the Agreement dated November 16, 2020 between Vital Pharmaceuticals, Inc. ("Client," "Company," or "you") and Grant Thornton LLP ("Grant Thornton," "Firm," or "we"). Any capitalized terms that are not defined in this Statement of Work shall have the meanings in the Agreement.

The purpose of this Statement of Work is to describe the scope of services ("Services") the Company is requesting Grant Thornton to perform, and to set forth the agreed fee, timing and other matters related to the Services.

Vital Pharmaceuticals, Inc. and Grant Thornton agree that this agreement shall be valid and effective upon the entry of an appropriate order in Vital Pharmaceuticals, Inc.'s bankruptcy case before the United States Bankruptcy Court for the Southern District of Florida, authorizing and approving Grant Thornton's engagement. Vital Pharmaceuticals, Inc. and Grant Thornton agree to cooperate in the filing of a motion seeking such authorization and approval and that such motion shall be filed within twenty days of the mutual execution of this agreement. The motion and all accompanying documents filed with the Bankruptcy Court shall be in a form reasonably satisfactory to both Vital Pharmaceuticals, Inc. and Grant Thornton.

### The services we will provide
General tax consulting

The Services we may provide, upon your request, under this Statement of Work consist of routine time-to-time tax consulting services extending beyond the scope of Services defined above that do not exceed $25,000 in fees. This assistance will be provided at our standard rates.

Services constituting distinct projects or otherwise requiring a separate Statement of Work as we may require, regardless of the nature of service or fees, will be performed under a separate Statement of Work.

### Delivering the services
We will discuss with you an appropriate timeline for providing the Services listed above, including an agreed upon timeframe for completion. We will provide the Company with a request for information required to complete the Services based on the mutually agreed timeline.

The parties are entering into this Statement of Work at a time when a national emergency has been declared and the nation is responding to the Coronavirus (COVID-19) pandemic. Grant Thornton will use reasonable efforts to complete the Services as specified herein, while also taking the steps it deems necessary to protect the health, welfare and safety of its



2

professionals. Neither party shall be liable for any delay or failure in performance (excluding payment for fees and expenses incurred) due to circumstances resulting from the pandemic which are beyond its reasonable control.

### Information collection and use authorization

Grant Thornton is committed to using technology to improve quality and efficiency in providing tax services, including reducing or eliminating duplicative requests for information from clients. The information Client provides to Grant Thornton in connection with a particular engagement may be necessary or useful in other engagements for which Client has also engaged Grant Thornton, whether tax, audit, or advisory. Client authorizes Grant Thornton to use the information Client provides to Grant Thornton to perform both tax and non-tax services in any engagement letter or Statement of Work executed with Grant Thornton.

Completion by Client of all information and data requests, electronic or otherwise, is expected to be timely, and Client agrees that the accuracy and completeness of information provided to Grant Thornton by any Client representative, to be relied on for the purpose of delivering the Services, is the responsibility of Client management.

### Limitations

Our responsibility under this Statement of Work extends only to Services we expressly agree to provide herein. Our responsibility does not include, for example, studies, detailed research or analysis not specifically set forth in this Statement of Work. If such items arise or you request additional Services we will provide you a fee estimate and a new Statement of Work before we invest significant professional time.

U.S. federal and state tax laws are ever-changing and complex. Grant Thornton is engaged to provide only those Services expressly set forth in this Statement of Work, in accordance with applicable professional standards. Such obligation expressly does not include any obligation or responsibility to identify, suggest, model or advise on tax minimization or deferral opportunities, including but not limited to, any such matters that may arise from recently enacted legislation or regulatory guidance.

All engagements undertaken by Grant Thornton are subject to evaluating and resolving any potential or actual conflict of interest or independence concerns. While the occurrence is highly unusual, matters may arise from the ordinary course of our business operations, or yours, requiring us to resolve a conflict matter and/or terminate or suspend this engagement until any conflict or independence issue is resolved.

Additionally, Grant Thornton may use third parties to provide administrative and operational support to Grant Thornton business operations. All of these third-party service providers are subject to confidentiality obligations to protect the confidentiality of client data. Such entities may be located within or outside the United States.

Statement of Work - NextSEC Tax Compliance 26.2833/29/010

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.

Grant Thornton

3

### Use of GT Affiliate

Appropriate use of technology and resources is an important aspect of serving you. In our tax return preparation and tax consulting processes, we use the technology and resources of GT US Shared Services Center India Private Limited ("GTSSC") and/or the Grant Thornton Knowledge and Capability Center India Private Limited ("KCC"), affiliates of Grant Thornton located in Bangalore, India, to assist in providing tax services. Our affiliates' address is No.65/2, Bagmane Tridib, Block "A", 3rd and 4th Floor, Bagmane Tech Park, C.V. Raman Nagar, Bangalore – 560093.

The Firm's contract with such affiliates requires that they maintain the confidentiality of any tax return information provided to them in connection with providing tax services.

Professional and regulatory standards require us to obtain your written consent prior to providing your tax return information to such affiliates. Your authorization includes only prior year(s) and current year information in the possession of Grant Thornton that is necessary for the purpose of providing the Services covered by this Statement of Work.

If you do not advise us that you wish to limit the duration of your consent, your consent is valid for one year from the date of signature or the time period necessary to complete the Services under this Statement of Work, whichever is greater. If you wish, you may limit the amount, type, or scope of tax return information disclosed by letting us know in writing.

To acknowledge your consent to the disclosure of your tax return information as set forth above, please sign this Statement of Work.

### Fees and payment terms

#### Fees

Our fees for the Services under the Statement of Work will be based on our discounted hourly rates for this type of work, not to exceed $25,000.

Our discounted hourly rates are as follows:

| Professional | Discounted Hourly Rate |
|---|---|
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

We will discuss with you circumstances that require us to do additional work which may include, but are not limited to, work to satisfy our obligations under applicable professional standards including additional fact gathering, analysis and preparation of disclosure forms,



unforeseen scope changes including additional state returns or previously unidentified transactions or tax positions requiring analysis, and late or incomplete client provided information. If it appears that the stated fee will be exceeded, we will consult with you before continuing with the engagement.

Our billings for the services described above will be rendered as follows:

| Descriptions | Fees |
|---|---|
| March 2023 | As work incurred |
| June 2023 | Remaining Balance |

In addition, our billings will include expenses related to this engagement including, but not limited to, the legal expenses for counsel, time, and expenses associated with administering the engagement and bankruptcy court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

We will seek to be compensated for services rendered and disbursements incurred by filing fee applications in the United States Bankruptcy Court for the Southern District of Florida pursuant to applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the local rules of the Bankruptcy Court, the guidelines promulgated by the United States Trustee, and in accordance with such orders or procedures as may be applicable for the more regular compensation of professionals in this bankruptcy case generally.

We also want you to be aware that from time to time, Grant Thornton LLP may receive certain incentives in the form of bonuses and rewards from its corporate card and other vendors. Such incentives to the extent received will be retained by Grant Thornton to cover firm expenses.

**Entire agreement**

This Statement of Work represents the parties' entire understanding with respect to the Services in this document. This Statement of Work does not modify or amend the Agreement. In the event of a conflict between this Statement of Work, Attachment A – Standard Grant Thornton LLP Terms and Conditions, and any other exhibit or attachment included in the Agreement, the terms of the Attachment A shall govern.

Statement of Work – Ikon SEC Tax Commitments (V2) 2022 (2.1)

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.

**Grant Thornton**

**Agreed and accepted**

The undersigned hereby agree to the terms and conditions as set forth.

**VITAL PHARMACEUTICALS, INC**


By: _Jack Owoc (Jan 6, 2023 14:58 EST)_      Date: Jan 6, 2023

Jack Owoc, Chief Executive Officer

**GRANT THORNTON LLP**


Mark Margulies, Tax Partner      Date: 1/6/2023.

cc    Mitch Less, Audit Partner

# Vital Pharmaceuticals 2022_Tax_Consulting_SOW_NonSEC (003)

Final Audit Report                                                      2023-01-06

| | |
|---|---|
| Created: | 2023-01-06 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjjXGxoEMA2pdoKtrdNfSRxJ7OLWN63a_ |

## "Vital Pharmaceuticals 2022_Tax_Consulting_SOW_NonSEC (003)" History

📄 Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
2023-01-06 - 7:50:30 PM GMT- IP address: 99.90.54.255

📧 Document emailed to ceo@bangenergy.com for signature
2023-01-06 - 7:52:12 PM GMT

📄 Email viewed by ceo@bangenergy.com
2023-01-06 - 7:58:59 PM GMT- IP address: 104.47.59.254

✍️ Signer ceo@bangenergy.com entered name at signing as Jack Owoc
2023-01-06 - 7:59:30 PM GMT- IP address: 166.205.159.62

✍️ Document e-signed by Jack Owoc (ceo@bangenergy.com)
Signature Date: 2023-01-06 - 7:59:32 PM GMT - Time Source: server- IP address: 166.205.159.62

✅ Agreement completed.
2023-01-06 - 7:59:32 PM GMT

**Adobe Acrobat Sign**



# Vital Pharmaceuticals, Inc

## Statement of Work for Tax Compliance Services

**Effective Date:** December 17, 2022

This Statement of Work ("Statement of Work") becomes a part of and is subject to the terms and conditions of the Agreement between Vital Pharmaceuticals, Inc. ("Client") and Grant Thornton LLP ("Grant Thornton") dated November 16, 2020.

The purpose of this Statement of Work is to describe the scope of services ("Services") Client is requesting Grant Thornton to perform, and to set forth the agreed fee, timing and other matters related to the Services. Any capitalized terms that are not defined in this Statement of Work shall have the meanings in the Agreement.

Vital Pharmaceuticals, Inc. and Grant Thornton agree that this agreement shall be valid and effective upon the entry of an appropriate order in Vital Pharmaceuticals, Inc.'s bankruptcy case before the United States Bankruptcy Court for the Southern District of Florida, authorizing and approving Grant Thornton's engagement. Vital Pharmaceuticals, Inc. and Grant Thornton agree to cooperate in the filing of a motion seeking such authorization and approval and that such motion shall be filed within twenty days of the mutual execution of this agreement. The motion and all accompanying documents filed with the Bankruptcy Court shall be in a form reasonably satisfactory to both Vital Pharmaceuticals, Inc. and Grant Thornton.

## The Services Grant Thornton will provide

**Tax Compliance**

The Services Grant Thornton will provide to Client include preparation of the following specific returns and/or forms ("Deliverables") for the designated taxable year(s).

Returns/forms prepared:

- See *Addendum – Listing of returns/forms included in this Statement of Work*.

Taxable year(s) ended: December 31, 2022

Grant Thornton will assist with the preparation of federal and state extension forms for the taxable year(s) ended above, as applicable.

Grant Thornton will discuss with Client any circumstances that require additional work, which may include, but are not limited to, work to satisfy obligations under applicable professional standards including additional fact gathering, analysis and preparation of disclosure forms, unforeseen scope changes including additional state returns or previously unidentified transactions or tax positions requiring analysis, and late or incomplete Client provided information. If it appears that the stated fee will be exceeded, Grant Thornton will consult with Client before continuing with the engagement.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

U.S. member firm of Grant Thornton International Ltd

 Grant Thornton

For years starting with tax year 2021, the IRS is requiring that Schedules K-2 (Partners'/Shareholders' Distributive Share Items—International) and K-3 (Partner's/Shareholder's Share of Income, Deductions, Credits, etc.—International) be filed with certain Forms 1065, 1120-S and 8865. Should these additional reporting requirements apply to any return included in this Statement of Work, an additional fee at our standard hourly rates will be charged for information gathering, analysis, and the preparation of these Schedules.

**Fixed asset depreciation services**

Grant Thornton will assist Client with the following fixed asset depreciation services for the entities and periods set forth below.

Entities:

- Vital Pharmaceuticals, Inc.
- JHO GA-1 Investment, LLC
- JHO NV-1 Investment, LLC
- JHO Real Estate Investment, LLC
- Sheridan Real Estate Investment, LLC

Taxable period(s) ended: December 31, 2022

Calculation includes:

- Calculation of regular and AMT depreciation/amortization (where applicable) and gain/loss from disposition of assets for state/local income tax purposes in the following jurisdictions:
  - Federal and applicable non-conforming states

All depreciation services will be based on information provided by Client. Client management is solely responsible for calculating and determining any amounts recorded in the books, records, financial statements and footnotes thereto.

The Services do not include an evaluation of whether the methods and lives specified by Client are in accordance with generally accepted accounting principles ("GAAP"), which is solely the responsibility of Client and Client's independent auditor.

Deliverables

Depreciation reports will be provided in PDF or other agreed upon format and are intended for Client internal use only.

In addition, Client will be provided "read only" access to view fixed asset data reports, allowing Client to view depreciation information at any time. Client understands and acknowledges that information in these data reports represent a specific point in time and may not yet reflect all information provided by the Client to Grant Thornton and the corresponding calculations when viewed. Only final reports provided by Grant Thornton and noted as such should be used by the Client for financial reporting or tax purposes.

Client is solely responsible for maintaining its books and records, including retaining copies of filed tax returns and the fixed assets report, and should not rely on Grant Thornton as a recordkeeper.


Grant Thornton

**Tax inventory capitalization calculation(s)**

In addition to the annual tax compliance described above, Grant Thornton will assist Client with documenting the annual tax inventory uniform capitalization ("UNICAP") required under IRC Section 263A and the regulations thereunder. These Services are for Federal income tax purposes only.

The UNICAP Services under this Statement of Work are anticipated to include, but may not be limited to, assisting Client management with the following:

- Gathering current year documentation and confirmations necessary for the calculation of the annual UNICAP adjustment, including trial balance(s), current book/tax differences, factual confirmations, and other relevant information, based on the existing UNICAP methods utilized by Client.
- Calculate the "roll-forward" UNICAP adjustment calculations for tax year(s) detailed above under the established UNICAP cost methods for inventory, including determination of the applicable Schedule M adjustment(s) related to inventory capitalization.

All UNICAP Services will be based on information provided by Client. Further, the UNICAP Services under this Statement of Work do not include support on exam or at appeals. Additional services, such as the need for method changes, exam assistance, etc., will be agreed upon and provided under a separate Statement of Work due to the distinct nature of such services.

**Limitations**

Only tax returns and information returns detailed above or in the Addendum are covered by this Statement of Work. Grant Thornton's responsibility under this Statement of Work extends only to Services expressly agreed to provide herein and does not extend to any prior or subsequent periods.

If, based on new reporting requirements or tax law changes, additional analysis or computations are necessary in order to prepare and sign the return(s), Grant Thornton will discuss these out-of-scope services with Client and mutually agree on the fee required to complete the additional work.

The Services do not include assistance with any tax accounting method change (including, but not limited to, method changes relating to ASC 606 and IRC Section 451 revenue recognition, the ASC 842 leasing standard or the final regulations under IRC Section 263A relating to inventory costs). Such services will be provided under a separate Statement of Work.

The Services also do not include computing any shareholder's basis, if required to be reported on Schedule E of Form 1040.

The Services also do not include any advice on whether to make or otherwise relating to any state pass-through entity tax elections.

Client management is solely responsible for calculating and determining any amounts recorded in the Client's books, records, financial statements and footnotes thereto.

**General tax consulting**

The Services Grant Thornton may provide, upon Client's request, under this Statement of Work consist of routine time-to-time tax consulting services extending beyond the scope of Services defined above



that do not exceed $10,000 in fees. This assistance will be provided at Grant Thornton's standard rates.

Services constituting distinct projects or otherwise requiring a separate Statement of Work as may be required, regardless of the nature of service or fees, will be performed under a separate Statement of Work.

## Grant Thornton's professional responsibilities

The Services will be performed in accordance with the American Institute of Certified Public Accountants' Statements on Standards for Tax Services and other applicable professional standards, and applicable federal and state laws and regulations.

Professional and regulatory standards require Grant Thornton to secure Client consent prior to providing any Client information to third parties, including requests to allow workpaper access to third parties. Grant Thornton will secure your written consent before sharing your information with any third-party.

Upon Client's request, Grant Thornton will return documents provided to Grant Thornton as well as copies of other information in our files to the extent required by applicable professional standards. Client is solely responsible for maintaining its books and records, including retaining copies of filed tax returns, and should not rely on Grant Thornton as a recordkeeper.

Generally, the Services will be based upon information furnished by Client, and Grant Thornton will not evaluate nor have any responsibility to verify independently the accuracy, completeness or sufficiency of any such information. However, circumstances may arise where Grant Thornton, in its professional judgment, determines that additional fact gathering and due diligence on Grant Thornton's part is required.

Federal and State laws and professional standards impose significant responsibilities on tax return preparers, including non-signing preparers who provide tax advice. Grant Thornton prepares tax returns and/or provides tax advice consistent with these professional responsibilities, which may include communicating with Client about differences between standards applicable to tax return preparers and penalty provisions that may be imposed on a taxpayer regarding a tax position. Grant Thornton may not sign a tax return or provide tax advice unless that position is supported by sufficient authority or is appropriately disclosed.

Unless expressly stated otherwise in a Statement of Work, any written advice provided to Client is limited to the matters and potential tax consequences specifically addressed therein, and not intended or written as advice on the application or potential application of any penalties that may be imposed under any federal, state, or foreign statute or regulation in any manner.

## Delivering the services

Grant Thornton will discuss with Client an appropriate timeline for providing the Services described above, including an agreed upon timeframe for completion and delivery. Grant Thornton will provide Client with a request for information required to complete the Services based on the mutually agreed timeline.



Grant Thornton's responsibility under this Statement of Work extends only to Services and Deliverables expressly agreed to provide herein, including any addendums to this Statement of Work. Grant Thornton's responsibility does not extend to any prior or subsequent periods and does not include, for example, studies, detailed research or analysis not specifically set forth in this Statement of Work. If such items arise or Client requests additional services, Grant Thornton will provide a fee estimate and a new Statement of Work before investing significant professional time.

The parties enter into this Statement of Work at a time when a national emergency has been declared and the nation is responding to the Coronavirus (COVID-19) pandemic. Grant Thornton will use reasonable efforts to complete the Services as specified herein, while also taking the steps it deems necessary to protect the health, welfare and safety of its professionals. Neither party shall be liable for any delay or failure in performance (excluding payment for fees and expenses incurred) due to circumstances resulting from the pandemic which are beyond its reasonable control.

U.S. federal and state tax laws are ever-changing and complex. Grant Thornton is engaged to provide only those Services expressly set forth in this Statement of Work, in accordance with applicable professional standards. Such obligation expressly does not include any obligation or responsibility to identify, suggest, model or advise on tax minimization or deferral opportunities, including but not limited to, any such matters that may arise from recently enacted legislation or regulatory guidance.

All engagements undertaken by Grant Thornton are subject to evaluating and resolving any potential or actual conflict of interest or independence concerns. While the occurrence is highly unusual, matters may arise from the ordinary course of either party's business operations, requiring Grant Thornton to resolve a conflict matter and/or terminate or suspend this engagement until any conflict or independence issue is resolved.

Additionally, Grant Thornton may use third parties to provide administrative and operational support to Grant Thornton business operations. All of these third-party service providers are subject to confidentiality obligations to protect the confidentiality of client data. Such entities may be located within or outside the United States.

**Information collection and use authorization**

Grant Thornton is committed to using technology to improve quality and efficiency in providing tax services, including reducing or eliminating duplicative requests for information from clients. The information Client provides to Grant Thornton in connection with a particular engagement may be necessary or useful in other engagements for which Client has also engaged Grant Thornton, whether tax, audit, or advisory. Client authorizes Grant Thornton to use the information Client provides to Grant Thornton to perform both tax and non-tax services in any engagement letter or Statement of Work executed with Grant Thornton.

Completion by Client of all information and data requests, electronic or otherwise, is expected to be timely, and Client agrees that the accuracy and completeness of information provided to Grant Thornton by any Client representative, to be relied on for the purpose of delivering the Services, is the responsibility of Client management.

**Use of Grant Thornton Affiliate**

Appropriate use of technology and resources is an important aspect of service delivery. In tax return preparation and tax consulting processes, Grant Thornton uses the technology and resources of GT



US Shared Services Center India Private Limited ("GTSSC") and/or the Grant Thornton Knowledge and Capability Center India Private Limited ("KCC"), affiliates of Grant Thornton located in Bangalore, India, to assist in providing tax services. The affiliates' address is No.65/2, Bagmane Tridib, Block "A", 3rd and 4th Floor, Bagmane Tech Park, C.V. Raman Nagar, Bangalore – 560093.

Grant Thornton's contract with such affiliates requires that they maintain the confidentiality of any tax return information provided to them in connection with providing tax services.

Professional and regulatory standards require us to obtain Client's written consent prior to providing Client tax return information to such affiliates, to include only current and prior year(s) information in the possession of Grant Thornton that is necessary for the purpose of providing the Services covered by this Statement of Work.

If Client does not advise Grant Thornton of a specific duration of consent, Client's consent is valid for one year from the date of signature or the time period necessary to complete the Services under this Statement of Work, whichever is greater. Client may limit the amount, type, or scope of tax return information disclosed by letting Grant Thornton know in writing.

To acknowledge consent to the disclosure of Client tax return information as set forth above, please sign this Statement of Work.

## Fees and payment terms

### Fees

The fees for the Services under this Statement of Work will be $162,000.

Separately, the fees for the Tax Inventory Capitalization calculation will be based on Grant Thornton's discounted hourly rates. Based on the information received to date, it is anticipated that the fees will be $22,000. This is neither a maximum nor a fixed fee quotation.

### Payment schedule

The billings for the Services described in this Statement of Work will be rendered as follows:

| Description | Amount to be billed |
|---|---|
| January 2023 | $120,000 |
| March 2023 | $40,000 |
| May 2023 | Remaining |

If applicable, Grant Thornton may bill Client for reasonable direct, out-of-pocket expenses, including but not limited to, travel, lodging, overtime meals, and similar expense items.

In addition, our billings will include expenses related to this engagement including, but not limited to, the legal expenses for counsel, time, and expenses associated with administering the engagement and bankruptcy court appearances, as required, photocopying, facsimile transfers, hotel, meals, mileage and other travel plus costs associated with administrative expenses.

We will seek to be compensated for services rendered and disbursements incurred by filing fee applications in the United States Bankruptcy Court for the Southern District of Florida pursuant



to applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the local rules of the Bankruptcy Court, the guidelines promulgated by the United States Trustee, and in accordance with such orders or procedures as may be applicable for the more regular compensation of professionals in this bankruptcy case generally.

Grant Thornton's billings are payable upon receipt.

From time to time, Grant Thornton may receive certain incentives in the form of bonuses and rewards from its corporate card and other vendors. Such incentives to the extent received will be retained by Grant Thornton to cover firm expenses.

Client is solely responsible for any applicable taxes related to the Services. Where the Services are subject to U.S. state and local sales, use, VAT or gross receipts taxes, Grant Thornton will collect such taxes from Client in addition to the fees outlined above and remit such taxes to the proper jurisdictions.

## Entire agreement

This Statement of Work represents the parties' entire understanding with respect to the Services described in this document. This Statement of Work does not modify or amend the Agreement. In the event of a conflict between this Statement of Work, Attachment A – Standard Grant Thornton LLP Terms and Conditions, and any other exhibit or attachment included in the Agreement, the terms of the Attachment A shall govern.

## Agreed and accepted

The undersigned hereby agree to the terms and conditions as set forth.

**GRANT THORNTON LLP**

Mark Margulies, Tax Partner                    Date: 1/6/2023.

**VITAL PHARMACEUTICALS, INC**

Jack Owoc, Chief Executive Officer              Date: Jan 6, 2023

Cc  Mitch Less, Audit Partner

Enc   Reportable Transactions Questionnaire

 Grant Thornton

# Addendum – List of returns/forms included in this Statement of Work

**Vital Pharmaceuticals Inc. D/B/A Bang Energy**

- Federal Form 1120S – U.S. Income Tax Return for an S Corporation
- FinCEN Form 114a – Report of Foreign Bank and Financial Accounts
- AL Form 20S – Alabama S Corporation Information/Tax Return
- AL Form PTE-C – Alabama Individual & Corporate Tax Nonresident Composite Payment Return
- AL Form PPT – Alabama Business Privilege Tax Return & Annual Report
- AZ Form 120S – Arizona Income Tax Return for an S Corporation
- AZ Form 140NR – Arizona Personal Income Tax Return
- CA Form 100S – California S Corporation Franchise or Income Tax Return
- CA Form 540NR – California Nonresident Income Tax Return
- CO Form 600S – Colorado S Corporation and Composite Nonresident Income Tax Return
- CT Form CT-1120SI – Connecticut Pass-Through Entity Tax Return
- GA Form 600S – Georgia S Corporation Tax Return
- GA Form IT CR – Georgia Nonresident Composite Tax Return
- IL Form IL-1120-ST – Illinois Small Business Corporation Replacement Tax Return
- KY Form 720S – Kentucky S Corporation Income & License Tax Return
- KY Form 740NP-WH – Kentucky Nonresident Income Tax Withholding on Net Distributive Share Income Transmittal Report
- MD Form 510 – Maryland Pass-Through Entity Income Tax Return
- MA Form 355S – Massachusetts S Corporation Excise Return
- MA Form DF – Massachusetts Annual Report for Domestic / Foreign Corporation
- MN Form M8 – Minnesota S Corporation Return
- MO Form MO-1120S – Missouri S Corporation Income Tax Return
- MO Form MO-NRS – Missouri S Corporation Nonresident Form
- NH Form NJ BT Summary – New Hampshire Business Tax Return Summary
- NJ Form CBT-100S – New Jersey Corporation Business Tax Return
- NJ Form NJ-1080-C – New Jersey Nonresident Composite Return
- NC Form CD 401S – North Carolina S Corporation Tax Return
- OH Form IT 4708 – Ohio Pass-Through Entity Composite Income Tax Return
- OR Form 20-S – Oregon S Corporation Tax Return
- OR Form OC – Oregon Composite Tax Return
- SC Form SC1120S – South Carolina S Corporation Income Tax Return
- SC Form SC1040 – South Carolina Nonresident Individual Income Tax Return
- TN Form FAE 170 – Tennessee Franchise and Excise Tax Return
- TX Form 05-158 – Texas Franchise Tax Report
- TX Form 05-102 – Texas Annual Report
- VA Form 502 – Virginia Pass through Entity Return of Income
- WI Form 5S – Wisconsin S Corporation Franchise or Income Tax Return
- WI Form PW-1 – Wisconsin Nonresident Income or Franchise Tax Withholding on Pass-Through Entity Income

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.

U.S. member firm of Grant Thornton International Ltd



**Bang Energy B.V. (Netherlands)**

- Federal Form 8858 – Information Return of U.S. Persons with Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs)

**Bang Energy (Australia) PTY Ltd**

- Bang Energy (Australia) PTY Ltd – Information Return of U.S. Persons with Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs)

**Bang Energy Mexico S. De R.L. De C.V.**

- Federal Form 8858 – Information Return of U.S. Persons with Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs)

**Bang Energy Canada ULC**

- Bang Energy Canada ULC – Information Return of U.S. Persons with Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs)

**Bang Energy Brazil LTDA**

- Form 5471 – Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Bang Energy Chile SPA**

- Form 5471 – Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Bang Energy Costa Rica, LTDA**

- Form 5471 – Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Bang Energy – VPX Sports Ecuador S.A.S.**

- Form 5471 – Information Return of U.S. Persons With Respect to Certain Foreign Corporations

Important Information

The returns and other forms listed above are the only Deliverables that Grant Thornton will prepare under this Statement of Work. Grant Thornton is not responsible for the preparation of amended returns, or any non-income tax returns, including, but not limited to, sales and use tax returns, local property tax returns, payroll or other trust tax returns, and information returns for employee benefit plans, unless otherwise stated herein. If there are additional returns or other compliance-related matters to be addressed, please advise Grant Thornton as soon as possible. Subject to appropriate approval and mutual agreement, this Addendum may be amended to include such additional services that Grant Thornton will provide subject to this Agreement. Except where a separate Statement of Work is used, the terms of this Statement of Work and the attached Grant Thornton LLP Engagement Terms (Attachment A) will also apply to any amendments to this Agreement.

# Vital Pharmaceuticals 2022 Tax Compliance SOW_DRAFT

Final Audit Report                                                                 2023-01-06

| | |
|---|---|
| Created: | 2023-01-06 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_RfT1v7GFRKxypn7CJs7Xqs_3LXYgLp9 |

## "Vital Pharmaceuticals 2022 Tax Compliance SOW_DRAFT" History

🔴 Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
2023-01-06 - 8:05:49 PM GMT- IP address: 99.90.54.255

📤 Document emailed to ceo@bangenergy.com for signature
2023-01-06 - 8:06:22 PM GMT

🔴 Email viewed by ceo@bangenergy.com
2023-01-06 - 8:25:12 PM GMT- IP address: 104.47.55.254

🖊 Signer ceo@bangenergy.com entered name at signing as Jack Owoc
2023-01-06 - 8:25:44 PM GMT- IP address: 166.205.159.62

🖊 Document e-signed by Jack Owoc (ceo@bangenergy.com)
Signature Date: 2023-01-06 - 8:25:46 PM GMT - Time Source: server- IP address: 166.205.159.62

✅ Agreement completed.
2023-01-06 - 8:25:46 PM GMT

**Adobe Acrobat Sign**



**Mergers & Acquisitions**

**Statement of Work (SOW)**

This Statement of Work ("Statement of Work") dated January 3, 2023 between Grant Thornton LLP ("Grant Thornton," "Firm," or "we") and Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Vital," "Client," "Company," or "you") becomes a part of and is subject to the terms and conditions of the Engagement Letter and related Attachment A – Standard Grant Thornton LLP Engagement Terms dated November 16, 2020 between Grant Thornton and Vital Pharmaceuticals, Inc. Any capitalized terms that are not defined in this SOW shall have the meanings set forth in the Engagement Letter and Attachment A – Standard Grant Thornton LLP Engagement Terms. The purpose of this SOW is to describe the scope of transaction advisory services ("Transaction Advisory Services" the Company is requesting Grant Thornton to perform, and to set forth the agreed fee, timing and other matters related to the Services.

**I. TRANSACTION ADVISORY SERVICES**

**A. Objective of Our Transaction Advisory Services**

We will perform certain transaction advisory procedures on the Company solely to assist you in your evaluation of the proposed transaction. Our approach and work plan is based on the procedures, analysis and budget requested by you. Our Transaction Advisory Services will be performed in accordance with the *Statement on Standards for Consulting Services* issued by the American Institute of Certified Public Accountants.

**B. Scope of Our Transaction Advisory Work**

Our Transaction Advisory Services will consist of reading financial statements and other records, making inquiries of the Company's management and analyzing the information obtained. Accordingly, the completion of our report (the "Transaction Advisory Report") will require cooperation of the Company's management. The Transaction Advisory Services section below will indicate the specific areas that you have requested us to address during this engagement.

The scope of the Transaction Advisory Services and the work plan and the contents of our findings are solely your responsibility, and you agree that you will be responsible for determining the full scope of your transaction advisory procedures, and, if necessary, performing additional procedures, prior to concluding on the merits of the proposed transaction. Although we may assist, Company management is solely responsible for presenting our findings to the Board of Directors or others in governance roles. Consequently, we make no representation regarding the scope of the work plan either for the purposes for which our findings have been requested or any other purpose. The decision whether to consummate the transaction lies solely with you, and neither our work nor our findings shall in any way constitute a recommendation whether you should or should not consummate the transaction or on what terms.

Our Transaction Advisory Services do not constitute an audit or review of the financial statements or any part thereof, the objective of which is the expression of an opinion or limited assurance on the financial statements, or a part thereof, or verification of the accuracy of the Company's management responses to our inquiries.

Our Transaction Advisory Services should not be relied upon to disclose errors, irregularities, or illegal acts, including fraud or defalcations.

The Transaction Advisory Services do not include acquisition tax planning or consultation with respect to matters that may arise in the course of rendering our Transaction Advisory Services. Such items may include, but are not limited to, structuring, assistance with and planning on employee share compensation plans, resolution of tax issues identified in the course of our diligence, acquisition document reviews, etc.

Our Transaction Advisory Services do not contemplate nor does Grant Thornton assume any obligation to express any opinion on, provide any advice related to, or identify from any information provided by you or obtained by us during the course of providing Transaction Advisory Services to you, whether, under the Internal Revenue Code or state or other law, any particular transaction is a Reportable Transaction or the potential consequences of non-compliance with disclosure and filing requirements pertaining to a Reportable Transaction.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



Our Transaction Advisory Services do not contemplate consultation on legal structuring of a proposed acquisition or transaction.

Further, because of the importance of the information that is provided to Grant Thornton with respect to our ability to perform the Transaction Advisory Services, you hereby release the Grant Thornton Firm from any liability, damages, fees, expenses and costs (including defense costs) relating to the Transaction Advisory Services, that arise from or relate to any information (including representations by management) provided by you, or any third party, that is not complete, accurate or current.

## C.   Limited Distribution of Our Transaction Advisory Report

Our findings will be communicated to you in a Transaction Advisory Report. The Transaction Advisory Report will be supplemented with oral commentary, which will be an integral part of the presentation. The presentation of our findings to you will constitute satisfactory completion of our work. Our Transaction Advisory Report cannot be distributed to third parties without our prior written approval. Third parties will be required to sign our standard release letter prior to receiving a copy of our Transaction Advisory Report (see <u>Exhibit 1-A</u>).

In addition, you agree that you will not (a) disclose information about Grant Thornton, the Transaction Advisory Services, or the Transaction Advisory Report in any filings made with the U.S. Securities and Exchange Commission ("SEC"); or (b) include the Transaction Advisory Report or any other report, opinion, or deliverable provided by Grant Thornton pursuant to this SOW in a filing made with any Regulators (as defined in Engagement Letter), including but not limited to, the SEC.

Notwithstanding the foregoing, you may share the Transaction Advisory Report with your outside legal counsel and professional advisors (collectively, "<u>Advisors</u>") without them having to sign a release letter, provided such Advisors: (a) have a legitimate need to see the Report in connection with the Services, (b) agree that the Report was not prepared for their use or reliance, (c) agree to keep the Report confidential; and (d) are not providing insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities or otherwise obtaining a financial interest in connection with any transaction.

You agree to indemnify, defend and hold harmless the Grant Thornton Firm from and against any claim arising out of sharing of the Transaction Advisory Report with your Advisors.

## D.   Conflict of Interest Disclosure

From time to time, we may encounter certain instances that in our view give rise to a potential conflict of interest between the Transaction Advisory Services we are going to perform and services that we may already be performing for an existing client. In such cases, we shall notify you of such a conflict and seek appropriate advance written consent from all parties prior to providing Transaction Advisory Services.

Client acknowledges that Grant Thornton has been engaged by Client and its professional obligations hereunder flow to Client and not Client's equity owners. After the completion of the Services, including after a change of control of Client, it is possible that Grant Thornton will be retained by any of the current (pre-transaction) equity owners, affiliates, officers, directors or employees of the Client (collectively, the "Related Parties") in connection with the Services contemplated herein or otherwise.  Client hereby agrees that Grant Thornton and the engagement team hereunder may be retained by any of the Related Parties in connection with the Services or any other matter (the "Future Services") and Client expressly consents to Grant Thornton sharing information learned in the course of this engagement with the Related Parties. Further, Client (i) consents to the provision of the Future Services and waives any conflict of interest arising therefrom and (ii) shall cause its affiliates to consent to and waive any conflict of interest arising from the Future Services. Client acknowledges that such consent and waiver is voluntary, that it has been carefully considered, and that it has consulted with counsel or has been advised it should do so in connection with this waiver.

## E.   Data Usage

Grant Thornton is committed to enhancing our services and quality through the use of data analytics.  Company data collected to perform our Services may be retained in an anonymized format and aggregated with anonymized data of other clients for purposes of performing data analytics.  Such analytics may be used in connection with services for the Company and/or other clients.  Grant Thornton will never disclose non-anonymized Company data to other clients.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



### F. The Transaction Advisory Services

The Transaction Advisory Services we will provide under this SOW consist of Transaction Advisory Services relating to the proposed transaction.

The specific areas that you have requested us to address during this engagement, together with key tasks we will perform, are set forth in detail below.

Unless otherwise stated, the analysis and procedures will be performed for the years ended December 31, 2020 and 2021 and the latest available Trailing Twelve months in 2022 (TTM22) (collectively the "Historical Period"). Unless otherwise stated, balance sheet items will be analyzed as of December 31, 2020 and 2021 and the latest Balance Sheet available in 2022 ("Historical Balance Sheet Dates").

**General**

- Read available information, including internal financial statements and consolidating schedules and discuss with Company management to understand the business background, opportunities and key risk areas.

- Obtain an understanding of the Company's operating structure, including any non-consolidated entities, if applicable.

- Discuss key business risks and opportunities with Company management.

- Understand major accounting policies and judgmental areas that can be interpreted by potential buyers.

- Reconcile the internal financial statements to trial balances/general ledgers/audited financial statements throughout the Historical Period.

- Obtain and discuss a schedule of the key performance indicators of the Company on a monthly, quarterly, or annual basis.

- Read the latest Audit work papers

- Interview Company management and key accounting personnel to discuss:

  - The operations of the Company including business history and key products and services

  - Organizational structure of the Company

  - The accounting, reporting and control systems used

  - Financial statement close process, discussing any differences between year-end and interim period close procedures

  - Key terms of significant customer and supplier contracts

  - Related party relationships and transactions over the Historical Period

  - Any business impacts resulting from COVID-19 (e.g., financial profitability, employees, etc.)

**Quality of Earnings Analysis**

- Understand EBITDA addbacks / non-recurring adjustments identified by Management and obtain supporting documentation.

- Identify unusual trends, fluctuations with purpose of identifying additional potential non-recurring income and expense items.

- Discuss additional adjustments management is considering to EBITDA, including non-cash, non-GAAP or out-of-period items.

- Understand related party arrangements and any impact on historical EBITDA, if applicable.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



- Identify pro forma adjustments needed to normalize adjusted earnings over the Historical Period, which might relate to: (i) historical or planned performance improvement and / or cost savings initiatives, (ii) changes in customer or vendor arrangements; (iii) changes in headcount (realized or planned), amongst others.

**Revenues and Gross Margin**

- Discuss with management the policies and procedures related to: (i) revenue recognition, (ii) pricing, (iii) credit and collections, (iv) selling cycles, (v) discounts and incentives, (vi) returns and, (vii) other invoice adjustments provided to customers.

- Obtain, analyze sales and margin (if available) by product category, brand, channel; understand historical trends, unusual activity.

- Obtain an understanding of the key drivers of revenue and margin trends.

- Analyze the monthly seasonality of sales and profitability.

**Cost of Goods Sold**

- Analyze the components of cost of sales for each period in the Historical Period, and inquire of the nature of the costs (e.g. materials, labor and overhead) and reasons for any unusual trends or fluctuations.

- Understand cost / involvement of third-party manufacturers for inventory or components (if applicable).

- Understand any long-term manufacturing or purchase commitments in place with vendors.

- Understand the Company's cost accounting method and process around inventory reserve methodologies, including lower of cost or market, excess and obsolescence or shrink.

- Understand the Company's historic adjustments to cost of sales, including inventory write-offs, write-downs or disposals during the Historical Period.

**Selling, General and Administrative Expenses**

- Analyze the components of operating expenses by category (employee costs, facilities, advertising and promotion, distribution expenses, product development, consulting and professional fees, etc.) for the Historical Period, and inquire of the nature of the costs and any unusual trends or fluctuations.

- Obtain a schedule showing compensation by person including salary and bonuses/commissions and identify any potential adjustment for one-time amounts or changes in compensation

- Understand the bonus and commission structure for the Company's employees and the accounting for these

- Obtain a current listing of employees by department and location.

- Obtain details of employee benefits including pension, equity-sharing and 401(k) contribution plans etc. and understand any changes in these during the Historical Period.

**Other Income and Expense**

- Obtain a schedule of the components of other income and expense, if any and identify potential non-recurring or one-time items.

**Cash**

- Obtain an understanding of the company's bank accounts, cash balances and any restricted cash.

- Obtain bank reconciliations as of the Historical Balance Sheet dates.

**Accounts Receivable**

- Examine the accounts receivable aging at the Historical Balance Sheet dates.

- Understand payment and credit terms and collections policies.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

 **Grant**Thornton

- Obtain and understand details of the allowance for doubtful accounts, bad debt history and any other allowances that result in the dilution of receivables.

**Inventory**

- Request and analyze a schedule of inventory by category at the Historical Balance Sheet dates.

- Inquire of (i) the Company's inventory valuation policies and any changes therein during the Historical Period, (ii) material fluctuations and (iii) the capitalization of overhead costs.

- Obtain aged inventory listing and supporting calculations for slow moving and obsolescence reserve calculation for the Historical balance sheet dates.

- Obtain detail of historical inventory write-offs/adjustments and potential for additional requirements moving forward.

- Obtain an understanding of inventory controls including physical counts and cycle counts.

**Prepaid and Other Expenses**

- Obtain a schedule of the components of prepaid expenses and other current assets and understand components, movements and agree significant amounts to underlying reconciliations.

**Property, Plant and Equipment**

- Obtain a fixed asset listing as of the Historical balance sheet dates.

- Gain an understanding of Historical Capital Expenditure including maintenance vs. growth and Capex budget for 2022.

- Obtain an understanding of the capitalization and depreciation policies.

**Accounts Payable and Other Liabilities**

- Review accounts payable detail and aging as of the Historical balance sheet dates.

- Analyze a schedule of the components of accruals and other current liabilities at the Historical Balance Sheet dates and inquire of any unusual trends or fluctuations.

- Obtain an understanding of methodology for any judgmental reserves and any changes in approach.

- Obtain details of long-term liabilities

**Net Debt and Commitments and Contingencies**

- Obtain a schedule of Net debt and understand the nature of commitments and contingencies, including lease commitments, purchase commitments and any pending or threatened disputes or litigation etc.

**Net Working Capital**

- Discuss and analyze reported net working capital trends and seasonality.

- Analyze unusual trends and fluctuations in net working capital.

**G.  Transaction Advisory Services Timing**

We are prepared to start the Transaction Advisory Services assignment as soon as possible upon your direction and after receiving your approval of the terms in this SOW.

**H.  Access to Audit Documentation**

Our Services will include reading audit documentation, and making inquiries of the audit engagement team, related to certain of Grant Thornton's completed or in-process audit(s) of the Company's financial statements, hereinafter



referred to as "access to audit documentation." Grant Thornton hereby confirms that we can meet professional standards and perform both the audit engagement and the sell side transaction advisory services with an absence of bias and with professional care as described in more detail in Exhibit 2. The Company agrees that Grant Thornton can provide the respective professional services with the required integrity and objectivity and also waives any claim the Company might otherwise have against Grant Thornton based on our access to audit documentation as part of our Services.

## II. GENERAL MATTERS

### A. Additional Services Available – Change Order

It is understood that during the performance of the procedures, additional items may arise that you determine require additional investigation. While such additional investigation is not contemplated by this SOW, or our fee estimate, we will be pleased to perform any additional procedures you deem necessary and request in writing. Prior to performing any additional procedures, we will discuss the scope of the procedures with you and the related fees in a change order or in writing describing the additional work. Any additional procedures performed are subject to all the terms and conditions of this Agreement.

### B. Engagement of Third-Party Service Providers

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd ("GTIL"), a global organization of member firms in over 110 countries. Member firms are neither members of one international partnership nor otherwise legal partners with one another. There is no common ownership, control, governance, or agency relationship between member firms. Grant Thornton may use third-party service providers, such as independent contractors, specialists, or vendors, to assist in providing our professional services. We may also use GTIL member firms, other affiliates of Grant Thornton, or other accounting firms. Such entities may be located within or outside the United States.

Grant Thornton intends to use the technology and resources of the following (additional) entities to assist us as follows:

* GT US Shared Services Center India Private Limited ("GTSSC") and/or the Grant Thornton Knowledge and Capability Center India Private Limited ("KCC"), affiliates of Grant Thornton located in Bengaluru (Bangalore), India – may assist us in providing our professional services.

Company hereby authorizes us to disclose its information to the above named entities for the purposes described above.

Additionally, Grant Thornton may use third-parties to provide administrative and operational support to Grant Thornton business operations. All of these third party service providers are subject to confidentiality obligations to protect the confidentiality of client data. Such entities may be located within or outside the United States.

### C. Fees and Expenses

Fees are based on actual hours incurred and our discounted hourly billing rates shown below for the resources utilized. Based on the scope of our Services outlined in this SOW, we estimate our fees to be $200,000.

| Level | Discounted rate |
|---|---|
| Partner/Principal | 907 |
| Managing Director | 831 |
| Director | 746 |
| Manager | 608 |
| Senior Associate | 428 |
| Associate | 347 |
| India - Manager | 404 |
| India - Senior Associate | 209 |

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



We will provide regular communication (written or verbal) on the status of our fees during the life of the engagement. If it appears that the stated fee estimate will be exceeded, we will consult with you in writing before continuing with the engagement.

Grant Thornton will invoice Client for fees and expenses incurred in performing the Services. From time to time, Grant Thornton may receive certain incentives in the form of bonuses and rewards from its corporate card and other vendors. Such incentives to the extent received will be retained by Grant Thornton to cover firm expenses.

Client is solely responsible for any applicable taxes for the Services. To the extent Grant Thornton is required to collect such taxes under applicable law, Grant Thornton shall collect such taxes from Client and remit such taxes to the proper jurisdictions.

Our practice is to obtain a retainer of 20% ($40,000) prior to the start of our work. If any amount from the retainer remains undistributed at the conclusion of our Services, the balance will be refunded. Bills for our Services will occur monthly throughout the duration of our work. Invoices are due upon receipt.

In addition, our billings will include reasonable expenses related to this engagement including, but not limited to, the legal expenses for counsel, time, and expenses associated with administering the engagement and bankruptcy court appearances, as required.

### D. Reference in Marketing Materials

Upon completion of the Services specified herein, you agree that Grant Thornton may make limited references, which shall be pre-approved in writing by Client prior finalization in marketing materials, stating that Grant Thornton has performed certain categories of Services for you. Grant Thornton may not disclose the results of such Services, the fees paid or other confidential information in connection with the above. In connection with such references, Grant Thornton may request that you provide an appropriate logo or other visual identification for use in the referenced marketing materials.

### E. Impossibility due to Pandemic

The parties are entering into this Statement of Work at a time when a state of national emergency has been declared and the nation is responding to the Coronavirus (COVID-19) pandemic. The parties agree that each will use all reasonable efforts to complete the engagement as specified herein, so long as each can reasonably do so while also protecting the health, welfare and safety of its professionals and the public, and abiding by emergency or regular executive orders, or changes in law mandated to address the pandemic. Neither party shall be liable for any delay or failure in performance (excluding payment for fees and expenses incurred) due to circumstances resulting from the pandemic, government shutdown, and or quarantine which are beyond its reasonable control.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



### F. Entire Agreement

This SOW represents the parties' entire understanding with respect to the Services in this document. This SOW does not modify or amend the Agreement. In the event of a conflict between this SOW, Attachment A – Standard Grant Thornton LLP Engagement Terms, and any other exhibit or attachment included in the Agreement, the terms of the Attachment A shall govern.

### G. Bankruptcy court approval

Vital Pharmaceutical Inc. and Grant Thornton agree that this agreement shall be valid and effective upon the entry of an appropriate order in Vital Pharmaceutical Inc.'s bankruptcy case before the United States Bankruptcy Court in the Southern District of Florida, authorizing and approving Grant Thornton's engagement. Vital Pharmaceuticals Inc. and Grant Thornton agree to cooperate in the filing of a motion seeking such authorization and approval and that such motion shall be filed within twenty days of the mutual execution of this agreement. The motion and all accompanying documents filed with the Bankruptcy Court shall be in a form reasonably satisfactory to both Vital Pharmaceutical Inc. and Grant Thornton.

### Agreed and Accepted

The undersigned hereby agree to the terms and conditions of the Statement of Work as of the date first set forth above.

**GRANT THORNTON LLP**

Simon Jewkes
Principal

Date: _____

**VITAL PHARMACEUTICALS, INC.**

Jack Owo (Jan 6, 2023 15:00 EST)
Jack Owoc
Chief Executive Officer

Date: **Jan 6, 2023**

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



**Exhibit 1-A:**

**Transaction Advisory Report Access Letter**

[[Name of Buyer, Lender or Insurance Provider]]
Attn: [[Third Party Representative]]
[[Address]]
[[City, State, Zip]]

Dear [[Name of Third Party Representative]]:

Grant Thornton LLP ("Grant Thornton") previously performed certain limited consulting procedures at the request of [[Legal Name of Client]] ("Client") solely to assist Client in connection with its consideration of the [[Limited description of work performed]]. Work performed by Grant Thornton was in accordance with instructions provided by Client as outlined in its Statement of Work ("SOW") with Grant Thornton dated [[Date of SOW]].

[[Client or Legal Name of Buyer if another party has engaged a lender or insurance provider]] has requested Grant Thornton's permission to allow it to provide [[Insert Full Legal Name of Potential Buyer, Lender, or Insurance Provider]] ("you") with access to Grant Thornton's report dated [[Date GT's Report was Issued]] (the "Report").

Please note that your access to the Report is conditioned upon Grant Thornton's prior receipt of this letter agreement. You acknowledge that the Report was prepared at the direction of Client and that the Report may not include all procedures you may deem necessary for your purposes. Had Grant Thornton been engaged to perform additional procedures, in its professional judgment, other matters might have come to Grant Thornton's attention that would have been reported to Client. Therefore, items of possible interest to you may not have been specifically addressed. Consequently, you acknowledge and agree that Grant Thornton makes no representation to you regarding the sufficiency of the procedures performed including: (1) for the purpose for which the Report was originally requested, (2) for your purpose, or (3) for any other purpose as related to the work being performed by you.

In consideration of Grant Thornton allowing you access to the Report, related work product, underlying data, and, if requested by Client, discussing the Report with you (collectively, the "Report Access"), you acknowledge and agree that Grant Thornton's engagement has been with Client, and does not extend to you. Moreover, Grant Thornton does not assume any duties or obligations to you in connection with the Report Access. Further, you acknowledge and agree that the Report Access shall be provided solely for your internal use and you shall not, in any event, circulate, quote, refer to or distribute to any other party or use for any other purpose the Report, the discussions referenced herein, or Grant Thornton's work product, whether oral or written, in whole or in part, without Grant Thornton's prior written consent, except that you may share the Report Access with (i) other parties who have entered into an access letter with Grant Thornton with respect to the Report, and (ii) your affiliates and your and their respective officers, directors, employees, agents, professional advisors and attorneys who, in each case, (a) agree to comply with the terms hereof, (b) have a legitimate need to see the Report in connection with your review thereof, and (c) with respect to professional advisors and attorneys, are not providing insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities or otherwise obtaining a financial interest in connection with any transaction (collectively, your "Representatives"). You will be responsible for any breach of this letter agreement by your Representatives as though they were a party hereto.

Notwithstanding the foregoing, you and your Representatives may disclose the Report to the extent required to be disclosed by applicable law, regulation (including the rules of an applicable securities exchange), rule, or legal, governmental or regulatory process (including, without limitation, by deposition, oral question, interrogatories, requests for information or documents, subpoena, national security letters, civil investigative demand, or similar process), , provided that you or your Representatives, as applicable, will provide Grant Thornton with advance notice of any such required disclosure to provide Grant Thornton an opportunity to seek a protective order or other similar remedy (unless such notice is prohibited by law or regulation). No notice will be required in the event such disclosure is required pursuant to any routine regulatory audit or examination that does not target or reference the Report, Grant Thornton or Client.

Neither Grant Thornton nor any of its present, future, and former partners, principals, employees, and representatives (collectively, the "Grant Thornton Firm") shall have any liability whatsoever relating to the Report Access, including without limitation any claim based upon the alleged inaccuracy or incompleteness of the Report and/or related materials

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



provided to you or your Representatives. You and your Representatives agree that you and they shall not sue nor make a claim against the Grant Thornton Firm arising from the Report Access or this letter agreement. If you or your Representatives violate this covenant not to sue, you agree to pay all costs and expenses of defending against a suit incurred by the Grant Thornton Firm, including reasonable and documented attorneys' fees, and all further costs and fees, including attorneys' fees, incurred in connection with collection.

You agree to indemnify, defend, and hold harmless the Grant Thornton Firm, including all expenses and reasonable and documented attorneys' fees as they are incurred by the Grant Thornton Firm, from and against any third party claim arising out of your or your Representatives' breach of this letter agreement.

This letter agreement shall be governed in all respects by the internal laws of the State of New York, without regard to any of its conflict of law rules that would require the application of another state's laws. The parties agree to the exclusive jurisdiction of the state and federal courts located in or near New York City, New York. Each party hereby waives, to the fullest extent permitted by law, any right it may have to a trial by jury in respect of any dispute or litigation arising out of this letter agreement or the Report Access.

Very truly yours,

**GRANT THORNTON LLP**

---

Simon Jewkes                                    Date

Principal

**Acknowledged & Agreed to by :**

---

(Signature)                                     (Date)

---

(Print Name)                                    (Title)

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



**Transaction Advisory Services**

**Exhibit 2**
**Client Consent & Workpaper Access (sell side audit client)**

Grant Thornton LLP ("Grant Thornton," "we," or "us") previously audited, in accordance with auditing standards generally accepted in the United States of America as established by the American Institute of Certified Public Accountants, the December 31, 2020 and 2021 (consolidated) financial statements of Vital Pharmaceutical Inc. d/b/a Bang Energy (the "Company"). Grant Thornton rendered report dated May 3. 2022 on those (consolidated) financial statements and has not performed any audit procedures subsequent to that date.

**Client consent**

In addition to the aforementioned audit engagement, pursuant to the attached engagement letter, Grant Thornton's Advisory Services Practice ("ASP") is being engaged to assist in the Parent's proposed capital raise ("proposed transaction"). In connection with that engagement, Grant Thornton has determined that we can meet professional standards and perform both the audit engagement and the sell side transaction advisory services with an absence of bias and with professional care. The Company agrees that Grant Thornton can provide the respective professional services with the required integrity and objectivity and waives any claim that it might otherwise have to the contrary.

**Access to workpapers**

The Company has requested that ASP receive access to workpapers prepared in connection with the aforementioned audit.

The Company acknowledges that it (and not Grant Thornton) is solely responsible for determining the applicability of any tax advisor privilege, attorney-client privilege, or other privilege or similar rule (e.g., the work product rules) to the above-mentioned workpapers and for otherwise managing the establishment and maintenance of any such privilege or protection and for considering possible waiver thereof (and for involving legal counsel as necessary). In addition, the Company is providing permission to make available for review by ASP workpapers pertaining to tax matters. The Company is aware that these workpapers may contain information privileged under Internal Revenue Code §7525 and that the Company's consent to provide the access requested may operate as a waiver of that privilege.

The Company understands and agrees that ASP's review of the audit workpapers is undertaken solely for the purpose of assisting ASP in its duties under the engagement described above in connection with the proposed transaction. Because the review of such workpapers is undertaken solely for that purpose, the Company further agrees that it will not request ASP to (a) use the information obtained from the review for any other purpose, (b) comment, orally or in writing, to anyone about Grant Thornton's audit engagement(s), (c) copy, whether via screenshots, photographs, or other image capture devices/technologies, the workpapers for purposes of Grant Thornton's sell side transaction advisory services or to make them available to any other person or persons, (d) provide expert testimony or litigation support services or otherwise accept an engagement to comment on Grant Thornton's audit engagement, nor (e) refer or summarize the audit procedures or results thereof documented in the audit workpapers within ASP's transaction advisory report.

Further, it is expressly understood that Grant Thornton assumes no additional responsibility with respect to its aforementioned audit or the aforementioned workpapers. With this understanding, the Company hereby authorizes the Grant Thornton audit engagement team to provide access to the workpapers and to respond fully to ASP's reasonable inquiries.

**Limitation of liability with respect to workpaper access**

The Company acknowledges its awareness of the possibility that matters in the workpapers or information disclosed during the review will affect ASP's views regarding the proposed transaction and/or its terms. The Company also acknowledges that Grant Thornton has no responsibility to the Company if access to the workpapers results in any claims against the Company or change in the proposed transaction.

In addition, in consideration for Grant Thornton allowing access to the above-mentioned workpapers, the Company agrees that it does not acquire any rights as a result of such access that they would not otherwise have had and acknowledges that Grant Thornton does not assume any duties or obligations in connection with such access that it

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd



would not otherwise have had. It is expressly understood that Grant Thornton assumes no additional responsibility with respect to its above-mentioned audit of the Company.

Regarding Grant Thornton's cooperation and other participation in providing access to its workpapers, neither Grant Thornton, nor its present, future or former partners, principals, directors, employees, agents, or contractors will have any liability of any kind to the Company, nor have any liability to the Company for any claimed special, incidental, consequential, or exemplary damages. The foregoing shall apply regardless of the theory of relief asserted (including negligence but excluding any gross negligence of Grant Thornton) even if Grant Thornton was advised in advance of such potential damages.

Notwithstanding the foregoing, nothing hereinabove within this paragraph shall, or shall be construed to, prohibit or prevent Company from seeking forfeiture of fees claimed by Grant Thornton under this agreement, or disgorgement of fees received by Grant Thornton under this agreement, upon Company proving, in a court of competent jurisdiction, the pecuniary harm to Company proximately resulting from any such occurrence of simple negligence on Grant Thornton's part. In no event, however, shall Grant Thornton's total liability for any such simple negligence and pecuniary harm, even if proven, exceed the total amount of fees claimed and received by it under this agreement.

© Grant Thornton LLP | All rights reserved
U.S. member firm of Grant Thornton International Ltd

# GT SOW - Vital Pharma QofE- 1-3-23 (002)

Final Audit Report                                          2023-01-06

| | |
|---|---|
| Created: | 2023-01-06 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6RS6H6fzTWbDceCG-T4VMLu1pGHC1BHF |

## "GT SOW - Vital Pharma QofE- 1-3-23 (002)" History

📄 Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
2023-01-06 - 7:50:47 PM GMT- IP address: 99.90.54.255

📧 Document emailed to ceo@bangenergy.com for signature
2023-01-06 - 7:53:40 PM GMT

📄 Email viewed by ceo@bangenergy.com
2023-01-06 - 7:59:42 PM GMT- IP address: 104.47.55.254

✍ Signer ceo@bangenergy.com entered name at signing as Jack Owo
2023-01-06 - 8:00:11 PM GMT- IP address: 166.205.159.62

✍ Document e-signed by Jack Owo (ceo@bangenergy.com)
Signature Date: 2023-01-06 - 8:00:13 PM GMT - Time Source: server- IP address: 166.205.159.62

✅ Agreement completed.
2023-01-06 - 8:00:13 PM GMT

📕 **Adobe Acrobat Sign**



**Vital Pharmaceuticals, Inc.**
**Statement of Work for Debt Restructuring Tax Consulting Services**
**(For Tax Consulting Engagements Not Subject to the SEC Independence Rules)**

This Statement of Work ("Statement of Work") dated January 12, 2023 becomes a part of and is subject to the terms and conditions of the Agreement dated November 16, 2020 between Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Vital," "Client," "Company," or "you") and Grant Thornton LLP ("Grant Thornton," "Firm," or "we"). Any capitalized terms that are not defined in this Statement of Work shall have the meanings in the Agreement.

The purpose of this Statement of Work is to describe the scope of services ("Services") the Company is requesting Grant Thornton to perform, and to set forth the agreed fee, timing and other matters related to the Services.

Vital Pharmaceuticals, Inc. and Grant Thornton agree that this agreement shall be valid and effective upon the entry of an appropriate order in Vital Pharmaceuticals, Inc.'s bankruptcy case before the United States Bankruptcy Court for the Southern District of Florida, authorizing and approving Grant Thornton's engagement. Vital Pharmaceuticals, Inc. and Grant Thornton agree to cooperate in the filing of a motion seeking such authorization and approval and that such motion shall be filed within twenty days of the mutual execution of this agreement. The motion and all accompanying documents filed with the Bankruptcy Court shall be in a form reasonably satisfactory to both Vital Pharmaceuticals, Inc. and Grant Thornton.

**The services we will provide**
The Services we will provide under this Statement of Work consist of assisting the Company with the contemplated debt restructuring (the "Transaction"). Our Services will be provided in the following phases:

Phase 1: Computations, Analysis, and Modeling

Our Services under Phase 1 will consist of a quantitative analysis and modeling as necessary to quantify the Company's tax consequences related to the Transaction. Our Services will quantify cancellation of debt income, assess whether it is taxable, quantify the impact on tax attributes to the extent that it is excluded, and review. Phase 1 may include the analysis of structuring alternatives and preparation of accompanying slidedeck, if requested. Additionally, our Services may also include reading and commenting on the US tax implications of draft sales agreements or other transaction related agreements.

The deliverable for Phase 1 will consist of a summary of our supporting computations and conclusions which may include: whether there was a significant modification under Treas. Reg. § 1.1001-3, the measurement of cancellation of indebtedness under section 61(a)(11), the reduction of tax attributes under section 108, and other ancillary tax consequences related to the Transaction.

Statement of Work – NonSEC Tax Consulting 04/03/2020 C19

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.



2

<u>Phase 2: Additional Documentation</u>

If requested, our Services under Phase 2 will consist of a written technical memorandum with conclusions and technical support for such conclusions. Phase 2 may also include assisting the Company with reporting requirements related to the Transaction including Form 8937 and/or Form 982.

Our fees and deliverables for Phase 2 will be assessed and agreed upon after the completion of Phase 1.

The Services are provided solely for tax purposes. Client management is solely responsible for calculating and determining any amounts they record in the books, records, financial statements and footnotes thereto.

Any deliverables prepared by Grant Thornton are prepared solely for the Client's benefit and may not be shared without prior written consent from Grant Thornton.

**Delivering the services**

We will discuss with you an appropriate timeline for providing the Services listed above, including an agreed upon timeframe for completion. We will provide the Company with a request for information required to complete the Services based on the mutually agreed timeline.

The parties are entering into this Statement of Work at a time when a national emergency has been declared and the nation is responding to the Coronavirus (COVID-19) pandemic. Grant Thornton will use reasonable efforts to complete the Services as specified herein, while also taking the steps it deems necessary to protect the health, welfare and safety of its professionals. Neither party shall be liable for any delay or failure in performance (excluding payment for fees and expenses incurred) due to circumstances resulting from the pandemic which are beyond its reasonable control.

Limitations

Our responsibility under this Statement of Work extends only to Services we expressly agree to provide herein. Our responsibility does not include, for example, studies, detailed research or analysis not specifically set forth in this Statement of Work. If such items arise or you request additional Services we will provide you a fee estimate and a new Statement of Work before we invest significant professional time.

US federal and state tax laws are ever changing and complex. Grant Thornton is only engaged to provide Services expressly set forth in this Statement of Work in accordance with applicable professional standards. Such obligation expressly does not include any obligation or responsibility to identify, suggest, model or advise on tax minimization or deferral opportunities, including but not limited to any such matters that may arise from the recently enacted CARES Act or other legislation or regulatory guidance. As your tax advisor, we welcome the opportunity to discuss your tax and business objectives and how we may serve you.

All engagements undertaken by Grant Thornton are subject to evaluating and resolving

Statement of Work – NonSEC Tax Consulting 04/03/2020 C19

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd.



3

any potential or actual conflict of interest or independence concerns. While the occurrence is highly unusual, matters may arise from the ordinary course of our business operations, or yours, requiring us to resolve a conflict matter and/or terminate or suspend this engagement until any conflict or independence issue is resolved.

Additionally, Grant Thornton may use third-parties to provide administrative and operational support to Grant Thornton business operations. All of these third party service providers are subject to confidentiality obligations to protect the confidentiality of client data. Such entities may be located within or outside the United States.

### Use of GT Affiliate

Appropriate use of technology and resources is an important aspect of serving you. In our tax return preparation and tax consulting processes, we use the technology and resources of GT US Shared Services Center India Private Limited ("GTSSC") and/or the Grant Thornton Knowledge and Capability Center India Private Limited ("KCC"), affiliates of Grant Thornton located in Bangalore, India, to assist in providing tax services. Our affiliates' address is No.65/2, Bagmane Tridib, Block "A", 3rd and 4th Floor, Bagmane Tech Park, C.V. Raman Nagar, Bangalore – 560093.

The Firm's contract with such affiliates requires that they maintain the confidentiality of any tax return information provided to them in connection with providing tax services.

Professional and regulatory standards require us to obtain your written consent prior to providing your tax return information to such affiliates.  Your authorization includes only prior year(s) and current year information in the possession of Grant Thornton that is necessary for the purpose of providing the Services covered by this Statement of Work.

If you do not advise us that you wish to limit the duration of your consent, your consent is valid for six (6) months from the date of signature or the time period necessary to complete the Services under this Statement of Work, whichever is greater. If you wish, you may limit the amount, type, or scope of tax return information disclosed by letting us know in writing.

To acknowledge your consent to the disclosure of your tax return information as set forth above, please sign this Statement of Work.

### Fees and payment terms

#### Fees

Our fees for the Services under the Statement of Work will be based on our discounted hourly rates for this type of work.  Based on our experience and the information received to date, we anticipate that the fees will range from:

| | |
|---|---|
| Phase 1 – Computations, Analysis, and Modeling | $50,000 to $100,000 |
| Phase 2 – Additional Documentation | TBD |

Therefore, it must be understood that it is neither a maximum nor a fixed fee quotation.

Statement of Work – NonSEC Tax Consulting 04/03/2020 C19

**Grant Thornton LLP**
U.S. member firm of Grant Thornton International Ltd.



4

Our discounted hourly rates are as follows:

| Professional | Discounted Hourly Rate |
|---|---|
| Partner | $785 |
| Managing Director | $732 |
| Senior Manager | $670 |
| Manager | $585 |
| Senior Associate | $475 |
| Associate | $290 |

We will discuss with you circumstances that require us to do additional work which may include, but are not limited to, work to satisfy our obligations under applicable professional standards including additional fact gathering, analysis and preparation of disclosure forms, unforeseen scope changes including additional state returns or previously unidentified transactions or tax positions requiring analysis, and late or incomplete client provided information. If it appears that the stated fee will be exceeded, we will consult with you before continuing with the engagement.

Payment schedule

Upon execution of this Statement of Work you understand and agree that we will invoice you an advance fee totaling 50% of the engagement fee noted above. The advance fee you pay will be taken into account in connection with the fee set forth in this Statement of Work, and is reflected in the Billing Structure set forth below.

Our billings for the services described above will be rendered as follows:

| Billing Structure for Services | Fees |
|---|---|
| Fee due upon authorization and approval of Services by the Bankruptcy Court | $25,000 |
| Monthly progress billing | As time is incurred |

Our billings are payable pursuant to the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* filed with the Bankruptcy Court.

In addition, our billings will include reasonable expenses related to this engagement including, but not limited to, the reasonable legal expenses for counsel, time, and expenses associated with administering the engagement and bankruptcy court appearances.

We will seek to be compensated for reasonable services rendered and disbursements incurred by filing fee applications in the United States Bankruptcy Court for the Southern District of Florida pursuant to applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the local rules of the Bankruptcy Court, the guidelines promulgated by the United States Trustee, and in accordance with such orders or procedures as may be applicable for the more regular compensation of professionals in

Statement of Work – NonSEC Tax Consulting 04/03/2020 C19

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd.



5

this bankruptcy case generally.

We also want you to be aware that from time to time, Grant Thornton LLP may receive certain incentives in the form of bonuses and rewards from its corporate card and other vendors. Such incentives to the extent received will be retained by Grant Thornton to cover firm expenses.

**Entire agreement**

This Statement of Work represents the parties' entire understanding with respect to the Services in this document. This Statement of Work does not modify or amend the Agreement. In the event of a conflict between this Statement of Work, Attachment A – Standard Grant Thornton LLP Terms and Conditions, and any other exhibit or attachment included in the Agreement, the terms of the Attachment A shall govern.

**Agreed and accepted**

The undersigned hereby agree to the terms and conditions as set forth.

**VITAL PHARMACEUTICALS, INC**

By: Jack Owoc (Jan 13, 2023 13:14 EST)          Date: Jan 13, 2023

Jack Owoc, President, Chief Executive Officer
and Chief Scientific Officer


**GRANT THORNTON LLP**


Date: 01-12-2023

Brian Angstadt, Managing Director


cc    Mitch Less, Audit Partner

# GT Debt Restructuring Tax Consulting

Final Audit Report                                                    2023-01-13

| | |
|---|---|
| Created: | 2023-01-13 |
| By: | Yaylin Duran (yaylin.duran@bangenergy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAf93yyhfowxRoXfk88qej0KyT6IxFPIk0 |

## "GT Debt Restructuring Tax Consulting" History

📄 Document created by Yaylin Duran (yaylin.duran@bangenergy.com)
   2023-01-13 - 4:32:53 PM GMT- IP address: 99.90.54.255

📧 Document emailed to ceo@bangenergy.com for signature
   2023-01-13 - 4:33:36 PM GMT

📄 Email viewed by ceo@bangenergy.com
   2023-01-13 - 6:13:55 PM GMT- IP address: 104.47.59.254

✍️ Signer ceo@bangenergy.com entered name at signing as Jack Owoc
   2023-01-13 - 6:14:18 PM GMT- IP address: 98.249.238.179

✍️ Document e-signed by Jack Owoc (ceo@bangenergy.com)
   Signature Date: 2023-01-13 - 6:14:20 PM GMT - Time Source: server- IP address: 98.249.238.179

✅ Agreement completed.
   2023-01-13 - 6:14:20 PM GMT

# EXHIBIT C

**(Curriculum Vitae of Mark Margulies and Simon Jewkes)**





**Mark Margulies**
Office Managing Partner,
South Florida

1301 International Parkway, Suite 300
Fort Lauderdale, FL
33323-2874

**D** 954 331 1116
**M** 305 773 3798
**E** mark.margulies@us.gt.com

## Qualifications

As an experienced leader who's accounting career spans more than 32 years, Mark serves as Grant Thornton's South Florida Office Managing Partner, which includes the firm offices in Miami and Fort Lauderdale. Mark also serves as the Chair for Grant Thornton's Political Action Committee and works closely with the national Public Policy group. In his role as a leader in the tax practice, he most recently served as a senior partner in Grant Thornton's corporate tax reporting and advisory business. Prior roles in the firm include National Tax Managing Partner for Privately-Held Business and the Southeast region's Tax Practice Leader, which included Florida, Georgia, and the Carolinas.

## Experience

Mark joined Grant Thornton in 1999 after a successful nine-year career with a Big 4 firm. Mark's possesses in-depth consulting experience, serving diverse clients in both the private and public sectors. His primary technical background has focused primarily on corporate tax matters, with expertise in working with SEC registrants around accounting for income taxes. Mark also consults in areas such as tax accounting method selection and mergers/acquisition planning. Mark's clients consider him a trusted business advisor, helping bring solutions to their Federal, Multi-State, and international tax demands.

Mark works actively on Capitol Hill with legislators focused on policy matters in the tax, accounting, and regulatory arena. His Washington experience also includes advocacy work with the AICPA and the U.S. Chamber of Commerce.

## Sector experience

Mark's experience has crossed a variety of industries, most notably, technology, financial services, real estate, professional sports and manufacturing/distribution. Mark has worked with many of the significant public and private companies in South Florida over the years like The Geo Group, The Miami Dolphins, The Miami Marlins, Florida Panthers, Citrix Systems, and Bayview Financial.

"Grant Thornton" refers to Grant Thornton LLP, the U.S. member firm of Grant Thornton International Ltd (GTIL), and/or refers to the brand under which the GTIL member firms provide audit, tax and advisory services to their clients, as the context requires. GTIL and each of its member firms are separate legal entities and are not a worldwide partnership. GTIL does not provide services to clients. Services are delivered by the member firms in their respective countries. GTIL and its member firms are not agents of, and do not obligate, one another and are not liable for one another's acts or omissions. In the United States, visit GT.COM for details.



**Professional qualifications and memberships**

- American Institute of Certified Public Accountants (AICPA) – Member

- Florida Institute of Certified Public Accountants (FICPA) – Member

- University of Miami Citizen's Board--Member

- University of Miami Accounting Advisory Council--Immediate Past Chair & Current Chair of the Curriculum Committee

- Miami Dolphins Challenge Cancer-Sponsor, Heavy Hitter contributor

- Grant Thornton Political Action Committee-Chairman

**Presentations and publications**

Mark authored an article talilored to venture-backed companies on "Choice of Entity" which can be found on our website, at www.GrantThornton.com/technology.

**Languages spoken**

English

**Education**

- University of Miami, BBA-Accounting

- University of Miami, MS-Taxation

# Simon Jewkes Bio

Experience through the Transaction Life Cycle

**Diligence Leader**



**Simon Jewkes**
Principal
Transaction Services –
Diligence

**Contact details**
**D** +1 212 624 5496
Simon.Jewkes@us.gt.com

**Education**
BSc (Honors), Business
Administration – University of
Bath (England)

**Professional Affiliations**
Association for Corporate
Growth, New York Chapter

Simon is a Principal in Grant Thornton's Strategy and Transactions practice based in New York and is a Chartered Accountant. He focuses on providing due diligence and value enhancement services to private equity, lenders and corporate clients and has worked on more than 200 transactions on both the buy-side and sell-side across a broad range of industry sectors in North America and Europe on deals ranging in size from $5 million up to $30 billion.

Simon leads the Retail and Consumer Transactions practice and has broad experience in a number of sub-sectors in Consumer and Retail.

Simon has led teams including financial, tax, IT, HR, insurance, commercial and operational due diligence. His transaction advisory specialization include quality of earnings analysis, profitability analysis, net working capital and net debt analysis, review of financial projections, cash flow modeling and purchase agreement consultation. Simon also has experience of cost savings and synergy analysis, merger integration, carve out transactions, restructuring/bankruptcy, refinancing transactions and IPO readiness.

Prior to joining Grant Thornton, Simon was a Managing Director at FTI Consulting in Transaction Services and a Senior Manager at Deloitte in Transaction Services in New York and London.

© Grant Thornton LLP. All rights reserved.

# **EXHIBIT D**

## **(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]           Case No.: 22-17842-PDR

    Debtors.                                    (Jointly Administered)
_____/

**ORDER APPROVING DEBTORS' EXPEDITED APPLICATION FOR APPROVAL
OF THE EMPLOYMENT OF GRANT THORNTON LLP, AS FINANCIAL
ADVISORS TO THE DEBTORS, EFFECTIVE AS OF DECEMBER 17, 2022**

THIS MATTER came before the Court on the _____ day of _____, 2023, at

_____ a.m./p.m., in Fort Lauderdale, Florida, upon the *Debtors' Expedited Application for*

*Approval of the Employment of Grant Thornton LLP as Financial Advisors to the Debtors,*

_____

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors'
federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc.
(5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC
(9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital
Pharmaceuticals International Sales, Inc. (8019).

*Effective as of December 17, 2022* (the "<u>Application</u>") [ECF No. _____].  The Court, having

considered the Application, the *Declaration of Mark Margulies in Support of Debtors' Application*

*for Approval of the Employment of Grant Thornton LLP as Financial Advisors to the Debtors,*

*Effective as of December 17, 2022* (the "<u>Margulies Declaration</u>")*,* attached to the Application as

Exhibit A; the Engagement Documents[2] attached to the Application as Exhibit B; and finds that

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue of

this case and the Application is this district is proper pursuant to 28 U.S.C. § 1408 and 1409; and

(c) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court being satisfied,

based on the representations made in the Application and the Margulies Declaration, that Grant

Thornton is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as

required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest

adverse to the Debtors' estates; and this Court having determined that the relief requested in the

Application is in the best interests of the Debtors, the bankruptcy estates, and all parties-in-interest.

Accordingly, it is

  **ORDERED** as follows:

  1. The Application is **APPROVED.**

  2. The Debtors are authorized, pursuant to sections 327(a) and 328(a) of the

Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, to employ and retain Grant

Thornton as their financial advisor in these chapter 11 cases, effective as of December 17, 2022,

pursuant to the terms and conditions of the Engagement Documents.

  3. Grant Thornton's pre-petition claim in the amount of $128,570.00 is hereby

waived.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Application.

4.      The Debtors are authorized to pay to Grant Thornton, the Advance Fee in the amount of $25,000, which sum shall be credited against the work performed under the relevant Statement of Work.

5.      The Limitations on Liability and Indemnification provisions in the Engagement Letter are approved.

6.      Grant Thornton, as financial advisors to the Debtors, shall be compensated pursuant to the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [ECF No. 503], and shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at the discounted rates set forth in the Application and Engagement Documents for services rendered and costs incurred on behalf of the Debtors.

7.      The Debtors and Grant Thornton are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.      To the extent there is any inconsistency between the terms and conditions set forth in the Application, the Margulies Declaration, and this Order, the provisions of this Order shall govern.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

10.     The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

# # #

3

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*