# **JOINT EXHIBIT 18**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,   Case No.: 22-17842-PDR

   Chapter 11
Debtors.   (Jointly Administered)
_____/

**SUPPLEMENT TO OBJECTION TO EXPEDITED SUPPLEMENTAL APPLICATION
FOR APPROVAL TO EMPLOY GRANT THORNTON LLP**

John H. Owoc, *aka* Jack Owoc, and Megan Owoc (together, the "Owocs"), by and through their undersigned counsel, hereby notify the Court of the following additional arguments and authority in support of their *Objection to Expedited Supplemental Application for Approval to Employ Grant Thornton LLP* [ECF No. 1255] (the "Objection"):

1. A professional must be disinterested to be employed by the estate, meaning that he does not hold "an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders." 11 U.S.C. § 101(14) (defining "disinterested") and § 327(a).

2. Jack Owoc is the sole shareholder of Debtor Vital Pharmaceuticals, Inc.. Jack Owoc is, individually, a client of Grant Thornton LLP with respect to tax return preparation services.

3. The dual representation of a closely held corporation and its principal has been disfavored by various bankruptcy courts. *In re N. John Cunzolo Associates, Inc.*, 423 B.R. 735, 737 (Bankr. W.D. Pa. 2010 (citing *In re Frascella Enterprises, Inc.*, 2006 WL 1530256 (Bankr. E.D. Pa. April 12, 2006); *In re BH & P Inc.*, 949 F.2d 1300 (3d Cir.1991); *Matter of Bohack Corp.*, 607 F.2d 258 (2d Cir.1979)).

4. The conflicts between the Debtor and its principal, Jack Owoc, are not theoretical

{2467/000/00554581}

or latent. The Debtor and Mr. Owoc are heavily litigating against each other in this bankruptcy matter, and the Debtor has sought to hold Mr. Owoc in contempt of Court multiple times.

5. The Grant Thornton LLP services at issue—assisting with IRS audits and providing advice with respect to a sale of the Debtor's assets—could directly prejudice Mr. Owoc. Tax savings for the Debtor could result in increased tax liability for Mr. Owoc. A sale price acceptable to the Debtor might be opposed by Mr. Owoc.

6. The AICPA[1] Code of Professional Conduct (the "Code") is available at https://us.aicpa.org/content/dam/aicpa/research/standards/codeofconduct/downloadabledocuments/2014-december-15-content-asof-2020-June-20-code-of-conduct.pdf. Members of the American Institute of Certified Public Accountants ("AICPA") "should maintain objectivity and be free of conflicts of interest in discharging professional responsibilities." Code at § 0.300.050.01. "Objectivity is a state of mind, a quality that lends value to a member's services. It is a distinguishing feature of the profession. The principle of objectivity imposes the obligation to be impartial, intellectually honest, and free of conflicts of interest. Independence precludes relationships that may appear to impair a member's objectivity in rendering attestation services." Code at § 0.300.050.02.

7. The foregoing demonstrates that Grant Thornton LLP cannot, in a disinterested and objective manner, represent the Debtor with respect to the services proposed in the *Expedited*

---

[1] As set forth in the attachments to the *Debtors' Expedited Application for Approval of the Employment of Grant Thornton LLP, as Financial Advisors to the Debtors, Effective as of December 17, 2022* [ECF No. 643], Mark Margulies, Grant Thornton LLP's Office Managing Partner for South Florida, is a member of the American Institute of Certified Public Accountants ("AICPA"), ECF No. 643 at pp 73-74, and Grant Thornton LLP's "[s]ervices "will be performed in accordance with the American Institute of Certified Public Accountants' Statements on Standards for Tax Services and other applicable professional standards, and applicable federal and state laws and regulations." ECF No. 643 at p.46; *see also* ECF No. 643 at pp. 53 and 63.

{2467/000/00554581}

2

*Supplemental Application for Approval to Employ Grant Thornton LLP* [ECF No. 1188].

WHEREFORE, the Owocs request the Court sustain the Objection [ECF No. 1255].

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on May 1, 2023.

        **SHRAIBERG PAGE P.A.**
        Attorneys for the Owocs
        2385 NW Executive Center Drive, Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email:  bss@slp.law
        Email:  ependergraft@slp.law

        By:   /s/ Bradley Shraiberg
              Bradley Shraiberg
              Fla Bar No. 121622
              Eric Pendergraft
              Fla. Bar No. 91927