UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,                    Case No.: 22-17842-PDR

    Debtors.[1]                                       (Jointly Administered)

_____/

## JOINT EXHIBIT REGISTER

**Exhibits Submitted on behalf of**[2]

[ ] Plaintiff     [ ] Defendant     [ **X** ] Debtors     [ **X** ] Others

**Date of Hearing/Trial**: Friday, July 28, 2023 at 10:00 a.m.

**Type of Hearing/Trial**: Hearing on *Emergency Motion of John H. Owoc's [sic] for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status, or Alternatvely [sic], for Relief from Stay* [ECF No. 1627].

**SUBMITTED BY:**   Andrew D. Sorkin, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Ste 1000
Tel. (202) 637-2200
Washington, D.C. 20004-1304
andrew.sorkin@lw.com
—and—
Jordi Guso, Esq.
Florida Bar No. 0863580
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. ("Vital Pharmaceuticals") (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC ("Quash Seltzer") (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] The parties reserve rights as to the admissibility of exhibits on this Joint Exhibit Register, and will meet and confer in advance of the Hearing as provided under the *Order Setting Evidentiary Hearing and Establishing Related Deadlines [ECF No. 1627]* [ECF No. 1698].

12317163-1

jguso@bergersingerman.com
—and—
Jonathan Feldman, Esq.
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
Fax: (305) 614-1887

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | Expert Report of Richard E Cabrera, JD, CPA dated July 24, 2023 | | | |
| 2. | *Declaration of John C. DiDonato in Support of Debtors' Response to John H. Owoc's Motion to Terminate Vital Pharmaceuticals, Inc.'s S-Corp Status* dated July 26, 2023 [ECF No. 1717-2] | | | |
| 3. | *Debtors' Objection to John H. Owoc's Motion to Terminate Vital Pharmaceuticals, Inc.'s S-Corp Status* [ECF No. 1717] | | | |
| 4. | *Emergency Motion of John H. Owoc's [sic] for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status, or Alternatvely [sic], for Relief from Stay*, Case No. 22-17842-PDR [ECF No. 1627] | | | |
| 5. | Expert Report of Adi Rappoport dated July 24, 2023 | | | |
| 6. | *Amended Order (I) Authorizing and Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in connection therewith, and (II) Granting Related Relief*, Case No. 22-17842-PDR [ECF No. 1658] | | | |

12317163-1

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 7. | *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief*, Case No. 22-17842-PDR [ECF No. 707] | | | |
| 8. | *Amended Notice of Auction Cancellation and Successful Bidder*, Case No. 22-17842-PDR [ECF No. 1556] | | | |
| 9. | *Second Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection With A Sale of the Debtors' Assets and (II) The Proposed Cure Amounts With Respect Thereto*, Case No. 22-17842-PDR [ECF No. 1460] | | | |
| 10. | *Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief*, Case No. 22-17842-PDR [ECF No. 854] | | | |
| 11. | *Debtors' Application for Entry of Interim and Final Orders Under 11 U.S.C. §§ 327(A) and 328(A) Authorizing the Employment and Retention of Rothschild & Co Us Inc. As Investment Banker for the Debtors. Effective As Of The Petition Date*, Case No. 22-17842-PDR [ECF No. 23] | | | |
| 12. | *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings*, Case No. 22-17842-PDR [ECF No. 26] | | | |

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 13. | *Debtors' Motion for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code*, Case No. 22-17842-PDR [ECF No. 1551] | | | |
| 14. | *Debtors' Expedited Motion to Approve Compromise Between (I) The Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) The Committee, and (VI) The Supporting Lenders*, Case No. 22-17842-PDR [ECF No. 1548] | | | |
| 15. | *Order Granting Debtors' Expedited Motion to Approve Compromise Between (I) The Debtors, (II) Monster Energy Company, (III) Monster Beverage Corporation, (IV) Orange Bang, Inc., (V) The Committee, and (VI) The Supporting Lenders*, Case No. 22-17842-PDR [ECF No. 1644] | | | |
| 16. | *Debtors' Expedited Application for Approval of the Employment of Grant Thornton LLP, as Financial Advisors to the Debtors, Effective as of December 17, 2022*, Case No. 22-17842-PDR [ECF No. 643] | | | |
| 17. | *Objection to Expedited Supplemental Application for Approval to Employ Grant Thornton LLP*, Case No. 22-17842-PDR [ECF No. 1255] | | | |
| 18. | *Supplement to Objection to Expedited Supplemental Application for Approval to Employ Grant Thornton LLP*, Case No. 22-17842-PDR [ECF No. 1306] | | | |
| 19. | *Second Supplemental Declaration of Mark Margulies in Support of Debtors' Supplemental Application for Approval to Employ Grant Thornton LLP to Provide Tax Examination Assistance, Effective March 6, 2023, and Expand the Scope of the Transaction Advisory Services to the Debtors, Effective April 11, 2023*, Case No. 22-17842 [ECF No. 1317] | | | |
| 20. | Form 1120-S, U.S. Income Tax Return for an S Corporation, Vital Pharmaceuticals, Inc. (Tax year 2019 | | | |

4

12317163-1

| Exhibit No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 21. | Schedule K-1 (Form 1120-S), Shareholder's Share of Income, Deductions, Credits, etc., John H. Owoc (Tax year 2021) | | | |
| 22. | Vital Pharmaceuticals, Inc. 2023 Estimated Taxable Income Provided by Grant Thornton | | | |
| 23. | Vital Pharmaceuticals, Inc. 2022 Taxable Income Estimate Provided by Grant Thornton | | | |
| 24. | Vital Pharmaceuticals, Inc. Instructions for Filing Form 8879-S IRS e-file Signature Authorization for Form 1120S for the year ended December 31, 2020 | | | |
| 25. | Vital Pharmaceuticals, Inc. Instructions for Filing Form 8879-S IRS e-file Signature Authorization for Form 1120S for the year ended December 31, 2021 | | | |
| 26. | Vital Pharmaceuticals, Inc. Estimated C Corporation Income Taxes on Sale of Assets in Bankruptcy Provided by Grant Thornton | | | |
| 27. | *Reply in Support of Emergency Motion of John H. Owoc's [sic] for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status, or Alternatvely [sic], for Relief from Stay*, Case No. 22-17842-PDR [ECF No. _____] | | | |
| 28. | In re Vital Pharmaceuticals Inc., Funds Flow Summary in connection with Monster Sale | | | |
| 29. | *In Re. Vital Pharmaceuticals, Inc., et al., Case No.:22-17842-PDR, Monthly Operating Report* (Period ending 05/31/2023) [ECF No. 1559] | | | |
| 30. | Supplement to Expert Report of Adi Rappoport dated July 26, 2023 | | | |
| 31. | Notice of Auction Cancellation and Successful Bidder, including Exhibit 1 [ECF No. 1546] | | | |
| 32. | Any exhibit introduced by any other party | | | |
| 33. | Rebuttal or impeachment exhibits as necessary | | | |

12317163-1