# **JOINT EXHIBIT 22**

*Vital Pharmaceuticals, Inc.*
*2023 Estimated TI*
**PBC Modified by GT Tax**
Trial Balance

**GT Tax Federal Calculation - 2023 Taxable Income Estimate**

| | | | |
|---|---|---|---:|
| | | Book Income (loss) 1/1/23 -8/31/23 | (118,384,897) |
| M-001 | | Meals and Entertainment | 119,951.00 |
| M-002 | | Officers Life Insurance | 720.00 |
| M-003 | | Penalties | 8,827.00 |
| M-005 | | Club Dues | - |
| M-015 | | Personal Use of Auto | - |
| M-019 | | Political Contributions | - |
| M-020 | | GILTI | - |
| M-100 | | Depreciation Expense | 16,700,482.40 |
| M-101 | | Gain(Loss) on Sale of Assets | 5,822,533.00 |
| M-106 | | Amortization Expense | (1,482,042.00) |
| M-109 | | UNICAP | (1,127,905.00) |
| M-113 | | Prepaid Insurance | - |
| M-200 | | Bad Debt Reserve | (3,023,092.00) |
| M-201 | | Inventory reserve | 2,329,096.00 |
| M-203 | | AR Credit Reserve | (2,386,733.00) |
| M-300 | | Accrued Vacation | 15,787.00 |
| M-302 | | Accrued Payroll | - |
| M-303 | | Accrued Commissions | - |
| M-402 | | State and Local Taxes | 99,507.00 |
| M-408 | | Accrued Legal Settlement - (Accrued/ not paid) | |
| M-409 | | Accrued Expenses | 3,328,110.00 |
| M-508 | | Interest Expense | 35,463,177.00 |
| M-700 | | UNICAP Section 481(a) Adjustment | 1,663,605.00 |
| M-802 | | Deferred Revenue (Pepsi transition revenue) | - |
| M-807 | | Pepsi separation - (Accrued/ not paid) | - |
| M-808 | | Royalty Expense - (Accrued/ not paid) | 9,083,307.00 |
| M-809 | | Section 174 | 5,000,000.00 |
| M-810 | | Loss From SC Inventory | - |
| Other | | Annualization of inventory write-off | 5,420,731.06 |
| | | *Taxable Income (Loss) 1/1/23 -8/31/2023* | *(41,348,835.54)* |
| | | *Back out Inventory write off and other discrete income* | *12,078,002* |
| | | | *(29,270,833.41)* |
| | | *Net Amount* | |
| | | *Per month Operations Income* | *(3,658,854.18)* |
| | | *Net operating loss for August* | *(3,658,854.18)* |