# **JOINT EXHIBIT 23**

## Vital Pharmaceuticals, Inc.
## 2022 Taxable Income Estimate
## Provided by Grant Thornton

| | | | |
|---|---|---|---:|
| | | Book Income (loss) 1/1/22 -12/31/22 | (560,756,824.00) |
| M-001 | | Meals and Entertainment | 379,526.00 |
| M-002 | | Officers Life Insurance | 720.00 |
| M-003 | | Penalties | 124,247.00 |
| M-005 | | Club Dues | - |
| M-015 | | Personal Use of Auto | - |
| M-019 | | Political Contributions | - |
| M-020 | | GILTI | - |
| M-100 | | Depreciation Expense | 7,129,003.14 |
| M-101 | | Gain(Loss) on Sale of Assets | - |
| M-106 | | Amortization Expense | (1,447,908.00) |
| M-109 | | UNICAP | (1,520,522.23) |
| M-113 | | Prepaid Insurance | - |
| M-200 | | Bad Debt Reserve | 2,150,261.00 |
| M-201 | | Inventory reserve | 33,179,012.00 |
| M-203 | | AR Credit Reserve | (14,357,331.00) |
| M-300 | | Accrued Vacation | (37,095.00) |
| M-302 | | Accrued Payroll | - |
| M-303 | | Accrued Commissions | - |
| M-402 | | State and Local Taxes | 799,987.00 |
| M-408 | | Accrued Legal Settlement - (Accrued/ not paid) | 335,072,600.00 |
| M-409 | | Accrued Expenses | 17,312,537.00 |
| M-508 | | Interest Expense | 28,778,960.00 |
| M-700 | | UNICAP Section 481(a) Adjustment | 1,663,605.00 |
| M-802 | | Deferred Revenue (Pepsi transition revenue) | (42,762,314.00) |
| M-807 | | Pepsi separation - (Accrued/ not paid) | 103,422,561.00 |
| M-808 | | Royalty Expense - (Accrued/ not paid) | 28,312,057.00 |
| M-809 | | Section 174 | 5,000,000.00 |
| | | Taxable Income 1/1/22 -12/31/22 | (57,556,918.09) |

2022 Contributions: $11,000,000

2022 Distributions: $755,197