# JOINT EXHIBIT 26



**Vital Pharmaceuticals, Inc. (the "Company")**
Estimated C Corporation Income Taxes on Sale of Assets in Bankruptcy
Presented in whole dollars and rounded to the nearest hundred thousand
**ILLUSTRATIVE DRAFT ESTIMATE FOR DISCUSSION PURPOSES ONLY**

This illustration is an estimated calculation of the potential income tax of a sale of assets of the Company in bankruptcy if the Company was treated as a C corporation for U.S. federal income tax purposes. The illustration is for discussion purposes only and does not represent our final conclusions and/or recommendations.

On July 11, 2023, John H. Owoc, the shareholder of the Company ("Owoc") filed an emergency motion with the United States Bankruptcy Court of the Southern District of Florida (the "Emergency Motion"). As part of the Emergency Motion, Owoc requested an order to terminate the S election of the Company (a "revocation"). If the revocation is approved by the Bankruptcy Court and the Internal Revenue Service, the Company's S election is terminated and it is treated as a C corporation for U.S. federal income tax purposes immediately following the effective date.  _Although the below illustration includes a calculation of estimated income tax as if the Company will be treated as a C corporation upon the sale of its assets and cancellation of indebtedness in bankruptcy, we have not analyzed:  (i) the advisability of the revocation from the standpoint of the Company (ii) whether revocation has been properly prepared and filed, (iii) the effective date of the revocation, (iv) US federal, state/local, or international tax aspects of the revocation (v) the timing of deductibility of any items in the S Corporation or the C corporation, and (v) whether the IRS will approve such revocation._

The illustration is based on our understanding of certain material facts and assumptions including (but not limited to) those listed below. To extent any facts and assumptions are changed, the illustration may materially change.

### Purchase Price Considerations[1]

| | |
|---|---:|
| Estimated Fair Market Value of Assets | 362,000,000 |
| Liabilities Assumed[2] | 8,200,000 |
| Deductible Transaction Expenses[3] | - |
| **Total Purchase Price** | **$ 370,200,000** |

### Asset Sale Estimated Tax Calculation[4]

| | Tax Basis[5] | FMV | Gain/(Loss) Calculation |
|---|---:|---:|---:|
| Cash and Equivalents | 1,400,000 | 1,400,000 | - |
| Receivables, net | 23,800,000 | 16,800,000 | (7,000,000) |
| Inventories, net[6] | 42,000,000 | 37,400,000 | (4,600,000) |
| Prepaid income tax | 2,600,000 | 2,600,000 | - |
| Intercompany receivables | - | - | - |
| Other Current Assets | 9,800,000 | 9,800,000 | - |
| **Current Assets** | **$ 79,600,000** | **$ 68,000,000** | **$ (11,600,000)** |
| | | | |
| Property, plant, equipment | 120,500,000 | 206,500,000 | 86,000,000 |
| Buildings | 42,200,000 | 78,700,000 | 36,500,000 |
| Land | 3,700,000 | 8,900,000 | 5,200,000 |
| Other assets | - | 300,000 | 300,000 |
| Goodwill and Intangibles | 2,900,000 | 7,800,000 | 4,900,000 |
| **Non-Current Assets** | **$ 169,300,000** | **$ 302,200,000** | **$ 132,900,000** |
| | | | |
| **Total Assets** | **$ 248,900,000** | **$ 370,200,000** | **$ 121,300,000** |

### COMPANY ACTIVITY FOLLOWING JULY 11, 2023

| | | |
|---|---:|---:|
| Estimated Ordinary Income from Business Activity (July & August)[7] | | (7,300,000) |
| Estimated Deferred Expenses deductible upon assumption of Buyer | | (2,800,000) |
| Estimated Ordinary Gain (Loss) from Asset Sale - Bankruptcy | | 74,400,000 |
| Estimated Capital Gain (Loss) from Asset Sale - Bankruptcy | | |
|   Capital Gain from Asset Sale - Bankruptcy | 46,900,000 | |
|   Capital Loss from Asset Sale - Bankruptcy | - | |
|   Net Capital Gain (but not below zero) | | 46,900,000 |
| Estimated Cancellation of Debt Income | | 770,300,000 |
| Less:  Excludable CODI[8] | | (770,300,000) |
| Estimated Federal Taxable income upon Bankruptcy Sale | | 111,200,000 |
| Effective Tax Rate[9] | | 24.64% |
| | | |
| Estimated Federal and State Income Tax on Sale in Bankruptcy as a C Corporation (rounded) | | 27,400,000 |

### MATERIAL ADDITIONAL POTENTIAL ITEMS[10]

| Potential Item | Ending Accrual | Estimated High-End Deduction | Effective Income Tax Rate | Estimated Income Tax Reduction (rounded) |
|---|---:|---:|---:|---:|
| Estimated Deduction related to Transaction Expenses[11] | | 23,700,000 | 24.64% | (5,800,000) |
| Estimated Deduction related to Obsolete Inventory[12] | 39,900,000 | 39,900,000 | 24.64% | (9,800,000) |
| Estimated Deduction for Legal Settlement Payment (limited to Capital Gain)[13] | 477,200,000 | - | 24.64% | - |
| Estimated Deduction for Capitalized 174 Expenses[14] | 10,000,000 | 10,000,000 | 24.64% | (2,500,000) |
| Estimated Deduction for Interest Expenses (limited to 30% of T.I.)[15] | 64,280,000 | 33,360,000 | 24.64% | (8,200,000) |

### ESTIMATED 2023 K-1 PRESENTIONAL INFORMATION

The following is an illustration of the potential K-1 information depending on whether the revocation is accepted or if it is not accepted for discussion purposes only.
Note: this information does not include any impact related to Material Additional Potential Items (listed above)

| | Revocation Effective on July 11, 2023[16] | Revocation is NOT Effective[17] |
|---|---:|---:|
| Line 1. Ordinary Business Income | (22,000,000) | 42,300,000 |
| Line 8a. Net Long-Term Capital Gain (Loss) | - | 46,900,000 |
| Line 10. Other Income | | |
|   Cancellation of Debt Income | - | 770,300,000 |
|   Exclusion of Cancellation of Debt Income | - | (770,300,000) |
| Line 16.  Items Affecting Shareholder Basis[16] | To be determined | To be determined |

### Disclosures

This report is a high-level limited analysis and does not address nor is intended to address all issues that should be evaluated with respect to sellers tax effect of the purchase of Vital Pharmaceuticals, Inc' assets.  It is not intended, and cannot be used or relied upon, as a tax opinion or tax advice on the amount of additional tax deductions Buyer will get from the acquisition or for purposes of avoiding any penalties.  If you require further assistance, please contact us and we will be pleased to assist you under a separate Statement of Work.

Although we may utilize the terms tool, model, worksheet or workbook for convenience purposes, this file in any format (e.g., paper or electronic) is simply a workbook for assisting tax professionals in calculating the estimated tax effects to buyer and seller in a purchase of certain assets of the Vital group (the "workbook").  This workbook has been prepared pursuant to an engagement between Grant Thornton LLP and its client and are provided solely for the use of such client in connection with the consideration of the related engagement and is subject to the terms and conditions of the Statement of Work and other engagement documents. This workbook and any advice herein may not be relied upon by any other person or for any other purpose.

The calculations and any analysis or advice included in this workbook are limited to the matters specifically addressed herein and do not address any other potential federal, state, local, foreign or other tax issues or consequences, or the potential application of any tax penalties or additions to tax, other than as specifically set forth herein.  No inferences should be drawn with respect to any other matters.  We provide no legal advice nor express any opinion on non-tax matters.

The calculations and any analysis or advice included in this workbook are based upon our judgment regarding the application or interpretation of the tax law authorities cited herein and existing as of the date hereof.  This workbook and anything herein are not binding upon the Internal Revenue Service, any other taxing authority, or the courts.  There is no assurance or guarantee that the Internal Revenue Service or any other taxing authority will not successfully assert a contrary position.

No assurance can be given that future developments or changes in applicable tax law authorities or their interpretation, either on a prospective or retroactive basis, will not adversely affect the accuracy of the workbook.  We assume no obligation to advise you of any new developments or changes in any tax law authorities or their interpretation, or any other published guidance.

The calculations and any analysis or advice included in this workbook are based solely upon the facts, documents, representations, and assumptions that have been included or referenced herein.  We have not independently verified and have assumed that such information is true, accurate and complete, and that you have provided us with all information you know, or have reason to know, is pertinent to the matters specifically addressed herein.  If any of the stated facts, representations or assumptions are inaccurate or incomplete, the calculations and any analysis or advice included in this workbook may be adversely affected and should not be relied upon.

This illustration has been prepared pursuant to an engagement between Grant Thornton LLP and its client and is provided solely for the use of such client and their counsel in connection with the consideration of the revocation described above.  This illustration and any advice herein may not be relied upon by any other person or for any other purpose. This illustration may not be shared with any third party without the express written consent of Grant Thornton.

### Understanding of Certain Facts and Assumptions

Immediately prior to the Bankruptcy (as defined below), the Company was treated as an S corporation for U.S. federal income tax purposes.  Jack Owoc held all the outstanding stock of the Company.

On October 10, 2022, the Company and certain of its subsidiaries filed voluntary petition for relief under Chapter 11 with the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy").

In connection with the Bankruptcy, the Company is considering selling certain business assets to third-parties for cash consideration.  For purposes of the Illustration, we have assumed that such sales are properly treated as taxable sales under section 1001.

[1] Purchase Price Considerations have been provided by the Company and / or its service providers.

[2] We understand that:  (i) a potential buyer may assume certain lease obligations of the Company, and (ii) such lease obligations have been properly treated as operating leases for U.S. federal income tax purposes.  Thus, we have excluded such leases from the illustration.

[3] Certain fees incurred related to the bankruptcy may not be deductible (see Treas. Reg. Sec. 1.263(a)-5).  A full analysis of the deductibility of the transaction expenses has not been undertaken.  See below for potential impact to potential tax range from deductibility.

[4] For purposes of the Illustration, the allocation of the sales price is based on the NBV of assets on the Company's books as of May of 2023.

[5] Basis is estimated based on the May 2023 trial balance with depreciation and amortization estimated through August 2023.  Actual basis on date of potential sale may materially differ from above.

[6] The Company has basis in certain inventory related to items that may be unsaleable and/or obsolete ("Obsolete Inventory").  The deductibility of Obsolete Inventory may be dependent on a number of factors.  The above basis does not include the basis of such Obsolete Inventory.  For purposes of the illustration, we have disclosed the Obsolete Inventory as an additional item.  The basis in assets being sold includes all assets of the Company, Bang BV, Bang Canada, Quash Seltzer, Bang Peru, and JHO Real Estate.

[7] The July and August taxable activity from business activity is based on certain information provided by the Company annualized for the respective period.  Note the actually taxable activity from business activity may materially differ.  We noted that the may financials include $42mm of income due to a write of an intercompany balance created due to the cash flow of the GA sale proceeds that was collected by VPX. It is possible the cash that from the sale should be viewed as a contribution to VPX by the shareholder as opposed to an intercompany that is settled.

[8] We have assumed that the debts will be settled for cash less than face in a transaction that does NOT qualify in tax-free transaction for U.S. federal income tax purposes.  We understand that any unpaid debt will be discharged in the Bankruptcy.  Thus, we have assumed that any cancellation of debt income realized for U.S. federal income tax purposes as a result of the payment qualifies as excluded under section 108.

[9] We have estimated the effective income tax rate for the Company - if it is a C corporation - is 21% federal income tax rate, states with apportionment based on the 2021 tax returns and the 2023 state income tax rates for C corporations.

[10] There are certain material items that may effect the income tax consequences of the Company - if it is a C corporation - that are being considered as described below.  For purposes of illustration, we have calculated the potential high-level impact.  This illustration is not intended to reflect a minimum or maximum impact and significant additional analysis will need to be performed.

[11] We understand that the Company incurred certain fees related to the Bankruptcy.  Under Treas. Reg. Sec. 1.263(a)-5, certain fees incurred in connection with the Bankruptcy may be capitalized.  These capitalized fees may become deductible upon certain future events but a full analysis would need to be performed. Additionally, fees incurred that related directly to the sale (i.e., drafting asset purchase agreement), may be a reduction of the amount realized.

[12] As noted above, the Company has certain Obsolete Inventory.  The determination of whether Obsolete inventory is deductible for U.S. federal income tax purposes is based on certain material facts and assumptions.  We understand that the Obsolete Inventory has not been deducted on the 2022 Form 1120S.  We understand that it may be deductible in 2023 but have not fully analyzed whether its deductible prior to the Emergency Motion.

[13] We understand that the Company has certain legal judgements that have been unpaid.  To the extent that such judgements are paid in connection with the Bankruptcy, such payments may give rise to a deduction.  The timing of such deduction and character is determine based on certain material facts and circumstances.  For illustrative purposes, we have assumed that any payment may only give rise to a capital loss (but additional work will need to be performed).  *Additionally, we currently understand that no payments are being considered for the legal settlements.*

[14] Section 174 requires taxpayers to capitalize and amortize certain expenditures related to R&D activities.  Section 174(d) generally provides that if the property to which the expenditures relate is disposed, retired, or abandoned that such capitalized expenditures are not deductible but amortizable.  It is unclear whether the expenditures are deductible in the Bankruptcy and further anlaysis will need to be performed.  The above Capitalized 174 Expenses includes (i) $5,000,000 from 2022, and (ii) $5,000,000 from 2023.

[15] The Company has previously had interest that was disallowed under section 163(j).  Section 163(j) limits a taxpayer's ability to deduct interest equal to 30% of EBIT for tax years beginning in January 1, 2023. The above 163(j) attributes includes an estimate 163(j) carryover of $28,780,000 for 2022 and $35,500,000 for 2023. These amounts are estimates only and subject to further analysis including whether any interest may be nondeductible under other tax law.  **Note that the high-end deduction is based on the Taxable Income without consideration of the Material Additional Potential Items.  Thus, if any Material Additional Potential Item is deductible by the Company, then the interest expense may be reduced.**

[16] Presents estimated K-1 information if the revocation is effective on July 11, 2023 (i.e., the period January 1, 2023 through July 11, 2023).

[17] Presents estimated K-1 information if the revocation is not effective or otherwise approved (i.e., the period January 1, 2023 through end of year).  For purposes of illustration, we have assumed that the Company will have not material operations after August 31, 2023 (outside potential sale and bankruptcy).