# **JOINT EXHIBIT 27**