# <u>JOINT EXHIBIT 28</u>

***In re Vital Pharmaceuticals, Inc.***

Funds Flow Summary in connection with Monster Sale

*($ in millions)*

| | | |
|---|---:|---|
| **Proceeds from Sales Transaction** | | |
| Cash Purchase Price[1] | $362.0 | |
| Less: funding for operations from Deposit | (22.0) | |
| Available from Cash Purchase Price | **$340.0** | **[a]** |
| | | |
| **Payments in Accordance to Sale Order** | | |
| Lien release and employee related payments | $24.6 | |
| Closing and Non-Lender Professional Fees | 21.9 | |
| DIP Repayment and Lender Professional Fees | 269.8 | |
| Total Sale Order Payments | **$316.4** | **[b]** |
| **Remaining Sale Proceeds** | $    23.6 | **[c] = [a] - [b]** |
| | | |
| **Additional Funding Sources** | | |
| Recovery of prepaid expenses | $    4.5 | |
| Cash on hand | 3.8 | |
| Proceeds from sale of assets | 0.8 | |
| Additional available cash | **$9.2** | **[d]** |
| **Available Proceeds before Administrative & Priority Claims** | $    32.8 | **[e] = [c] + [d]** |
| | | |
| Total Administrative Expense / Claims | $16.6 | |
| Estate Wind Down Expenses | 1.2 | |
| Total Priority Expenses / Claims[2] | 3.4 | |
| Administrative and Priority Expenses / Claims | **$21.2** | **[f]** |
| | | |
| **Available Proceeds to pursue litigation claims / repay GUCs** | $    11.6 | **[g] = [e] - [f]** |

**Notes**

[1] To be finalized in closing statement

[2] Excludes impact of converting to C-Corp