UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,             Case No.: 22-17842-PDR

                                                                    Chapter 11
            Debtors.                                   (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE
### *Docket Entry 1727*

I HEREBY CERTIFY that a true and correct copy of the *Amended Notice of Hearing (Amended to Change Hearing Time from 10:00 AM to 1:30 PM)* [ECF No. 1727] under the *Order Setting Evidentiary Hearing and Establishing Related Deadlines [ECF No. 1627]* relating to *Emergency Motion for Confirmation that the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation or, Alternatively, Motion for Stay Relief*, was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

Dated: July 27, 2023

                                       PHANG & FELDMAN, P.A.
                                       *Attorneys for John H. Owoc, Megan Owoc,*
                                       *Elite Island, LLC and Entourage IP Holding, LLC*
                                       2 S. Biscayne Boulevard, Suite 1600
                                       One Biscayne Tower
                                       Miami, Florida 33131
                                       Telephone: (305) 614-1223

                           By:     */s/ Jonathan S. Feldman*
                                         Jonathan S. Feldman (12682)
                                         feldman@katiephang.com
                                         service@katiephang.com

