# JOINT EXHIBIT 30

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                 Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et. al.*,              Case No.: 22-17842-PDR

    Debtors.                                                            (Jointly Administered)

_____/

### SUPPLEMENT TO EXPERT REPORT OF ADI RAPPOPORT

1.    INTRODUCTION AND BASIS FOR SUPPLEMENT

(a)    I am submitting this supplement to my expert report filed on July 24, 2023 (the "Expert Report of Adi Rappoport"). This supplement contains an Exhibit A to my expert report, provided below, which was prepared based on additional information I have received or reviewed.

(b)    Exhibit A provides a schedule of calculations in the general format of an IRS Form 8594 (Asset Acquisition Statement) worksheet, which would be prepared as part of the sale of substantially all of the assets of Vital Pharmaceuticals, Inc. ("VPX"). The schedule of calculations reflects the potential income tax consequences to Mr. Owoc if the Court does not grant the *Emergency Motion of John J. Owoc's for Confirmation that the Automatic Stay Does not Apply to Termination of Debtor's Subchapter S Corporation Status, or Alternatively, for Relief from Stay.*

(c)    My calculations of the potential income tax consequences to Mr. Owoc in Exhibit A are shown in two different scenarios. These scenarios are intended to address the income tax consequences to Mr. Owoc if the IRS were to take a position that the amount realized on the sale includes amounts beyond the $372,000,000 cash purchase price provided in the asset purchase agreement (APA). "Scenario 1" presents Mr. Owoc's potential tax liabilities of the asset sale based on conservative assumptions described in Exhibit A, below. "Scenario 2" presents Mr. Owoc's potential tax liabilities of the asset sale based on my opinion that there is a substantial risk that the IRS would take the position that the settlement of the OBI/Monster Matter Allowed Unsecured Claim (as defined in the APA) in the amount of $216,131,658.35, and the California District Court Action Allowed Unsecured Claim (as defined in the APA) in the amount of $292,939,761.00 would also be included in the amount realized on the sale.

(d)    I reserve the right to render additional updates, supplements or amendments to the report, including but not limited to, based on information or discovery made known to me after the date of this report.

ACTIVE:19327792.4

2. ADDITIONAL FACTS OR DATA CONSIDERED

(a) Beyond the documents previously referenced in Section 3 of my export report filed on July 24, 2023 (the "Expert Report of Adi Rappoport"), I have considered additional facts or data from the following document:

    i. IRS Account Transcript for Mr. and Mrs. Owoc, as of May 16, 2023.

# Exhibit A

## Schedule of Calculations – Preliminary Form 8594 Worksheets

ACTIVE:19327792.4

## Scenario 1:

Scenario 1 presents Mr. Owoc's estimated tax liability based on conservative assumptions. It does not include the claims described in Section 2(g) of my expert report in the amount realized on the sale of the assets being sold in accordance with the APA (despite the substantial risk that the IRS may consider these claims an additional amount realized). It includes additions to the $370,200,000 cash purchase price for additional amounts payable under for APA for certain IP rights ($10,000,000), Cure Costs (approx. $80,103,503), and estimated assumed liabilities ($8,200,000).

A preliminary Form 8594 (Asset Acquisition Statement) is produced below, showing a projected total tax liability for Mr. Owoc of $95,561,945.84 on the sale:

| Asset Class per Treas. Reg. § 1.338-6 | Assets Class Description | Fair Market Value (FMV) | Tax Adjusted Basis | Consideration Allocated per Treas. Reg. § 1.1060-1(c) |
|---|---|---|---|---|
| Class I | Cash and cash equivalents | $ - | $ - | |
| Class II | Actively traded securities, certificates of deposit, foreign currency | $ - | $ - | $ - |
| Class III | Accounts receivable | $ 30,000,000.00 | $ 30,000,000.00 | $ 30,000,000.00 |
| Class IV | Inventories | $ 59,669,000.00 | $ 59,669,000.00 | $ 59,669,000.00 |
| Class V | All assets other than Class I-VII assets (including equipment, land, property) | $ 370,636,503.00 | $ 93,147,225.00 | $ 370,634,503.29 |
| Class VI | Intangible assets described in §197, less goodwill and going concern | $ - | $ - | $ - |
| Class VII | Goodwill & going concern | $ - | $ - | $ - |
| Totals | | $ 460,305,503.00 | $ 182,816,225.00 | $ 460,303,503.29 |

| Tax Liability Calculation of Mr. John Owoc | |
|---|---|
| Amount Realized on Sale | $ 460,303,503.29 |
| Total Tax Adjusted Basis | $ 182,816,225.00 |
| Projected Taxable Income | $ 277,487,278.29 |
| | |
| Projected taxable income subject to 37% individual tax rate on recapture | $ 235,673,472.00 |
| Projected Tax at 37% on recapture amount | $ 87,199,184.64 |
| | |
| Amount subject to I.R.C. § 1231 gain | $ 41,813,806.00 |
| Projected Tax on I.R.C. § 1231 gain at 20% | $ 8,362,761.20 |
| | |
| **Total projected tax liability of Mr. John Owoc** | **$ 95,561,945.84** |

## Scenario 2:

Scenario 2 presents Mr. Owoc's estimated tax liability based on the risk that the IRS may consider the claims described in Section 2(g) of my expert report in the amount realized on the sale of the assets being sold in accordance with the APA.

A preliminary Form 8594 (Asset Acquisition Statement) is produced below, showing a projected total tax liability for Mr. Owoc of $197,374,429.64 on the sale:

| Asset Class per Treas. Reg. § 1.338-6 | Assets Class Description | Fair Market Value (FMV) | Tax Adjusted Basis | Consideration Allocated per Treas. Reg. § 1.1060-1(c) |
|---|---|---|---|---|
| Class I | Cash and cash equivalents | $ - | $ - | |
| Class II | Actively traded securities, certificates of deposit, foreign currency | $ - | $ - | $ - |
| Class III | Accounts receivable | $ 30,000,000.00 | $ 30,000,000.00 | $ 30,000,000.00 |
| Class IV | Inventories | $ 59,669,000.00 | $ 59,669,000.00 | $ 59,669,000.00 |
| Class V | All assets other than Class I-VII assets (including equipment, land, property) | $ 370,636,503.00 | $ 93,147,225.00 | $ 370,636,503.00 |
| Class VI | Intangible assets described in §197, less goodwill and going concern | $ - | $ - | $ 509,060,419.00 |
| Class VII | Goodwill & going concern | $ - | $ - | $ - |
| Totals | | $ 460,305,503.00 | $ 182,816,225.00 | $ 969,365,922.00 |

| Tax Liability Calculation of Mr. John Owoc | |
|---|---|
| Amount Realized on Sale | $ 969,365,922.00 |
| Total Tax Adjusted Basis | $ 182,816,225.00 |
| Projected Taxable Income | $ 786,549,697.00 |
| | |
| Projected taxable income subject to 37% individual tax rate on recapture | $ 235,673,472.00 |
| Projected Tax at 37% on recapture amount | $ 87,199,184.64 |
| | |
| Amount subject to I.R.C. § 1231 gain | $ 550,876,225.00 |
| Projected Tax on I.R.C. § 1231 gain at 20% | $ 110,175,245.00 |
| | |
| **Total projected tax liability of Mr. John Owoc** | **$ 197,374,429.64** |

**Assumptions made in preparing Scenarios 1 and 2 of Exhibit A:**

| | Description | Assumptions |
|---|---|---|
| 1 | Tax Return - 1120S return for 2019 was available | Fixed asset detail associated with 2019 Form 4562 was available and utilized in determining projected tax calculation. |
| 2 | Tax Return - 1120S return for 2020 was available | Fixed asset detail associated with 2020 Form 1120S Form 4562 was not available - Form 4562 detail was available. I reserve the right to supplement the projected tax gain calculation for the additional information. |
| 3 | Tax Return - 1120S return for 2021 was available | Fixed asset detail associated with 2021 Form 1120S Form 4562 was not available - Form 4562 detail was available. I reserve the right to supplement the projected tax gain calculation for the additional information. |
| 4 | Tax Return - 1120S return for 2022 was not available | Fixed asset detail associated with 2022 Form 1120S Form 4562 was not available. No Form 4562 detail was available. I reserve the right to supplement the projected tax gain calculation for the additional information. |
| 5 | Interim data on Fixed Assets for 2023 was not available | Reviewed listed GAAP adjusted basis on GAAP consolidated internal statement for 2020 and 2021. |
| 6 | Tax recapture | Tax recapture was calculated from 2019, 2020, and 2021 depreciation listed on respective tax returns (including Form 4562 Depreciation and Amortization schedules). 2022 tax depreciation was not available. The Tax recapture amount would increase for any tax depreciation taken in 2022. The tax recapture amount would be adjusted based on the total 4562 detail for disposed asset detail for the 2020 and 2021 returns. |
| 7 | Form 8594 calculations | Two calculations were done for class three, class four, class five, and class six. |
| 8 | Form 8594 Tax consideration Scenario 1 | The Section 1060 asset allocation calculation involved class three, class four, and class five. The liabilities assumed for Scenario 2 of the tax calculation *does not include* the claims described in Section 2(g) of my expert report. |
| 9 | Form 8594 Tax consideration Scenario 2 | The Section asset allocation calculation involved class three, class four, class five and class six. The liabilities assumed for Scenario 1 of the calculation *does include* the claims described in Section 2(g) of my expert report. |
| 10 | Projected Tax Gain Calculation | The tax on ordinary income recapture was computed at 37%. The tax on section 1231 income was computed at 20%. |

ACTIVE:19327792.4

| 11 | GAAP Adjusted basis 2019 - 2021 | An analysis was done utilizing Schedule L information to determine GAAP adjusted basis for each year. I reserve the right to supplement the projected tax gain calculation for any additional GAAP depreciation detail. |
| 12 | Financial statements not available | No GAAP financials were available for review for 2019 through 2022. Fair Market Values for purposes of Scenario 1 and Scenario 2 were sourced from the Financial Statements provided in Section 5.8 of the Asset Purchase Agreement for the period ended 12/31/2022. |

Dated: July 26, 2023

*/s/ Adi Rappoport*
Adi Rappoport