UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                 Case No.: 22-17842-PDR

    Debtors.                                           (Jointly Administered)

_____/

### DEBTORS' TENTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS

**PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR RESPECTIVE NAMES AND CONTRACTS ON THE LIST OF REJECTED AGREEMENTS IN THE EXHIBITS TO THE PROPOSED ORDER ATTACHED HERETO**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file this motion (the "Motion"), seeking an order in substantially the form attached hereto as **Exhibit "A"** authorizing the Debtors to reject certain executory contracts with rejection of the executory contracts to be effective as of July 31, 2023 (the "Rejection Date").  In support of the Motion, the Debtors respectfully represent as follows:

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501);  (vi) Rainbow Unicorn Bev LLC (2254);  and  (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

## I.    Jurisdiction

1.    This Court has jurisdiction over these cases pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. § 1408. The statutory predicates for the relief sought herein are 11 U.S.C. § 365(a) and Bankruptcy Rule 6006.

## II.    Background

2.    On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3.    The Debtors are operating their businesses and managing their affairs as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4.    For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 12] (the "First Day Declaration")

5.    On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

6.    On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245].

7.    On January 27, 2023, filed their *Motion for An Order (I) Approving (A) Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially all off the Debtors' Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors'*

2

*Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing The Debtors to Provide Bid Protections, and (III) Granting Related Relief Filed by Debtor Vital Pharmaceuticals, Inc.* [ECF No. 707] (the "Sale Motion").

8.      On June 28, 2023, the Debtors filed a *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546], announcing that the Debtors entered into an Asset Purchase Agreement ("APA") by and between certain of the Debtors and Blast Asset Acquisition, LLC, an acquisition vehicle that is a subsidiary of Monster Beverage Corporation (the "Buyer") and scheduled a hearing to approve the APA on July 12, 2023 (the "Sale Hearing").[2]

9.      On July 12, 2023, the Court conducted the Sale Hearing and approved the APA, which was memorialized by the entry of the *Order (I) Authorizing and Approving (A) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases in Connection Therewith, And (II) Granting Related Relief* [ECF No. 1654][3]

10.      As of the date of this Motion, the transaction contemplated by the APA is set to close on or before August 3, 2023

11.      As permitted by the APA and the Sale Order, Buyer delivered notice to the Debtors that it will not acquire, via assumption and assignment, in connection with the APA, the Distributor Agreements (as defined below).

### III.      Relief Requested and Basis Therefor

12.      The Debtors seek to reject the executory contracts set forth on **Exhibit "B"** to this

---

[2] On June 30, 2023, the Debtors filed the *Amended Notice of Auction Cancellation and Successful Bidder* [ECF No. 1556] to disclose the date and time of the Sale Hearing.

[3] The Court subsequently entered the *Amended Order (I) Authorizing and Approving (A) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases in Connection Therewith, And (II) Granting Related Relief* [ECF No. 1658], which amended Exhibit B thereto.

12319236-2

Motion (the "Distributor Agreements") as of the Rejection Date. As noted above, the Buyer notified the Debtors that it does not intend to acquire the Distributor Agreements in connection with the APA. Because all of the Debtors' ongoing business operations are being sold to the Buyer in connection with the APA, the Debtors have no need for the Distributor Agreements. Accordingly, the Debtors seek to reject the Distributor Agreements set forth on **Exhibit "B"** attached hereto.

13.     Section 365(a) of the Bankruptcy Code allows a debtor, subject to approval of the bankruptcy court, to assume or reject any executory contract. *See Stewart Title Guar. Co. v. Old Republic Nat'l Title Ins. Co.*, 83 F.3d 735, 741 (5th Cir. 1996); *In re TOUSA, Inc.*, 14-12067, 2015 WL 1346098, at *5 n. 3 (11th Cir. Mar. 26, 2015) (in dicta). "'This provision allows a [debtor] to relieve the bankruptcy estate of burdensome agreements which have not been completely performed.'" *Stewart Title*, 83 F.3d at 741 (quoting *In re Murexco Petrol., Inc.*, 15 F.3d 60, 62 (5th Cir. 1994)). A debtor's decision to assume or reject an executory contract is subject to the "business judgment" test. *Byrd v. Gardiner, Inc. (In re Gardinier, Inc.)*, 831 F.2d 974, 976 n.2 (11th Cir. 1987); *In re Surfside Resort and Suites, Inc.*, 325 B.R. 465, 469 (Bankr. M.D. Fla. 2005); *In re Weaver Oil Co., Inc.*, 2008 WL 8202063 (Bankr. N.D. Fla. 2008); *In re Colony Beach & Tennis Club Ass'n, Inc.*, 2010 WL 746708, at *3 (M.D. Fla. Mar. 2, 2010). The sole inquiry is whether assumption or rejection will benefit this estate. *See Id.*

14.     In applying the "business judgment" test, courts show great deference to a debtor's decision to assume or reject an executory contract. *See In re Colony Beach & Tennis Club Ass'n, Inc.*, 2010 WL 746708, at *3 ("A court may not substitute its judgment for that of a debtor unless the debtor's decision that 'rejection will be advantageous is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, whim, or caprice.'") (quoting *Surfside Resort and Suites*, 325 B.R. at 469 (internal citations omitted); *Summit Land Co.*

12319236-2

*v. Allen (In re Summit Land Co.)*, 13 B.R. 310, 315 (Bankr. D. Utah 1981) (absent extraordinary circumstances, court approval of debtor's decision to assume or reject an unexpired lease "should be granted as a matter of course"). As long as the decision to assume or reject is a reasonable exercise of business judgment, courts should approve the assumption or rejection of an executory contract. *See, e.g., NLRB v. Bildisco and Bildisco*, 465 U.S. 513, 523 (1984); *Group of Institutional Investors v. Chicago M. St. P. & P. R. R. Co.*, 318 U.S. 523 (1943).

15.     The Debtors, with the assistance of their advisors and at the direction of the Buyer, have determined that there is no net benefit that is likely to be realized from the Distributor Agreements. Absent rejection, the Debtors believe that the Distributor Agreements will continue to burden the Debtors' estates with substantial administrative expenses at a critical time when the Debtors are making concerted efforts to preserve liquidity and wind-down following the sale of the Debtors' business through the consummation of the APA and proposal of a chapter 11 plan. Rejecting the Distributor Agreements will help ease the Debtors' cash burn and increase the Debtors' liquidity as the Debtors winddown and transfer their remaining operations pursuant to the APA. Indeed, the Debtors believe that rejecting the Distributor Agreements will result in meaningful savings to their estates.

16.     For all of the foregoing reasons, the Debtors have decided, in the exercise of their sound business judgment, to reject the Distributor Agreements.   Accordingly, the Debtors respectfully request that the Bankruptcy Court authorize the rejection of the Distributor Agreements pursuant to section 365(a) of the Bankruptcy Code effective as of the date of this Motion.

### Request For Waiver of Stay

17.     To implement the foregoing, the Debtors seek a waiver of any stay of the effectiveness of the order approving this Motion. Pursuant to Bankruptcy Rule 6004(h), any "order

12319236-2

authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." The Debtors submit that the relief requested in this Motion is necessary to avoid immediate and irreparable harm to the Debtors. Accordingly, for the reasons set forth herein, the Debtors submit that ample cause exists to justify a waiver of the 14-day stay imposed by Bankruptcy Rule 6004(h), to the extent applicable.

18.    To implement the foregoing immediately, the Debtor respectfully requests a waiver of the notice requirements of Bankruptcy Rule 6004(a) to the extent that they are deemed applicable.

### Debtors' Reservation of Rights

19.    The Debtors may have claims against the counterparties to the Distributor Agreements arising under, or independently of the Distributor Agreements.  The Debtors do not waive such claims by the filing of this Motion or by the rejection of the Distributor Agreements.

20.    Nothing contained herein is intended or should be construed as an admission of the validity of any claim against the Debtors; a waiver of Debtors' rights to dispute any claim; or an approval, assumption, or rejection of any agreement, contract, lease, or sublease under section 365 of the Bankruptcy Code except as expressly set forth herein.

**WHEREFORE,** the Debtors respectfully request entry of an Order in the form attached hereto as **Exhibit "A"** (i) approving the rejection of the Distributor Agreements effective as of the

Rejection Date; and (ii) granting such other relief as is just and proper.

Dated: July 27, 2023                                   Respectfully submitted,
     Miami, Florida

                                             */s/ Michael J. Niles*

George A. Davis (admitted *pro hac vice*)          Jordi Guso
Tianjiao ("TJ") Li (admitted *pro hac vice*)         Florida Bar No. 863580
Brian S. Rosen (admitted *pro hac vice*)             Michael J. Niles
Jonathan J. Weichselbaum (admitted *pro hac vice*)   Florida Bar No. 107203
**LATHAM & WATKINS LLP**                             **BERGER SINGERMAN LLP**
1271 Avenue of the Americas                          1450 Brickell Avenue, Suite 1900
New York, NY 10020                                   Miami, FL 33131
Telephone: (212) 906-1200                            Telephone:  (305) 755-9500
Email: george.davis@lw.com                           Email:  jguso@bergersingerman.com
       tj.li@lw.com                                            mniles@bergersingerman.com
       brian.rosen@lw.com
       jon.weichselbaum@lw.com

 – and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

 – and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  whit.morley@lw.com

*Co-Counsel for the Debtors*

12319236-2

# EXHIBIT A

## (Proposed Order)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]          Case No.: 22-17842-PDR

    Debtors.                                    (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS' TENTH OMNIBUS MOTION FOR ENTRY OF AN
ORDER AUTHORIZING THE REJECTION OF CERTAIN
EXECUTORY CONTRACTS**

**THIS MATTER** came before the Court on _____, 2023 at _____ a.m./p.m.,

in Fort Lauderdale, Florida, upon the *Debtors' Tenth Omnibus Motion for Entry of an Order*

*Authorizing the Rejection of Certain Executory Contracts* (the "Motion") [ECF No. _____] filed

by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). The

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12319238-3

Motion seeks authority to reject certain executory contracts with rejection of the executory contracts to be effective as of July 31, 2023.  The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors.  Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary.  Accordingly, based on the entire record of the hearing on the Motion, it is

      **ORDERED** that:

      1.      The Motion is **GRANTED** as provided herein.

      2.      The Debtors' rejection of the Distributor Agreements[2] set forth on **Exhibit "B"** of the Motion is **APPROVED**, effective as of July 31, 2023, pursuant to 11 U.S.C. § 365(a).

      3.      **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT OR LEASE; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT OR LEASE.**

      4.      The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

---

[2] All capitalized terms used herein shall have the same meaning ascribed to them in the Motion.

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

# **EXHIBIT B**

## **(Distributor Agreements)**

**Exhibit "B"**

**Distributor Agreements**

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| A & B Beverage Company, L.L.C. | 3901 Tull Avenue Muskogee, OK 74403 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 28, 2019 |
| A & B Distributing Company, Inc. | 10777 High Point Road Olive Branch, MS 38654 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 10, 2018 |
| A. Gallo & Company | 85 Thomaston Road Lichtfield, CT 06759 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 01, 2019 |
| A.B. Beverage Company Inc. | 1983 Richland Ave East Aiken, SC 29801 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 |
| Ace Beverage LLC | 401 South Anderson Street Los Angeles, CA 90033 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 04, 2018 |
| Adams Beverages of North Carolina, LLC | 7505 Statesville Road Charlotte, NC 28269 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 20, 2018 |
| ADS Laboratorio Nutricional LTDA-EPP | 2705 Matao SP 15990-000 Brazil | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 05, 2013 |
| Advance Beverage Co., Inc. | 5200 District Boulevard Bakersfield, CA 93313 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 30, 2017 |
| AFP Distributors d/b/a Southeast Beverage | P.O. Box 180 Athens, OH 45701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 |
| AFP Distributors, d/b/a Southeast Beverage | 60 Elm St Canal Winchester, OH 43110 | Vital Pharmaceuticals, Inc. | Addendum to Distributor Agreement, dated February 07, 2019 |
| Ajax Turner Co, Inc. | 4010 Centrepointe Drive La Vergne, TN 37086 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 11, 2016 |
| Al Pugh Distributing Company, Inc. | 13548 History Land Hwy Warsaw, VA 22572 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 04, 2019 |
| AlaBev, LLC | 211 Citation Court Birmingham, AL 35209 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 09, 2017 |
| Albany Beverage Co. | 1208 Moultrie Road Albany, GA 31705 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Alber and Leff Foods Company | 3115 Washington Pike Bridgeville, PA 15017 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 15, 2018 |
| Alford Distributing company | 344 W. Crown Court, Imperial CA 92251 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 29, 2018 |
| All Pro Fitness Distribution Inc. | 7557 W. Carmelo Avenue Tracy, CA 95304 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |
| All Pro Fitness Distribution, Inc. | 7557 W. Carmelo Avenue Tracy, CA 95304 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 27, 2007 |
| All Sport Inc. | 8280 Stayton Drive, Suite A Jessup, MD 20794 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - NC, SC), dated January 09, 2009 |
| All Sport, Inc. | 720 Jewell Drive, Waco TX 76702 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 01, 2009 |
| Alliance Beverage Distributing, LLC | 4490 60th SE Grand Rapids, MI 49512 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 |
| Angell Distributing | 455 Kunzler Ranch Road, Suite B Ukiah, CA 95482 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |
| Anheuser-Busch, LLC | 125 West 24th Street 10th New York, NY 10024 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2019 |
| Anheuser-Busch, LLC d/b/a Western Beverage Co. | 18300 NE Portal Way Portland, OR 97230 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2019 |
| Arizona Beverage Company, LLC | 644 Linn Street, Suite 318 Cincinnati, OH 45203 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 10, 2007 |
| Arthur R. Gren Co, Inc. | 1886 Mason Drive Jamestown, NY 14701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 18, 2019 |
| Atlanta Beverage Company | 5000 Fulton Industrial Boulevard Atlanta, GA 30336 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 |
| Atlas Distributing Inc. | 44 Southbridge Street Auburn, MA  01501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 01, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| B&B Beverage | 6401 W Hamilton Park Drive Columbus, GA 31909 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 05, 2019 |
| B&E Juice Inc. | 550 Knowlton Street Bridgeport, CT 06608 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 01, 2019 |
| Baumgarten Distributing Co., Inc. | 1618 W Detweiller Drive Peoria, IL 61615 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 25, 2011 |
| Bellavance Beverage Company | 46 Pettengill Road Londonderry, NH 03053 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 26, 2019 |
| Ben E. Keith Company | 601 East 7th Street Fort Worth, TX 76102 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 01, 2011 |
| Bernie Little Beverages | 8061 Associate Blvd Sebring, FL 33876 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - FL), dated January 20, 2010 |
| Bernie Little Beverages, LLC | 1314 SW 17th Street Ocala, FL 34471 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 21, 2010 |
| Bernie Little Dist., Inc. | 1701 South Florida Avenue Lakeland, FL 33803 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 13, 2010 |
| Better Brands, Inc. | 908 Jackson Street Myrtle Beach, SC 29577 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 05, 2018 |
| Big Red Inc. d/b/a All Sport Distributing Co., MD | 8280 Stayton Drive, Suite A Jessup, MD 20794 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 01, 2009 |
| Blach Distributing | 474-340 Commercial Way Susanville, CA 96130 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 23, 2018 |
| Black Beverage LLC | 131 W Main Street Elko, NV 89801 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 27, 2018 |
| Bottling Group, LLC | c/o Pepsi Beverages Company 4610 S Ulster Street, Suite 200 Denver, CO 80237 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 01, 2018 |
| Bottomley Distributing Co. Inc. | 755 Yosemite Drive Milpitas, CA 95035 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 07, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Brewers Distributing Company | 2421 W. Townline Peoria, IL 61615 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 29, 2018 |
| Briar's U.S.A., Inc. | 891 Georges Road South Brunswick, NJ 08852 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 19, 2008 |
| Briar's USA | 891 Georges Road Monmouth Junction, NJ 08852 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - NJ), dated August 19, 2010 |
| Briar's USA, Inc. | 891 Georges Rdoad Monmouth Junction, NJ 08852 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 19, 2019 |
| Bridge 2 Bridge Beverages Company, Inc. | 5210 1st Street Bremerton, WA 98312 | Vital Pharmaceuticals, Inc. | Distributor Agreement Letter, dated December 15, 2019 |
| Brown Distributing Company | 51 Swans Road Newark, OH 43055 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 |
| Budweiser Distributing Company of Borger L.P. | 100 S. Philadelphia Amarillo, TX 79104 | Vital Pharmaceuticals, Inc. | First Amendment to Distributor Agreement, dated December 19, 2019 |
| Budweiser Distributing Company of Borger LP | 100 S. Philadelphia Amarillo, TX 79104 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 21, 2018 |
| Budweiser of Chattanooga | 2059 Wilma Rudolph Boulevard Clarksville, TN 37040 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 |
| Budweiser of Spartanburg | 6645 Pottery Road Spartanburg, SC 29303 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 21, 2018 |
| Budweiser-Busch Distributing Co, Inc, | 1050 E. I-65 Service Road N. Mobile, AL 36617 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated March 01, 2008 |
| Buquet Distributing Co., Inc. | 100 Eagles Nest Court Houma, LA 70360 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 01, 2018 |
| Burke Distibuting Co. LLC. | 89 Teed Drive Randolph, MA 02368 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated June 01, 2019 |
| Busch-Transou. LC | 545 River Birch Road Midway, FL 32343 | Vital Pharmaceuticals, Inc. | Distributor Agreement , dated March 15, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Capitol Beverage Sales, Limited Partnership | P.O. Box 180 20240 South Diamond Lake Road Rogers, MN 55374 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 12, 2018 |
| Carlson & Lyter Distributing, Inc. dba C & L Distributing | 1020 Industrial Drive South P.O. Box 457 Sauk Rapids, MN 56379 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 30, 2018 |
| Carolina Eagle Dist | 3231 N Weslyean Boulevard Rocky Mountain, NC 27804 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 12, 2018 |
| Central Distributors, Incorporated | 1876 Lager Lane Jackson, TN 38305 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 01, 2017 |
| Champagne Beverage Company, Inc. | One Bud Place Madisonville, LA 70447 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 20, 2011 |
| Cheyenne Beverage, Inc. | 2208 E Allison Road Cheyenne, WY 82007 | Quash Seltzer, LLC | DISTRIBUTOR AGREEMENT, dated January 01, 2019 |
| City Beverage Company, Inc. | 1471 Weeksville Road Elizabeth City, NC 27909 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 17, 2018 |
| Coast Beverage Group | 2701 Dow Avenue Tustin, CA 92780 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 06, 2007 |
| Coast Beverage Group; Straub Distributing Company | 2701 Dow Avenue Tustin, CA 92780 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2007 |
| Coast Beverage Group, LLC | West Grove Avenue Orange, CA 92865 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 19, 2008 |
| Coast Beverage Group, LLC | 410 West Grove Avenue Orange, CA 92865 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated June 10, 2008 |
| Coast Beverages | 8609 Production Avenue San Diego, CA 92121 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - CA), dated February 22, 2008 |
| College City Beverage, Inc | 700 Railway Street S. Dundas, MN 55019 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 31, 2018 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| College City Beverage, Inc. | 700 Railway Street S. Dundas, MN 55019 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 31, 2018 |
| Colorado Eagle LLC | 130 Greenhorn Drive Pueblo, CO 81004 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 27, 2019 |
| Commander Beverage | 531 West 600 North Salt Lake City, UT 84116 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 11, 2010 |
| Corwin Beverage Company | 219 S Timm Road Ridgefield WA 98642 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 11, 2010 |
| Couch Distributing Company, Inc. | Geoffrey Couch 104 Lee Road Watsonville, CA 95076 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated March 07, 2019 |
| Crown Beverages, Inc. | 1650 Linda Way Sparks, NV 89431 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 12, 2007 |
| Crown Beverages, LLC | 916 W. Darlington Street Florence, SC 29501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 24, 2018 |
| Dakota Sales Co., Inc. | 1916 Demers Avenue Grand Forks, ND 58201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 |
| Danville Distributing Co. | P.O. Box 11805 Danville, VA 24543 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 23, 2019 |
| Dean Distributing Inc | 1215 Ontario Road Green Bay, WI 54311 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 02, 2018 |
| Delaney Distributors, Inc. | 510 1st Street West Williston, ND 58801 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated September 21, 2018 |
| Delta Pacific Beverage Company, LLC | 747 Wilshire Avenue, Bldg. A Stockton, CA 95203 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2012 |
| Delta Sierra Beverage, LLC | 3700 Finch Road Modesto, CA 95357 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 13, 2018 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| DF OPCO LLC dba Dari Farms | 55 Gerber Drive<br>Tolland, CT 06084 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 24, 2018 |
| Dick Distributing Co. Inc. | 1303 7th Street N.E.<br>Grand Rapids, MN 55744 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 20, 2018 |
| Doll Distributing, LLC | 500 Industrial Lane<br>Worthington, MN 56187 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 24, 2018 |
| Donaghy Sales LLC | 2363 S. Cedar Avenue<br>Fresno, CA 93725 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 04, 2019 |
| Donaghy Sales, LLC | 2363 S. Cedar Avenue<br>Fresno, CA 93725 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 31, 2018 |
| Dr. Pepper Snapple Group | 5301 Legacy Drive<br>Plano, TX 75024 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2008 |
| Drink King Distributing Company Inc. | 120 Fieldcrest Avenue<br>Edison, NJ 08837 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 12, 2018 |
| D-S Beverages, Inc. | 201 17th Street<br>North Moorhead, MN 56560 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated July 31, 2018 |
| Dunne Beverage Distributors, Inc. | 1448-2 Speonk Riverhead Road<br>Speonk, NY 11972 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2008 |
| Dutchess Beer Distributors Inc. | 5 Laurel Street<br>Poughkeepsie, NY 12601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 19, 2018 |
| E&F Distributing Co. | 1030 North Grand Avenue West<br>Springfield, IL 62702 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated March 11, 2011 |
| Eagle Beverage Company | 1043 County Route 25<br>Oswego, NY 13126 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 26, 2018 |
| Eagle Distributing Co. | 310 Radford Place<br>Knoxville, TN 37917 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 13, 2017 |
| Eagle Distributing of Nebraska, LLC | 1100 South Bud Blvd<br>Fremont, NE 68025 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 14, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Eagle Rock Distributing Company | 6205-A Best Friend Road Norcross, GA 30071 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 08, 2018 |
| Ed F. Davis, Inc. | 2600 Westside Drive Durant, OK 74701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 27, 2016 |
| EDM Distributors, LLC | 3576 California Road Orchard Park, NY 14127 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 27, 2018 |
| Exclusive Beverage | 176 Central Ave, Suite 19 Farmingdale, NY 11735 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2008 |
| Fabiano Brothers, Inc. - Michigan, LLC | 1885 Bevanda Ct. Bay City, MI 48706 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 05, 2018 |
| Fahr Beverage, Inc. | PO Box 358 1369 Martin Road Waterloo, IA 50701 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 21, 2018 |
| Falls Distributing Co. Inc. | 3811 Tarry Street Wichita Falls, TX 76308 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive - TX), dated March 06, 2009 |
| Fischer-Thompson Beverages Inc. | 25 Ironia Road Flanders, NJ 07836 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated June 20, 2019 |
| FLANIGAN DISTRIBUTING OF DOOR COUNTY INC. | 5600 Gordon Road Sturgeon Bay, WI 54235 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 31, 2018 |
| Florida Beverage Sales LLC | 4005 Deerwood Circle Pace, FL 32571 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 25, 2008 |
| Folsom Distributing Co., Inc. | Attn: Jim Folsom 250 Citrus Lane Wood River, IL 62095 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 22, 2010 |
| Folsom Distributing Company | Jim Folsom 250 Citrus Lane Wood River, IL 62095 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated November 09, 2018 |
| Fremont Distributing, LLC | 425 N. Broadway Avenue Riverton, WY 82501 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 01, 2019 |
| Frio Distributing, LLC | 3801 East Highway 90 Del Rio, TX 78840 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated January 01, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Geo. A. Mueller Beer Co. | 1506 McBride Ave.<br>Decatur, IL 62526 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 16, 2011 |
| Geography LLC | 4807, 3, Bldg. 8, Block 1, Room #16<br>Moscow, Zelenograd 122489<br>Russian Federation | Vital Pharmaceuticals, Inc. | Exclusive Distributor Agreement, dated July 19, 2016 |
| Golden Beverage Company, L.L.C. | 2361 B Avenue<br>Ogden, UT 84401-1201 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 18, 2018 |
| Great State Beverage Inc | 1001 Quality Drive<br>Hooksett, NH 03106 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |
| Great State Beverages d/b/a Premium Beverage Distributors | 1000 Quality Drive<br>Hooksett, NH 03106 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 06, 2007 |
| Great State Beverages Inc | 1000 Quality Drive<br>Hooksett, NH 03106 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 09, 2007 |
| Gulf Coast Beverages, Inc., d/b/a Natural Brands Beverages | 5525 Telephone Road, Suite E<br>Houston, TX 77375 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 01, 2007 |
| Hand Family Companies KY, LLC, d/b/a Budweiser of Hopkinsville | 2059 Wilma Rudolph Blvd.<br>Clarksville, TN 37040 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 30, 2015 |
| Haralambos Beverage Co. | 2300 Pellissier Pl<br>City of Industry, CA 90601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |
| Harbor Pacific Bottling, Inc. | 50 Schouweiler Tract Road East<br>Elma, WA 98541 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2018 |
| Harris Beverages, LLC | 3505 Hillsborough Rd<br>Durham, NC 27705 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 12, 2018 |
| Hawk Enterprises | 1010A Underwood Rd.<br>Olyphant, PA 18447 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 28, 2018 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Hedinger Beverage Distributing Co., Inc. | PO Box 52 950 South St. Charles Street Jasper, IN 47546 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 03, 2019 |
| Heimark Distributing, LLC | 82851 Avenue 45 Indio, CA 92201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 10, 2018 |
| Hensley Beverage Company | 4201 North 45th Avenue Phoenix, AZ 85031 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 01, 2010 |
| High Country Beverage Corp. | 4200 Ronald Reagan Boulevard Johnstown, CO 80534 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 01, 2019 |
| High Peaks Distributing | 1016 State Route 3 Saranac Lake. NY 12983 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 23, 2018 |
| Hilliard Distributing Co., Inc. | 1000 Independence Brayn, TX 77803 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive), dated July 31, 2009 |
| Hoffman Beverage | 4105 S. Military Highway Chesapeake, VA 23321 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 20, 2018 |
| Holston Distributing Co., Inc. | 310 Lafe Cox Drive Johnson City, TN 37604 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 12, 2018 |
| Humes Distributing, Inc. | 400 North 5th Street Fort Dodge, IA 50501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 10, 2019 |
| Huron Distributors Inc. | 509 Cavanaugh Street Alpena MI 49707 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 14, 2018 |
| Idaho Beverages, Inc. | 2108 1st Ave. N Lewiston, ID 83501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 13, 2011 |
| Ike Auen Distributing Company Inc | 102 N Grant Road Carrol, IA 51401 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 09, 2019 |
| Jefferson Distributing Company | 799 Mid Atlantic Parkway Martinsburg, WV 25404 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 16, 2018 |
| John Mullarkey Distributors, Inc. | 2200 Ridge Road Glenview, IL 60025 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated October 01, 2008 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Johnson Distributing Company | 4571 N Valdosta Road Valdosta, GA 31602 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 25, 2018 |
| Jo's Globe Distributing Co. | 1151 Greenbag Road Morgantown, WV 26508 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 14, 2018 |
| Joseph Mullarkey Distributors, Inc | 2200 Ridge Road Glenview, IL 60025 | Vital Pharmaceuticals, Inc. | Letter re: Distributor Agreement between Vital Pharmaceuticals, Inc.("Manufacturer") and Joseph Mullarkey Distributors, Inc. ("Distributor") ("Agreement") executed on October 1, 2008, dated April 01, 2010 |
| Joseph Mullarkey Distributors, Inc. | 2200 Ridge Road Glenview, IL 60025 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2008 |
| Joseph Mullarkey Distributors, Inc. | 2200 Ridge Road Glenview IL 60025 | Vital Pharmaceuticals, Inc. | Letter re: Distributor Agreement executed on October 1, 2008, dated April 01, 2010 |
| Kabrick Distributing, Inc. | 1809 South Benjamin Box 78 Mason City, IA 50401 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 11, 2018 |
| KCF | 200 Cascade Blvd. Milford, CT 06460 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |
| KCF Nutrition Distributors, Inc. | 200 Cascade Blvd Milford CT 06460 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |
| K-Enterprises | 101 Commerce Drive Danville, IN 46122 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 09, 2007 |
| KW Beverage | 825 Bluff Road Columbia, SC 29201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 27, 2018 |
| L & E Bottling Co., Inc. | 3200 Mottman Road SW Tumwater, WA 98512-5658 | Vital Pharmaceuticals, Inc. | Addendum to Distributor Agreement, dated February 22, 2019 |
| L&E Bottling Co., Inc | 3200 Mottman Road SW, Olympia WA 98512 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2015 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| LaGrange Grocery Company | 143 Busch Drive LaGrange, GA 30241 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 01, 2018 |
| Lake Beverage Corp. | 900 John Street West Henrietta, NY 14586 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 31, 2018 |
| Lakeshore Beverage LLC | 400 N Elizabeth Street Chicago,IL 60624 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 |
| LaMonica Beverages , Inc. | 4060 Rock Valley Parkway Loves Park, IL 61111 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 29, 2018 |
| LAPCO Inc, d/b/a Humboldt Beer Distributors | 202 Commercial Street Eureka, CA 95501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 12, 2018 |
| LDF Sales & Distributing, Inc. | 10610 E 26th Circle North Wichita, KS 67226 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2018 |
| M & C Beverage, Inc | 419 North 9th Street Miles City, MT 59301 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 |
| M. Price Distributing, LLC | One Budweiser Street Hampton, VA 23661 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 12, 2018 |
| M.K. Distributors, Inc. | 310 South Linden Street, Pine Bluff AR 71601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 08, 2018 |
| Made-Rite Company | 315 East Industrial Boulevard Longview, TX | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 01, 2008 |
| Madison Bottling Company | 2369 Hwy 40 Madison, MN 56256 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 18, 2018 |
| Maple City Ice Co., Inc. | 371 Cleveland Road Norwalk, OH 44857 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 25, 2019 |
| Maple City Ice Co., Inc. | 371 Cleveland Road Norwalk, OH 44857 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 25, 2019 |
| Markstein Beverage Co. of Sacramento | 60 Main Avenue Sacramento, CA 95838 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 07, 2018 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Markstein Sales Company | 1645 Dr In Way Antioch, CA 94506 | Vital Pharmaceuticals, Inc. | Addendum to Distributor Agreement, dated February 18, 2019 |
| Marsala Beverage Limited Partnership | 825 Stone Avenue Monroe, LA 71201 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 02, 2018 |
| Matagrano, Inc. | 440 Forbes Blvd S San Francisco, CA 94080-2015 | Vital Pharmaceuticals, Inc. | ADDENDUM TO DISTRIBUTOR AGREEMENT, dated February 06, 2019 |
| Maverick Distribution LLC | 1322 E Harman Avenue Omaha, NE 68110 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 15, 2019 |
| Maverick Distribution, LLC | 1322 E Hartman Avenue Omaha, NE 68110 | Vital Pharmaceuticals, Inc. | ADDENDUM TO DISTRIBUTOR AGREEMENT, dated September 24, 2019 |
| McCraith Beverages Inc | 20 Burrstone Road New York Mills, NY 13417 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 23, 2018 |
| McQuade Distributing Co., Inc. | 1150 Industrial Drive Bismarck, ND 58501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 12, 2018 |
| Metro Beverage of Philadelphia, Inc. | 455 Dunksferry Road Bensalem, PA 19020 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 04, 2018 |
| Mike Hopkins Distributor Company, Inc, | P.O. Box 1919 Brenham, TX 77834 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2009 |
| Mission Beverage Company | 550 South Mission Road Los Angeles, CA 90033 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 07, 2018 |
| Missouri Eagle LLC. | 242 Hwy MM Lebanon, MO 65536 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 17, 2018 |
| Mitchell Distributing | 100 James E. Chaney Drive Meridian, MS 39307 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2018 |
| Mockler Beverage Company, ALP | 11811 Reiger Road Baton Rouge, LA 70809 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated July 08, 2011 |
| Mountain Eagle Inc. | 559 Industrial Park Road Beaver, WV 25813 | Vital Pharmaceuticals, Inc. | Letter re: Amendment to Distributor Agreement, dated August 13, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Mountain State Beverage | 300 Grienbrier Road Summersville, WV 26651 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 17, 2018 |
| Mullally Distributing Comnpany | 1401 Martin Street Cuba, MO 65435 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 07, 2019 |
| Nevada Beverage Company | 3940 W Tropicana Avenue Las Vegas, NV 89103 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 01, 2015 |
| New Age Distributing, Inc. | 1400 East 28th Street Little Rock, AR 72206 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated April 01, 2008 |
| New West Distributing, Inc. | 325 E Nugget Avenue Sparks, NV 89432 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated March 08, 2018 |
| Northeast Beverage Corp, of Connecticut | 1202 Jefferson Blvd Warwick, RI 02886 | Vital Pharmaceuticals, Inc. | FIRST AMENDMENT TO DISTRIBUTOR AGREEMENT, dated February 01, 2020 |
| Northeast Beverage Corp. | 32 Robinson Blvd. Orange, CT 06477 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 30, 2019 |
| Northern Eagle Inc. | 333 Jersey Mt. Road Romney, WV 26157 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 17, 2018 |
| Nuforma Distributors, LLC | 1061 Twin Branch Lane Weston, FL 33326 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 09, 2014 |
| O'Malley Beverage | 1601 North Woodbine Road St. Joseph, MO 64506 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 17, 2018 |
| Orange & Blue Distributing Co., Inc. | 2902 Lager Drive Champaign, IL 61822 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 09, 2011 |
| Pacific Beverage Company | 5305 Ekwill Street Santa Barbara, CA 93111 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 15, 2017 |
| Paradise Beverages, Inc. | 94-1450 Moaniani Street Waipahu, HI 96797 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 22, 2019 |
| Paragon Distributing LLC | 911 E 4th Avenue Anchorage, AK 99501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 26, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Pecht Distributors, Inc. | 514 New Street P.O. Box 538 Lawrenceville, VA 23868 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 23, 2019 |
| Pendleton Bottling, Inc. | 4480 Westgate Drive Pendleton, OR 97801 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 13, 2011 |
| Pepsi Cola of Corvallis, Inc. | 2636 NE Belvue Corvalis, OR 97330 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 23, 2010 |
| Premier Distributing Company | 4321 Yale Boulevard NE Albuquerque, NM 87107 | Vital Pharmaceuticals Inc. | Distributor Agreement, dated January 28, 2019 |
| Pure Beverage Co, Inc. | 1835 Stout Field West Dr # 101 Indianapolis, IN 46241-4018 | Vital Pharmaceuticals, Inc. | Distributor Agreement (Exclusive), dated September 15, 2009 |
| Pure Beverage Company | 1806 Stout Field West Drive Indianapolis, IN 46241 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 09, 2018 |
| Quail Mountain, Inc., d/b/a Pepsi Cola | 4033 Miller Avenue Klamath Falls, OR 97603 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 05, 2018 |
| Queen City Beverage, Inc., d/b/a Braun Distributing | 153 26th Street West Dickson, ND 58601 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 19, 2018 |
| R & S Beverage Company | 17500 Adelanto Road Adelanto, CA 92301 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 02, 2018 |
| R.A. Jeffreys Distributing Company, LLC | 420 Civic Boulevard Raleigh, NC 27610 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 31, 2018 |
| R.H. Barringer Distributing Company | 1620 Fairfax Road Greensboro, NC 27407 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 07, 2018 |
| R.L. Lipton Distributing Company, LLC. | 425 Victoria Road Austintown, OH 44515 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 01, 2019 |
| Rick Antonacci | c/o General Distributors, Inc. 13895 Fir Street Oregon City, OR 97045 | Vital Pharmaceuticals, Inc. | Letter re: Distributor Agreement, dated April 12, 2010 |
| RMC Distributors, LLC d/b/a RMC Distributing Company | 1525 N. Newport Road Colorado Springs, CO 80916 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 21, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Robert E. Carter Enterprises Incorporated, d/b/a Superior Products Company | 110 E County Road 53 Willows, CA 95988 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 21, 2018 |
| Rocco J. Testani Inc. | 29 Phelps Street Binghamton, NY 13901 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 15, 2019 |
| Rogo Distributors | 65 Roberts Street E. Hartford, CT 06108 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 31, 2018 |
| Ronny's a'la Carte, Inc. | 4709 Ecton Dr. Marietta, GA 30066 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 01, 2007 |
| S&S Distributing, Inc. | 2000 Riley Road Sparta, WI 54656 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 08, 2018 |
| Saccani Distributing Company, Inc. | 2600 5th Street Sacramento, CA 95818 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated May 21, 2007 |
| Sanzo Beverage Co. Inc | PO Box 396 Olean, NY 14760 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 07, 2018 |
| Schilling Distributing Company LLC | 2901 Moss Street Lafayette, LA 70501 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 17, 2017 |
| Schilling Distributing Company, Inc. | 2901 Moss Street Lafayette, LA 70501 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated 2012 |
| Schott Distributing Company, Inc. | 6735 Hwy 14 E. Rochester, MN 55904 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 02, 2018 |
| Seaview Beverage Inc. | 195 Lehigh Ave Lakewood, NJ 08701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 20, 2019 |
| Senpa Beverage Corp. | 2085 Lake Road Elmira, NY 14905 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 12, 2018 |
| Sipindipity Refreshments, LLC | PO Box 320087 Flowood, MS 39232 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 23, 2018 |
| Skyland Distributing | 1 Overland Industrial Blvd. Asheville, NC 28806 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 28, 2018 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Southeastern Marketing & Distribution Inc. | 1017 Shive Lane, Suite B Bowling Green, KY 42103 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 27, 2018 |
| Southern Beverage Distributors, LLC. | 401 Industrial Drive Batesville, MS 38606 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 23, 2018 |
| Southern Beverage Distributors, LLC. | 401 Industrial Drive Batesville, MS 38606 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 01, 2019 |
| Southern Crown Partners, LLC | 1320 US 80 Savannah, GA 31408 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 27, 2018 |
| Southern Eagle Sales & Service, LP | 5300 Blair Drive Metairie, LA 70003 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 02, 2011 |
| Southern Eagle Sales and Service, L.P. | 5300 Blair Drive Metairie LA 70003 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated May 24, 2018 |
| Southern Illinois Beverage, Inc. | 887 N. Washington Street Nashville, IL 62263 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated December 01, 2008 |
| Southwest Beverage Company | 108 Franklin St Leesville, LA 71446 | Vital Pharmaceuticals, Inc. | Amendment to Distributor Agreement, dated August 16, 2019 |
| Southwest Beverage Company, Inc | 3600 Broad Street LA 70615 | Vital Pharmaceuticals, Inc. | Second Amendment to Distributor Agreement, dated November 26, 2019 |
| Southwest Beverage Company. Inc. | 3860 Broad Street Lake Charles, LA 70615 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 30, 2018 |
| Spirit and Sanzone Distributors Co., Inc. | 6495 Fly Road East Syracuse, NY 13057 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 07, 2018 |
| Spriggs Distributing Co., Inc. | 140 3rd Ave. West Huntington, WV 25701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 04, 2018 |
| Standard Distributors, Inc | 1801 Spencer Mountain Road Gastonia, NC 28054 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 05, 2018 |
| Stein Distributing Company | 601 North Phillippi Street Boise, ID 83706 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 23, 2019 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Straub Distributing Company | 2701 Dow Avenue Tustin, CA 92780 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |
| Straub Distributing Company, Ltd. | E. La Palma Avenue Anaheim CA 92807 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 06, 2018 |
| Super Health Center | PO Box 18215 Fairfield, OH 45018 | Vital Pharmaceuticals, Inc. | Authorized Distributor Agreement, dated February 06, 2018 |
| Superior Beverages, LLC | 12 Randy Johnson Street Superior, WI 54880 | Vital Pharmaceuticals, Inc. | DISTRIBUTOR AGREEMENT, dated August 21, 2018 |
| Swartz and Sons Distributors Inc | 3815 38th Steet Brentwood, MD 20722 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 26, 2018 |
| Tarver Distributing Company Inc. | 8360 Hiwassee Street Charleston, TN 37310 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated February 08, 2016 |
| Terborg Distributing Inc | 8946 N 700 W DeMotte, IN 46310 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 17, 2018 |
| The Lewis Bear Company | 6120 Enterprise Drive Pensacola, FL 32505 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 20, 2018 |
| Thomas Group, LLC, d/b/a Eagle Distributing Co. | 5463 Skylane Blvd Santa Rosa, CA 94503 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 18, 2018 |
| Tow Distributing Corporation | 3100 3rd Ave. P.O. Box 3527 Mankato, MN 56002 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 21, 2018 |
| Triangle Distributing Co. | 12065 E. Pike Street Santa Fe Springs, CA 90670 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 09, 2018 |
| Tri-Cities Beverage Corp. | 612 Industrial Park Drive Newport News, VA 23608 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 03, 2008 |
| Tri-State Juice Company | 201 Milford Pkwy Milford, OH 45150 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2008 |
| UB Distributors, LLC. | 1213-1217 Grand Street Brooklyn, NY 11211 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 05, 2018 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| United Distributing, Inc. | 5500 United Drive Smyrna, GA 30082 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2008 |
| Valley Sales Company, Inc. | 1218 8th Street SE Jamestown, ND 58401 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 17, 2018 |
| Virginia Eagle Distributing Company LLC | 827 Lee Hwy PO Box 496 Verona, VA 24482 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated December 19, 2018 |
| Volunteer Beer Distributing Company, Inc. | One Volunteer Place PO Box 30 Dresden, TN 38225 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated September 01, 2017 |
| Walton Beverage Company Inc. | 1350 Pacific Pl Ferndale, WA 98248 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 11, 2010 |
| Walton Beverage Company, Inc. | 1350 Pacific Pl Ferndale, WA 98248-8985 | Vital Pharmaceuticals, Inc. | ADDENDUM TO DISTRIBUTOR AGREEMENT, dated January 17, 2019 |
| WDI LLC, d/b/a Wisconsin Distributors | 900 Progress Way Sun Prairie, WI 53590 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated August 07, 2018 |
| Wendell Distributing Company Inc | 650 Madison Avenue Cape Charles, VA 23310 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated January 23, 2019 |
| Western Beverage Company | 18300 NE Portal Way Portland, OR 97230 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated October 28, 2019 |
| Western Wyoming Beverages, Inc. | 100 Reliance Road Rock Springs, WY 82901 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 04, 2019 |
| Wil Fischer Distributing Co., Inc. | 3539 W. Farm Road 142 Springfield, MI 65807 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 15, 2018 |
| Wil Fischer Distributing Company, Inc. | 3539 W. Farm Road 142 Springfield, MO 65807 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated June 15, 2018 |
| Winkel Distributing Company | 2200 South Redhills Drive Richfield, UT 84701 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated November 01, 2018 |
| Zip, Inc., d/b/a Zip Beverage | 1301 Scott Street Missoula, MT 59802 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated April 22, 2015 |

| Counterparty Name | Address | Debtor | Description |
|---|---|---|---|
| Zuma & Sons Distributors, Corp. | 9302 NW 101 St Medley, FL 33178 | Vital Pharmaceuticals, Inc. | Distributor Agreement, dated 2007 |