UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

## NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that, on July 14, 2023, the Bankruptcy Court entered the *Amended Order (I) Authorizing and Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (II) Granting Related Relief* [ECF No. 1658] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that the Sale Order approved the sale of substantially all of the Debtors' assets (the "Sale") to Blast Asset Acquisition LLC (the "Buyer"), an acquisition vehicle that is a subsidiary of Monster Beverage Corporation, under the Asset Purchase Agreement dated as of June 28, 2023 (as may be amended, modified, or supplemented from time to time in accordance with the terms thereof and the Sale Order, the "Asset Purchase Agreement").  A copy of the Asset Purchase Agreement is attached as **Exhibit A** to the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that the Closing (as defined in the Asset Purchase Agreement) of the Sale occurred on July 31, 2023 (the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Sale Order, the Asset Purchase Agreement, or related documents, you should contact Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Amended ECF No. 1654 to correct **Exhibit B** thereto.  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in, as applicable, the Assert Purchase Agreement (as defined herein) or the Sale Order.

US-DOCS\143776729.2

| | |
|---|---|
| Dated: July 31, 2023<br>Miami, Florida | Respectfully submitted,<br><br>/s/ *Jordi Guso* |

George A. Davis (admitted *pro hac vice*)  
Liza L. Burton (admitted *pro hac vice*)  
Jonathan J. Weichselbaum (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone:    (212) 906-1200  
Email:  george.davis@lw.com  
            liza.burton@lw.com  
            jon.weichselbaum@lw.com  
– and –

Andrew D. Sorkin (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
555 Eleventh Street, NW, Suite 1000  
Washington, D.C. 2004  
Telephone:    (202) 637-2200  
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[3] (admitted *pro hac vice*)  
Whit Morley (admitted *pro hac vice*)  
**LATHAM & WATKINS LLP**  
330 North Wabash Avenue, Suite 2800  
Chicago, IL 60611  
Telephone: (312) 876-7700  
Email:  joe.celentino@lw.com  
            whit.morley@lw.com

Jordi Guso  
Florida Bar No. 863580  
Michael J. Niles  
Florida Bar No. 107203  
**BERGER SINGERMAN LLP**  
1450 Brickell Avenue, Suite 1900  
Miami, FL 33131  
Telephone:    (305) 755-9500  
Email:  jguso@bergersingerman.com  
            mniles@bergersingerman.com

---

[3] Not admitted in Illinois. Admitted in New York.