UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

## NOTICE OF ASSIGNMENT OF CONTRACTS AND LEASES IN CONNECTION WITH SALE

**PLEASE TAKE NOTICE** that, on July 14, 2023, the Bankruptcy Court entered the *Amended Order (I) Authorizing and Approving (A) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (II) Granting Related Relief* [ECF No. 1658] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that the Sale Order approved the sale of substantially all of the Debtors' assets (the "Sale") to Blast Asset Acquisition LLC (the "Buyer"), an acquisition vehicle that is a subsidiary of Monster Beverage Corporation, under the Asset Purchase Agreement dated as of June 28, 2023 (as may be amended, modified, or supplemented from time to time in accordance with the terms thereof and the Sale Order, the "Asset Purchase Agreement"). A copy of the Asset Purchase Agreement is attached as **Exhibit A** to the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that in connection with the Sale, the Debtors filed and served a schedule listing contracts and leases with cure amounts, if applicable, that were to be potentially assumed and assigned as part of the Sale on March 3, 2023 [ECF No. 893]. On March 21, 2023 [ECF No. 995], June 13, 2023 [ECF No. 1460], and July 10, 2023 [ECF No. 1624], the Debtors filed and served amended schedules listing the contracts and leases with cure amounts, if applicable, that may be potentially assumed and assigned as part of the Sale.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Amended ECF No. 1654 to correct **Exhibit B** thereto. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in, as applicable, the Assert Purchase Agreement (as defined herein) or the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that the Closing (as defined in the Asset Purchase Agreement) of the Sale occurred on July 31, 2023 (the "Closing Date").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Sale Order and the Asset Purchase Agreement, the Debtors shall assume and assign to the Buyer (or its designee) certain executory contracts and/or unexpired leases (the "Assumed Agreements and Assumed Real Property Leases"), as of the Closing Date. The Debtors hereby file a schedule of the Assumed Agreements and Assumed Real Property Leases, attached hereto as **Schedule A**.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Sale Order, the Asset Purchase Agreement, or related documents, you should contact Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

Dated: July 31, 2023
      Miami, Florida

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 906-1200
Email: george.davis@lw.com
      liza.burton@lw.com
      jon.weichselbaum@lw.com
– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:     (202) 637-2200
Email: andrew.sorkin@lw.com

– and –

Joseph C. Celentino[3] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com
      whit.morley@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:     (305) 755-9500
Email: jguso@bergersingerman.com
      mniles@bergersingerman.com

---

[3] Not admitted in Illinois. Admitted in New York.

## SCHEDULE A

**Assumed Agreements and Assumed Real Property Leases**

**SCHEDULE A**

**Assumed Agreements and Assumed Real Property Leases**

| Counterparty Name | Description of Contract / Contract Name | Address | Debtor Party | Cure |
|---|---|---|---|---|
| AT&T | AT&T Services Agreement regarding data line services for North Carolina | PO Box 10330 Fort Wayne, IN 46851-0330 | Vital Pharmaceuticals, Inc. | $0.00 |
| AT&T | AT&T Service Agreement, dated April 20, 2023, regarding data line services for Weston, Florida | 4141 SW 47th Ave Davie, FL 33314 | Vital Pharmaceuticals, Inc. | $0.00 |
| Hewlett Packard Enterprise Company (Aruba) | Hewlett Packard Enterprise Company (Aruba) Agreement regarding Aruba device support. | 560 Oakmead Pkwy Sunnyvale, CA 94085 | Vital Pharmaceuticals, Inc. | $0.00 |
| Blue Yonder Inc. | Blue Yonder Inc. Agreement regarding management of the Phoenix warehouse | 15059 North Scottsdale Road, Ste. 400 Scottsdale, AZ 85254 | Vital Pharmaceuticals, Inc. | $0.00 |
| Charter Communications | Charter Communications Agreement regarding Spectrum service for the Concord data line | PO Box 60074 City of Industry, CA 91716-0074 | Vital Pharmaceuticals, Inc. | $0.00 |
| Cisco System, Inc. | Cisco System, Inc. Agreement regarding Cisco routers | 1190 Kennestone Circle NW, Suite 120 Marietta, GA 30066 | Vital Pharmaceuticals, Inc. | $0.00 |
| CloudFare | CloudFare Agreement regarding website cyber security | 101 Townsend Street San Francisco, CA 94107 | Vital Pharmaceuticals, Inc. | $0.00 |

1

12325054-1

| Counterparty Name | Description of Contract / Contract Name | Address | Debtor Party | Cure |
|---|---|---|---|---|
| Cox Communications Arizona, LLC | Commercial Services Agreement, dated November 20, 2019, by and between Cox Communications Arizona, LLC and VPX Bang Energy | 1550 W Deer Valley Road Phoenix, AZ 85027 | Vital Pharmaceuticals, Inc. | $917.40 |
| Cox Communications Arizona, LLC | Commercial Services Agreement, dated November 5, 2019, by and between Cox Communications Arizona, LLC and Vital Pharmaceuticals Weston | 1550 W Deer Valley Road Phoenix, AZ 85027 | Vital Pharmaceuticals, Inc. | $0.00 |
| Cox Communications Arizona, LLC | Commercial Services Agreement dated December 18, 2019, by and between Cox Communications Arizona, LLC and VPX Bang Energy | 1550 W Deer Valley Road Phoenix, AZ 85027 | Vital Pharmaceuticals, Inc. | $0.00 |
| Crown Castle Fiber LLC | Order Form, dated April 26, 2019, between Crown Castle Fiber LLC and Vital Pharmaceuticals Inc d/b/a/ VPX Sports | 2 Easton Oval, Ste 425 Columbus, OH 43219 | Vital Pharmaceuticals, Inc. | $0.00 |
| DropBox | DropBox Agreement | P.O. Box 77767, San Francisco, CA 94107 | Vital Pharmaceuticals, Inc. | $0.00 |
| Domino Amjet, Inc. | Domino Amjet, Inc. Service Agreement (Domino Safeguard 300 support) | Domino Amjet, Inc. 3809 Collection Center Drive Chicago, IL 60693 | Vital Pharmaceuticals, Inc. | $23,070.60 |

2

| Counterparty Name | Description of Contract / Contract Name | Address | Debtor Party | Cure |
|---|---|---|---|---|
| Palo Alto Networks, Inc. | Palo Alto Networks, Inc. Agreement regarding GlobalProtect software solutions | 3000 Tannery Way Santa Clara, CA 95054 | Vital Pharmaceuticals, Inc. | $0.00 |
| Palo Alto Networks, Inc. | Palo Alto Networks, Inc. Agreement regarding Palo Alto network equipment | 3000 Tannery Way Santa Clara, CA 95054 | Vital Pharmaceuticals, Inc. | $0.00 |
| Reliant Gases Ltd. | Product Supply Agreement, dated January 6, 2020, by and between Vital Pharmaceuticals, Inc. d/b/a VPX Sports/Bang Energy and Reliant Gases Ltd. | 10817 W. County Road 60 Midland, TX 79707 | Vital Pharmaceuticals, Inc. | $108.60 |
| Seidor USA Corp. | Master Consulting Services & License Agreement, dated August 15, 2018, by and between Vital Pharmaceuticals, Inc. and Seidor USA Corp (and Statement of Work No. 11 dated February 15, 2023) | 18 Augusta Pines Dr., Suite 240W Spring, TX 77389 | Vital Pharmaceuticals, Inc. | $24,469.33 |
| Seidor USA Corp. | Seidor USA Corp Agreement regarding CPI (cloud platform integration) Middleware for SAP | 1800 Hughes Landing Blvd, Ste 175 The Woodlands, TX 77380 | Vital Pharmaceuticals, Inc. | $0.00 |
| SHI International Corporation & CDW Direct, LLC | SHI International Corporation & CDW Direct, LLC agreements regarding Microsoft Azure and SharePoint | PO Box 952121 Dallas, TX 75395-2121 | Vital Pharmaceuticals, Inc. | $7,018.44 |

3

| Counterparty Name | Description of Contract / Contract Name | Address | Debtor Party | Cure |
|---|---|---|---|---|
| Verizon Business Network Services, Inc. | US Services Agreement, dated January 30, 2020, by and between Vital Pharmaceuticals, Inc. and Verizon Business Network Services Inc., as amended | 10000 Park Meadows Drive Lone Tree, CO 80124 | Vital Pharmaceuticals, Inc. | $10,917.83 |
| TGA Cactus DC II LLC | Lease Agreement, dated April 1, 2020, by and between Vital Pharmaceuticals, Inc. and TGA Cactus DC II LLC (4747 W. Buckeye Rd., Phoenix, AZ) | 4675 MacArthur Court, Ste 1100 Newport Beach, CA 92626 | Vital Pharmaceuticals, Inc. | $0.00 |
| Verizon Business Network Services, Inc. | Verizon Business Network Services, Inc. Agreement regarding Weston, FL data account number U0217250 | Verizon Business Services 100000 Park Meadows Drive Lone Tree, CO 80124 | Vital Pharmaceuticals, Inc. | $0.00 |
| Verizon Business Network Services, Inc. | Verizon Business Network Services, Inc. agreement regarding Weston, FL data account number U0219639 | Verizon Business Services 100000 Park Meadows Drive Lone Tree, CO 80124 | Vital Pharmaceuticals, Inc. | $0.00 |
| Verizon Business Network Services, Inc. | Verizon Business Network Services, Inc. agreement regarding Weston, FL data account number 342259877-00001 | Verizon Business Services 100000 Park Meadows Drive Lone Tree, CO 80124 | Vital Pharmaceuticals, Inc. | $0.00 |

US-DOCS\143923258.1
12325054-1

| Counterparty Name | Description of Contract / Contract Name | Address | Debtor Party | Cure |
|---|---|---|---|---|
| Verizon Business Network Services, Inc. | Verizon Business Network Services, Inc. agreement regarding Dallas Forth Worth data account number U0219639 | Verizon Business Services 100000 Park Meadows Drive Lone Tree, CO 80124 | Vital Pharmaceuticals, Inc. | $0.00 |
| Zoho Corporation | Zoho Corporation Approved Quote, dated April 30, 2023 | 4141 Hacienda Drive Pleasanton, CA 94588 | Vital Pharmaceuticals, Inc. | $0.00 |
| Microsoft Corporation | Microsoft Corporation License Agreements related to M365 (1), Exchange Online (Plan 1): 383 Licenses Microsoft 365 Audio Conferencing: 45 Licenses Microsoft 365 Business Standard: 300 Licenses Microsoft 365 E5: 3 Licenses Microsoft Office 365 E3: 801 Licenses for customer Bang Energy | One Microsoft Way Redmond, Washington 98052-6399 | Vital Pharmaceuticals, Inc. | $0.00 |

5