**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Case |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |
| _____/ | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before July 22, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Modified Sale-Related Dates and Deadlines** (Docket No. 1457)

Furthermore, on July 24, 2023, Stretto in accordance with USPS forwarding instructions served the following document(s) via first-class mail Bobby Fisher Distributing, Inc. at 1 Arena Park Dr, Dayton, OH 45417-4678:

- **Notice of Proposed Sale, Bidding Procedures, Auction, and Sale Hearing** (attached hereto as **Exhibit B**)

Furthermore, on or before July 25, 2023, Stretto in accordance with USPS forwarding instructions served the following documents via first-class mail on the service list attached hereto as **Exhibit C**, and on sixty-two (62) confidential parties not included herein:

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7** (Docket No. 1555)

- **Amended Notice of Auction Cancellation and Successful Bidder** (Docket No. 1556)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (32)** (Docket No. 33, Case No. 22-17844)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (32)** (Docket No. 33, Case No. 22-17845)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (32)** (Docket No. 33, Case No. 22-17850)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (33)** (Docket No. 34, Case No. 22-17849)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (35)** (Docket No. 36, Case No. 22-17848)

- **Notice of Hearing re Motion to Convert Chapter 11 Case to Chapter 7 (36)** (Docket No. 37, Case No. 22-17847)

Furthermore, on or before July 25, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit D**, and on one (1) confidential party not included herein:

- **Notice of Adjournment of Sale Hearing and Related Deadlines** (Docket No. 1514)

Furthermore, on or before July 25, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit E**, and on seventy (70) confidential parties not included herein:

- **Notice of Adjournment of Hearing as to Contract Objections** (Docket No. 1592)

Furthermore, on or before July 25, 2023, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit F**, and on twenty-six (26) confidential parties not included herein:

- **Notice of Auction Cancellation and Successful Bidder** (attached hereto as **Exhibit G**)

Furthermore, on July 26, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Colony Insurance Company at PO Box 469012, San Antonio, TX 78246-9012, pursuant to USPS forwarding instructions:

- **Second Supplemental Notice of (I) Executory Contracts and Unexpired Leases That May Be Assumed and Assigned in Connection with a Sale of the Debtors' Assets and (II) the Proposed Cure Amounts with Respect Thereto** (Docket No. 1460)

Dated: August 1, 2023

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 800-634-7734
Email: TeamVitalPharma@stretto.com

# Exhibit A



**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| Adam Bryant Nuckols | | 2630 Holly Oak Ln | Gastonia | NC | 28056-0010 |
| eWorkplace Solutions, Inc. (D.B.A. BatchMaster Software, Inc.) | Batchmasters Ingrid Leon | 9861 Irvine Center Dr | Irvine | CA | 92618-4307 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

_____/

**NOTICE OF PROPOSED SALE,
BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

**PLEASE TAKE NOTICE** that, on October 10, 2022, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions commencing these cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") entered an order [ECF No. 854] (the "Bidding Procedures Order")[2]:

     i.     approving proposed bidding procedures (the "Bidding Procedures"), attached as **Exhibit 1** to the Bidding Procedures Order, by which the Debtors will solicit and select the highest or otherwise best offer for the sale of substantially all of their assets (the "Assets") through either (a) one or more sales of the Assets (each, a "Sale Transaction") or (b) a transaction through a plan of reorganization;

     ii.    approving the Bid Protections, as defined and described in the Bidding Procedures;

    iii.    establishing procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed cure amounts (the "Assumption and Assignment Procedures");

    iv.    approving the form and manner of the Sale Notice, attached as **Exhibit 2** to the Bidding Procedures Order;

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

v.     approving the form and manner of the Assumption Notice, attached as **Exhibit 3** to the Bidding Procedures Order;

vi.    approving the form and manner of the Post-Auction Notice, attached as **Exhibit 4** to the Bidding Procedures Order;

vii.   scheduling a date for an auction if the Debtors receive one or more Qualified Bids (the "Auction");

viii.  scheduling a hearing to approve one or more Sale Transactions, as necessary (the "Sale Hearing"); and

ix.    granting related relief.

**ALL INTERESTED OR POTENTIALLY AFFECTED PARTIES SHOULD CAREFULLY READ THE BIDDING PROCEDURES AND THE BIDDING PROCEDURES ORDER.**

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the Sale Transaction and the transfer of the Assets free and clear of all liens, claims, interests, and encumbrances in accordance with section 363(f) of the Bankruptcy Code will be held before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E. Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301 on **July 12, 2023 at 10:00 a.m. (Prevailing Eastern Time)**.[3] The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

<u>**CONSEQUENCES OF FAILING TO TIMELY ASSERT A SALE OBJECTION**</u>

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE A SALE OBJECTION ON OR BEFORE THE APPLICABLE DEADLINE IN ACCORDANCE WITH THE ENTERED BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED FROM ASSERTING ANY SALE OBJECTION TO THE SALE TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE TRANSFERRED ASSETS OF THE DEBTORS' ESTATES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS EFFECTED THEREUNDER.**

**PLEASE TAKE FURTHER NOTICE** that this Sale Notice is subject to the terms and conditions of the Bidding Procedures Order, with the Bidding Procedures Order controlling in the event of any conflict. The Debtors encourage parties in interest to review such document in its entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Bidding Procedures Order, may make a written request to counsel to the Debtors, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 (Attn: Andrew Sorkin (andrew.sorkin@lw.com)) and Latham & Watkins

---

[3] To the extent the Sale Hearing occurs virtually, participation instructions will be provided on the agenda filed on the docket prior to the Sale Hearing.

LLP, 1271 Avenue of the Americas, New York, NY 10020 (Attn: Liza Burton (liza.burton@lw.com) and Jonathan Weichselbaum (jon.weichselbaum@lw.com)).

Copies of the Bidding Procedures and the Bidding Procedures Order may be examined by interested parties free of charge at the website established for these chapter 11 cases by the Debtors' court-approved noticing, claims, and solicitation agent, Stretto, Inc., at https://cases.stretto.com/VitalPharmaceuticals.

3

Dated:   July 9, 2023
         Miami, Florida

Respectfully submitted,

_/s/ Jordi Guso_

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
        liza.burton@lw.com
        jon.weichselbaum@lw.com

Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
        mniles@bergersingerman.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[4] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  joe.celentino@lw.com
        whit.morley@lw.com

*Co-Counsel for the Debtors and Debtors in Possession*

---

[4]    Not admitted in Illinois.  Admitted in New York.

4

# Exhibit C



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 86, LLC Matter Media Group Sage Rosen | | 1187 Piedra Morada Dr | | Pacific Plsds | CA | 90272-1902 |
| Adam Bryant Nuckols | | 2630 Holly Oak Ln | | Gastonia | NC | 28056-0010 |
| Alexandra Tobon | | 8800 NW 107th Ct | Unit 217 | Doral | FL | 33178-2178 |
| Andrew Rivera | | 1106 Dartford Dr | | Kissimmee | FL | 34758-3056 |
| Anytime Fitness | | 2110 Thousand Trails Blvd | | Clermont | FL | 34714-9658 |
| Bay Area Distributing Co., Inc. | | 1511 Sycamore Ave | Ste M | Hercules | CA | 94547-1770 |
| Better Brands, Inc. | | 4377 N Kings Hwy | Ste 217 | Myrtle Beach | SC | 29577-2773 |
| Beyond Food Mart | | 3751 Arlington Ave | | Riverside | CA | 92506-2608 |
| Bobby Fisher Distributing, Inc. | | 1 Arena Park Dr | | Dayton | OH | 45417-4678 |
| Casey's General Stores, Inc. | | 1 SE Convenience Blvd | | Ankeny | IA | 50021-9672 |
| CEFCO | | PO Box 19383 | | Amarillo | TX | 79114-1383 |
| Cesar Alberto Montelongo | | 7601 W Glendale Ave | Unit 2096 | Glendale | AZ | 85303-3018 |
| Convenient Food Mart | | 1007 S Zane Hwy | | Martins Ferry | OH | 43935-2066 |
| Courtney Wikie | | 3730 S Mill Ave | Apt H105 | Tempe | AZ | 85282-4937 |
| David Nebieridze | | 13105 Ixora Ct | Apt 207 | North Miami | FL | 33181-2319 |
| Davontay D Goode | | 11875 W Mcdowell Rd | Apt 2101 | Avondale | AZ | 85392-3109 |
| Duke Secured FInancing 2009-IPAC, LLC | c/o Duke Corporation | 300 S Orange Ave | Ste 1100 | Orlando | FL | 32801-3375 |
| Dylan Anthony Watson | | 4709 Ramshead Dr | | Valrico | FL | 33594-9344 |
| Full Circle Distributors | | 1515 William Flynn Hwy | | Glenshaw | PA | 15116-2301 |
| Gregg B Fields, PH.D. | | 12 Tournament Blvd | | Palm Bch Gdns | FL | 33418-6843 |
| Hector Granillo | | 6461 Denny Ave | | N Hollywood | CA | 91606-2731 |
| Jacob A. Colbin | | 15-2714 Pahoa Village Rd | Unit H1 | Pahoa | HI | 96778-9728 |
| James Jin Jang | | 4808 N 24th St | Unit 530 | Phoenix | AZ | 85016-9125 |
| James Paul Bracco | | PO Box 6145 | | Laguna Niguel | CA | 92607-6145 |
| Jose Torres | | 20486 NE 2nd Ct | | Miami | FL | 33179-2988 |
| Joseph Tallent | | 3121 NW 54th Ter | | Margate | FL | 33063-1518 |
| Laron William Turner | | 401 Victory Rd | Apt 2M | Clarksville | TN | 37042-2949 |
| Lucy Martinez | | 125 NE 32nd St | Apt 902 | Miami | FL | 33137-4305 |
| Melissa Malonson | | 9350 N 67th Ave | Apt 221 | Glendale | AZ | 85302-3964 |
| Minit Mart | | 165 Flanders Rd | | Westborough | MA | 01581-1032 |
| Nicholas Paul Debellis | | 14190 NE 199th Ln | | Fort Mc Coy | FL | 32134-4790 |
| Plaid Pantries, Inc | | 1585 SW Marlow Ave | Ste 120 | Portland | OR | 97225-5177 |
| Samantha Ellen Deutch | | 1305 Rolling Fld | | New Braunfels | TX | 78132-0127 |
| Shatoya N Moreland | | 5610 NW 12th St | | Lauderhill | FL | 33313-6237 |
| Silver Eagle Distributors Houston LLC | | 7777 Washington Ave | | Houston | TX | 77007-1037 |
| Stellar Group, Inc. | c/o Murphy Cordier Casale Axel PLC | 4647 N 32nd St | Ste 150 | Phoenix | AZ | 85018-3351 |
| The Gym Team | | 6416 NW 102nd Ct | Apt 113 | Doral | FL | 33178-3093 |
| Wesley Barnes | | 209 Halo Dr | | Wellford | SC | 29385-9226 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Wholesale Dynamics | | 9627 E 153rd St | | Noblesville | IN | 46060-0030 |
| Your Handyman Resource | | 523 Triumph Way | | Winder | GA | 30680-7472 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 2

# **Exhibit D**



**Exhibit D**

Served via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Adam Bryant Nuckols | 2630 Holly Oak Ln | | Gastonia | NC | 28056-0010 |
| Anthony Dennison | 7101 Chase Oaks Blvd | Apt 1714 | Plano | TX | 75025-5918 |
| Jordan A Cozart | 746 Clutts Rd | | Harvest | AL | 35749-9031 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

# **Exhibit E**



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 7 Eleven | | 500 Hicksville Rd | | Bethpage | NY | 11714-3415 |
| 7 Eleven | | 2324 Avenue S | | Brooklyn | NY | 11229-2424 |
| Aaron J Uson | | 2232 12th St | Apt 427 | Everett | WA | 98201-1879 |
| Adam Bryant Nuckols | | 2630 Holly Oak Ln | | Gastonia | NC | 28056-0010 |
| Alexandra Tobon | | 8800 NW 107th Ct | Unit 217 | Doral | FL | 33178-2178 |
| Andra L Pearson | | 15380 W Fillmore St | Apt 3020 | Goodyear | AZ | 85338-4678 |
| Anthony Dennison | | 7101 Chase Oaks Blvd | Apt 1714 | Plano | TX | 75025-5918 |
| Austin Edward Swecker | | 5265 50th Ave S | | Fargo | ND | 58104-6001 |
| Autumn Trogdon | | 815 Ocean View Blvd | # B | Pacific Grove | CA | 93950-2229 |
| Bamko, LLC | Matthew Whiteley, Head of Sales | 10923 Weyburn Ave | | Los Angeles | CA | 90024-2808 |
| Bay Area Distributing Co., Inc. | | 1511 Sycamore Ave | Ste M | Hercules | CA | 94547-1770 |
| Better Brands, Inc. | | 4377 N Kings Hwy | Ste 217 | Myrtle Beach | SC | 29577-2773 |
| Beyond Food Mart | | 3751 Arlington Ave | | Riverside | CA | 92506-2608 |
| Boston Michael Wyatt | | 7324 W Forest Grove Ave | | Phoenix | AZ | 85043-7226 |
| Casey's General Stores, Inc. | | 1 SE Convenience Blvd | | Ankeny | IA | 50021-9672 |
| Charles A. Suiter | | 8405 White Stallion Trl | | Mckinney | TX | 75070-6874 |
| ChemPoint.com, Inc | | 1100 112th Ave NE | # 600 | Bellevue | WA | 98004-4511 |
| Chris Hardeman | | 516 45th St | | Galveston | TX | 77550-1172 |
| Claire Olinda Hughes | | 90610 Enterprise Dr | | Scottsbluff | NE | 69361-7528 |
| Cleonice Glanert | | 9401 SW 218th Ln | | Cutler Bay | FL | 33190-1451 |
| Convenient Food Mart | | 1007 S Zane Hwy | | Martins Ferry | OH | 43935-2066 |
| David Nebieridze | | 13105 Ixora Ct | Apt 207 | North Miami | FL | 33181-2319 |
| Dennemeyer & Associates LLC | | 230 W Monroe St | Ste 2100 | Chicago | IL | 60606-4901 |
| Dennemeyer & Associates, LLC | | 230 W Monroe St | Ste 2100 | Chicago | IL | 60606-4901 |
| Devyn Ashley O'Brien | | 2556 E Lodgepole Dr | | Gilbert | AZ | 85298-8480 |
| EVAFOA Eastern Virginia FOA | | 15533 Thompson Rd | | Silver Spring | MD | 20905-3955 |
| EZ Mart | | PO Box 346 | | Sanford | MI | 48657-0346 |
| Fitzgerald Brothers Beverage, Inc. | | 152 Dix Ave | | Glens Falls | NY | 12801-3241 |
| Full Circle Distributors | | 1515 William Flynn Hwy | | Glenshaw | PA | 15116-2301 |
| FW Fleet Clean, LLC | | PO Box 1478 | | Cambria | CA | 93428-1478 |
| G & J Pepsi Cola Bottling Company, Inc. | | 4587 Gallia Pike | | Frankln Frnce | OH | 45629-8777 |
| Haley Rose Sedgewick | | 4431 N Federal Hwy | Apt 102 | Pompano Beach | FL | 33064-6768 |
| Haley Sedgewick Rose | | 4431 N Federal Hwy | Apt 102 | Pompano Beach | FL | 33064-6768 |
| Heather Munafo | | 1709 Sparrow St | | Argyle | TX | 76226-1771 |
| Hop In | | PO Box 701292 | | San Antonio | TX | 78270-1292 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 2



**Exhibit E**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jacob A. Colbin | | 15-2714 Pahoa Village Rd | Unit H1 | Pahoa | HI | 96778-9728 |
| James Paul Bracco | | 26 Corte Javier | | San Clemente | CA | 92673-6519 |
| Jonathan Mayer | | 2525 W Pecan Rd | | Phoenix | AZ | 85041-4495 |
| Jordan A Cozart | | 746 Clutts Rd | | Harvest | AL | 35749-9031 |
| Jose Torres | | 20486 NE 2nd Ct | | Miami | FL | 33179-2988 |
| Joseph Tallent | | 3121 NW 54th Ter | | Margate | FL | 33063-1518 |
| Joxsel I Rodriguez Cortes | | 3196 Lakeside Dr | | Benton | AR | 72019-7089 |
| Leonel Roman | | 10010 NW 6th Ter | | Miami | FL | 33172-4029 |
| Lewisco Holdings | | 48 W 21st St | Fl 11 | New York | NY | 10010-6983 |
| Lucy Martinez | | 125 NE 32nd St | Apt 902 | Miami | FL | 33137-4305 |
| Markstein Beverage Co. of Sacramento | | PO Box 15379 | | Sacramento | CA | 95851-0379 |
| Mary Kate Winter | | 1025 Sharon Loop SE | | Salem | OR | 97306-1572 |
| Nicolas Jon Shepherd | | 16547 Taft Rd | | Spring Lake | MI | 49456-1011 |
| Pablo H Tomasielli | | 1944 SE 24th Ave | | Homestead | FL | 33035-2069 |
| Paul Stephen Soto | | 2002 E Houghton Ave | | Spokane | WA | 99217-8705 |
| PBC - Pepsi Nampa | | 5350 E Franklin Rd | | Nampa | ID | 83687-5628 |
| Riley Suiter | | 8405 White Stallion Trl | | Mckinney | TX | 75070-6874 |
| Ryan H Cobb | Ryan H Cobb | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Ryan H Cobb [Ryan Hawkins Cobb] | | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Ryan Hawkins Cobb | | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Shanghai Freeman Americas, LLC | | 200 Metroplex Dr | Ste 402 | Edison | NJ | 08817-2600 |
| Shatoya N Moreland | | 5610 NW 12th St | | Lauderhill | FL | 33313-6237 |
| Silver Eagle Distributors Houston LLC | | 7777 Washington Ave | | Houston | TX | 77007-1037 |
| Steven Kunz | | PO Box 11088 | | Chandler | AZ | 85248-0002 |
| The Gym Team | | 6416 NW 102nd Ct | Apt 113 | Doral | FL | 33178-3093 |
| The Kent Companies | | 3510 N A St | | Midland | TX | 79705-5427 |
| Thomas Preston McAlister II | | 545 Duval Dr | | Alpharetta | GA | 30009-4918 |
| Wesley Barnes | | 209 Halo Dr | | Wellford | SC | 29385-9226 |
| Your Handyman Resource | | 523 Triumph Way | | Winder | GA | 30680-7472 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 2 of 2

# **Exhibit F**



**Exhibit F**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Adam Bryant Nuckols | | 2630 Holly Oak Ln | | Gastonia | NC | 28056-0010 |
| CEFCO | | PO Box 19383 | | Amarillo | TX | 79114-1383 |
| Davontay D Goode | | 11875 W Mcdowell Rd | Apt 2101 | Avondale | AZ | 85392-3109 |
| EZ Mart | | PO Box 346 | | Sanford | MI | 48657-0346 |
| G & J Pepsi Cola Bottling Company, Inc. | | 4587 Gallia Pike | | Franklin Frnce | OH | 45629-8777 |
| Heather Munafo | | 1709 Sparrow St | | Argyle | TX | 76226-1771 |
| Jordan A Cozart | | 746 Clutts Rd | | Harvest | AL | 35749-9031 |
| Jordan Casey | | 7540 E 33rd St | | Tucson | AZ | 85710-6006 |
| Joxsel I Rodriguez Cortes | | 3196 Lakeside Dr | | Benton | AR | 72019-7089 |
| Keiran S Larkin | | 7518 S 15th Dr | | Phoenix | AZ | 85041-6935 |
| Kendall Hawkins | | 6545 Sunset Pines St | | Las Vegas | NV | 89148-4250 |
| Lucy Martinez | | 125 NE 32nd St | Apt 902 | Miami | FL | 33137-4305 |
| Markstein Beverage Co. of Sacramento | | PO Box 15379 | | Sacramento | CA | 95851-0379 |
| Mary Kate Winter | | 1025 Sharon Loopse | | Salem | OR | 97306-1572 |
| Nicolas Jon Shepherd | | 16547 Taft Rd | | Spring Lake | MI | 49456-1011 |
| Riley Suiter | | 8405 White Stallion Trl | | Mckinney | TX | 75070-6874 |
| Ryan H Cobb | Ryan H Cobb | 937 Prism Dr | | San Marcos | CA | 92078-1063 |
| Ryan H Cobb [Ryan Hawkins Cobb] | | 937 Prism Dr | | San Marcos | CA | 92078-1063 |

In re: Vital Pharmaceuticals, Inc., et al.
Case No. 22-17842 (PDR)

Page 1 of 1

# **Exhibit G**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]           Case No.: 22-17842-PDR

         Debtors.                                        (Jointly Administered)

_____/

**NOTICE OF AUCTION CANCELLATION AND SUCCESSFUL BIDDER**

**PLEASE TAKE NOTICE** that, on January 27, 2023, Vital Pharmaceuticals, Inc. and its affiliate debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for an Order (I) Approving (A) Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Provide Bid Protections, and (III) Granting Related Relief* [ECF No. 707] (the "Bidding Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 24, 2023, the Court entered an order [ECF No. 854] (the "Bidding Procedures Order") granting certain of the relief sought in the Bidding Procedures Motion, including, among other things, approval of the Bidding Procedures, which established the key dates and times related to the Transaction and the Auction.

**PLEASE TAKE FURTHER NOTICE** that, on April 28, 2023, the Debtors filed the *Notice of Extension of Certain Sale-Related Deadlines* [ECF No. 1283], which notice identified extensions of certain transaction milestones set forth in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the deadline for parties to submit a bid for the Debtors' assets or any portion thereof was May 22, 2023 at 12:00 p.m. (Prevailing Eastern Time).

---

[1]  The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.   The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev, LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2]  Capitalized terms used but not defined herein shall have the meanings given to them in the Bidding Procedures Motion or the APA (as defined herein), as applicable.

PLEASE TAKE FURTHER NOTICE that, on May 24, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1394], which notified parties in interest of the adjournment of the Auction from May 25, 2023 until June 2, 2023.

PLEASE TAKE FURTHER NOTICE that, on June 1, 2023, the Debtors filed the *Notice of Adjournment of Auction and Modified Sale-Related Dates and Deadlines* [ECF No. 1416], which notified parties in interest of, among other things, the adjournment of the (a) Auction from June 2, 2023 until June 8, 2023 and (b) Sale Hearing from June 7, 2023 until June 16, 2023 at 10:00 a.m. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that, on June 8, 2023, the Debtors filed the *Notice of Adjournment of Auction* [ECF No. 1445], adjourning the Auction from June 8, 2023 until a time to be determined.

PLEASE TAKE FURTHER NOTICE that, on June 12, 2023, the Debtors filed the *Notice of Modified Sale-Related Dates and Deadlines* [ECF No. 1457], which notified parties in interest of, among other things, the adjournment of the Sale Hearing from June 16, 2023 at 10:00 a.m. (Prevailing Eastern Time) until June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that, on June 23, 2023, the Debtors filed the *Notice of Adjournment of Sale Hearing and Related Deadlines* [ECF No. 1514], which notified parties in interest of, among other things, the adjournment of the Sale Hearing from June 30, 2023 at 10:00 a.m. (Prevailing Eastern Time) until a time to be determined.

PLEASE TAKE FURTHER NOTICE that the Debtors, in consultation with the Consultation Parties, have determined that only one bid received for substantially all of the Debtors' assets, from Blast Asset Acquisition LLC, an acquisition vehicle that is a subsidiary of Monster Beverage Corporation, is a Qualified Bid for such assets, and that no bids for less than substantially all of the Debtors' assets are acceptable to the Debtors and the Consultation Parties. Therefore, pursuant to the Bidding Procedures, the Debtors are cancelling the Auction and designating Blast Asset Acquisition LLC as the "Successful Bidder."

PLEASE TAKE FURTHER NOTICE that the Debtors entered into an Asset Purchase Agreement (the "APA"),[3] by and between certain of the Debtors and Blast Asset Acquisition LLC, a copy of which is attached hereto as **Exhibit 1**, pursuant to which the Debtors shall sell substantially all of their assets to the Successful Bidder, subject to the terms and conditions set forth therein, including expiration of all applicable waiting periods, including under the Hart-Scott-Rodino Act (the "HSR Act").

**PLEASE TAKE FURTHER NOTICE that, in the event that the Debtors are unable to pursue and/or consummate the Transactions, including as a result of (i) termination of the APA due to the Transactions not having received the expiration or termination of the applicable waiting period under the HSR Act by June 30, 2023, or (ii) the Debtors being**

---

[3] Given the voluminous nature of the APA, it is not attached to this notice. However, the APA can be accessed at the website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

**unable to secure necessary funding for these cases pending consummation of the Transactions, the Debtors intend to file immediately a motion seeking to convert the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code in order to effectuate an orderly liquidation.**

The following table summarizes some of the material terms of the APA:

| SUMMARY OF MATERIAL TERMS OF APA[4] | |
| --- | --- |
| **Parties** | <u>Selling Entities</u>:  Vital Pharmaceuticals, Inc. and certain of its Debtor-affiliates.[5] <br><br> <u>Buyer Parties</u>: <br><br> • Blast Asset Acquisition LLC, a subsidiary of Monster Beverage Corporation; <br><br> • Monster Energy Company, solely for purposes of <u>Section 7.16</u> of the APA; and <br><br> • Monster Beverage Corporation solely for purposes of <u>Section 7.16</u> and <u>Section 10.16</u> of the APA. <br><br> *See* APA, Preamble. |
| **Purchase Price** | The aggregate consideration for all or substantially all of the assets of the Selling Entities will be up to $362,000,000, which shall be inclusive of the full amount of the following: <br><br> • an amount in cash equal to the Cash Purchase Price; <br><br> • the Deposit (*i.e.*, $25,000,000); and <br><br> • the assumption of the Assumed Liabilities by execution of the Assignment and Assumption Agreement. <br><br> An additional $10,000,000 to paid by the Buyer in cash promptly (but not later than thirty (30) days) following the Buyer's receipt (pursuant to the transfer documents in form and content reasonably satisfactory to the Buyer) of title to and ownership of certain Intellectual Property set forth in the APA, presently titled in the name of Entourage IP Holdings, LLC. <br><br> The Seller will apply the Cash Purchase Price as follows: (i) $16,000,000 |

---

[4]  This summary is provided for the convenience of the Court and parties in interest.  To the extent there is any conflict between this summary and the APA, the latter governs in all respects.  This is a general overview, subject in all respects to the terms of the definitive documents.  There are several adjustments and caveats.  Please read the documents carefully.  Capitalized terms used that are not defined in this summary have the respective meanings set forth in the APA.

[5]  The "<u>Selling Entities</u>" include the following Debtor entities: (a) Vital Pharmaceuticals, Inc.; (b) Vital Pharmaceuticals, International Sales, Inc.; (c) JHO Intellectual Property Holdings, LLC; (d) JHO Real Estate Investment, LLC; (e) Quash Seltzer, LLC; and (f) Rainbow Unicorn Bev, LLC.

| SUMMARY OF MATERIAL TERMS OF APA[4] | |
|---|---|
| | to satisfy Encumbrances against the Owned Real Property; (ii) $4,000,000 set aside to pay Excluded WARN Act Liabilities; (iii) $4,000,000 set aside to pay all Liabilities to prior or current employees of the Seller for Excluded Liabilities; and (iv) the remainder to pay the Debtors, subject to payment of the DIP Obligations as set forth in the Sale Order.<br><br>*See* APA, §3.1.<br><br>It is the intent of the Buyer and the Selling Entities that portions of the Cash Purchase Price be used to honor and/or otherwise satisfy certain of the Debtors' obligations to, among others, certain of their employees and distributors. |
| **Purchased Assets** | The assets shall include substantially all of the Selling Entities' assets related to the Business.<br><br>*See* APA, §2.1. |
| **Assumed Liabilities** | In accordance with the terms of the APA, the Buyer shall assume, among other things:<br><br>• Liabilities arising out of the Selling Entities' business or relating to the Purchased Assets from and after Closing or from manufacturing or promoting the Business after Closing;<br><br>• Liabilities of the Selling Entities arising under the Assumed Agreements and the Assumed Real Property Leases from and after Closing and after the Petition Date but not yet due as of Closing;<br><br>• Cure Payments not otherwise paid by the Buyer at Closing;<br><br>• Liabilities for taxes on Purchased Assets for any Post-Closing Tax Period;<br><br>• Liabilities entitled to be set off for Accounts Receivable that are Purchased Assets; and<br><br>• the Assumed WARN Act Liabilities.<br><br>*See* APA, §2.3. |
| **Closing Conditions** | The obligations of the parties to consummate the Transactions shall be subject to the satisfaction of the conditions precedent as set forth in the Transaction Documents. Such conditions precedent include: (a) no Law or Order has been issued that makes the transaction illegal or prohibits it; (b) that all applicable waiting periods, including the HSR Act waiting period, shall have expired or been terminated; (c) that the Court shall have entered the Sale Order and such Sale Order shall be a Final Order; and (d) the Court shall have entered the 9019 Order, which order shall approve that certain settlement reflecting a compromise among the |

| SUMMARY OF MATERIAL TERMS OF APA[4] | |
|---|---|
| | Debtors, their DIP Lenders, the Official Committee of Unsecured Creditors, Monster Energy Company, Monster Beverage Corporation, and Orange Bang, Inc. concerning the allowance and/or treatment of certain claims held or asserted by the DIP Lenders, Monster Energy Company, Monster Beverage Corporation, and Orange Bang, Inc. *See* APA, Art. 8. |
| **Guarantee** | Monster Beverage Corporation shall guarantee the obligations of the Buyer under the APA up to the Purchase Price. *See* APA, §10.16. |
| **"Insider" Status of Buyer** | The Buyer is not an "insider" or otherwise affiliated with the Debtors. |
| **Mutual Release** | The APA contemplates consensual, mutual releases by the Selling Entities, their estates, and certain related parties and representatives, on the one hand, and the Buyer and certain related parties and representatives, on the other hand (including, in the case of the Buyer, releases of any claims against the Seller Related Parties constituting Purchased Assets), subject to certain carve-outs. *See* APA, §7.16. |
| **Closing and Other Deadlines** | The APA provides June 30, 2023 or 17 days after the Sale Order is entered and, in any event, no later than August 3, 2023 as the Outside Date for Closing. *See* APA, §9.1(g). |
| **Requested Findings as to Successor Liability** | The Debtors expect the proposed Sale Order to include a customary finding concerning the absence of successor liability for the Buyer. |

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the sale of the Debtors' assets to Blast Asset Acquisition LLC will be held before the Honorable Judge Peter D. Russin, United States Bankruptcy Judge for the Southern District of Florida, at the Bankruptcy Court, 299 E Broward Blvd., Courtroom 112, Fort Lauderdale, FL 33301 on **July 13, 2023 at 1:30 p.m. (Prevailing Eastern Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any objections to: (i) the identity of the Successful Bidder, and/or (ii) adequate assurance of future performance by the Successful Bidder, in each case, must be filed with the Court **no later than 4:00 p.m. (Prevailing Eastern Time) on July 7, 2023**.

**PLEASE TAKE FURTHER NOTICE** that parties interested in receiving more information regarding the contemplated sale and/or copies of any related documents may visit the

website maintained by Stretto, Inc., the Debtors' court-approved noticing, claims, and solicitation agent at https://cases.stretto.com/VitalPharmaceuticals.

Dated:    June 28, 2023
             Miami, Florida

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
             liza.burton@lw.com
             jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[6] (admitted *pro hac vice*)
Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  joe.celentino@lw.com
             whit.morley@lw.com

Respectfully submitted,

*/s/ Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
             mniles@bergersingerman.com

*Counsel for Debtors and Debtors in Possession*

---

[6]  Not admitted in Illinois.  Admitted in New York.