**JHO Real Estate Investment LLC**
Balance Sheet as of June 30, 2023

|  | Amount ($) |
|---|---:|
| **ASSETS** | |
| Related party receivable | 813,824 |
| PROPERTY AND EQUIPMENT, Net | 45,969,027 |
| **TOTAL ASSETS** | **46,782,851** |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| LIABILITES SUBJECT TO COMPROMISE | 47,804,230 |
| **TOTAL LIABILITIES** | **$ 47,804,230** |
| STOCKHOLDERS EQUITY: | |
| Retained Earnings | (1,021,380) |
| **Total stockholder's equity** | **$ (1,021,380)** |
| **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | **$ 46,782,851** |