**JHO Real Estate Investment LLC**

Income Statement

For the Period 06/01/2023 through 06/30/2023

| | Amount ($) |
|---|---|
| **Gross Revenue** | $    180,939 |
| | |
| **Total Cost of Goods Sold** | $          - |
| **Gross profit** | $    **180,939** |
| | |
| **Expenses** | |
| Intercompany Management Fees | $     87,500 |
| **Total Expenses** | $     **87,500** |
| | |
| **Operating Income** | $     93,439 |
| | |
| Depreciation, non-manufacturing | $     86,305 |
| | |
| **Net Income** | $      **7,134** |