

ORDERED in the Southern District of Florida on August 3, 2023.



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842-PDR |
| Debtors | (Jointly Administered) |
| _____/ | |

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

This matter came before the court without a hearing on *the Ex Parte Motion to Appear Pro Hac Vice* [ECF No. 1553]. The court having reviewed the motion and good cause appearing, it is ORDERED that Marianna Udem ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for ORBIS RPM, LLC ("ORBIS") in these cases and in each adversary proceeding in these cases where Visiting Attorney appears on behalf of ORBIS, subject to the local rules of this

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are:  (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in these cases and in any other case in which this court has entered an order admitting Visiting Attorney pro hac vice. The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Brigette McGrath, Esq.
> ASK LLP
> 2600 Eagan Woods Drive, Suite 400
> St. Paul, MN 55121
> Telephone: 651-289-3945
> Facsimile: 651-406-9676
> Florida Bar No. 30885
> bmcgrath@askllp.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in these cases and in each adversary proceeding in these cases in which the Visiting Attorney appears on behalf of ORBIS. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for ORBIS in all such proceedings.

# # #

Submitted by:

Brigette McGrath, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3945
Facsimile: 651-406-9676
Florida Bar No. 30885

bmcgrath@askllp.com

(Brigette McGrath, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)