**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

|  |  |
|---|---|
| | Case No.: 22-17842-PDR |
| In re: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*[1], | (Jointly Administered) |
| Debtor. | |

_____/

**NOTICE OF CONTINUED RULE 2004 EXAMINATION**
**OF DEBTORS' CORPORATE REPRESENTATIVE**

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, John H. Owoc ("Mr. Owoc"), a creditor and equity holder in the above-captioned chapter 11 cases (the "Chapter 11 Cases") of the above-reference Debtors ("Debtors"), hereby gives notice that the Rule 2004 Examination of the Debtors' designated corporate representative(s) scheduled for August 7, 2023, is continued to September 7, 2023, at 9:30 a.m. EST.

The examination will be conducted at **the offices of Schoeppl Law, P.A., 7999 North Federal Highway, Suite 401, Boca Raton, FL 33487**. The examination will be recorded by sound, sound-and-visual, or stenographic means. The examination may continue from day to date until completed.

Mr. Owoc has attempted to confer with counsel for the Debtors regarding rescheduling this examination but the Debtors have not provided a mutually agreeable date or provided documents in compliance with Mr. Owoc's Notice of Rule 2004 Examination Duces Tecum [D.E. 1516].

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order is necessary.

Dated: August 4, 2023

By: */s/ Irwin R. Gilbert*
IRWIN R. GILBERT
*Counsel for the Owocs*
Florida Bar No. 099473
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice was served on August 4, 2023 via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Irwin R. Gilbert*
IRWIN R. GILBERT

2