UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

    Debtor.
_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

## MOTION TO WITHDRAW

Pursuant to Local Rule 2090-1, the law firm of Conrad & Scherer, LLP and Irwin R. Gilbert, attorneys for John H. Owoc and Megan E. Owoc (the "Owocs"), respectfully request that the Court enter an Order permitting Conrad & Scherer, LLP and Irwin R. Gilbert to withdraw as attorneys of record for the Owocs and state:

1.    Conrad & Scherer, LLP and Irwin R. Gilbert are co-counsel of record for the Owocs.

2.    Irreconcilable differences have arisen between the Owocs and Conrad & Scherer regarding matters relating to the representation of the Owocs in the above-captioned bankruptcy proceeding. Consequently, Conrad & Scherer, LLP and Irwin R. Gilbert seek to withdraw from their representation of the Owocs.

3.    Conrad & Scherer, LLP and Irwin R. Gilbert have provided the Owocs with advance notice of their intent to withdraw.

4.    The Owocs are currently represented by competent counsel and will not be prejudiced by the filing of this Motion to Withdraw.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

5. All future correspondence, pleadings, notices, and other court filings to the Owocs should be directed to:

>Jonathan S. Feldman, Esq.
>Phang & Feldman, P.A.
>2 South Biscayne Blvd, Suite 1600
>Miami, FL 33131
>Email: feldman@katiephang.com

**WHEREFORE,** Conrad & Scherer, LLP and Irwin R. Gilbert hereby (i) request a hearing on this matter on August 10, 2023, at 2:00 p.m., and (ii) for the entry of an Order allowing them to withdraw as attorneys for John H. Owoc and Megan E. Owoc and relieving them from any further responsibility in this case.

Dated: August 4, 2023

*Irwin R. Gilbert*_____
Counsel of Record

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically to all users registered with the Court's e-Filing service who are entitled to receive notice electronically on this 4th day of August, 2023.

By: */s/ Irwin R. Gilbert*____
IRWIN R. GILBERT, ESQ.
*Counsel for the Owocs*
Florida Bar No.: 0099473
Conrad & Scherer LLP
633 South Federal Highway
Fort Lauderdale, Florida 33301
igilbert@conradscherer.com
ogonzalez@conradscherer.com
