United States Bankruptcy Court

Southern District of Florida

In re:  
Vital Pharmaceuticals, Inc.  
    Debtor

Case No. 22-17842-PDR  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 14  
Date Rcvd: Aug 02, 2023      Form ID: pdf004      Total Noticed: 153

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vital Pharmaceuticals, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| aty | + | Eric Chafetz, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty |   | Ira D Kharasch, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Jarret P Hitchings, 301 S. College Street, # 2150, Charlotte, NC 28202-6000 |
| aty | + | Jeffrey Cohen, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | + | Jordana Renert, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| aty | + | Laurence M Frazen, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2339 |
| aty | + | Matthew G Bouslog, 3161 Michelson Drive, Irvine, CA 92612-4400 |
| aty | + | Nicole Fulfree, One Lowenstein Drive, Roseland, NJ 07068-1740 |
| aty | + | Patricia A. Redmond, c/o Stearns Weaver Miller et al., 150 West Flagler Street, Suite 2200, Miami, FL 33130-1545 |
| aty |   | Richard M Pachulski, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4003 |
| aty |   | Robert J Feinstein, Esq., Pachulski Stang Ziehl & Jones, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Russell H Falconer, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201-2923 |
| aty |   | Steven W. Golden, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty |   | Teddy M Kapur, 10100 Santa Monica Blvd 13 Floor, Los Angeles, CA 90067-4003 |
| aty | + | William J Easley, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2339 |
| sp | + | A.J. Webb, 301 East Fourth Street #3300, Cincinnati, OH 45202-4257 |
| cr | + | ACAR Leasing Ltd., Inc. d/b/a GM Financial Leasing, c/o Christopher R. Thompson, Esq., Burr & Forman LLP, 200 S. Orange Ave., Suite 800, Orlando, FL 32801-6404 |
| cr | + | ADM Wild Europe GmbH & Co. KG, c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | ALDA 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | All Brands Distribution, LLC, c/o Zach B. Shelomith, Esq., 2699 Stirling Rd # C401, Fort Lauderdale, FL 33312-6598 |
| intp | + | Allison L Libeu, 620 Newport Center Drive, # 1300, Newport Beach, CA 92660-8013 |
| cr | + | Ally Bank, P.O. Box 5703, Clearwater, FL 33758-5703 |
| cr | + | American Express National Bank and Amex TRS Co., I, c/o Martin l. Sandler, esq, 3400 SW 27th Avenue suite 1705, Miami, fl 33133-5320 |
| cr | + | Americredit Financial Services, Inc. d/b/a GM Fina, c/o Christopher R. Thompson, Burr & Forman LLP, 200 S. Orange Ave, Suite 800, Orlando, FL 32801-6404 |
| sp | + | Amy C Quartarolo, 355 South Grand Avenue, Suite 100, Los Angeles, CA 90071-3104 |
| intp | + | Andrew Bean, 2001 Ross Avenue # 2100, Dallas, TX 75201-2923 |
| intp | + | Andrew G Devore, 800 Boylston Street, Boston, MA 02199-1900 |
| sp | + | Andrew P Beilfuss, 411 East Wisconsin Ave # 2400, Milwaukee, WI 53202-4428 |
| sp | + | Andrew Sorkin, 555 Eleventh St NW #1000, Washington, DC 20004-1327 |
| cr | + | Archer Daniels Midland Company, c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | Ardagh Metal Packaging USA Corp., c/o Shumaker, Loop & Kendrick, LLP, 101 S. Tryon Street, Suite 2200, Charlotte, NC 28280-0027 |
| intp | + | Arielle B Adler, One Lowenstein Drive, Roseland,, NJ 07068-1740 |
| intp | + | Bang Energy Canada, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| sp | + | Barry T Albin, One Lowenstein Drive, Roseland, NJ 07068-1740 |
| cr | + | Brendan Abbott, c/o Daniel Harvath, 75 W. Lockwood, Suite #1, Webster Groves, MO 63119 UNITED STATES 63119-2946 |
| fa | + | Brent C Williams, 500 West Madison St # 300, Chcago, IL 60661-4546 |
| sp | + | Brian S Rosen, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | CI421 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| cr | + | CM Builders, Inc. dba Integrated Masonry, c/o Carolyn R. Tatkin, Radix Law, 15205 N. Kierland Blvd., Suite 200, Scottsdale, AZ 85254-8170 |
| cr | + | CRG Financial LLC, 84 Herbert Ave., Building B - Suite 202, Closter, NJ 07624, UNITED STATES 07624-1313 |
| cr | + | Carolina Canners, Inc., c/o Kelley, Fulton, Kaplan & Eller PL, 1665 Palm Beach Lakes Blvd., Suite 1000, West Palm Beach, FL 33401-2109 |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 14 |
| Date Rcvd: Aug 02, 2023 | Form ID: pdf004 | Total Noticed: 153 |

| | | |
|---|---|---|
| intp | + | Carolyn Tatkin, Esq, 15205 N Kiedrland Blvd Suite 200, Scottsdale, AZ 85254-8170 |
| intp | + | Christopher R Kaup, 2525 East Camelback Road, Phoenix, AZ 85016-4219 |
| cr | + | Chubb Companies, Duane Morris LLP, 201 S. Biscayne Blvd., Suite 3400, Miami, FL 33131-2318 |
| sp | + | Cole Richins, 100 North Tryon Street, Suite 47, Charlotte, NC 28202-4000 |
| cr | + | Cole, Scott & Kissane, P.A., 9150 S. Dadeland Blvd #1440, Miami, FL 33156-7855 |
| crcm | | Creditor Committee, c/o Clint E. Pyle, Temporary Chairperson, 2900 Hartley Road, Jacksonville, FL 32257-8221 |
| sp | + | Daniel L Geyser, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7672 |
| intp | + | David C Rose, 7 Times Square, New York, NY 10036-6524 |
| sp | + | David Levine, Sanchez Fischer Levine, LLP, 1200 Brickell Avenue, Suite 750, Miami, FL 33131-3255 |
| intp | + | David M Barlow, 2525 East Camelback Rd, Phoenix, AZ 85016-4219 |
| sp | + | David M Levine, 1200 Brickell Ave # 750, Miami, FL 33131-3255 |
| sp | + | Douglas E. Spelfogel, Esq., 990 Stewart Ave, Garden City, NY 11530-4822 |
| cr | + | EASTGROUP Properties, L.P., c/o Thomas L. Abrams, 633 S. Andrews Ave., #500, Fort Lauderdale, FL 33301-2858 |
| intp | + | Elite Island, LLC, 1600 N Park Dr., Weston, FL 33326-3278 |
| sp | + | Elizabeth A Morris, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| intp | + | Erica Mannix, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| sp | + | Erin P Severini, 301 E 4th St #3300, Cincinnati, OH 45202-4257 |
| intp | | Faegre Drinker Biddle & Reath LLP, c/o Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| cr | + | Faith Technologies Incorporated, c/o Jerry Markowitz, Markowitz Ringel Trusty & Hartog PA, 9130 S. Dadeland Blvd., Suite 1800 Miami, FL 33156-7858 |
| intp | + | Gekay Sales + Service Co., Inc., c/o Aaron A. Wernick, Esq., 2255 Glades Road, Suite 324A, Boca Raton, FL 33431-8571 |
| sp | + | George A Davis, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Graphic Packaging International, LLC, c/o Shumaker, Loop & Kendrick, LLP, 101 S. Tryon Street, Suite 2200, Charlotte, NC 28280, UNITED STATES 28280-0027 |
| intp | + | Homer Parkhill, 1251 Avenue of the Americas, New York, NY 10020-1104 |
| intp | + | Hugh Murtagh, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| intp | + | JHO Intellectual Property Holdings, LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | JHO Real Estate Investment, LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | Jack H. Owoc, 1600 N. Park Drive, Weston, FL 33326-3278 |
| cr | + | Jasmin Williams, Law Office of Mark S. Roher, P.A., 1806 N. Flamingo Road, Suite 300, Pembroke Pines, FL 33028-1032 |
| sp | + | Jeramy D Webb, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| consult | + | John C Didonato, 550 W Van Buren St, Chicago, IL 60607-3827 |
| fa | + | John D'Amico, 787 Seventh Avenue, New York, NY 10019-6018 |
| sp | + | John Whitney McVay Morley, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| sp | + | Jonathan J Weichselbaum, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| sp | + | Joseph Celention, 330 North Wabash Avenue #2800, Chicago, IL 60611-3695 |
| intp | + | K. Scott Reynolds, 3133 W. Frye Road #101, Phoenix, AZ 85226-5132 |
| sp | + | Kim Martin Lewis, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245 |
| cr | + | Krier Foods, Inc., 333 S.E. 2nd Avenue, Suite 3200, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |
| intp | + | Lindsay Sklar, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| sp | + | Luis M Lluberas, 100 North Tryson St # 47, Charlotte, NC 28202-4000 |
| cr | + | MFP 4747 W. Buckeye LLC, c/o Hamid R. Rafatjoo, Raines Feldman LLP, 1800 Avenue of the Stars, 12th Floor Los Angeles, CA 90067-4201 |
| fa | + | Mark Margulies, Grant Thornton LLP, 1301 International Parkway # 300, Ft. Lauderdale, FL 33323-2874 |
| intp | + | Matthew Murray, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| intp | | Maura P McIntyre, 1000 Key Tower, 127 Public Square, Cleveland, OH 44114 |
| intp | + | Megan Owoc, 16720 Stratford Court, Southwest Ranches, FL 33331-1358 |
| intp | + | Michael T Crabb, 10740 Nall Ave Suite 250, Overland Park, KS 66211-1367 |
| cr | + | Mitsubishi HC Capital America, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| cr | + | Monster Energy Company, c/o Michael I. Goldberg, 201 East Las Olas Boulevard, Suite 1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Nelson Mullins Riley & Scarborough, LLP, 100 SE 3rd AVE, Suite 2700, Fort Lauderdale, FL 33394-0017 |
| cr | + | Nevada Beverage Co, c/o John A. Anthony, Esq., Anthony & Partners, LLC, 100 South Ashle, 100 South Ashley Drive, Suite 1600, Tampa, FL 33602-5318 |
| cr | + | Nexus Steel, LLC, Tiffany & Bosco, PA, 1000 Corporate Dr, Suite 150, Suite 150 Ft. Lauderdale, FL 33334-3655 |
| cr | + | Orange Bang, Inc., c/o Fender, Bolling and Paiva, P.A., P.O. Box 1545, Steven Fender, Esq., Ft. Lauderdale, FL 33302 UNITED STATES 33302-1545 |
| intp | + | Paul M Alexander, 1180 W. Peachtree Street, NW, Suite 2100, Atlanta, GA 30309-3495 |
| cr | + | Peter Fischer, c/o Daniel Harvath, 75 W. Lockwood, Suite #1, Webster Groves, MO 63119 UNITED STATES 63119-2946 |
| cr | + | Pettit Kohn Ingrassia Lutz & Dolin, 11622 El Camino Real, Suite 300, San Diego, CA 92130-2051 |
| intp | + | Quash Seltzer, LLC, 20311 Sheridan Street, Fort Lauderdale, FL 33332-2313 |
| cr | + | RXO Capacity Solutions, LLC, c/o Edward M. Fitzgerald, Esq., Holland & Knight LLP, 200 S Orange Avenue, Suite 2600, Orlando, FL 32801-3453 |
| intp | + | Rachel Maimin, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |

District/off: 113C-0                                    User: admin                                         Page 3 of 14
Date Rcvd: Aug 02, 2023                                 Form ID: pdf004                                     Total Noticed: 153

| | | |
|---|---|---|
| intp | + | Rainbow Unicorn Bev LLC, 1600 N. Park Dr., Weston, FL 33326-3278 |
| cr | + | Refresco Beverages US Inc, c/o W. Keith Fendrick, Holland & Knight, 100 N. Tampa Street, Suite 4100, Tampa, FL 33602-3642 |
| intp | + | Robert Charles Jr, Lewis Roca Rothgerber Christie LLP, One South Church Avenue, Suite 2000, Tucson, AZ 85701-1666 |
| intp | + | Robert Preston Dickinson, 150 West Flagler Street, c/o Patricia A. Redmond, Miami, Florida, FL 33130, UNITED STATES 33130-1536 |
| intp | | Rudy J Cerone, 12th Floor 601 Poydras Street, New Orleans, LA 70130 |
| intp | + | Ryan Preston Dahl, 191 North Wacker Drive, 32nd Floor, Chicago, IL 60606-1879 |
| cr | + | SLBS Limited Partnership d/b/a Summit Distributing, c/o David Gay, Carlton Fields, 700 NW 1st Avenue, Suite 1200, Suite 1200 Miami, FL 33136-4118 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, c/o Gerard M. Kouri, Jr. P.A., 5311 King Arthur Avenue, Davie, FL 33331-3340 |
| cr | + | Sony Music Entertainment, Pryor Cashman LLP, 255 Alhambra Circle, 8th Floor, Miami, FL 33134-7411 |
| cr | + | Southeast Cold Fill, LLC, c/o Kelley, Fulton, Kaplan & Eller, P.L., 1665 Palm Beach Lakes Blvd., Ste. 1000, West Palm Beach, FL 33401-2109 |
| cr | + | States Logistics Services, Inc., 5650 Dolly Avenue, Buena Park, CA 90621-1872 |
| cr | + | Stellar Group, Inc., c/o Robert P. Charbonneau, 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| intp | + | Stephanie P Chery, 7 Times Square, New York, NY 10036-6524 |
| sp | + | Stephen E. Gruendel, 100 N. Tryon St. Suite 4700, Charlotte,, NC 28202-4003 |
| intp | + | Stephen Gray, c/o Patricia Redmond, 150 West Flagler Street, Suite 2200, Stearns Weaver Miller et al., Miami, FL 33130-1545 |
| cr | + | Steven J. Solomon Fiesta Warehousing & Distributio, 333 S.E. 2nd Avenue, Suite 3200, Suite 3200, Miami, FL 33131 UNITED STATES 33131-2191 |
| cr | + | Suddath Global Logistics, LLC, 815 S. Main Street, Jacksonville, FL 32207-8187 |
| cr | + | The American Bottling Company, c/o Furr and Cohen, P.A., 2255 Glades Rd., Ste 419A, Boca Raton, FL 33431-7379 |
| cr | + | The Hamilton Group (Delaware), Inc., Ullman & Ullman, P.A., 2500 North Military Trail, Suite 100, Boca Raton, FL 33431-6342 |
| cr | + | The Kroger Co., 104 Vine Street, Cincinnati, OH 45215 |
| cr | + | ThermoLife International, LLC, GrayRobinson, P.A., Jorge Espinosa, 333 S.E. 2nd Avenue, Suite 3200 Miami, FL 33131-2191 |
| intp | | Thomas L Shriner, Jr., 777 East Wisconsin Avenue, Milwaukee, WI 53202-5306 |
| sp | + | Tianjiao Li, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Truist Bank, c/o Peter H. Levitt, Esq., Shutts & Bowen, 200 S. Biscayne Blvd., Miami, FL 33131-2310 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, Emanuel & Zwiebel, PLLC, 7900 Peters Road, Building B, Suite 100, Plantation, FL 33324 UNITED STATES 33324-4045 |
| cr | + | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Emanuel & Zwiebel, PLLC, 7900 Peters Rd. Bldg B, Ste 100, Plantation, FL 33324-4045 |
| cr | + | UMG Recordings, Inc., Pryor Cashman LLP, 255 Alhambra Circle, 8th Floor, Miami, FL 33134-7411 |
| intp | + | Vital Pharmaceuticals International Sales, Inc., 1600 N. Park Dr., Weston, FL 33326-3278 |
| intp | + | Walter Benzija, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| sp | + | Wayne Fang, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-1104 |
| cr | + | Webb & Gerritsen, Inc., c/o Foley & Lardner LLP, Mark Wolfson, 100 Tampa Street, Ste. 2700, Tampa, FL 33602-5810 |
| cr | + | Wild Flowers Inc., c/o Paul Hoffmann, Esq., 1201 Walnut, Suite 2900, Kansas City, MO 64106-2178 |
| cr | + | XPO LOGISTICS, LLC, c/o Edward M. Fitzgerald, Esq., Holland & Knight LLP, 200 S Orange Ave., Suite 2600, Orlando, FL 32801-3453 |
| sp | + | Yegor Fursevich, 523 West 6th Street #400, Los Angeles, CA 90014-1208 |
| sp | + | Yelizaveta L Burton, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| cr | + | Yellowstone Landscape Southeast LLC, Blaxberg Grayson Kukoff & Forteza PA, 25 SE 2nd Ave, Ste 730, Ste 730 Miami, FL 33131-1696 |
| 96850436 | | 365 Mechanical, LLC, 1817 S Horne, Suite #10, Mesa, AZ 852046526 |
| 96850435 | + | CRG Financial LLC, 84 Herbert Ave. Building B Suite 202, Closter, NJ 07624-1313 |
| 96869091 | | Twin City Security, 105 Garfield St S, STE 100, Cambridge, MN 55008-1767 |
| 96732007 | + | XPO LOGISTICS FREIGHT, Attn: Bankruptcy Dept., 9151 Boulevard 26 Bldg A, North Richland Hills, TX 76180-5600 |

TOTAL: 139

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: csucic@fgllp.com | | |
| | | | Aug 03 2023 03:16:00 | Jeremy C Kleinman, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607 |
| aty | | Email/Text: jfrank@fgllp.com | | |
| | | | Aug 03 2023 03:16:00 | Joseph D Frank, 1327 W Washington Blvd #5 G-H, Chicago, IL 60607 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Aug 03 2023 03:16:00 | ACAR Leasing Ltd d/b/a GM Financial Leasing, POB 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Aug 03 2023 03:16:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: swulfekuhle@broward.org | | |
| | | | Aug 03 2023 03:16:00 | Broward County, c/o Records, Taxes & Treasury, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| cr | | + | Email/Text: lreece@pbfcm.com | Aug 03 2023 03:16:00 | Carrollton-Farmers Branch ISO, c/o Linda D. Reece, 1919 S. Shiloh Rd., Suite 640, LB 40, Garland, TX 75042-8234 |
| cr | | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 03 2023 03:16:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, Tx 75207-2328 |
| cr | | + | Email/Text: trssvc.judgments@maricopa.gov | Aug 03 2023 03:16:00 | Maricopa County Treasurer, 301 West Jefferson, Suite 100, Phoenix, AZ 85003-2199 |
| clmag | | + | Email/Text: cr-info@stretto.com | Aug 03 2023 03:16:00 | Stretto, 410 Exchange, Ste. 100, Irvine, CA 92602-1331 |
| cr | | + | Email/Text: AGBankRevenue@ag.tn.gov | Aug 03 2023 03:16:00 | TN Dept of Revenue, c/oTN Attorney General's Office,, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 96808420 | | | Email/PDF: bncnotices@becket-lee.com | Aug 03 2023 03:33:53 | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 96759738 | | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 03 2023 03:34:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96788266 | | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2023 03:17:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 96869090 | | + | Email/Text: tross@trcmllc.com | Aug 03 2023 03:17:00 | TRC Master Fund LLC, PO Box 633, Woodmere, NY 11598-0633 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Balboa Capital Corporation, McGLINCHEY STAFFORD, 1 East Broward Boulevard,, Suite 1400, Fort Lauderdale,, UNITED STATES |
| sp | | Derek L Wright |
| sp | | Richard D Faulkner |
| intp | | Steven Panagos, c/o Patricia A. Redmond, 150 West Flagler Street, Suite 2200, Stearns Weaver Miller et al. |
| intp | | TR Capital Management LLC, US |
| cr | * | AMEX TRS Co., Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| op | *+ | Mark Margulies, Grant Thornton LLP, 1301 International Parkway # 300, Ft. Lauderdale, FL 33323-2874 |
| sp | *+ | Matthew Murray, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| sp | *+ | Walter Benzija, 40 Wall Street, 37th Floor, New York, NY 10005-1381 |
| 96759758 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759759 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759760 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759761 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759762 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759904 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96759905 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96760158 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771188 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771933 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771952 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771976 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771977 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771978 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96771979 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772007 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772081 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 113C-0 | User: admin | Page 5 of 14 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: pdf004 | Total Noticed: 153 |

| | | |
|---|---|---|
| 96772082 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772371 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96772374 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96773062 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778853 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778868 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96778874 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780212 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780213 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780214 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780215 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780216 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780217 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780218 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780219 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780220 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780221 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780222 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780223 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780224 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780225 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780226 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96780227 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782427 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782429 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96782459 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 96785014 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 5 Undeliverable, 49 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2023 at the address(es) listed below:

**Name**         **Email Address**

Aaron A Wernick
    on behalf of Interested Party Gekay Sales + Service Co.  Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com

Aaron A Wernick
    on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com

Aaron L Hammer
    on behalf of Creditor Marc Kesten ahammer@hmblaw.com  ecfnotices@hmblaw.com

Alan R Rosenberg
    on behalf of Creditor Lease Plan USA  LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

Aleksas Barauskas

| District/off: 113C-0 | User: admin | Page 6 of 14 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: pdf004 | Total Noticed: 153 |

on behalf of Creditor Suddath Global Logistics  LLC abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com

Aliette D Rodz

on behalf of Creditor Truist Bank arodz@shutts.com

Amanda E Preston

on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com
amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston

on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com
amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch

on behalf of Creditor Suddath Global Logistics  LLC amy.leitch@akerman.com,
Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley

on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com

Andrew Sorkin

on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin

on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin

on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com,
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin

on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com,
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin

on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com,
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin

on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin

on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com,
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin

on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com,
andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson

on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops

on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III

on behalf of Creditor Mitsubishi HC Capital America  Inc. aja@devaronalaw.com

Arthur C. Neiwirth, Esq.

on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.

on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg

on behalf of Creditor Archer Daniels Midland Company bss@slp.law
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg

on behalf of Creditor Wild Flowers Inc. bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg

on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg

on behalf of Creditor Entourage IP Holding  LLC bss@slp.law,
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Brendan S Everman

| | |
|---|---|
| | on behalf of Creditor Capitol Records LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor UMG Recordings Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Musica Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Music beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Records Label LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Songs of Universal Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor PolyGram Publishing Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor LaFace Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brigette G McGrath | on behalf of Interested Party ORBIS RPM LLC bmcgrath@askllp.com, mudem@askllp.com |
| C Craig Eller, Esq | on behalf of Creditor Southeast Cold Fill LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com |
| Carolyn Tatkin | on behalf of Creditor CM Builders Inc. dba Integrated Masonry tatkin@radixlaw.com |
| Christopher R Kaup | on behalf of Creditor Nexus Steel LLC crk@tblaw.com, crkdepartment@tblaw.com |
| Christopher R Thompson | on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Christopher R Thompson | on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Craig I Kelley | on behalf of Creditor Southeast Cold Fill LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.co |

Case 22-17842-PDR    Doc 1778    Filed 08/04/23    Page 8 of 17

| District/off: 113C-0 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: pdf004 | Total Noticed: 153 |

    m

Craig I Kelley
    on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com,
    cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Dain De Souza
    on behalf of Creditor Circle K Procurement and Brands  Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com

Dain De Souza
    on behalf of Creditor Circle K Stores  Inc. ddesouza@bastamron.com, jmiranda@bastamron.com

Daniel Harvath
    on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

Daniel Harvath
    on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

David Samole, Esq
    on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
    on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com

David H Conaway, Esq
    on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L Gay, Esq.
    on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com
    cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq
    on behalf of Creditor LMR TRUCKING  INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Douglas Spelfogel
    on behalf of Interested Party John H. Owoc a/k/a Jack H. Owoc dspelfogel@mayerbrown.com

Edward M Fitzgerald, Esq
    on behalf of Creditor XPO LOGISTICS  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq
    on behalf of Creditor RXO Capacity Solutions  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Eric S Pendergraft
    on behalf of Defendant Megan E. Owoc ependergraft@slp.law
    dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft
    on behalf of Defendant John H. Owoc ependergraft@slp.law
    dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S. Golden, Esq.
    on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing egolden@burr.com,
    mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
    on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial egolden@burr.com,
    mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
    on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
    on behalf of Creditor Dairy Farmers of America  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Doehler USA  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com

Fernando J Menendez
    on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com jdiaz@sequorlaw.com

Frank Terzo, Esq.
    on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com,
    francis.santelices@nelsonmullins.com

G Steven Fender
    on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

G Steven Fender

Case 22-17842-PDR    Doc 1778    Filed 08/04/23    Page 9 of 17

| District/off: 113C-0 | User: admin | Page 9 of 14 |
|---|---|---|
| Date Rcvd: Aug 02, 2023 | Form ID: pdf004 | Total Noticed: 153 |

          on behalf of Defendant Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Gavin N Stewart
          on behalf of Creditor Ally Bank bk@stewartlegalgroup.com

Gerard M Kouri Jr., Esq
          on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net

Hamid R. Rafatjoo
          on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
          on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
          on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Harris J. Koroglu
          on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com

Heidi A Feinman
          on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Ian M. Ross
          on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com

Ian M. Ross
          on behalf of Creditor Warner Media Group iross@sidley.com

Irwin R Gilbert
          on behalf of Interested Party Megan Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
          on behalf of Plaintiff John Owoc igilbert@conradscherer.com  agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
          on behalf of Defendant John H. Owoc igilbert@conradscherer.com  agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
          on behalf of Defendant Megan E. Owoc igilbert@conradscherer.com  agebert@conradscherer.com;ogonzalez@conradscherer.com

Irwin R Gilbert
          on behalf of Interested Party Jack H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com

Isaac M Marcushamer, Esq.
          on behalf of Creditor VS Carbonics  Inc. isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isabel V Colleran
          on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com

J. Steven Wilkes
          on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jacob D Morton
          on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com

Jason Enright
          on behalf of Creditor Ranger H-TX LP jenright@winstead.com

Jason A. Weber, Esq.
          on behalf of Creditor Nexus Steel  LLC jaw@tblaw.com, Nboffill@tblaw.com

Jean-Claude Mazzola
          on behalf of Creditor CSPC Innovation Pharmaceutical Co.  Ltd. Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola
          on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com

Jerry M Markowitz
          on behalf of Creditor Lease Plan USA  LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
          on behalf of Creditor CM Builders  Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jerry M Markowitz
          on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com

District/off: 113C-0                                   User: admin                                   Page 10 of 14
Date Rcvd: Aug 02, 2023                             Form ID: pdf004                              Total Noticed: 153

        ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,
jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd
        on behalf of Creditor Stellar Group  Inc. jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish
        on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.
        on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com
jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.
        on behalf of Creditor C.K.S. Packaging  Inc. jgrant@loriumlaw.com,
jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony
        on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com
efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jonathan S. Feldman
        on behalf of Defendant Megan E. Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
        on behalf of Defendant John H. Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
        on behalf of Defendant Entourage IP Holdings  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
        on behalf of Interested Party Jack H. Owoc feldman@katiephang.com  service@katiephang.com

Jonathan S. Feldman
        on behalf of Creditor Entourage IP Holding  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
        on behalf of Interested Party Elite Island  LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman
        on behalf of Interested Party Megan Owoc feldman@katiephang.com  service@katiephang.com

Jordi Guso, Esq.
        on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Quash Seltzer  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor Quash Seltzer  LLC jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

District/off: 113C-0                    User: admin                         Page 11 of 14
Date Rcvd: Aug 02, 2023                 Form ID: pdf004                     Total Noticed: 153

| | |
|---|---|
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jorge Espinosa | on behalf of Plaintiff ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Jorge Espinosa | on behalf of Creditor ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Joseph A Pack | on behalf of Creditor Peter Fischer joe@packlaw.com |
| Joseph A Pack | on behalf of Creditor Brendan Abbott joe@packlaw.com |
| Joseph D Frank | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Juan J Mendoza | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com |
| Justin D Plean | on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com |
| Justin M Luna | on behalf of Interested Party Megan Owoc jluna@lathamluna.com bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | on behalf of Interested Party Elite Island LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Keith W. Fendrick | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com |
| Kenneth Scott Reynolds | on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | |

District/off: 113C-0                         User: admin                                Page 12 of 14
Date Rcvd: Aug 02, 2023                    Form ID: pdf004                           Total Noticed: 153

on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com

Leyza F. Blanco, Esq.

on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com

Leyza F. Blanco, Esq.

on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com

Marc P Barmat

on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com yfernandez@furrcohen.com;staff1@furrcohen.com

Mark Alan Salzberg

on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com

Mark S. Roher, Esq.

on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Martin L Sandler, Esq

on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com

Matthew F Kye

on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Matthew G Davis

on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Megan W Murray

on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com

Melissa A. Campbell

on behalf of Creditor FONA International Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

Michael D. Seese, Esq.

on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq

on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael I Goldberg, Esq

on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael Jordan Niles

on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles

on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles

on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles

on behalf of Plaintiff Quash Seltzer LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles

on behalf of Plaintiff Rainbow Unicorn Bev LLC mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles

on behalf of Plaintiff JHO Real Estate Investment LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles

on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael Jordan Niles

on behalf of Plaintiff Bang Energy Canada Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Michael R Dal Lago

on behalf of Creditor The Kroger Co. mike@dallagolaw.com fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com

Michael R Dal Lago

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 13 of 14 |
| Date Rcvd: Aug 02, 2023 | Form ID: pdf004 | Total Noticed: 153 |

| | |
|---|---|
| | on behalf of Creditor Kuckelman Torline Kirkland Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com |
| Michael W Ullman, Esq | |
| | on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net |
| Nicole Grimal Helmstetter | |
| | on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com |
| Nir Maoz | |
| | on behalf of Defendant Orange Bang Inc. nmaoz@ktbslaw.com |
| Nir Maoz | |
| | on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com |
| Office of the US Trustee | |
| | USTPRegion21.MM.ECF@usdoj.gov |
| Patricia A Redmond | |
| | on behalf of Interested Party Robert Preston Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | |
| | on behalf of Interested Party Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | |
| | on behalf of Defendant Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | |
| | on behalf of Attorney Patricia A. Redmond predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | |
| | on behalf of Defendant Robert Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | |
| | on behalf of Interested Party Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | |
| | on behalf of Defendant Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Peter H Levitt, Esq | |
| | on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com |
| Philip W Crawford | |
| | on behalf of Creditor EFL Global Logistics Canada Ltd. pcrawford@gibbonslaw.com |
| Philip W Crawford | |
| | on behalf of Creditor EFL Global pcrawford@gibbonslaw.com |
| Phillip M. Hudson III | |
| | on behalf of Creditor Chubb Companies pmhudson@duanemorris.com gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com |
| Ralph W. Confreda, Jr | |
| | on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com alozada@mcglinchey.com |
| Richard J Bernard, Esq. | |
| | on behalf of Creditor Prologis Targeted U.S. Logistics Fund L.P. richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | |
| | on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | |
| | on behalf of Creditor Duke Secured Financing 2009-1PAC LLC richard.bernard@faegredrinker.com |
| Robert C Furr, Esq | |
| | on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com |
| Robert P. Charbonneau, Esq. | |
| | on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 14 of 14 |
| Date Rcvd: Aug 02, 2023 | Form ID: pdf004 | Total Noticed: 153 |

Ronald D. P. Bruckmann
    on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com  celgin@shumaker.com

Ronald D. P. Bruckmann
    on behalf of Creditor Graphic Packaging International  LLC rbruckmann@shumaker.com, celgin@shumaker.com

Ronald M Emanuel, Esq
    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com marsha.dror@emzwlaw.com;eservice@emzwlaw.com

Ross R Hartog
    on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com

Rudy J Cerone
    on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com  lgraff@mcglinchey.com

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott D Knapp
    on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra
    on behalf of Creditor Cole  Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Steven J. Solomon, Esq.
    on behalf of Plaintiff ThermoLife International  LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor ThermoLife International  LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor Krier Foods  Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Stuart F Wilson-Patton
    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams
    on behalf of Creditor EASTGROUP Properties  L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney
    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com  kkelly@rosswayswan.com

Veronica M Rabinowitz
    on behalf of Special Counsel David Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Veronica M Rabinowitz
    on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Zach B Shelomith
    on behalf of Creditor All Brands Distribution  LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

TOTAL: 209

ORDERED in the Southern District of Florida on July 29, 2023



Peter D. Russin, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, *et al.*,

Debtors.

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

### ORDER DENYING, IN PART, JOHN H. OWOC'S EMERGENCY MOTION FOR CONFIRMATION THE AUTOMATIC STAY DOES NOT APPLY TO REVOCATION OF DEBTOR'S SUBCHAPTER S CORPORATE STATUS

THIS MATTER came before the Court for trial on July 28, 2023, at 1:30 p.m. and July 29, 2023 at 4:00 p.m., on John H. Owoc's Emergency Motion for Confirmation that the Automatic Stay Does Not Apply to Revocation of Debtor's Subchapter S Corporate Status (the "Motion").[1] Thirty years ago, Debtor Vital Pharmaceuticals, Inc. made an election to be treated as an S-Corp. In his Motion, Mr. Owoc asks this Court to confirm that the automatic stay does not bar him from revoking Vital's S Election or, if it does, to grant him stay relief so he can do so.[2]

---

[1] Doc. 1627.

[2] *Id.* ¶ 7.

As part of the relief requested in his Motion, Mr. Owoc asks the Court to compel Vital to cooperate with any steps that are necessary to effectuate the revocation of Vital's S Election, including compelling Vital to sign and file a statement of revocation and to file an election to allocate income and expenses based on the "close the books" approach under 26 U.S.C. § 1362 and Treasury Regulation § 1-1362-6.[3]

For the reasons stated on the record at the July 29 Hearing, the Court declines to compel Vital to revoke its S Election and "close the books." Accordingly, it is

**ORDERED:**

1. Mr. Owoc's Motion is DENIED to the extent it asks the Court to compel Debtor Vital Pharmaceuticals, Inc. to file a statement revoking its S Election and to file an election allocating its income and expenses based on the "close the books" approach under 26 U.S.C. § 1362 and Treasury Regulation § 1-1362-6.

2. The Court defers ruling on the other legal issues raised in Mr. Owoc's Motion. Those issues include whether Mr. Owoc's Motion is barred by the doctrine of laches; whether Vital's S Election is property of the Debtors' estate under Bankruptcy Code § 541; whether the automatic stay bars revocation of Vital's S Election; and if the automatic stay bars revocation, whether it is appropriate to grant Mr. Owoc relief from the automatic stay so he can attempt to effectuate a revocation of Vital's S Election and elect to "close the books."

3. The Court reserves jurisdiction to enter a memorandum opinion more fully explaining its reasoning for declining to compel Vital to file a statement revoking

---

[3] *Id.*

its S Election and to file an election allocating its income and expenses based on the "close the books" approach under 26 U.S.C. § 1362 and Treasury Regulation § 1-1362-6.

###

Copies to:

All parties in interest