**Quash Seltzer LLC**
Statement of Cash Receipts and Disbursements
For the Period 06/01/2023 through 06/30/2023

|  | Amount ($) |
|---|---:|
| **Receipts** | |
| Other Receipts | $ 141,056 |
| **Total Operating Receipts** | **$ 141,056** |
| | |
| **Disbursements** | |
| Facility/Office expenses | $ (3,831) |
| **Total Operating Disbursements** | **$ (3,831)** |
| | |
| Operating cash flow | $ 137,225 |
| | |
| **Net Cash Flow / (Deficit)** | **$ 137,225** |
| | |
| **Cash Balance** | |
| Beginning Cash Balance | 6,510 |
| Ending Cash Balance | $ 143,735 |