**Quash Seltzer LLC**
Balance Sheet
As of 06/30/2023

| | Amount ($) |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
|     Cash and cash equivalents | 143,735 |
|     Accounts receivable, net | 42,038 |
|     Inventories, net | - |
|     Prepaids and other current assets | 25,484 |
|     **Total current assets** | $ 211,258 |
| | |
|     **TOTAL ASSETS** | $ 211,258 |
| | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
|     Accounts payable | 16,575 |
|     Accrued liabilities | 13,338 |
|     Other Current Liabilities | 6,638 |
|     **Total current liabilities** | $ 36,550 |
| | |
| LONG-TERM DEBT: | |
|     Related party payables | 1,607,277 |
|     **Total long-term debt** | $ 1,607,277 |
| | |
| LIABILITES SUBJECT TO COMPROMISE | 75,971,936 |
|     **TOTAL LIABILITIES** | $ 77,615,763 |
| | |
| STOCKHOLDERS EQUITY: | |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding | - |
|     Additional paid-in capital | - |
|     Retained earnings | (77,404,505) |
|     **Total stockholder's equity** | $ (77,404,505) |
| | |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 211,258 |