**Quash Seltzer LLC**
Income Statement
For the Period 06/01/2023 through 06/30/2023

|  | Jun-23 Amount ($) |
|---|---:|
| **Gross Revenue** | $ - |
|  |  |
| **Sales returns and discounts** | (84) |
| **Total Net Sales** | $ (84) |
|  |  |
| **Total Cost of Goods Sold** | (1,390) |
| **Gross profit** | $ (1,474) |
|  |  |
| **Expenses** |  |
| Freight and handling | $ 3,663 |
| Facilities costs | 60,162 |
| Office and supplies | 9,182 |
| **Total Expenses** | $ 73,006 |
|  |  |
| **EBIT** | $ (74,480) |
|  |  |
| Other Income (Expense) | 364,498 |
| **Pre-Tax Income** | $ 290,018 |
|  |  |
| Taxes income/(expenses) | - |
| **Net Income** | $ 290,018 |