**Quash Seltzer LLC**
Schedule of Assets Sold
As of 06/30/2023

| Sold to | Asset Description | Sale Price ($) | Date of Sale |
|---|---|---|---|
| Vital Pharmaceuticals, Inc. | Raw Material | $ 70,354 | 6/8/2023 |
| | | $ **70,354** | |