**Vital Pharmaceuticals, Inc.**
Statement of Cash Receipts and Disbursements
For the Period 06/01/2023 through 06/30/2023

|  | Amount ($) |
|---|---:|
| **Receipts** |  |
| Customer | $ 17,294,220 |
| Other | 878,996 |
| DIP Loan draw | 6,523,827 |
| **Total Operating Receipts** | **$ 24,697,043** |
|  |  |
| **Disbursements** |  |
| Material costs | $ (6,624,337) |
| Co-Packers | - |
| Freight & handling | (1,873,721) |
| Employee related disbursements | (7,539,371) |
| Trade promotion | (1,611,905) |
| Facility/Office expenses | (7,576,777) |
| Marketing | (801,709) |
| Legal expenses | (134,636) |
| Others | (731,854) |
| **Total Operating Disbursements** | **$ (26,894,310)** |
|  |  |
| Operating cash flow | (2,197,267) |
|  |  |
| **Professional Fees** |  |
| Professional Fees | $ (3,623,545) |
| **Total Professional Fees** | **$ (3,623,545)** |
|  |  |
| **Debt Service** |  |
| Interest/Fees on DIP | $ (1,178,553) |
| **Total Debt Service** | **$ (1,178,553)** |
|  |  |
| **Net Cash Flow / (Deficit)** | **$ (6,999,365)** |
|  |  |
| **Cash Balance** |  |
| Beginning Cash Balance | 12,768,069 |
| Net Cash Flow / (Deficit) | (6,999,365) |
| Ending Cash Balance | 5,768,704 |
|  |  |
| Ending Cash Balance as per Bank | 5,768,704 |