**Vital Pharmaceuticals, Inc.**
Balance Sheet
As of June 30, 2023

|  | Amount ($) |
|---|---:|
| **ASSETS** | |
| CURRENT ASSETS: | |
|     Cash and cash equivalents | $ 5,768,704 |
|     Accounts receivable, net | 17,040,935 |
|     Inventories, net | 39,353,689 |
|     Prepaids and other current assets | 14,786,693 |
|     **Total current assets** | $ 76,950,021 |
| PROPERTY AND EQUIPMENT, Net | 245,494,579 |
| RIGHT OF USE ASSETS | 22,595,811 |
| OTHER ASSETS: | |
|     Deposits | 9,175,774 |
|     Related party receivable | 198,585,804 |
|     Intangible assets, net | 889,589 |
|     Others | 2,734,008 |
|     **Total other assets** | $ 211,385,175 |
|     **TOTAL ASSETS** | $ 556,425,587 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | |
| CURRENT LIABILITIES: | |
|     Accounts payable | 14,460,576 |
|     Accrued liabilities | 20,258,040 |
|     Related party payables | 1,060,324 |
|     Notes payable, current portion | 317,000,000 |
|     Others | 660 |
|     **Total current liabilities** | $ 352,779,600 |
| LIABILITES SUBJECT TO COMPROMISE | 813,881,119 |
|     **TOTAL LIABILITIES** | $ 1,166,660,719 |
| STOCKHOLDERS EQUITY: | |
|     Common stock, $1 par value; 3500 shares authorized, issued and outstanding | 1,000 |
|     Additional paid-in capital | 1,837,899 |
|     Retained earnings | (612,074,031) |
|     **Total stockholder's equity** | $ (610,235,132) |
|     **TOTAL LIABILIITES AND STOCKHOLDER' S EQUITY** | $ 556,425,587 |