**Vital Pharmaceuticals, Inc.**
Income Statement
For the Period 06/01/2023 through 06/30/2023

|  |  | Amount ($) |
|---|---|---:|
| **Gross Revenue** | $ | 22,327,605 |
| **Sales returns and discounts** | $ | (2,564,706) |
| **Total Net Sales** | $ | 19,762,899 |
| **Total Cost of Goods Sold** | $ | (5,013,485) |
| **Gross profit** | $ | 14,749,414 |
| **Expenses** | | |
|     Total employee costs | $ | 5,001,334 |
|     Freight and handling | $ | 1,848,670 |
|     Facilities costs | $ | 3,211,819 |
|     Direct Marketing | $ | 977,671 |
|     Advertising and promotion | $ | 1,262,260 |
|     Office and supplies | $ | 2,894,272 |
|     Bad Debts | $ | 46,914 |
| **Total Expenses** | $ | 15,242,941 |
| **Operating Income** |  | (493,527) |
| Depreciation, non-manufacturing | $ | 2,125,506 |
| **EBIT** | $ | (2,619,034) |
| **Other Income (Expense)** | | |
|     Gain/(Loss) from Realized Exchange Rate Differences | $ | (5,092) |
|     Gain/(Loss) from Scrapping of Assets | $ | (218,100) |
|     Other Unordinary Income/ (Expenditure) | $ | (6,696,049) |
|     Non Ordinary Course Inventory Reserve | $ | (274,172) |
| **Total other income (expense)** | $ | (7,193,413) |
| **Interest Income (Expense)** | | |
|     Interest expense | $ | (1,595,814) |
|     Interest income | $ | 615 |
| Total interest income (expense) | $ | (1,595,199) |
| **Pre-Tax Income** | $ | (11,407,646) |
| Taxes income/(expenses) | $ | (19,012) |
| **Net Income** | $ | (11,426,658) |