**Vital Pharmaceuticals, Inc.**
Accounts Receivable Aging, net of reserve
As of June 30, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 15,684,299 |
| 1 - 30 days | 2,825,687 |
| 31 - 60 days | 484,133 |
| 61 - 90 days | 373,432 |
| >90 days | 906,959 |
| **Total** | **$ 20,274,510** |
| A/R Credit Memo Reserve | (3,233,576) |
| **Accounts receivable (total net of allowance)** | **$ 17,040,935** |