**Vital Pharmaceuticals, Inc.**
Post-petition Accounts Payable Aging Summary
As of June 30, 2023

|  | Total Amount |
|---|---:|
| Not Due Amount | $ 4,473,156 |
| 1 - 30 days | 4,767,386 |
| 31 - 60 days | (68,051) |
| 61 - 90 days | 2,226,404 |
| >90 days | 3,061,681 |
| **Total** | **$ 14,460,576** |