**Vital Pharmaceuticals, Inc.**
Schedule of Payments to Professionals
For the Period 06/01/2023 through 06/30/2023

| Payment To | Role of Professional | Approved in current month | Payment | Disbursement Date |
|---|---|---|---|---|
| Miller Buckfire & Co. LLC | Credit Committee Counsel IB | - | 100,000 | 6/7/2023 |
| Latham & Watkins LLP | Debtor Counsel (Lead) | - | 1,243,911 | 6/8/2023 |
| Lowenstein Sandler LLP | Credit Committee Counsel (Lead) | - | 582,034 | 6/8/2023 |
| Berger Singerman | Debtor Counsel (Local) | - | 102,771 | 6/8/2023 |
| Lincoln Partners | Credit Committee FA | - | 326,046 | 6/12/2023 |
| Rothschild & Co. | Debtor Investment Banker | - | 200,000 | 6/16/2023 |
| Stretto | Notice Agent | - | 104,295 | 6/16/2023 |
| Huron Consulting Group, Inc. | Debtor Financial Advisor | - | 144,036 | 6/20/2023 |
| FTI Consulting | Lender Financial advisor | - | 519,138 | 6/21/2023 |
| Moore & Van Allen PLLC | Secured Lender Counsel (Lead) | - | 233,280 | 6/21/2023 |
| Shutts & Bowen LLP | Lender Counsel | - | 68,035 | 6/21/2023 |
| **Total** | | **-** | **3,623,545** | |