**Vital Pharmaceuticals, Inc.**
Schedule of Payment to Insiders
For the Period 06/01/2023 through 06/30/2023

| Disbursement Date | Payment To | Type of Payment | Role | Payment ($) |
|---|---|---|---|---|
| 6/7/2023 | TMF PERU S.R.L. | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 2,962 |
| 6/28/2023 | Marcelo Rafael Chico Jaramillo SUR LEGAL | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 2,016 |
| 6/22/2023 | Brigard & Urrutia Abogados S.A.S | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 927 |
| 6/21/2023 | Mello Rached Sociedade Advogados | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 917 |
| 6/29/2023 | World Intellectual Property Organization WIPO | Professional Firm: IP / Trademark / Licensing / Registration | Non-Debtor Affiliate | 231 |
| 6/27/2023 | Rivadeneyra Trevinio y de Campo SC | Legal expenses | Non-Debtor Affiliate | 1,508 |
| 6/16/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 3,041 |
| 6/2/2023 | States Logistics Services, Inc. | Freight & handling | Debtor affiliate | 100,958 |
| 6/7/2023 | Benjamin Ferro Barrenechea | Marketing | Non-Debtor Affiliate | 10,000 |
| 6/30/2023 | Benjamin Ferro Barrenechea | Marketing | Non-Debtor Affiliate | 10,000 |
| 6/16/2023 | Cavalier Spirits LLC Cavalier Distributing Florida | Others | Debtor affiliate | 43,388 |
| 6/28/2023 | Krier Foods, Inc. | Others | Debtor affiliate | 1,700 |
| 6/14/2023 | Sarah Graves | Others | Debtor affiliate | 12 |
| 6/16/2023 | Colorado Department of Revenue | Others | Debtor affiliate | 54 |
| 6/16/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of Shareholder | 378 |
| 6/1/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of Shareholder | 457 |
| 6/12/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of Shareholder | 422 |
| 6/30/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of Shareholder | 546 |
| 6/22/2023 | Owoc, Ryan | Employee Expense Reimbursement | Relative of Shareholder | 357 |
| 6/9/2023 | Bukovi, Eugene | Employee Expense Reimbursement | Officer | 3,783 |
| 6/29/2023 | Bukovi, Eugene | Director's Fees | Officer | 20,000 |
| 6/16/2023 | Owoc, Krista Marie | Employee Expense Reimbursement | Relative of Shareholder | 452 |
| 6/1/2023 | Owoc, Krista Marie | Employee Expense Reimbursement | Relative of Shareholder | 849 |
| 6/2/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer | 14,538 |
| 6/16/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer | 14,538 |
| 6/30/2023 | Bukovi, Eugene | Payroll (bi-weekly payment) | Officer | 14,538 |
| 6/2/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of Shareholder | 1,923 |
| 6/16/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of Shareholder | 1,923 |
| 6/16/2023 | Owoc, Krista Marie | Payroll (bi-weekly payment) | Relative of Shareholder | 962 |
| 6/2/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of Shareholder | 1,826 |
| 6/16/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of Shareholder | 3,392 |
| 6/30/2023 | Owoc, Ryan | Payroll (bi-weekly payment) | Relative of Shareholder | 3,392 |
| 06/02/2023 | Metzger, Gregg Howard | Payroll (bi-weekly payment) | Officer | 12,692 |
| 06/16/2023 | Metzger, Gregg Howard | Payroll (bi-weekly payment) | Officer | 12,692 |
| 06/30/2023 | Metzger, Gregg Howard | Payroll (bi-weekly payment) | Officer | 12,692 |
| 06/02/2023 | Robbins, Gregory R | Payroll (bi-weekly payment) | Officer | 13,462 |
| 06/16/2023 | Robbins, Gregory R | Payroll (bi-weekly payment) | Officer | 13,462 |
| 06/30/2023 | Robbins, Gregory R | Payroll (bi-weekly payment) | Officer | 13,462 |
| | | | | **343,844** |