**Vital Pharmaceuticals, Inc.**
**Payments on Pre-Petition Debts**
For the Period 06/01/2023 through 06/30/2023

| Date | Supplier | Supplier Category | Debtor | Amount |
|---|---|---|---|---:|
| 6/1/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 15,000 |
| 6/7/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 10,435 |
| 6/20/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 42,493 |
| 6/20/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 12,557 |
| 6/21/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 285 |
| 6/22/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 26,870 |
| 6/29/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 55,300 |
| 6/29/2023 | ██████████ | Customer programs (trade promotion) | Vital Pharmaceuticals, Inc. | 2,383 |
| 6/21/2023 | State of New Jersey | Facility/Office expenses | Vital Pharmaceuticals, Inc. | 1,012 |
| 6/29/2023 | World Intellectual Property Organization WIPO | Legal expenses | Vital Pharmaceuticals, Inc. | 231 |
| **Total Payments for Pre-Petition Debts** | | | $ | **166,566** |