**Vital Pharmaceuticals, Inc.**
Schedule of Assets Sold
For the Period 06/01/2023 through 06/30/2023

| VIN | Sold to | Asset Description | Sale Price ($) | Date of Sale |
| --- | --- | --- | --- | --- |
| 54DCDW1B9KS803123 | Equiplinc | Beverage Truck | 23,185 | 6/26/2023 |
| 54DCDW1BXKS803227 | Equiplinc | Beverage Truck | 17,185 | 6/26/2023 |
| 54DCDW1B5HS801510 | Equiplinc | Beverage Truck | 14,185 | 6/26/2023 |
| 54DCDW1B8KS803226 | Equiplinc | Beverage Truck | 24,185 | 6/26/2023 |
| 54DCDW1B1KS803228 | Equiplinc | Beverage Truck | 15,685 | 6/26/2023 |
| 54DCDW1B3KS802839 | Equiplinc | Beverage Truck | 20,685 | 6/26/2023 |
| 54DCDW1BXKS802837 | Equiplinc | Beverage Truck | 19,185 | 6/26/2023 |
| 54DCDW1B3KS800668 | Equiplinc | Beverage Truck | 14,185 | 6/26/2023 |
| 1C4HJXDG4JW171655 | Equiplinc | Jeep | 25,790 | 6/26/2023 |
| 1C4HJXDN4JW188969 | Equiplinc | Jeep | 24,790 | 6/26/2023 |
| 1C4HJXDN4JW179527 | Equiplinc | Jeep | 21,290 | 6/26/2023 |
| 54DCDW1B8KS802884 | Equiplinc | Beverage Truck | 22,185 | 6/26/2023 |
| 54DCDW1B5HS800843 | Equiplinc | Beverage Truck | 15,185 | 6/26/2023 |
| 54DCDW1BXKS802868 | Equiplinc | Beverage Truck | 22,185 | 6/26/2023 |
| 54DCDW1B7JS810960 | Equiplinc | Beverage Truck | 11,185 | 6/26/2023 |
| **Total** | | | **$ 291,090** | |