

999-99-99-99 40386  0 C 001 30 S  66 002
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600  N  PARK  DR
WESTON  FL   33326-3278

# Your account statement
For 06/30/2023

### Contact us

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ **COMMERCIAL INTEREST CHECKING** ▮▮▮▮9089

### Account summary

| | |
|---|---:|
| Your previous balance as of 05/31/2023 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 13,808,224.31 |
| Deposits, credits and interest | + 13,808,224.31 |
| Your new balance as of 06/30/2023 | = $0.00 |

### Interest summary

| | |
|---|---:|
| Interest paid this statement period | $0.00 |
| 2023 interest paid year-to-date | $0.00 |
| Interest rate | 0.10% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 173,520.60 |
| 06/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 348,930.45 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 780,812.48 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 750,235.23 |
| 06/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 328,325.04 |
| 06/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 553,108.23 |
| 06/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 667,426.24 |
| 06/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 391,013.97 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 656,241.75 |
| 06/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 721,543.98 |
| 06/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 369,292.99 |
| 06/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 1,273,954.17 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 505,923.96 |
| 06/21 | SERVICE CHARGES - PRIOR PERIOD | 2,523.73 |
| 06/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 865,155.97 |
| 06/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 109,107.41 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 511,981.25 |
| 06/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 2,462,918.51 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 1,141,254.66 |
| 06/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 401,269.81 |
| 06/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 413,978.61 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮7174 | 379,705.27 |
| **Total other withdrawals, debits and service charges** | | **= $13,808,224.31** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/01 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001799361 | 157.82 |
| 06/01 | REMOTE DEPOSIT | 2,570.30 |
| 06/01 | LOCKBOX DEPOSIT   628727 | 7,040.00 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▮▮▮▮▮▮▮▮9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/01 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 11,017.04 |
| 06/01 | AP EXPENSE CAROLINA PREMIUM 4126 VITAL PHARMACEUTICALS, | 17,057.34 |
| 06/01 | ACH         BILLS DISTRIBUTI XVPX VPX | 18,247.60 |
| 06/01 | REMOTE DEPOSIT | 18,840.50 |
| 06/01 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11020138617 | 98,590.00 |
| 06/02 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 06/02 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001643579802 | 53.77 |
| 06/02 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001809517 | 5,289.67 |
| 06/02 | CORP PAY  BUDBUSCH MOB VITAL PHARMACEUTICALS,  CUSTOMER ID | 8,643.60 |
| 06/02 | PY05/31/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 8,897.95 |
| 06/02 | LOCKBOX DEPOSIT  628727 | 10,372.32 |
| 06/02 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 653443672 | 20,391.60 |
| 06/02 | AP PAYMENT DOLLAR TREE MANA 0007VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 21,772.80 |
| 06/02 | Matagrano  MATAGRANO INC Vital Pharmeceuticals  CUSTOMER ID BANG | 21,912.75 |
| 06/02 | PY06/01/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 37,841.68 |
| 06/02 | DIRECT DEP CAROLINA BEVERAG CEUT VITAL PHARMACEUTICALS, | 41,074.39 |
| 06/02 | PY06/01/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 50,132.88 |
| 06/02 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals  CUSTOMER ID 47H1PZFZ96Y6VBZ | 122,547.04 |
| 06/05 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 06/05 | PAYMENTS   WALGREENCO VPX REDLINE CUSTOMER ID 2001816208 | 2,629.56 |
| 06/05 | AchBatch   EAGLE DISTRIBUTI Vital Pharmaceuticals  CUSTOMER ID 2108 | 6,914.88 |
| 06/05 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 7,344.69 |
| 06/05 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 653579172 | 20,412.00 |
| 06/05 | AchBatch   EAGLEGRAND Vital Pharmaceuticals  CUSTOMER ID 2108 | 27,837.88 |
| 06/05 | CASHCD     SERENA A KIRCH01 VITAL PHARMACEUTICALS  CUSTOMER ID | 37,459.44 |
| 06/05 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001643668772 | 71,693.45 |
| 06/05 | PAYMENT    IOWA BEVERAGE SY XX01 VITAL PHARMACEUTICALS | 111,707.37 |
| 06/05 | LOCKBOX DEPOSIT  628727 | 167,640.60 |
| 06/05 | AP PAYMENT DOLLAR TREE MANA 0035VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 327,172.61 |
| 06/06 | Vital 1483 Shelby Distribut Vital Pharmaceuticals  CUSTOMER ID | 14,198.49 |
| 06/06 | AchBatch   Central Distribu Bang Vital Pharma  CUSTOMER ID 283411 | 17,287.20 |
| 06/06 | SENDER     FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 654113736 | 20,412.00 |
| 06/06 | REMOTE DEPOSIT | 85,983.32 |
| 06/06 | AP PAYMENT DOLLAR TREE MANA 0023VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 239,355.65 |
| 06/06 | LOCKBOX DEPOSIT  628727 | 372,998.57 |
| 06/07 | REMOTE DEPOSIT | 762.78 |
| 06/07 | REMOTE DEPOSIT | 2,154.32 |
| 06/07 | CORP PAY  SESS OPERATING VPX/REDLINE  CUSTOMER ID | 29,635.20 |
| 06/07 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001647975442 | 87,395.19 |
| 06/07 | LOCKBOX DEPOSIT  628727 | 208,377.55 |
| 06/08 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001648852562 | 18.35 |
| 06/08 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 376.20 |
| 06/08 | ACH Pmt   Southern Distrib 2391 Vital Pharmaceuticals | 5,070.33 |
| 06/08 | AP PAYMENT DOLLAR TREE MANA 0009VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 15,752.02 |
| 06/08 | INCOMING WIRE TRANSFER WIRE REF# 20230608-00001232 | 24,696.00 |
| 06/08 | AP EXPENSE CAROLINA PREMIUM VITAL PHARMACEUTICALS, CUSTOMER ID 64126 | 32,918.45 |
| 06/08 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11020976756 | 48,749.28 |
| 06/08 | REMOTE DEPOSIT | 89,877.18 |
| 06/08 | LOCKBOX DEPOSIT  628727 | 98,740.97 |
| 06/08 | CORP PAY  HENSLEY AND CO VITAL PHARMACEUTICALS,  CUSTOMER ID | 103,723.20 |
| 06/08 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID       310562 | 133,186.25 |
| 06/09 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 06/09 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 06/09 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 06/09 | INVOICE   GROCERY OUTLET I 0006VITAL PHARMACEUT  CUSTOMER ID 000000000229430 | 1.05 |
| 06/09 | REMOTE DEPOSIT | 409.40 |
| 06/09 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001650552532 | 950.53 |
| 06/09 | PRODUCT    A & B DISTRIBUTI 2550 VITAL PHARMACEUTICALS | 8,918.00 |
| 06/09 | INCOMING WIRE TRANSFER WIRE REF# 20230609-00016789 | 20,644.00 |
| 06/09 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 29,635.20 |
| 06/09 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals  CUSTOMER ID 621L5BJ1KF1HR9D | 30,381.66 |
| 06/09 | Bang ACH 6 G & M DISTRIBUTO Bang ACH  CUSTOMER ID | 33,229.84 |

*continued*


■ COMMERCIAL INTEREST CHECKING            9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/09 | Invoice   CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 37,071.44 |
| 06/09 | CORP PAY   BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 41,489.28 |
| 06/09 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 71,992.76 |
| 06/09 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 72,175.80 |
| 06/09 | LOCKBOX DEPOSIT  628727 | 145,378.56 |
| 06/09 | AP PAYMENT DOLLAR TREE MANA 0017VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 175,148.72 |
| 06/12 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001652081992 | 18.35 |
| 06/12 | REMOTE DEPOSIT | 1,183.38 |
| 06/12 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 1022025 | 1,306.80 |
| 06/12 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001650946852 | 1,525.92 |
| 06/12 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001650545552 | 2,312.10 |
| 06/12 | REMOTE DEPOSIT | 12,761.66 |
| 06/12 | CASH DISB  SUP BEV 1706 Vital Pharmaceuticals  CUSTOMER ID 1468 | 16,421.31 |
| 06/12 | PY06/08/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 19,031.61 |
| 06/12 | INCOMING WIRE TRANSFER WIRE REF# 20230612-00003520 | 20,372.00 |
| 06/12 | Invoice   CAPITAL DISTRIBU Vital Pharmaceuticals  CUSTOMER ID | 28,537.60 |
| 06/12 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000676451 | 30,492.00 |
| 06/12 | SENDER    FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 655028316 | 40,824.00 |
| 06/12 | AP PAYMENT DOLLAR TREE MANA 0010VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 41,252.20 |
| 06/12 | LOCKBOX DEPOSIT  628727 | 59,160.64 |
| 06/12 | ACH       AMERICAN CANNING VITAL PHARMACEUTICALS  CUSTOMER ID | 115,814.40 |
| 06/13 | REMOTE DEPOSIT | 524.40 |
| 06/13 | REMOTE DEPOSIT | 2,258.05 |
| 06/13 | Inv-149652 RIVERSIDEREFRESH Vital Pharmaceuticals, CUSTOMER ID Vital Pharm | 24,150.22 |
| 06/13 | LOCKBOX DEPOSIT  628727 | 629,309.08 |
| 06/14 | REMOTE DEPOSIT | 2,286.07 |
| 06/14 | LOCKBOX DEPOSIT  628727 | 14,281.71 |
| 06/14 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11021497168 | 19,015.92 |
| 06/14 | SENDER    FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 655392600 | 20,412.00 |
| 06/14 | VPX-BANG   Beal Distributin VITAL PHARMACEUTICALS  CUSTOMER ID | 20,744.64 |
| 06/14 | 148513    ED F. DAVIS, Inc 8430 Vital Pharmaceuticals, | 22,226.40 |
| 06/14 | REMOTE DEPOSIT | 34,726.19 |
| 06/14 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 38,031.84 |
| 06/14 | AP EXPENSE HEIDELBERG TOL 4587 VITAL PHARMACEUTICALS | 39,952.64 |
| 06/14 | AP EXPENSE HEIDELBERG LOR 4587 VITAL PHARMACEUTICALS | 41,489.28 |
| 06/14 | AP EXPENSE HEIDELBERG DAY 4587 VITAL PHARMACEUTICALS | 57,237.87 |
| 06/14 | AP PAYMENT DOLLAR TREE MANA 0015VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 110,954.18 |
| 06/14 | REMOTE DEPOSIT | 300,185.24 |
| 06/15 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001656159982 | 112.56 |
| 06/15 | REMOTE DEPOSIT | 1,654.05 |
| 06/15 | ACH PMT   Paragon Distribu Vital Pharmaceuticals  CUSTOMER ID 1175 | 3,272.75 |
| 06/15 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 32,364.13 |
| 06/15 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025ZZQYMNFJ98CU | 32,515.12 |
| 06/15 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 41,489.28 |
| 06/15 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11021679534 | 41,489.28 |
| 06/15 | LOCKBOX DEPOSIT  628727 | 99,964.86 |
| 06/15 | CORP PYMNT BJ'S WHOLESALE C VITAL PHARMACEUTICALS  CUSTOMER ID 2502163610 | 116,430.96 |
| 06/16 | REMOTE DEPOSIT | 16.11 |
| 06/16 | REMOTE DEPOSIT | 311.60 |
| 06/16 | PAYMENTS   AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001657698272 | 562.80 |
| 06/16 | CORP PAY   MORATO GROUP LLC VITAL PHARMACEUTICAL I  CUSTOMER ID | 2,469.60 |
| 06/16 | TRISTAR    HAND FAMILY COMP XXX1 VITAL PHARMACEUTICALS | 6,526.11 |
| 06/16 | PY06/15/23 EAGLE MEMPHIS A100 VITAL PHARMACEUTICALS, | 19,139.40 |
| 06/16 | PY06/14/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 20,951.47 |
| 06/16 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000677536 | 24,101.00 |
| 06/16 | AchBatch   Central Distribu Bang Vital Pharma  CUSTOMER ID 299088 | 31,626.53 |
| 06/16 | Matagrano  MATAGRANO INC Vital Pharmeceuticals  CUSTOMER ID BANG | 36,303.12 |
| 06/16 | AP EXPENSE HEIDELBERG COL 4587 VITAL PHARMACEUTICALS | 39,760.56 |
| 06/16 | SGF       WIL FISCHER DIST VITAL PHARMACEUTICALS, CUSTOMER ID 54811 | 39,760.56 |

*continued*

■ COMMERCIAL INTEREST CHECKING            9089 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/16 | PAYABLES   ODOM EAST LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 41,489.28 |
| 06/16 | LOCKBOX DEPOSIT  628727 | 46,921.27 |
| 06/16 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11021871281 | 48,583.92 |
| 06/16 | PY06/15/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 66,157.11 |
| 06/16 | KCK      WIL FISCHER DIST VITAL PHARMACEUTICALS, CUSTOMER ID 54811 | 72,606.24 |
| 06/16 | AP EXPENSE HEIDELBERG LOR 4587 VITAL PHARMACEUTICALS | 78,368.64 |
| 06/16 | PAYABLES   NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 114,963.80 |
| 06/16 | UI PAYMENT DEPT OF LABOR 0043 VITAL PHARMACEUTICALS | 124,760.00 |
| 06/16 | REMOTE DEPOSIT | 155,584.80 |
| 06/16 | AP PAYMENT DOLLAR TREE MANA 0024VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 302,990.25 |
| 06/20 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001658370992 | 18.35 |
| 06/20 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001661322842 | 544.04 |
| 06/20 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001659279212 | 1,486.35 |
| 06/20 | REMOTE DEPOSIT | 32,845.68 |
| 06/20 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11021922658 | 41,489.28 |
| 06/20 | AP PAYMENT DOLLAR TREE MANA 0008VITAL PHARMACEUT  CUSTOMER ID ALL -000022607 | 50,803.20 |
| 06/20 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001657722132 | 76,299.30 |
| 06/20 | INCOMING WIRE TRANSFER WIRE REF# 20230620-00009294 | 141,471.07 |
| 06/20 | LOCKBOX DEPOSIT  628727 | 160,966.69 |
| 06/21 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001661669292 | 110.10 |
| 06/21 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001674908492 | 752.35 |
| 06/21 | REMOTE DEPOSIT | 5,350.28 |
| 06/21 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11022181425 | 21,811.07 |
| 06/21 | INCOMING WIRE TRANSFER WIRE REF# 20230621-00026585 | 52,789.33 |
| 06/21 | INCOMING WIRE TRANSFER WIRE REF# 20230621-00026608 | 52,789.34 |
| 06/21 | LOCKBOX DEPOSIT  628727 | 734,077.23 |
| 06/22 | REMOTE DEPOSIT | 268.81 |
| 06/22 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 9,180.87 |
| 06/22 | LOCKBOX DEPOSIT  628727 | 27,659.52 |
| 06/22 | PY062223   Capitol Beverage ITAL VITAL PHARMACEUTICALS | 30,508.93 |
| 06/22 | ACH ITEM   SOUND BEVERAGE D Vital Pharmaceuticals  CUSTOMER ID Bang | 41,489.28 |
| 06/23 | VENDORPYMT P A Short Distri Vital Pharmaceuticals, CUSTOMER ID 8024411 | 6,654.18 |
| 06/23 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000678046 | 13,552.00 |
| 06/23 | Vendor Pay STANDARD BEVERAG Vital Pharmaceuticals  CUSTOMER ID G213CYE85DE8WR1 | 22,226.40 |
| 06/23 | INCOMING WIRE TRANSFER WIRE REF# 20230623-00015374 | 33,257.28 |
| 06/23 | PAYABLES   HOFFMAN BEVERAGE BANG ENERGY  CUSTOMER ID VPX101 | 38,411.31 |
| 06/23 | Receivable Legacy Distribut Vital Pharmaceuticals, CUSTOMER ID 025CHIPCVVJJJ5L | 38,800.16 |
| 06/23 | MISC ACH   Standard Sales C VITAL PHARMACEUTICALS  CUSTOMER ID 3022550 | 41,489.28 |
| 06/23 | LOCKBOX DEPOSIT  628727 | 134,553.15 |
| 06/23 | PY06/21/23 JOHN LENORE & CO VITAL PHARMACUETICALS, CUSTOMER ID 000003209 | 183,037.49 |
| 06/26 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, | 0.00 |
| 06/26 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001678313402 | 55.05 |
| 06/26 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 1,698.78 |
| 06/26 | CORP PAY   ERA CONSULTING G VITAL PHARMACEUTICALS  CUSTOMER ID | 8,568.00 |
| 06/26 | PY06/23/23 Adams Beverages, 1VPX Vital Pharmaceuticals | 12,130.65 |
| 06/26 | CASHCD    SERENA A KIRCH01 VITAL PHARMACEUTICALS  CUSTOMER ID | 23,123.01 |
| 06/26 | REMOTE DEPOSIT | 50,000.00 |
| 06/26 | REMOTE DEPOSIT | 97,302.86 |
| 06/26 | PAYMENT   IOWA BEVERAGE SY XX01 VITAL PHARMACEUTICALS | 118,195.09 |
| 06/26 | LOCKBOX DEPOSIT  628727 | 181,232.96 |
| 06/26 | REMOTE DEPOSIT | 185,421.41 |
| 06/26 | PAYABLES   Silver Eagle Dis 0000VITAL PHARMACEUT  CUSTOMER ID V13915 | 287,106.96 |
| 06/26 | CCD DISBUR EQUIPLINC VITAL PHARMACEUTICALS  CUSTOMER ID | 291,090.00 |
| 06/26 | A/P Pymnts Vistar Corp. VITAL PHARMACEUTICALS  CUSTOMER ID       310562 | 312,339.48 |
| 06/26 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001678179332 | 314,635.64 |
| 06/26 | INCOMING WIRE TRANSFER WIRE REF# 20230626-00024450 | 580,018.62 |
| 06/27 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001681258072 | 1,706.84 |
| 06/27 | CASH DISB SUP BEV 1706 Vital Pharmaceuticals  CUSTOMER ID 1468 | 12,088.94 |
| 06/27 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000678240 | 15,592.50 |
| 06/27 | Inv-150225 RIVERSIDEREFRESH Vital Pharmaceuticals, CUSTOMER ID Vital Pharm | 20,413.05 |
| 06/27 | SENDER    FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 657316964 | 21,546.00 |
| 06/27 | CORP PAY   BEVERAGEDIST BANG ENERGY  CUSTOMER ID | 31,248.97 |

*continued*


■ **COMMERCIAL INTEREST CHECKING** ████████ **9089 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/27 | INCOMING WIRE TRANSF SYS WIRE REF# 20230627-00022013 | 34,574.40 |
| 06/27 | PAYABLE   MITCHELL BEVERAG 0893 Vital Pharmaceuticals, | 34,615.68 |
| 06/27 | REMOTE DEPOSIT | 84,907.48 |
| 06/27 | LOCKBOX DEPOSIT   628727 | 316,154.86 |
| 06/27 | REMOTE DEPOSIT | 568,405.94 |
| 06/28 | REMOTE DEPOSIT | 1,494.98 |
| 06/28 | INCOMING WIRE TRANSFER WIRE REF# 20230628-00018870 | 7,508.22 |
| 06/28 | CASH DISB  BudDistBrew47 Vital Pharmaceuticals  CUSTOMER ID Bang Energy | 12,101.04 |
| 06/28 | LOCKBOX DEPOSIT   628727 | 380,165.57 |
| 06/29 | ToVPX/Bang LUDWIG DISTRIBUT 7877 Bang | 3,172.17 |
| 06/29 | INVPAYMENT MUSCLE FOODS VITAL PHARMACEUTICALS, CUSTOMER ID 112 | 5,508.52 |
| 06/29 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000678442 | 18,095.00 |
| 06/29 | PAYMENTS   GUY DISTRIBUTING VITAL PHARMACEUTICALS  CUSTOMER ID | 19,015.92 |
| 06/29 | AP EXPENSE Intermountain Di 6920 VITAL PHARMACEUTICALS | 21,596.34 |
| 06/29 | ACH       BILLS DISTRIBUTI XVPX VPX | 23,949.74 |
| 06/29 | PAYABLE   MITCHELL BEVERAG 0893 Vital Pharmaceuticals, | 26,234.36 |
| 06/29 | PAYMENTS  AMAZON.COM SERVI VITAL PHARMACEUTICALS, CUSTOMER ID FCS001682221962 | 32,129.21 |
| 06/29 | SENDER    FADICROWN S.A. 0000VITAL PHARMACEUT CUSTOMER ID 658018964 | 39,672.00 |
| 06/29 | AP EXPENSE CAFFEY DISTRIBUT 4126 VITAL PHARMACEUTICALS, | 39,760.56 |
| 06/29 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11022957083 | 41,489.28 |
| 06/29 | INCOMING WIRE TRANSFER WIRE REF# 20230629-00014608 | 67,108.86 |
| 06/29 | LOCKBOX DEPOSIT   628727 | 76,246.65 |
| 06/30 | PRODUCT    A & B DISTRIBUTI 2550 VITAL PHARMACEUTICALS | 331.20 |
| 06/30 | VENDOR PAY KEWILL INC VITAL PHARMACEUTICALS,  CUSTOMER ID VITAL PHARMACEU | 3,545.64 |
| 06/30 | REMOTE DEPOSIT | 4,088.22 |
| 06/30 | EDI PYMNTS EBY-BROWN COMPAN VITAL PHARMACEUTICALS  CUSTOMER ID 2000678736 | 4,620.00 |
| 06/30 | PY06/29/23 EAGLE KNOXVILLE A100 VITAL PHARMACEUTICALS, | 5,569.90 |
| 06/30 | REMOTE DEPOSIT | 6,532.45 |
| 06/30 | REMOTE DEPOSIT | 9,139.12 |
| 06/30 | PAYABLES  ODOM EAST LLC VITAL PHARMACEUTICALS,  CUSTOMER ID 114780 | 24,465.73 |
| 06/30 | ACH Paymen Jomast Corporati Vital Pharmaceuticals, CUSTOMER ID 1045300 | 27,365.11 |
| 06/30 | PY06/29/23 MITCHELL REX DIS Vital Pharmaceuticals,  CUSTOMER ID 007000893 | 30,139.31 |
| 06/30 | ACH Pmt   PURE BEVERAGE CO Vital Pharmaceuticals  CUSTOMER ID 11023244127 | 38,031.84 |
| 06/30 | PAYABLES  NW BEVERAGES LLC VITAL PHARMACEUTICALS, CUSTOMER ID 114780 | 48,176.98 |
| 06/30 | CASHCD    DANIELLJACOB0457 VITAL PHARMACEUTICALS, CUSTOMER ID VITAL PHARMACEU | 77,851.07 |
| 06/30 | LOCKBOX DEPOSIT   628727 | 99,848.70 |
| Total deposits, credits and interest | | = $13,808,224.31 |

**Changes are being made effective September 15, 2023** to the Commercial Bank Services Agreement ("CBSA") that governs your account. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA (search "Learn about commercial checking"). All future transactions on your account will be governed by the amended CBSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
  Fraud Management
  P.O. Box 1014
  Charlotte, NC 28201
Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
  Card and Direct to Consumer Lending
  PO Box 200
  Wilson NC 27894-0200
We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC