

FL █████7174

```
999-99-99-99 40386  0 C 001 30   50 004
VITAL  PHARMACEUTICALS  INC
OPERATING  ACCT
1600  N  PARK  DR
WESTON  FL   33326-3278
```

# Your account statement
For 06/30/2023

**Contact us**

 Truist.com

 (844) 4TRUIST or (844) 487-8478

■ **COMMERCIAL INTEREST CHECKING** ████████7174

### Account summary

| | |
|---|---:|
| Your previous balance as of 05/31/2023 | $9,883,418.93 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 27,658,915.23 |
| Deposits, credits and interest | + 21,366,720.71 |
| Your new balance as of 06/30/2023 | = $3,591,224.41 |

### Interest summary

| | |
|---|---:|
| Interest paid this statement period | $378.06 |
| 2023 interest paid year-to-date | $3,978.41 |
| Interest rate | 0.10% |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/01 | Payment    ATT PAYA Accounts Payable | 215.05 |
| 06/01 | ACH CORP DEBIT QUENCH USA QUENCH USA, INC. VITAL PHARMACEUTICALS CUSTOMER ID M64396190664 | 1,412.40 |
| 06/01 | INTERNET PAYMENT RENTAL    Public Storage I 000000041224211 | 148.00 |
| 06/01 | UTIL PAYMT LIBERTY UTILITIE 9225 VITAL PHARMACEUTICALS | 158.34 |
| 06/01 | OUTGOING WIRE TRANSFER WIRE REF# 20230601-00009317 | 840,116.80 |
| 06/01 | OUTGOING WIRE TRANSFER WIRE REF# 20230601-00010653 | 15,412.11 |
| 06/01 | ACH SETTLEMENT | 929,141.19 |
| 06/02 | Payment    ATT PAYC Vital Pharmaceutical | 50.39 |
| 06/02 | ACH CORP DEBIT NPC PYMT   NV ENERGY SOUTH VITAL PHARMACEUTICALS CUSTOMER ID 038940161937826 | 85.58 |
| 06/02 | PAYMENT    1489 EXTRA SPACE 9100 X | 98.00 |
| 06/02 | PAYMENT    1489 EXTRA SPACE 9202 X | 98.00 |
| 06/02 | PAYMENT    8528 Extra Space 2674 X | 98.20 |
| 06/02 | ACH CORP DEBIT NPC PYMT   NV ENERGY SOUTH VITAL PHARMACEUTICALS CUSTOMER ID 038940161960796 | 190.52 |
| 06/02 | Payment    ATT PAYB VITAL PHARMACEUTICAL | 276.92 |
| 06/02 | PAYMENT    1489 EXTRA SPACE 9099 X | 368.20 |
| 06/02 | PAYMENT    1489 EXTRA SPACE 9225 X | 424.20 |
| 06/02 | PAYMENT    8528 Extra Space 2655 X | 435.20 |
| 06/02 | Payment    ATT PAYC Vital Pharmaceuticals | 2,299.89 |
| 06/02 | Payment    ATT PAYB Vital Pharmaceutical | 2,348.32 |
| 06/02 | ACH CORP DEBIT BILL PAY   FRONTIER COMMUNI VITAL PHARMACEUTICALS CUSTOMER ID 17454274461 | 126.73 |
| 06/02 | ACH CORP DEBIT DIRECT DEB Optum Vital Pharmaceuticals, CUSTOMER ID Optum | 220.00 |
| 06/02 | TELEPHONE PAYMENT Product   Modern Storage M | 308.25 |
| 06/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230602-00031675 | 276,140.21 |
| 06/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230602-00031676 | 746,280.08 |
| 06/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230602-00031673 | 761,635.01 |

*continued*

■ COMMERCIAL INTEREST CHECKING ███████7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/02 | PC NON-REPETITIVE WIRE WIRE REF# 20230602-00032046 | 2,197.40 |
| 06/02 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230602-00032181 | 186.01 |
| 06/02 | PC BOOK WIRE TRANSFER WIRE REF# 20230602-00032435 CDT ACCT:  XXXXXXXXX0783 | 1,178,552.96 |
| 06/02 | ACH SETTLEMENT | 625,116.37 |
| 06/05 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 6700701229 | 4.29 |
| 06/05 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh VPX SPORTS CUSTOMER ID 6701158116 | 105.75 |
| 06/05 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 0008948697 | 939.25 |
| 06/05 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh ACCOUNTS PAYABLE CUSTOMER ID 0127493468 | 3.89 |
| 06/05 | RENTAL     Public Storage I 2736 VITAL PHARMACEUTICALS | 7.94 |
| 06/05 | RENTAL     Public Storage I 7083 VITAL PHARMACEUTICALS | 36.12 |
| 06/05 | RENTAL     Public Storage I 3078 VITAL PHARMACEUTICAL | 251.00 |
| 06/05 | MORNINGSTA MORNINGSTAR STOR 0149 STEVE KRIZ | 264.00 |
| 06/05 | RENTAL     Public Storage I 3077 VITAL PHARMACEUTICAL | 370.00 |
| 06/05 | MSInvoice  DS WATERS OF AME 4511 VITAL PHARMACEUTICALS | 443.12 |
| 06/05 | UTILITYBIL TECO/PEOPLE GAS 2390 VITAL PHARMACEUTICALS | 941.42 |
| 06/05 | 0121D     Green Mountain E 3743 VITAL PHARMACEUTICALS, | 992.60 |
| 06/05 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000003955 | 84,384.69 |
| 06/05 | SUREPAY-S1 SRP 8007 VITAL PHARMACEUTICALS | 943.21 |
| 06/05 | SUREPAY-S1 SRP 8009 VITAL PHARMACEUTICALS | 7,162.53 |
| 06/05 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 8,902.40 |
| 06/05 | SUREPAY-S1 SRP 8001 VITAL PHARMACEUTICALS | 31,907.66 |
| 06/05 | PC NON-REPETITIVE WIRE WIRE REF# 20230605-00027830 | 1,375.00 |
| 06/05 | PC INTL USD WIRE WIRE REF# 20230605-00027833 | 6,426.00 |
| 06/05 | PC NON-REPETITIVE WIRE WIRE REF# 20230605-00027831 | 145,493.23 |
| 06/05 | ACH SETTLEMENT | 360,754.40 |
| 06/06 | SPECTRUM   SPECTRUM 4312 VITAL PHARMACEUTICALS | 120.08 |
| 06/06 | DIRECT PMT CITY OF PEMBROKE 4517 SHERIDAN REAL ESTATE I | 172.13 |
| 06/06 | INTERNET PAYMENT RSIBILLPAY REPUBLICSERVICES 306951003594 | 1,067.58 |
| 06/06 | DIRECT PMT CITY OF PEMBROKE 9036 VITAL PHARMACEUTICAL | 1,364.08 |
| 06/06 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000000963 | 231,467.46 |
| 06/06 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV5248475 | 433.22 |
| 06/06 | ACH SETTLEMENT | 12,282.38 |
| 06/07 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000002380 | 0.42 |
| 06/07 | INTERNET PAYMENT DRAFT    DOMINION ENERGY 7210120452909 | 18.73 |
| 06/07 | INTERNET PAYMENT DRAFT    DOMINION ENERGY 7210120452863 | 19.71 |
| 06/07 | INTERNET PAYMENT SOFTWARE  CONNECTWISE, LLC 6674457 | 1,548.00 |
| 06/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230607-00027502 | 182,708.32 |
| 06/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230607-00027556 | 100,000.00 |
| 06/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230607-00027632 | 10,000.00 |
| 06/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230607-00027647 | 7,889.58 |
| 06/07 | PC INTL USD WIRE WIRE REF# 20230607-00027675 | 2,961.56 |
| 06/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230607-00027734 | 1,497.08 |
| 06/07 | PC NON-REPETITIVE WIRE WIRE REF# 20230607-00027781 | 457.75 |
| 06/07 | ACH SETTLEMENT | 120,024.14 |
| 06/08 | Payment    ATT PAYI Vital Pharmaceuticals | 2,088.04 |
| 06/08 | ACH CORP DEBIT WEB PAY    LADWP Vital Pharmaceuticals CUSTOMER ID 5380492101 | 791.90 |
| 06/08 | ACH CORP DEBIT Hillsborou NIC Services Vital Pharmaceuticals CUSTOMER ID 813-274-6600 | 937.50 |
| 06/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230608-00022971 | 1,100.00 |
| 06/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230608-00022974 | 263,631.55 |
| 06/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230608-00025514 | 102,770.86 |
| 06/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230608-00025511 | 582,034.24 |
| 06/08 | PC NON-REPETITIVE WIRE WIRE REF# 20230608-00025513 | 1,243,911.07 |
| 06/08 | ACH SETTLEMENT | 299,110.03 |
| 06/09 | RECURRING INTERNET PAYMENT UTIL PYMT  ATMOS ENERGY RCR 003056019732 | 86.97 |
| 06/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230609-00028337 | 12,295.14 |
| 06/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230609-00028334 | 478,666.66 |
| 06/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230609-00029527 | 1,722.00 |
| 06/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230609-00029581 | 243,352.20 |
| 06/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230609-00029582 | 276,140.32 |
| 06/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230609-00029580 | 694,910.23 |
| 06/09 | PC NON-REPETITIVE WIRE WIRE REF# 20230609-00029584 | 717,959.78 |

*continued*




■ COMMERCIAL INTEREST CHECKING XXXXXXX7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/09 | ACH SETTLEMENT | 420,310.74 |
| 06/12 | 260498649  COMCAST 8495600 7838 VITAL *PHARMACEUTICAL | 301.25 |
| 06/12 | PAYMENT   CITY PHX WATER 3552 VITAL PHARMACEUTICALS | 328.36 |
| 06/12 | ACH CORP DEBIT WEB PAY   LADWP Vital Pharmaceuticals CUSTOMER ID 9278578377 | 756.00 |
| 06/12 | PAYMENT   CITY PHX WATER 0231 VITAL PHARMACEUTICALS | 68,625.20 |
| 06/12 | SUREPAY-S1 SRP 8000 VITAL PHARMACEUTICALS | 22,428.52 |
| 06/12 | SUREPAY-S1 SRP 8008 VITAL PHARMACEUTICALS | 30,416.00 |
| 06/12 | ACH SETTLEMENT | 676,541.70 |
| 06/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 32.81 |
| 06/13 | Payment   ATT PAYM VITAL PHARMACEUTICALS | 160.50 |
| 06/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 1,376.24 |
| 06/13 | DIR DEP   OPTUM BANK 0208 VITAL PHARMACEUTICALS | 2,999.04 |
| 06/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 4,413.85 |
| 06/13 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 20,608.28 |
| 06/13 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV5281562 | 77.88 |
| 06/13 | ACH SETTLEMENT | 45,765.37 |
| 06/14 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 33.18 |
| 06/14 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 78.42 |
| 06/14 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 618.77 |
| 06/14 | RECURRING INTERNET PAYMENT BILL PAY   DUKEENERGY 910135848232 | 1,538.37 |
| 06/14 | OUTGOING WIRE TRANSFER WIRE REF# 20230614-00014019 | 1,764,451.15 |
| 06/14 | PC INTL USD WIRE WIRE REF# 20230614-00029300 | 800.00 |
| 06/15 | Payment   ATT PAYP Vital Pharmaceuticals | 466.71 |
| 06/15 | TELEPHONE PAYMENT BILL PAY   DUKEENERGY 910135960588 | 744.19 |
| 06/15 | Payment   ATT PAYP Vital Pharmaceuticals | 2,278.49 |
| 06/15 | 061323EK  PNP BILLPAYMENT 8821 VITAL PHARMACEUTICALS | 63.87 |
| 06/15 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000097639408 | 259.51 |
| 06/15 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000097641800 | 2,570.23 |
| 06/15 | OUTGOING WIRE TRANSFER WIRE REF# 20230615-00007645 | 637,834.11 |
| 06/15 | OUTGOING WIRE TRANSFER WIRE REF# 20230615-00008762 | 15,104.43 |
| 06/15 | ACH SETTLEMENT | 374,876.32 |
| 06/16 | ACH CORP DEBIT TRASH PYMT ATHENS SERVICES VPX CUSTOMER ID 2M00054602 | 376.33 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00032871 | 882,776.28 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00032870 | 1,703,444.20 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00032917 | 146,102.40 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00032911 | 259,223.41 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00032946 | 200,000.00 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00033007 | 104,295.16 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00033041 | 100,000.00 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00033201 | 3,476.00 |
| 06/16 | PC NON-REPETITIVE WIRE WIRE REF# 20230616-00033263 | 278.01 |
| 06/20 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh VPX SPORTS CUSTOMER ID 6701213766 | 526.51 |
| 06/20 | ACH CORP DEBIT DIRECT DEB Optum Vital Pharmaceuticals, CUSTOMER ID Optum | 110.00 |
| 06/20 | 271191160  COMCAST 8535100 8701 VITAL *PHARMACEUTICAL | 174.20 |
| 06/20 | INTERNET PAYMENT BILLPAY   CITY OF ONTARIO CITY  OF ONTARI | 831.24 |
| 06/20 | SPECTRUM  SPECTRUM 2938 VITAL PHARMACEUTICALS | 985.00 |
| 06/20 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000096685816 | 2,440.60 |
| 06/20 | ACH CORP DEBIT SALE     CHOICE WASTE OF VITAL PHARMACEUTICALS CUSTOMER ID | 4,046.46 |
| 06/20 | ACH SETTLEMENT | 812,864.87 |
| 06/21 | INTERNET PAYMENT RENTAL    Public Storage I 000000041461160 | 21.74 |
| 06/21 | MSInvoice  DS WATERS OF AME 2270 Vital Pharmaceuticals | 72.43 |
| 06/21 | RENTAL    Public Storage I 9369 VITAL PHARMACEUTICALS | 123.93 |
| 06/21 | RENTAL    Public Storage I 9370 VITAL PHARMACEUTICALS | 123.93 |
| 06/21 | RENTAL    Public Storage I 9371 VITAL PHARMACEUTICALS | 123.93 |
| 06/21 | RENTAL    Public Storage I 9372 VITAL PHARMACEUTICALS | 123.93 |
| 06/21 | RENTAL    Public Storage I 9373 VITAL PHARMACEUTICALS | 123.93 |
| 06/21 | RENTAL    Public Storage I 8943 DAVID RANGEL | 123.93 |
| 06/21 | PAID SDGE  SD GAS & ELEC 6524 VITAL PHARMACEUTICALS | 298.45 |

*continued*

■ COMMERCIAL INTEREST CHECKING ▮▮▮▮7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/21 | INTERNET PAYMENT RENTAL    Public Storage I 000000041461159 | 386.00 |
| 06/21 | 0121D    Green Mountain E 2469 VITAL PHARMACEUTICALS, | 1,519.32 |
| 06/21 | INTERNET PAYMENT 5616888912 WASTE PRO WEST P 2008992884 | 2,224.45 |
| 06/21 | SUNRISE    CITY OF SUNRISE 3438 VITAL PHARMACEUTICALS | 2,347.36 |
| 06/21 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000005310 | 92,470.71 |
| 06/21 | PAYMENT    7059 Extra Space 4171 X | 123.00 |
| 06/21 | RECURRING INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000098202610 | 129.23 |
| 06/21 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV5303326 | 160.00 |
| 06/21 | INTERNET PAYMENT 9544506900 City of Pembroke 3853201920 | 903.80 |
| 06/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230621-00024618 | 519,138.18 |
| 06/21 | PC BOOK WIRE TRANSFER WIRE REF# 20230621-00024745 CDT ACCT:  XXXXXXXXX7220 | 68,034.73 |
| 06/21 | PC NON-REPETITIVE WIRE WIRE REF# 20230621-00024747 | 233,279.90 |
| 06/21 | PC BOOK WIRE TRANSFER WIRE REF# 20230621-00025721 CDT ACCT:  XXXXXXXXX4808 | 0.32 |
| 06/21 | PC INTL USD WIRE WIRE REF# 20230621-00025722 | 916.67 |
| 06/21 | ACH SETTLEMENT | 35,003.70 |
| 06/21 | ACH SETTLEMENT | 1,134,338.53 |
| 06/21 | SERVICE CHARGES - PRIOR PERIOD | 2,567.93 |
| 06/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER ▮▮▮▮6925 | 25.00 |
| 06/22 | ACH CORP DEBIT INSURANCE Nationwide Ins Vital PharmaceuticalsCUSTOMER ID 300000000018106 | 1,602.44 |
| 06/22 | INTERNET PAYMENT BILL PYMNT ACHMA VISB 0581804 | 8,077.67 |
| 06/22 | ACH SETTLEMENT | 17,501.85 |
| 06/23 | Payment    ATT PAYX Vital pharmaceuticals | 389.41 |
| 06/23 | Payment    ATT PAYX Vital Pharmaceutical | 93,197.05 |
| 06/23 | ACH CORP DEBIT EDI PAYMTS UNITED HEALTHCAR 0007Vital Pharmaceut CUSTOMER ID 583976965250 | 101,409.60 |
| 06/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230623-00029384 | 60,000.00 |
| 06/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230623-00029385 | 410,209.13 |
| 06/23 | PC BOOK WIRE TRANSFER WIRE REF# 20230623-00029889 CDT ACCT:  XXXXXXXXX4808 | 8,567.68 |
| 06/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230623-00029890 | 10,331.44 |
| 06/23 | PC NON-REPETITIVE WIRE WIRE REF# 20230623-00030070 | 559.02 |
| 06/23 | ACH SETTLEMENT | 195,986.84 |
| 06/26 | 062223EK    PNP BILLPAYMENT 7944 VITAL PHARMACEUTICALS | 47.26 |
| 06/26 | INTERNET PAYMENT CRR INCORP CR &  R INCORPORA 9500271870 | 395.90 |
| 06/26 | BANK DRAFT COX COMM PHX 38xT VPX BANG ENERGY | 2,502.00 |
| 06/27 | MSInvoice   DS WATERS OF AME 4321 Vital Pharmaceuticals | 110.41 |
| 06/27 | RENTAL    Public Storage I 9821 VITAL PHARMACEUTICALS | 154.43 |
| 06/27 | RENTAL    Public Storage I 9822 VITAL PHARMACEUTICALS | 154.43 |
| 06/27 | RENTAL    Public Storage I 9820 VITAL PHARMACEUTICALS | 359.00 |
| 06/27 | PAYMENT    0739 EXTRA SPACE 6713 X | 654.76 |
| 06/27 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 1,359.55 |
| 06/27 | DIR DEP    OPTUM BANK 0208 VITAL PHARMACEUTICALS | 2,790.74 |
| 06/27 | UTIL PAYMT LIBERTY UTILITIE 9225 VITAL PHARMACEUTICALS | 189.79 |
| 06/27 | ACH CORP DEBIT RECEIVABLE WAGEWORKS FSA VITAL PHARMACEUTICALS CUSTOMER ID INV5336733 | 321.83 |
| 06/27 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000098058242 | 6,408.89 |
| 06/28 | INTERNET PAYMENT BILL PAYMT SO CAL EDISON CO 700778503856 | 523.11 |
| 06/28 | INTERNET PAYMENT INTERNET   WASTE MANAGEMENT 043000099381394 | 7,848.33 |
| 06/28 | OUTGOING WIRE TRANSFER WIRE REF# 20230628-00017432 | 1,734,805.10 |
| 06/28 | PC NON-REPETITIVE WIRE WIRE REF# 20230628-00027369 | 188,597.38 |
| 06/28 | PC INTL USD WIRE WIRE REF# 20230628-00027901 | 2,016.00 |
| 06/28 | ACH SETTLEMENT | 594,551.31 |
| 06/29 | ACH CORP DEBIT GRPW PREM  UNITED G000BNP4 - Vital Pharm CUSTOMER ID 2306270339466 | 44,605.77 |
| 06/29 | OUTGOING WIRE TRANSFER WIRE REF# 20230629-00007072 | 631,307.03 |
| 06/29 | OUTGOING WIRE TRANSFER WIRE REF# 20230629-00009421 | 14,420.52 |
| 06/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230629-00033199 | 194,938.38 |
| 06/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230629-00033202 | 398,734.80 |
| 06/29 | PC INTL FX WIRE BELOW $25K WIRE REF# 20230629-00033276 | 231.13 |
| 06/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230629-00033269 | 8,416.67 |
| 06/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230629-00033272 | 10,000.00 |
| 06/29 | PC NON-REPETITIVE WIRE WIRE REF# 20230629-00033275 | 45,000.00 |
| 06/29 | ACH SETTLEMENT | 330,729.93 |

*continued*

 

■ **COMMERCIAL INTEREST CHECKING**           7174 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/30 | ACH CORP DEBIT NPC PYMT   NV ENERGY SOUTH VITAL PHARMACEUTICALS CUSTOMER ID 038940161937826 | 85.58 |
| 06/30 | ACH CORP DEBIT NPC PYMT   NV ENERGY SOUTH VITAL PHARMACEUTICALS CUSTOMER ID 038940161960796 | 345.89 |
| 06/30 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 510.98 |
| 06/30 | ELEC PYMT  FPL DIRECT DEBIT PPDA VITAL PHARMACEUTICALS, | 17,872.12 |
| 06/30 | ACH CORP DEBIT PLIC-PERIS PRINCIPAL LIFE P TRUIST CUSTOMER ID 8-1567000005261 | 94,385.08 |
| 06/30 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 6700701229 | 4.29 |
| 06/30 | ACH CORP DEBIT ECHECKPAY  ReadyRefresh AP . CUSTOMER ID 0008948697 | 578.62 |
| 06/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230630-00027150 | 47,397.84 |
| 06/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230630-00027142 | 186,200.95 |
| 06/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230630-00028101 | 10,000.00 |
| 06/30 | PC NON-REPETITIVE WIRE WIRE REF# 20230630-00028644 | 1,333.28 |
| 06/30 | PC BOOK WIRE TRANSFER WIRE REF# 20230630-00028701 CDT ACCT:  XXXXXXXXX8351 | 5,375.00 |
| 06/30 | OUTGOING WIRE TRANSFER WIRE REF# 20230630-00037145 | 3,815.82 |
| 06/30 | OUTGOING WIRE TRANSFER WIRE REF# 20230630-00040278 | 15,312.97 |
| 06/30 | ACH SETTLEMENT | 100,785.50 |
| Total other withdrawals, debits and service charges | | = $27,658,915.23 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 06/01 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 173,520.60 |
| 06/02 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 348,930.45 |
| 06/05 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 780,812.48 |
| 06/05 | WIRE REF# 20230605-00027489 DBT ACCT:  XXXXXXXXX0783 | 1,523,827.10 |
| 06/06 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 750,235.23 |
| 06/07 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 328,325.04 |
| 06/08 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 553,108.23 |
| 06/09 | ACH CREDIT WYRD MEDIA GROUP 1240 Vital Pharmaceuticals | 36,814.97 |
| 06/09 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 667,426.24 |
| 06/12 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 391,013.97 |
| 06/13 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 656,241.75 |
| 06/14 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 721,543.98 |
| 06/14 | INCOMING WIRE TRANSFER WIRE REF# 20230614-00019654 | 1,000,000.00 |
| 06/15 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 369,292.99 |
| 06/15 | WIRE REF# 20230615-00005193 DBT ACCT:  XXXXXXXXX0783 | 5,000,000.00 |
| 06/16 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 1,273,954.17 |
| 06/20 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 505,923.96 |
| 06/21 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 865,155.97 |
| 06/22 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 109,107.41 |
| 06/23 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 511,981.25 |
| 06/26 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 2,462,918.51 |
| 06/27 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 1,141,254.66 |
| 06/28 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 401,269.81 |
| 06/29 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 413,978.61 |
| 06/30 | AUTOMATIC ACCOUNT TRANSFER ACCOUNT NUMBER        9089 | 379,705.27 |
| 06/30 | INTEREST PAYMENT | 378.06 |
| Total deposits, credits and interest | | = $21,366,720.71 |

**Changes are being made effective September 15, 2023** to the Commercial Bank Services Agreement ("CBSA") that governs your account. Continued use of your account after the effective date constitutes your acceptance of the changes. The most current version of the CBSA can be obtained at any Truist branch or online at www.truist.com/CBSA (search "Learn about commercial checking"). All future transactions on your account will be governed by the amended CBSA. If you have any questions about this change, contact your local Truist branch, your relationship manager, or call 844-4TRUIST (844-487-8478).

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am 8pm EST Monday-Friday and 8am 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
> Fraud Management
> P.O. Box 1014
> Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
> Card and Direct to Consumer Lending
> PO Box 200
> Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. <u>Please do not send cash.</u>

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC