# Business Performance Mmkt Account Statement                    

Page 1 of 1
Account Number: 6151

**For the period    06/01/2023 to 06/30/2023**

VITAL PHARMACEUTICALS INC #22-17842
MONEY MARKET ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures:    0
Tax ID Number: 65-0668430
For Client Services:
  Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 876.74 | 1.29 | .00 | 878.03 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.80 | 30 | 876.78 | 1.29 | 7.24 |

| Deposits and Other Credits | Items | Amount | Checks and Other Debits | Items | Amount |
|---|---|---|---|---|---|
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 1 | 1.29 | Other Debits | 0 | .00 |
| Total | 1 | 1.29 | Total | 0 | .00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 06/01 | 876.74 | 06/30 | 878.03 |

## Deposits and Other Credits

**Other Credits**    1 transaction for a total of $1.29

| Date posted | | Transaction description | Reference number |
|---|---|---|---|
| 06/30 | 1.29 | Interest Payment | I-GEN123063000021151 |

Member FDIC                    Equal Housing Lender