# Corporate Business Account Statement



Page 1 of 11
Account Number: ███████9672

**For the period  06/01/2023 to 06/30/2023**

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures: 0
Tax ID Number: 65-0668430

☎ For Client Services:
   Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to: Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 1,491,604.40 | 5,338,894.24 | 4,999,324.02 | 1,831,174.62 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 44 | 171,615.19 |
| National Lockbox | 9 | 438,700.67 | Returned Items | 0 | .00 |
| ACH Credits | 93 | 3,140,193.57 | ACH Debits | 122 | 3,231,394.06 |
| Funds Transfers In | 2 | 1,470,000.00 | Funds Transfers Out | 33 | 1,592,346.63 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 1 | 290,000.00 | Other Debits | 1 | 3,968.14 |
| Total | 105 | 5,338,894.24 | Total | 200 | 4,999,324.02 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 1,647,537.96 | 06/12 | 1,425,668.38 | 06/22 | 1,103,079.98 |
| 06/02 | 1,665,711.40 | 06/13 | 1,329,335.19 | 06/23 | 1,151,582.01 |
| 06/05 | 1,829,354.73 | 06/14 | 322,591.57 | 06/26 | 1,061,215.75 |
| 06/06 | 2,007,207.34 | 06/15 | 334,567.18 | 06/27 | 1,318,805.05 |
| 06/07 | 1,473,543.94 | 06/16 | 396,580.42 | 06/28 | 2,308,988.22 |
| 06/08 | 1,467,529.30 | 06/20 | 813,556.70 | 06/29 | 2,271,539.86 |
| 06/09 | 1,576,566.91 | 06/21 | 901,865.98 | 06/30 | 1,831,174.62 |

## Deposits and Other Credits

### National Lockbox    9 transactions for a total of $438,700.67

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/05 | 11,957.14 | Whls Lbx Dep 740930 | 098978457 |
| 06/06 | 103,069.19 | Whls Lbx Dep 740930 | 099286019 |
| 06/12 | 16,939.14 | Whls Lbx Dep 740930 | 097550976 |
| 06/13 | 278.75 | Whls Lbx Dep 740930 | 097855177 |
| 06/14 | 5,194.00 | Whls Lbx Dep 740930 | 098153361 |
| 06/20 | 70,761.60 | Whls Lbx Dep 740930 | 099146084 |

National Lockbox continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   06/01/2023  to  06/30/2023  
Account number:  ▮▮▮▮▮9672  
Page 2 of 11

## Deposits and Other Credits - continued

### National Lockbox   - continued         9 transactions for a total of $438,700.67

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---:|
| 06/21 | 39,760.56 | Whls Lbx Dep 740930 | 099483766 |
| 06/22 | 190,338.79 | Whls Lbx Dep 740930 | 099738983 |
| 06/26 | 401.50 | Whls Lbx Dep 740930 | 097448645 |

### ACH Credits         93 transactions for a total of $3,140,193.57

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---:|
| 06/01 | 275,871.43 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023151910673863 |
| 06/01 | 27,136.45 | Corporate ACH Transfer Shopify St-R1L1B1Z4C0D5 | 00023151910741621 |
| 06/01 | 8,419.80 | Corporate ACH Payment McLane Pmd 8500044760 | 00023151908518445 |
| 06/01 | 1,404.13 | Corporate ACH Payments<br>Shoppayinst Afrm Fotx5J22T4Oixhw | 00023151908580022 |
| 06/02 | 68,386.45 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023152905182766 |
| 06/02 | 19,586.06 | Corporate ACH Transfer Shopify St-B6K0S3A5Z7B2 | 00023152905249888 |
| 06/02 | 976.34 | Corporate ACH Payments<br>Shoppayinst Afrm Aopek0Hcymjince | 00023152903436446 |
| 06/02 | 666.40 | Corporate ACH Payment McLane Pmd 8500044883 | 00023152903376250 |
| 06/05 | 197,159.28 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023153909449505 |
| 06/05 | 24,415.20 | Corporate ACH Payment McLane Pmd 8500044923 | 00023153908167819 |
| 06/05 | 538.40 | Corporate ACH Payments<br>Shoppayinst Afrm 2K6G4436J99Bsex | 00023153908184987 |
| 06/05 | 14,874.78 | Corporate ACH Transfer Shopify St-Z1U5H9K5E0O7 | 00023156901278392 |
| 06/06 | 130,040.45 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023156905181104 |
| 06/06 | 20,787.15 | Corporate ACH Transfer Shopify St-U7E0Q3Z0Q2O8 | 00023156905447506 |
| 06/06 | 548.80 | Corporate ACH Payment McLane Pmd 8500044999 | 00023156903509640 |
| 06/06 | 281.85 | Corporate ACH Payments<br>Shoppayinst Afrm R88M69I86Mkub6B | 00023156902729401 |
| 06/06 | 205.38 | Corporate ACH Payments<br>Shoppayinst Afrm Jfwe1Kps54E0Ro6 | 00023156903538133 |
| 06/06 | 164.93 | Corporate ACH Payments<br>Shoppayinst Afrm Tz9Vyqp1Ua5Xal3 | 00023156902729415 |
| 06/07 | 100,387.30 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023157909320601 |
| 06/07 | 5,467.78 | Corporate ACH Transfer Shopify St-H9D2H0X2P7W7 | 00023157909357083 |
| 06/07 | 302.28 | Corporate ACH Payments<br>Shoppayinst Afrm H9Jlmihm2Lczyre | 00023157908086638 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   06/01/2023 to 06/30/2023  
Account number: ▮▮▮▮▮▮9672  
Page 3 of 11

## Deposits and Other Credits - continued

### ACH Credits - continued

93 transactions for a total of $3,140,193.57

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/08 | 55,590.55 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023158903288166 |
| 06/08 | 3,500.17 | Corporate ACH Transfer Shopify St-M8N1C5K2U8N1 | 00023158903278944 |
| 06/08 | 235.20 | Corporate ACH Payment McLane Pmd 8500045116 | 00023158901452408 |
| 06/08 | 219.27 | Corporate ACH Payments<br>Shoppayinst Afrm Cscfdv93Szj8F9N | 00023158901473758 |
| 06/09 | 111,913.24 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023159906525917 |
| 06/09 | 5,056.80 | Corporate ACH Payment McLane Pmd 8500045194 | 00023159905295249 |
| 06/09 | 3,952.60 | Corporate ACH Transfer Shopify St-N9N8U2R7H8R4 | 00023159906581118 |
| 06/09 | 238.68 | Corporate ACH Payments<br>Shoppayinst Afrm Xgdztd7Wrokd71l | 00023159905343506 |
| 06/12 | 18,162.80 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023160909908242 |
| 06/12 | 14,065.60 | Corporate ACH Payment McLane Pmd 8500045271 | 00023160908921200 |
| 06/12 | 13,547.52 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008077759 | 00023160908986485 |
| 06/12 | 399.17 | Corporate ACH Payments<br>Shoppayinst Afrm A5916Qdd2l8Vlw1 | 00023160908964286 |
| 06/12 | 9,234.70 | Corporate ACH Transfer Shopify St-V0X2Q0T2H6T2 | 00023163901229432 |
| 06/13 | 32,016.47 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023163904549882 |
| 06/13 | 24,270.98 | Corporate ACH Transfer Shopify St-S3M4O2P5Q5T0 | 00023163904609765 |
| 06/13 | 22,087.90 | Corporate ACH A2A Trnsfr<br>Glacier Family O Zip Inc | 00023163904755240 |
| 06/13 | 22,087.90 | Corporate ACH A2A Trnsfr<br>Glacier Family O Zip Inc | 00023163904755241 |
| 06/13 | 748.29 | Corporate ACH Payments<br>Shoppayinst Afrm 407X23M5lc5Rnpq | 00023163902517365 |
| 06/13 | 374.64 | Corporate ACH Payments<br>Shoppayinst Afrm Dl2Qmhuo3F8Jqyx | 00023163903089303 |
| 06/13 | 257.73 | Corporate ACH Payments<br>Shoppayinst Afrm Eh2Zhhwyyss924V | 00023163902517335 |
| 06/14 | 18,636.00 | Corporate ACH Payment McLane Pmd 8500045404 | 00023164907117780 |
| 06/14 | 8,739.14 | Corporate ACH Transfer Shopify St-K7X2B4G3P4P0 | 00023164908621522 |
| 06/14 | 644.58 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023164908571120 |
| 06/14 | 28.07 | Corporate ACH Payments<br>Shoppayinst Afrm Pnqk1Z7Bb4Rq82N | 00023164907130893 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   06/01/2023 to 06/30/2023  
Account number: ▇▇▇▇▇▇9672  
Page 4 of 11

## Deposits and Other Credits - continued

### ACH Credits - continued

93 transactions for a total of $3,140,193.57

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/15 | 58,041.15 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023165912678143 |
| 06/15 | 11,340.69 | Corporate ACH Transfer Shopify St-D5J3Y9H4G4P4 | 00023165912711620 |
| 06/15 | 534.10 | Corporate ACH Payments<br>Shoppayinst Afrm C3Nn2657Qjit69J | 00023165910853185 |
| 06/16 | 111,179.84 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023166906764008 |
| 06/16 | 11,060.92 | Corporate ACH Transfer Shopify St-N6U4P5U1T6A7 | 00023166906739069 |
| 06/16 | 397.28 | Corporate ACH Payments<br>Shoppayinst Afrm T0579Ei5872Jz52 | 00023166905506161 |
| 06/16 | 175.88 | ACH Credit Achpayment Viasat Inc A51992532 | 00023167908757269 |
| 06/20 | 299,901.66 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023167910561013 |
| 06/20 | 1,031.05 | Corporate ACH Payments<br>Shoppayinst Afrm Mwzf37Eunmn1S8N | 00023167909425778 |
| 06/20 | 111,279.33 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023171903386255 |
| 06/20 | 12,770.23 | Corporate ACH Transfer Shopify St-H5B2C6C6V1G8 | 00023171903368687 |
| 06/21 | 50,599.41 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023171908322027 |
| 06/21 | 46,566.23 | Corporate ACH Transfer Shopify St-C7V6I6B1T7O2 | 00023171908327470 |
| 06/21 | 11,612.16 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008080781 | 00023171906231626 |
| 06/21 | 993.45 | Corporate ACH Payments<br>Shoppayinst Afrm O7Aq7Ai9Efkxzam | 00023171902971377 |
| 06/21 | 640.95 | Corporate ACH Payments<br>Shoppayinst Afrm L3J7Qxa037Rj53T | 00023171902971430 |
| 06/21 | 520.28 | Corporate ACH Payments<br>Shoppayinst Afrm 5Jp3Xj3P52Ouorm | 00023171902971400 |
| 06/21 | 176.27 | Corporate ACH Payments<br>Shoppayinst Afrm 6U3Tkha1Dclfcct | 00023171906170628 |
| 06/22 | 75,405.35 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023172912782117 |
| 06/22 | 7,897.00 | Corporate ACH Transfer Shopify St-F9T0O6H5Q5D7 | 00023172912805608 |
| 06/22 | 5,366.48 | Corporate ACH Payment McLane Pmd 8500045754 | 00023172910771731 |
| 06/22 | 165.29 | Corporate ACH Payments<br>Shoppayinst Afrm 1Psyfvbarc16Sjz | 00023172910830870 |
| 06/23 | 53,187.45 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023173905998493 |
| 06/23 | 30,870.00 | Corporate ACH A2A Trnsfr<br>Glacier Family O Zip Inc | 00023173906137308 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842
OPERATING ACCOUNT

For the period    06/01/2023  to  06/30/2023
Account number: ▮▮▮▮▮9672
Page 5 of 11

## Deposits and Other Credits - continued

### ACH Credits  - continued

93 transactions for a total of $3,140,193.57

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/23 | 6,546.59 | Corporate ACH Transfer Shopify St-W8X2I6Y9O7B6 | 00023173906021429 |
| 06/23 | 3,292.80 | Corporate ACH Payment McLane Pmd 8500045807 | 00023173904809618 |
| 06/23 | 285.25 | Corporate ACH Payments<br>Shoppayinst Afrm Gjy2Xks78C8Jvpt | 00023173904760171 |
| 06/26 | 105,051.71 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023174909111453 |
| 06/26 | 5,760.80 | Corporate ACH Payment McLane Pmd 8500045885 | 00023174908145958 |
| 06/26 | 431.66 | Corporate ACH Payments<br>Shoppayinst Afrm Ekwssgsdka90Ftg | 00023174908210014 |
| 06/26 | 8,729.15 | Corporate ACH Transfer Shopify St-G5C6Y6V8U0C1 | 00023177900476955 |
| 06/27 | 255,631.66 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023177903739316 |
| 06/27 | 20,126.57 | Corporate ACH Transfer Shopify St-W3R2P0I6O8P4 | 00023177903792106 |
| 06/27 | 475.75 | Corporate ACH Payments<br>Shoppayinst Afrm Stb0Qc21Huyp6M2 | 00023177902424509 |
| 06/27 | 338.47 | Corporate ACH Payments<br>Shoppayinst Afrm Pj0E6Pkgwaxreff | 00023177901721091 |
| 06/27 | 253.43 | Corporate ACH Payments<br>Shoppayinst Afrm F7S61Ilq0En22Af | 00023177901721098 |
| 06/28 | 54,506.14 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023178908158365 |
| 06/28 | 24,467.16 | Corporate ACH Transfer Shopify St-I8J6M5C2A1R9 | 00023178908198816 |
| 06/28 | 2,900.80 | Corporate ACH Payment McLane Pmd 8500046064 | 00023178907095287 |
| 06/28 | 1,284.12 | Corporate ACH Payments<br>Shoppayinst Afrm Knur3Juaonmnok1 | 00023178907038004 |
| 06/29 | 71,737.98 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023179912674828 |
| 06/29 | 14,795.22 | Corporate ACH Transfer Shopify St-S1Q2K9R1Q5Y6 | 00023179912691213 |
| 06/29 | 1,448.48 | Corporate ACH Payments<br>Shoppayinst Afrm Btmfr6Dtvouh1Z1 | 00023179910853192 |
| 06/29 | 1,381.20 | Corporate ACH Payment McLane Pmd 8500046101 | 00023179910827073 |
| 06/30 | 354,847.84 | Corporate ACH Trade Pymt Wal-Mart Stores 478706 | 00023180906588147 |
| 06/30 | 24,076.03 | Corporate ACH Transfer Shopify St-R2H9B5M4Q5H9 | 00023180906635666 |
| 06/30 | 15,482.88 | Corporate ACH Ap Payment<br>Nexcom Worldwide 0008084081 | 00023180905420372 |
| 06/30 | 1,000.79 | Corporate ACH Payments<br>Shoppayinst Afrm E8D5Opkh4O11218 | 00023180905393848 |

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period    06/01/2023  to  06/30/2023  
Account number: ▓▓▓▓▓▓▓9672  
Page 6 of 11

## Deposits and Other Credits - continued

### Funds Transfer In — 2 transactions for a total of $1,470,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 850,000.00 | Wire Transfer In Na61E4433Ggu2Xs7 | WNA61E4433GGU2XS7 |
| 06/28 | 620,000.00 | Wire Transfer In Na6Sf27284S61C6P | WNA6SF27284S61C6P |

### Other Credits — 1 transaction for a total of $290,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/28 | 290,000.00 | Account Transfer From ▓▓▓▓▓▓▓9699 | VITAL PHARMACEU |

## Checks and Other Debits

### Checks and Substitute Checks — 44 transactions for a total of $171,615.19

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02 | 26292 | 655.52 | 011620287 | 06/15 | 26301 | 1,795.00 | 076032018 | 06/26 | 26324 | 2,526.17 | 014939952 |
| 06/02 | 26070 | 8,000.00 | 011899946 | 06/15 | 9992666 | 325.65 | 512821929 | 06/26 | 26327 | 4,260.92 | 015005617 |
| 06/02 | 26239 | 3,500.00 | 011899945 | 06/16 | 26289 | 1,914.80 | 009930950 | 06/26 | 26311 | 1,155.00 | 015055114 |
| 06/12 | 26294 | 6,592.27 | 017568894 | 06/20 | 26306 | 7,500.00 | 010803187 | 06/26 | 26310 | 350.00 | 072140716 |
| 06/13 | 26297 | 1,718.50 | 018440393 | 06/20 | 26304 | 6,000.00 | 011205862 | 06/26 | 26323 | 12.25 | 087327135 |
| 06/13 | 26295 | 576.12 | 018582822 | 06/20 | 9974172 | 493.04 | 510418696 | 06/27 | 26314 | 4,743.28 | 016178252 |
| 06/13 | 26303 | 38,112.70 | 018914214 | 06/20 | 9974172 | 252.39 | 511796887 | 06/27 | 26305 | 10,434.72 | 016573880 |
| 06/13 | 9931393 | 703.88 | 510382226 | 06/20 | 9974198 | 263.34 | 510417722 | 06/28 | 26320 | 1,466.39 | 017415618 |
| 06/13 | 9932027 | 582.04 | 511693571 | 06/20 | 9974222 | 963.86 | 511795874 | 06/29 | 26321 | 260.00 | 017615844 |
| 06/13 | 26302 | 542.53 | 019217879 | 06/21 | 9981316 | 9,477.78 | 511798408 | 06/29 | 26312 | 1,432.70 | 017661488 |
| 06/14 | 26307 | 8,679.77 | 019342918 | 06/21 | 9987145 | 6,457.86 | 511800549 | 06/29 | 26319 | 168.10 | 017662426 |
| 06/14 | 9901755 | 3,102.55 | 517717512 | 06/21 | 9987148 | 9,325.67 | 511800548 | 06/29 | 26308 | 1,767.16 | 017918025 |
| 06/14 | 26300 | 164.68 | 019759436 | 06/23 | 9981635 | 2,352.54 | 510423398 | 06/29 | 26322 | 61.35 | 017876811 |
| 06/15 | 26296 | 15,000.00 | 009108061 | 06/26 | 26309 | 3,376.02 | 014815732 | 06/30 | 26325 | 1,125.64 | 018539908 |
| 06/15 | 26298 | 613.00 | 076029466 | 06/26 | 26313 | 2,810.00 | 014839487 | | | | |

### ACH Debits — 122 transactions for a total of $3,231,394.06

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 688,282.41 | ACH Settlement Payments Vital Pharma | 00023152906488291 |
| 06/01 | 25,215.67 | ACH Settlement Payments Vital Pharma | 00023152906488290 |
| 06/01 | 21,469.90 | ACH Web Debit Federal Express Epa69443270 | 00023151909235777 |
| 06/01 | 16,144.29 | ACH Web Debit Federal Express Epa69445069 | 00023151909235782 |
| 06/01 | 2,504.05 | Corporate ACH Route DBA<br>Route DBA Sos St-N7T7A4Q1N5Q4 | 00023151910431676 |
| 06/02 | 2,860.00 | ACH Settlement Payments Vital Pharma | 00023153910566146 |
| 06/02 | 33,593.22 | Corporate ACH Cash Conc Avalara Act 6022 314231 | 00023152905395068 |
| 06/02 | 18,054.78 | Corporate ACH 8669623707<br>Nevada Tax 2Qte63O3N5Gntg0 | 00023152905801301 |
| 06/02 | 1,746.00 | Corporate ACH Mn Rev Pay<br>Mn Dept Of Reven 000000103163333 | 00023152905626094 |
| 06/02 | 956.87 | Corporate ACH Ia Rev Pay Ia Dept Of Rev 1300785 | 00023152905816071 |
| 06/02 | 634.38 | Corporate ACH Monch Prop<br>Monch Properties fc9a37d2039 | 00023152905514563 |
| 06/02 | 583.13 | ACH Web Debit Federal Express Epa69454006 | 00023152904085027 |
| 06/02 | 419.44 | Corporate ACH Monch Prop<br>Monch Properties 0addba1e3d9 | 00023152905514564 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   06/01/2023 to 06/30/2023  
Account number: ███████9672  
Page 7 of 11

## Checks and Other Debits - continued

### ACH Debits - continued

122 transactions for a total of $3,231,394.06

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/02 | 221.21 | Corporate ACH Debit Tax<br>State Of Idaho 106445056 | 00023152905417077 |
| 06/02 | 109.70 | Corporate ACH Personal M<br>Personal Mini St 962f8c083d0 | 00023152902901005 |
| 06/02 | 107.56 | ACH Web Debit Federal Express Epa69453403 | 00023152904085024 |
| 06/05 | 4,049.68 | ACH Settlement Payments Vital Pharma | 00023156906317106 |
| 06/05 | 672.50 | ACH Settlement Payments Vital Pharma | 00023156906317107 |
| 06/05 | 619.04 | ACH Settlement Payments Vital Pharma | 00023156906317105 |
| 06/05 | 330.59 | ACH Settlement Payments Vital Pharma | 00023156906317108 |
| 06/05 | 38,916.43 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 231526527 | 00023153907790520 |
| 06/05 | 26,680.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 011-0323948-001 | 00023153909737619 |
| 06/05 | 12,760.00 | ACH Debit One Time<br>Mitsubishi Hc Ca 005-0323948-002 | 00023153909296080 |
| 06/05 | 558.00 | ACH Web 7609382868 Big Mine Self St | 00023153908228319 |
| 06/05 | 252.00 | ACH Debit Rental<br>Public Storage I 000000041260199 | 00023153909483836 |
| 06/05 | 242.00 | ACH Debit Rental<br>Public Storage I 000000041259769 | 00023153909484187 |
| 06/05 | 205.83 | ACH Debit Bank Draft<br>Cox Comm Las Gwpxvghty5Jbrzx | 00023156901972263 |
| 06/05 | 15.40 | Corporate ACH Echeckpay Readyrefresh 6700461436 | 00023153907483653 |
| 06/06 | 3,229.71 | ACH Settlement Payments Vital Pharma | 00023157910180999 |
| 06/06 | 1,258.03 | ACH Settlement Payments Vital Pharma | 00023157910181000 |
| 06/06 | .14 | ACH Settlement Payments Vital Pharma | 00023157910181001 |
| 06/06 | 1,066.11 | Corporate ACH Cloud_plat Google US003Uxj57 | 00023156903606189 |
| 06/06 | 3,334.39 | ACH Web Paymentrec Verizon U0217126 | 00023156902805068 |
| 06/06 | 3,173.43 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH589797456 | 00023156905381737 |
| 06/06 | 2,366.09 | ACH Web Rsibillpay<br>Republicservices 306950020443 | 00023156903509617 |
| 06/06 | 1,465.97 | ACH Web Rsibillpay<br>Republicservices 306951003595 | 00023156903509616 |
| 06/06 | 593.72 | ACH Web Rsibillpay<br>Republicservices 307420085350 | 00023156903509621 |
| 06/06 | 357.55 | ACH Web Cable Advanced Cable 6465871 | 00023156905647929 |
| 06/07 | 516,860.00 | ACH Settlement Payments Vital Pharma | 00023158904369722 |
| 06/07 | 63,378.26 | ACH Settlement Payments Vital Pharma | 00023158904369724 |
| 06/07 | 56,371.66 | ACH Settlement Payments Vital Pharma | 00023158904369721 |
| 06/07 | 200.00 | ACH Settlement Payments Vital Pharma | 00023158904369723 |
| 06/07 | 10.84 | ACH Web Debit Federal Express Epa69483103 | 00023157908521061 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   06/01/2023  to  06/30/2023  
Account number:         9672  
Page 8 of 11

## Checks and Other Debits - continued

### ACH Debits  - continued

122 transactions for a total of $3,231,394.06

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/08 | 27,232.81 | ACH Web Debit Federal Express Epa69497038 | 00023158902072395 |
| 06/08 | 16,966.90 | ACH Web Paymentrec Verizon U0216478 | 00023159904511874 |
| 06/08 | 11,029.74 | ACH Web Debit Federal Express Epa69495908 | 00023158902072397 |
| 06/08 | 5,569.56 | ACH Web Paymentrec Verizon U0219639 | 00023159904511872 |
| 06/08 | 2,484.11 | ACH Web Paymentrec Verizon U0217250 | 00023159904511873 |
| 06/08 | 2,249.62 | Corporate ACH Route DBA<br>Route DBA Sos St-R2F3K9Y6Z1V3 | 00023158903567423 |
| 06/08 | 27.09 | Corporate ACH Payment<br>Southwest Gas B2315849478518 | 00023159904453339 |
| 06/09 | 3,782.53 | ACH Settlement Payments Vital Pharma | 00023160910781653 |
| 06/09 | 105.00 | ACH Settlement Payments Vital Pharma | 00023160910781652 |
| 06/09 | 4,610.00 | ACH Debit Bank Draft<br>Cox Comm Phx 5Lhhmipdxa8Nlof | 00023159906532613 |
| 06/09 | 1,078.86 | ACH Web Debit Federal Express Epa69507128 | 00023159905771808 |
| 06/09 | 770.68 | Corporate ACH Echeckpay Readyrefresh 6701213763 | 00023159906507920 |
| 06/09 | 476.64 | ACH Web Debit Federal Express Epa69507015 | 00023159905771812 |
| 06/12 | 35,843.40 | ACH Settlement Payments Vital Pharma | 00023163905565895 |
| 06/12 | 28,448.77 | ACH Settlement Payments Vital Pharma | 00023163905565897 |
| 06/12 | 12,079.74 | ACH Settlement Payments Vital Pharma | 00023163905565896 |
| 06/12 | 140,283.28 | Corporate ACH Corp Pymnt<br>Vital Pharmaceut 231596235 | 00023160908335973 |
| 06/13 | 119,999.97 | ACH Settlement Payments Vital Pharma | 00023164909398813 |
| 06/13 | 27,202.70 | Corporate ACH Funding Avalara Client T 1300046 | 00023163904712793 |
| 06/13 | 5,998.78 | Corporate ACH Payments<br>Verizon Wireless 034225987700001 | 00023163902515863 |
| 06/13 | 2,842.80 | Corporate ACH EDI Pymnts<br>Upwork Escrow In ACH591887128 | 00023163904841928 |
| 06/13 | 175.83 | ACH Debit Achpayment Viasat Inc A51992531 | 00023163904711829 |
| 06/14 | 6,604.65 | ACH Settlement Payments Vital Pharma | 00023165913986871 |
| 06/14 | 1,459.65 | ACH Settlement Payments Vital Pharma | 00023165913986870 |
| 06/14 | 400.00 | ACH Settlement Payments Vital Pharma | 00023165913986872 |
| 06/15 | 35,249.25 | ACH Web Debit Federal Express Epa69555231 | 00023165911379294 |
| 06/15 | 3,916.19 | ACH Web Debit Federal Express Epa69556279 | 00023165911379276 |
| 06/15 | 1,041.24 | Corporate ACH Route DBA<br>Route DBA Sos St-T1P7Y6Z4X9I9 | 00023165913074287 |
| 06/16 | 41,738.96 | ACH Settlement Payments Vital Pharma | 00023167912132998 |
| 06/16 | 8,713.16 | ACH Settlement Payments Vital Pharma | 00023167912133001 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   06/01/2023 to 06/30/2023  
Account number: 9672  
Page 9 of 11

## Checks and Other Debits - continued

### ACH Debits - continued

122 transactions for a total of $3,231,394.06

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/16 | 6,901.74 | ACH Settlement Payments Vital Pharma | 00023167912132999 |
| 06/16 | 875.00 | ACH Settlement Payments Vital Pharma | 00023167912133000 |
| 06/16 | 400.18 | Corporate ACH Web Pay Lease Direct 79849404 | 00023166007797045 |
| 06/16 | 256.84 | ACH Web Debit Federal Express Epa69563895 | 00023166905940578 |
| 06/20 | 2,127.30 | ACH Settlement Payments Vital Pharma | 00023171909370442 |
| 06/20 | 1,757.88 | ACH Settlement Payments Vital Pharma | 00023171909370441 |
| 06/20 | 59,364.74 | Corporate ACH Corp Pymnt Vital Pharmaceut 231666428 | 00023167908964237 |
| 06/20 | 45.04 | ACH Web Debit Federal Express Epa69574962 | 00023167909973800 |
| 06/21 | 9,204.20 | ACH Settlement Payments Vital Pharma | 00023172913775189 |
| 06/21 | 10,692.86 | Corporate ACH Payment Southwest Gas B2316849983858 | 00023172909476308 |
| 06/21 | 6,029.38 | Corporate ACH C01 Fla Dept Revenue 51579482 | 00023171908854684 |
| 06/21 | 3,337.98 | Corporate ACH Shopify.Co Shopify.Com/C St-I2M3I8P0W0R5 | 00023171908219858 |
| 06/21 | 3,250.00 | Corporate ACH Sale AAA Machinery Ri | 00023172909465594 |
| 06/21 | 3,093.09 | Corporate ACH EDI Pymnts Upwork Escrow In ACH593975076 | 00023171908289615 |
| 06/21 | 1,041.09 | ACH Web Rsibillpay Republicservices 306158896816 | 00023171908520871 |
| 06/21 | 470.70 | ACH Web Rsibillpay Republicservices 307420085350 | 00023171908520873 |
| 06/21 | 179.42 | ACH Web Rsibillpay Republicservices 306200970330 | 00023171908520875 |
| 06/22 | 33,465.39 | ACH Settlement Payments Vital Pharma | 00023173906818476 |
| 06/22 | 33,131.81 | ACH Web Debit Federal Express Epa69606881 | 00023172911247305 |
| 06/22 | 4,985.38 | ACH Web Debit Federal Express Epa69606383 | 00023172911247319 |
| 06/22 | 4,584.44 | ACH Web Rsibillpay Republicservices 306950020443 | 00023172912983611 |
| 06/22 | 1,758.43 | Corporate ACH Route DBA Route DBA Sos St-E0J6R3M6H2P0 | 00023172912831395 |
| 06/22 | 33.46 | ACH Web Rsibillpay Republicservices 306200910735 | 00023172912983612 |
| 06/23 | 40,000.00 | ACH Settlement Payments Vital Pharma | 00023174910074685 |
| 06/23 | 1,994.40 | ACH Settlement Payments Vital Pharma | 00023174910074684 |
| 06/23 | .25 | ACH Settlement Payments Vital Pharma | 00023174910074686 |
| 06/23 | 774.53 | ACH Web Debit Federal Express Epa69614977 | 00023173905213332 |
| 06/23 | 457.59 | ACH Web Debit Federal Express Epa69615622 | 00023173905213331 |

ACH Debits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period    06/01/2023  to  06/30/2023  
Account number: ▮▮▮▮▮▮▮9672  
Page 10 of 11

## Checks and Other Debits - continued

### ACH Debits - continued

122 transactions for a total of $3,231,394.06

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/23 | 100.75 | Corporate ACH Receivable Wageworks Inv5214000 | 00023173906292689 |
| 06/26 | 28,971.14 | Corporate ACH Receive Penske Truck 503329 | 00023174007344543 |
| 06/26 | 167,279.58 | Corporate ACH Corp Pymnt Vital Pharmaceut 231736678 | 00023174907656604 |
| 06/27 | 1,331.00 | ACH Settlement Payments Vital Pharma | 00023178909019684 |
| 06/27 | 2,727.58 | Corporate ACH EDI Pymnts Upwork Escrow In ACH596095960 | 00023177903985231 |
| 06/29 | 20,000.00 | ACH Settlement Payments Vital Pharma | 00023180907840915 |
| 06/29 | 10,397.56 | ACH Settlement Payments Vital Pharma | 00023180907840917 |
| 06/29 | 2,375.00 | ACH Settlement Payments Vital Pharma | 00023180907840916 |
| 06/29 | 83,203.46 | ACH Web Debit Federal Express Epa69661135 | 00023179911367026 |
| 06/29 | 5,436.57 | ACH Web Debit Federal Express Epa69662139 | 00023179911367027 |
| 06/29 | 1,057.05 | Corporate ACH Route DBA Route DBA Sos St-J4N1I2K9R9A4 | 00023179912699721 |
| 06/29 | 300.66 | ACH Debit Achpayment Viasat Inc A52213938 | 00023179912738935 |
| 06/29 | 175.87 | ACH Debit Achpayment Viasat Inc A52242285 | 00023179912738936 |
| 06/29 | 175.76 | ACH Debit Achpayment Viasat Inc A52333430 | 00023179912738937 |
| 06/30 | 513,183.92 | ACH Settlement Payments Vital Pharma | 00023181911584491 |
| 06/30 | 61,116.16 | ACH Settlement Payments Vital Pharma | 00023181911584493 |
| 06/30 | 2,216.00 | ACH Settlement Payments Vital Pharma | 00023181911584494 |
| 06/30 | 304.01 | ACH Settlement Payments Vital Pharma | 00023181911584492 |
| 06/30 | 405.60 | Corporate ACH 8004559645 Sticky.Io Inc Ac 1800000797 | 00023180907228709 |
| 06/30 | 115.40 | Corporate ACH Echeckpay Readyrefresh 6700461436 | 00023181907985322 |
| 06/30 | 55.98 | ACH Web Debit Federal Express Epa69673112 | 00023180905751775 |

### Funds Transfers Out

33 transactions for a total of $1,592,346.63

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/01 | 253,281.93 | Wire Transfer Out 2361L1421Div5W0l | W2361L1421DIV5W0L |
| 06/06 | 8,000.00 | Wire Transfer Out 2366L44220Tw6310 | W2366L44220TW6310 |
| 06/06 | 3,800.00 | Int'L Wire Out 2366L442318V8Gft | W2366L442318V8GFT |
| 06/06 | 3,800.00 | Int'L Wire Out 2366L4422Gfv8Gfo | W2366L4422GFV8GFO |
| 06/06 | 4,000.00 | Wire Transfer Out 2366L44230Uw6317 | W2366L44230UW6317 |
| 06/06 | 4,000.00 | Int'L Wire Out 2366L442301X4Yvd | W2366L442301X4YVD |
| 06/06 | 3,000.00 | Int'L Wire Out 2366L4422Qxx23Vb | W2366L4422QXX23VB |
| 06/06 | 1,800.00 | Wire Transfer Out 2366L44236Dw4J1E | W2366L44236DW4J1E |

Funds Transfers Out continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
OPERATING ACCOUNT

For the period   06/01/2023 to 06/30/2023  
Account number: ███████9672  
Page 11 of 11

## Checks and Other Debits - continued

### Funds Transfers Out   - continued          33 transactions for a total of $1,592,346.63

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/06 | 1,700.00 | Int'L Wire Out 2366L4423Gcv95G1 | W2366L4423GCV95G1 |
| 06/06 | 1,600.00 | Wire Transfer Out 2366L4423Aux23Vo | W2366L4423AUX23VO |
| 06/06 | 3,000.00 | Wire Transfer Out 2366L44232Wx25Vf | W2366L44232WX25VF |
| 06/06 | 2,200.00 | Wire Transfer Out 2366L4423Ixv8Gg4 | W2366L4423IXV8GG4 |
| 06/06 | 1,000.00 | Wire Transfer Out 2366L4423Ktv7Sg7 | W2366L4423KTV7SG7 |
| 06/06 | 1,000.00 | Int'L Wire Out 2366L4423Lnx25Vx | W2366L4423LNX25VX |
| 06/06 | 800.00 | Int'L Wire Out 2366L4423Lrw2O1P | W2366L4423LRW2O1P |
| 06/06 | 700.00 | Wire Transfer Out 2366L4423P6W4J1S | W2366L4423P6W4J1S |
| 06/06 | 200.00 | Int'L Wire Out 2366L44240Ex23W3 | W2366L44240EX23W3 |
| 06/06 | 2,500.00 | Wire Transfer Out 2366L4423J4W6S1L | W2366L4423J4W6S1L |
| 06/06 | 800.00 | Wire Transfer Out 2366L4423N6V8Yga | W2366L4423N6V8YGA |
| 06/06 | 4,000.00 | Wire Transfer Out 2366L442301V95Fr | W2366L442301V95FR |
| 06/06 | 6,500.00 | Int'L Wire Out 2366L44231Rw6S19 | W2366L44231RW6S19 |
| 06/06 | 2,000.00 | Int'L Wire Out 2366L442353V8Yfx | W2366L442353V8YFX |
| 06/06 | 1,500.00 | Wire Transfer Out 2366L4423Hww631I | W2366L4423HWW631I |
| 06/06 | 2,500.00 | Wire Transfer Out 2366L4423Etx7Uvr | W2366L4423ETX7UVR |
| 06/07 | 3,000.00 | Wire Transfer Out 2366L4423H7X4Yvt | W2366L4423H7X4YVT |
| 06/09 | 1,300.00 | Int'L Wire Out 2369K1402Qlv2Ezn | W2369K1402QLV2EZN |
| 06/14 | 1,000,000.00 | Wire Transfer Out 236Ei1310E09237F | W236EI1310E09237F |
| 06/14 | 18,396.99 | Wire Transfer Out 236El40021991U93 | W236EL40021991U93 |
| 06/14 | 1,177.12 | Int'L Wire Out 236El4003Jt70X9T | W236EL4003JT70X9T |
| 06/28 | 1,508.00 | Wire Transfer Out 236Sk1801BP70Ybs | W236SK1801BP70YBS |
| 06/28 | .37 | Int'L Wire Out 236Sk190442933En | W236SK190442933EN |
| 06/28 | .29 | Int'L Wire Out 236Sk19044186Pba | W236SK19044186PBA |
| 06/30 | 253,281.93 | Wire Transfer Out 236Ug23165E82Rv0 | W236UG23165E82RV0 |

### Other Debits                   1 transaction for a total of $3,968.14

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/30 | 3,968.14 | Corporate Account Analysis Charge | 0000000000000009208 |

Member FDIC                                      Equal Housing Lender