# Corporate Business Account Statement



Page 1 of 2
Account Number: 9699

For the period 06/01/2023 to 06/30/2023

VITAL PHARMACEUTICALS INC #22-17842
CREDIT CARD ACCOUNT
DEBTOR IN POSSESSION
1600 N PARK DR
WESTON FL 33326-3278

Number of enclosures: 0
Tax ID Number: 65-0668430

For Client Services:
Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 169,702.13 | 137,593.60 | 298,989.69 | 8,306.04 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | .00 |
| National Lockbox | 0 | .00 |
| ACH Credits | 9 | 137,593.60 |
| Funds Transfers In | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 0 | .00 |
| Total | 9 | 137,593.60 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | .00 |
| Returned Items | 0 | .00 |
| ACH Debits | 4 | 8,989.69 |
| Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 1 | 290,000.00 |
| Total | 5 | 298,989.69 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 170,019.91 | 06/08 | 217,145.62 | 06/16 | 262,619.84 |
| 06/02 | 171,575.70 | 06/09 | 212,308.42 | 06/22 | 268,738.04 |
| 06/05 | 169,517.62 | 06/13 | 218,976.34 | 06/28 | 8,306.04 |

## Deposits and Other Credits

### ACH Credits — 9 transactions for a total of $137,593.60

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 244.86 | Corporate ACH Bill.Com<br>Clearsale Llc 016Fwdqky2Nzwgw | 00023151911308541 |
| 06/01 | 72.92 | Corporate ACH Bill.Com<br>Clearsale Llc 016Tsncws2Nzwgk | 00023151911308539 |
| 06/02 | 1,673.84 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023153906827738 |
| 06/05 | 1,976.36 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023156901529986 |
| 06/08 | 47,628.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023159904540929 |
| 06/13 | 6,667.92 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023164905748245 |

ACH Credits continued on next page

# Corporate Business Account Statement

VITAL PHARMACEUTICALS INC #22-17842  
CREDIT CARD ACCOUNT

For the period    06/01/2023 to 06/30/2023  
Account number:    █████9699  
Page 2 of 2

## Deposits and Other Credits - continued

### ACH Credits - continued

9 transactions for a total of $137,593.60

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/16 | 43,643.50 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023167908215818 |
| 06/22 | 6,118.20 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023173903943672 |
| 06/28 | 29,568.00 | Corporate ACH Credit Dep<br>5/3 Bankcard Sys Chain 0F1975 | 00023179909159145 |

## Checks and Other Debits

### ACH Debits

4 transactions for a total of $8,989.69

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/02 | 60.00 | ACH Web Sq230602 Square Inc T3T2Pkxc761Zncf | 00023153906790599 |
| 06/02 | 58.05 | Corporate ACH Billing Authnet Gateway 128975529 | 00023152903531838 |
| 06/05 | 4,034.44 | Corporate ACH Cred Fees<br>5/3 Bankcard Sys Chain 0F1975 | 00023156901529983 |
| 06/09 | 4,837.20 | Corporate ACH Mps Billng Fifth Third ACH 0F1975 | 00023159905821202 |

### Other Debits

1 transaction for a total of $290,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/28 | 290,000.00 | Account Transfer To █████9672 | VITAL PHARMACEU |

Member FDIC    Equal Housing Lender