

Merchant Account ID: ▮▮▮▮▮▮▮▮GG5J     PayPal ID: accounts.payable@bangenergy.com     6/1/23 - 6/30/23

## Statement for June 2023

Vital Pharmaceuticals. Inc.
1600 North Park Drive
33326 Weston

## Balance Summary (6/1/23 - 6/30/23)

|     | Available beginning | Available ending | Withheld beginning | Withheld ending |
|-----|---:|---:|---:|---:|
| USD | 97.86 | 111.84 | 0.00 | 0.00 |
| EUR | 0.00 | 0.00 | 0.00 | 0.00 |

Merchant Account ID: ▮▮▮▮▮▮▮▮GG5J     PayPal ID: accounts.payable@bangenergy.com     6/1/23 - 6/30/23



| Merchant Account ID: ▮▮▮▮▮▮▮GG5J | PayPal ID: accounts.payable@bangenergy.com | 6/1/23 - 6/30/23 |

## Activity Summary (6/1/23 - 6/30/23)

|  | USD |
|---|---:|
| Beginning Available Balance | 97.86 |
| Payments received | 14.98 |
| Payments sent | 0.00 |
| Withdrawals and Debits | 0.00 |
| Deposits and Credits | 0.00 |
| Fees | -1.00 |
| Ending Available Balance | 111.84 |



| Merchant Account ID: ▮▮▮▮▮▮▮▮GG5J | PayPal ID: accounts.payable@bangenergy.com | 6/1/23 - 6/30/23 |

## Payments received

| Description | USD |
|---|---|
| Subscription Payment | 14.98 |
| Total | 14.98 |

## Fees

| Description | USD |
|---|---|
| Payment Fee | -1.00 |
| Total | -1.00 |



Merchant Account ID: ███████GG5J    PayPal ID: accounts.payable@bangenergy.com    6/1/23 - 6/30/23

## Transaction History - USD

| Date | Description | Name \ Email | Gross | Fee | Net |
|---|---|---|---|---|---|
| 6/30/23 | Subscription Payment<br>ID: 0AY942825F270924M | Joseph R█████<br>█████@yahoo.com | 14.98 | -1.00 | 13.98 |

To report an unauthorized transaction or other error NOT involving your debit card: call (402-938-3614) or write to us (Attn: Error Resolution Department, P.O. Box 45950, Omaha, NE 68145-0950).

To report an unauthorized transaction or other error concerning your debit card: call (402-938-3614), fax (303-395-2855) or write to us (PayPal Debit Card Department, P.O. Box 45950, Omaha, NE 68145-0950).

To cancel a pre-authorized or recurring payment or determine whether a pre-authorized or recurring transfer has been made: call us at 1-877-896-6383 (please note that only calls pertaining to pre-authorized or recurring payments will be accepted at this number).