UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]        Case No.: 22-17842-PDR

    Debtors.                                          (Jointly Administered)

_____/

### NOTICE OF FILING REVISED, PROPOSED ORDER GRANTING DEBTORS' TWELFTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, EEC, Quash Seltzer, EEC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file the attached, revised proposed *Order Granting Debtors' Twelfth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts*, which reflects revisions from the version attached as Exhibit A to the *Debtors' Twelfth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts* [ECF No. 1781] filed by the Debtors on August 7, 2023.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Dated: August 8, 2023
      Miami, Florida

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
      liza.burton@lw.com
      jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph Celentino (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com

Respectfully submitted,

/s/ Michael J. Niles
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:  (305) 755-9500
Email:  jguso@bergersingerman.com
      mniles@bergersingerman.com

*Co-Counsel for the Debtors*

12354712-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                     Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]      Case No.: 22-17842-PDR

      Debtors.                                      (Jointly Administered)
_____/

**ORDER GRANTING DEBTORS' TWELFTH OMNIBUS MOTION FOR
ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF
CERTAIN EXECUTORY CONTRACTS**

     **THIS MATTER** came before the Court on _____, 2023 at _____

a.m./p.m., in Fort Lauderdale, Florida, upon the *Debtors' Twelfth Omnibus Motion for Entry of*

*an Order Authorizing the Rejection of Certain Executory Contracts* (the "Motion") [ECF No.

_____] filed by the above-captioned debtors and debtors-in-possession (collectively, the

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12351389-2

"Debtors"). The Motion seeks authority to reject certain executory contracts and unexpired leases with rejection of such executory contracts and unexpired leases to be effective as of July 31, 2023. The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors. Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary. Accordingly, based on the entire record of the hearing on the Motion, it is

**ORDERED** that:

1.      The Motion is **GRANTED** as provided herein.

2.      The Debtors' rejection of the executory contracts with each of the counterparties set forth on **Exhibit "B"** to this Motion is **APPROVED**, effective as of July 31, 2023, pursuant to 11 U.S.C. § 365(a).

3.      For the avoidance of doubt, the contracts and leases assumed and assigned to Blast Asset Acquisition, LLC pursuant to the APA[2] and *Notice of Assignment of Contracts and Leases in Connection with Sale* [ECF No. 1751] shall not be affected by this Order and nothing herein shall be deemed or construed as a rejection of such contracts and leases.

4.      **ANY PROOF OF CLAIM FOR DAMAGES ARISING FROM THE REJECTION MUST BE FILED WITH THE COURT ON OR BEFORE THE LATEST OF: (I) THE TIME FOR FILING A PROOF OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(c)(3); (II) 30 DAYS AFTER THE ENTRY OF THE ORDER COMPELLING OR APPROVING THE REJECTION OF THE CONTRACT OR**

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given such terms in the Motion.

12351389-2                                                              2

**LEASE; OR (III) 30 DAYS AFTER THE EFFECTIVE DATE OF THE REJECTION OF THE CONTRACT OR LEASE.**

5.      The Court retains jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

12351389-2                                    3