## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:  
VITAL PHARMACEUTICALS, INC., *et al.*,

      Debtors.                                     /

Case No.: 22-17842-PDR  
Chapter 11  
(Jointly Administered)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the following document was filed and served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case:

- *Notice of Hearing* [ECF 1785] on the *Motion to Withdraw as Attorney* filed by Irwin R. Gilbert was served on August 8, 2023.

Dated: August 9, 2023

Respectfully submitted,

By: */s/ Irwin R. Gilbert*

IRWIN R. GILBERT  
Florida Bar No. 099473  
**CONRAD & SCHERER, LLP**  
633 South Federal Highway  
Fort Lauderdale, FL 33301  
Tel: (954) 847-3328 | Fax: (954) 463-9244  
Email: IGilbert@conradscherer.com

1