United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 10 |
| Date Rcvd: Aug 08, 2023 | Form ID: CGFCRD3Z | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Irwin R. Gilbert, 633 S. Federal Highway, 8th Floor, Ft. Lauderdale, FL 33301-3166 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 10, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |
| Aleksas Barauskas | on behalf of Creditor Suddath Global Logistics LLC abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com |

District/off: 113C-0                              User: admin                                    Page 2 of 10
Date Rcvd: Aug 08, 2023                     Form ID: CGFCRD3Z                              Total Noticed: 1

Aliette D Rodz
        on behalf of Creditor Truist Bank arodz@shutts.com

Amanda E Preston
        on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com
        amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston
        on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com
        amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch
        on behalf of Creditor Suddath Global Logistics  LLC amy.leitch@akerman.com,
        Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley
        on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com

Andrew Sorkin
        on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
        on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
        on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
        on behalf of Creditor Mitsubishi HC Capital America  Inc. aaragona@blockscarpa.com

Arthur C. Neiwirth, Esq.
        on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
        on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
        on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law
        dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
        on behalf of Creditor Entourage IP Holding  LLC bss@slp.law,
        dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
        on behalf of Creditor Archer Daniels Midland Company bss@slp.law
        dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
        on behalf of Creditor Wild Flowers Inc. bss@slp.law  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Brendan S Everman
        on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 10 |
| Date Rcvd: Aug 08, 2023 | Form ID: CGFCRD3Z | Total Noticed: 1 |

Brendan S Everman
    on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Capitol Records  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Arista Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor LaFace Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
    on behalf of Creditor Universal Musica  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
    on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

C Craig Eller, Esq
    on behalf of Creditor Southeast Cold Fill  LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Carolyn Tatkin
    on behalf of Creditor CM Builders  Inc. dba Integrated Masonry tatkin@radixlaw.com

Christopher R Kaup
    on behalf of Creditor Nexus Steel  LLC crk@tblaw.com, crkdepartment@tblaw.com

Christopher R Thompson
    on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson
    on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Craig I Kelley
    on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 4 of 10 |
| Date Rcvd: Aug 08, 2023 | Form ID: CGFCRD3Z | Total Noticed: 1 |

Craig I Kelley
    on behalf of Creditor Carolina Canners Inc. craig@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Dain De Souza
    on behalf of Creditor Circle K Procurement and Brands Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com

Dain De Souza
    on behalf of Creditor Circle K Stores Inc. ddesouza@bastamron.com, jmiranda@bastamron.com

Daniel Harvath
    on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath
    on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

David Samole, Esq
    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
    on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com

David H Conaway, Esq
    on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L Gay, Esq.
    on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq
    on behalf of Creditor LMR TRUCKING INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Douglas Spelfogel
    on behalf of Interested Party John H. Owoc a/k/a Jack H. Owoc dspelfogel@mayerbrown.com

Edward M Fitzgerald, Esq
    on behalf of Creditor RXO Capacity Solutions LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq
    on behalf of Creditor XPO LOGISTICS LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Eric S Pendergraft
    on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft
    on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S. Golden, Esq.
    on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
    on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
    on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
    on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Doehler USA Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com

Fernando J Menendez
    on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com jdiaz@sequorlaw.com

Frank Terzo, Esq.
    on behalf of Creditor Nelson Mullins Riley & Scarborough LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com

G Steven Fender
    on behalf of Defendant Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

G Steven Fender
    on behalf of Creditor Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

District/off: 113C-0　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 5 of 10
Date Rcvd: Aug 08, 2023　　　　　　　　　　　Form ID: CGFCRD3Z　　　　　　　　　　　Total Noticed: 1

| | |
|---|---|
| Gavin N Stewart | on behalf of Creditor Ally Bank bk@stewartlegalgroup.com |
| Gerard M Kouri Jr., Esq | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net |
| Hamid R. Rafatjoo | on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R. Rafatjoo | on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R. Rafatjoo | on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Harris J. Koroglu | on behalf of Creditor Truist Bank hkoroglu@shutts.com mcabo@shutts.com;bvelapoldi@shutts.com |
| Heidi A Feinman | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Ian M. Ross | on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com |
| Ian M. Ross | on behalf of Creditor Warner Media Group iross@sidley.com |
| Irwin R Gilbert | on behalf of Defendant John H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Irwin R Gilbert | on behalf of Defendant Megan E. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Irwin R Gilbert | on behalf of Interested Party Jack H. Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Irwin R Gilbert | on behalf of Interested Party Megan Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Irwin R Gilbert | on behalf of Attorney Irwin R. Gilbert igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Irwin R Gilbert | on behalf of Plaintiff John Owoc igilbert@conradscherer.com agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Isaac M Marcushamer, Esq. | on behalf of Creditor VS Carbonics Inc. isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com |
| Isabel V Colleran | on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com |
| J. Steven Wilkes | on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov |
| Jacob D Morton | on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com |
| Jason Enright | on behalf of Creditor Ranger H-TX LP jenright@winstead.com |
| Jason A. Weber, Esq. | on behalf of Creditor Nexus Steel LLC jaw@tblaw.com, Nboffill@tblaw.com |
| Jean-Claude Mazzola | on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com |
| Jean-Claude Mazzola | on behalf of Creditor CSPC Innovation Pharmaceutical Co. Ltd. Jeanclaude@mazzolalindstrom.com |
| Jerry M Markowitz | on behalf of Creditor CM Builders Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jerry M Markowitz | on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jerry M Markowitz | |

        on behalf of Creditor Lease Plan USA LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com

Jesse R Cloyd

        on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish

        on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.

        on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.

        on behalf of Creditor C.K.S. Packaging Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony

        on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jonathan S. Feldman

        on behalf of Creditor Entourage IP Holding LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman

        on behalf of Interested Party Elite Island LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman

        on behalf of Interested Party Megan Owoc feldman@katiephang.com service@katiephang.com

Jonathan S. Feldman

        on behalf of Defendant John H. Owoc feldman@katiephang.com service@katiephang.com

Jonathan S. Feldman

        on behalf of Defendant Entourage IP Holdings LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman

        on behalf of Defendant Megan E. Owoc feldman@katiephang.com service@katiephang.com

Jonathan S. Feldman

        on behalf of Interested Party Jack H. Owoc feldman@katiephang.com service@katiephang.com

Jordi Guso, Esq.

        on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

        on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Debtor JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.
        on behalf of Defendant Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jorge Espinosa
        on behalf of Plaintiff ThermoLife International  LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com

Jorge Espinosa
        on behalf of Creditor ThermoLife International  LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com

Joseph A Pack
        on behalf of Creditor Brendan Abbott joe@packlaw.com

Joseph A Pack
        on behalf of Creditor Peter Fischer joe@packlaw.com

Joseph D Frank
        on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Juan J Mendoza
        on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com  ngonzalez@sequorlaw.com

Justin D Plean
        on behalf of Creditor Hardrock Concrete Placement Co  INC justin.plean@qpwblaw.com

Justin M Luna
        on behalf of Interested Party Elite Island  LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Justin M Luna
        on behalf of Interested Party Megan Owoc jluna@lathamluna.com  bknotice1@lathamluna.com;lvanderweide@lathamluna.com

Keith W. Fendrick
        on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com

Kenneth Scott Reynolds
        on behalf of Creditor Hardrock Concrete Placement Co  INC scott@sgazlaw.com

Kevin Michael Capuzzi
        on behalf of Creditor Trinity Logistics  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

District/off: 113C-0 User: admin Page 8 of 10
Date Rcvd: Aug 08, 2023 Form ID: CGFCRD3Z Total Noticed: 1

| | |
|---|---|
| Klaus Peter Muthig, I | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com |
| Leyza F. Blanco, Esq. | on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Leyza F. Blanco, Esq. | on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Marc P Barmat | on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com yfernandez@furrcohen.com;staff1@furrcohen.com |
| Mark Alan Salzberg | on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com |
| Mark S. Roher, Esq. | on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |
| Martin L Sandler, Esq | on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com |
| Matthew F Kye | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Matthew G Davis | on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com |
| Megan W Murray | on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com |
| Melissa A. Campbell | on behalf of Creditor FONA International Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com |
| Michael D. Seese, Esq. | on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com |
| Michael I Goldberg, Esq | on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Michael I Goldberg, Esq | on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Quash Seltzer LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Rainbow Unicorn Bev LLC mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff JHO Real Estate Investment LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Bang Energy Canada Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |

Michael R Dal Lago
  on behalf of Creditor The Kroger Co. mike@dallagolaw.com
  fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com

Michael R Dal Lago
  on behalf of Creditor Kuckelman Torline Kirkland Inc. mike@dallagolaw.com,
  fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com

Michael W Ullman, Esq
  on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net,
  jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net

Nicole Grimal Helmstetter
  on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com
  elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com

Nir Maoz
  on behalf of Defendant Orange Bang Inc. nmaoz@ktbslaw.com

Nir Maoz
  on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com

Office of the US Trustee
  USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond
  on behalf of Defendant Robert Dickinson predmond@stearnsweaver.com
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
  on behalf of Interested Party Robert Preston Dickinson predmond@stearnsweaver.com
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
  on behalf of Interested Party Steven Panagos predmond@stearnsweaver.com
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
  on behalf of Defendant Steven Panagos predmond@stearnsweaver.com
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
  on behalf of Interested Party Stephen Gray predmond@stearnsweaver.com
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
  on behalf of Defendant Stephen Gray predmond@stearnsweaver.com
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
  on behalf of Attorney Patricia A. Redmond predmond@stearnsweaver.com
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Peter H Levitt, Esq
  on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com

Philip W Crawford
  on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Philip W Crawford
  on behalf of Creditor EFL Global Logistics Canada Ltd. pcrawford@gibbonslaw.com

Phillip M. Hudson III
  on behalf of Creditor Chubb Companies pmhudson@duanemorris.com
  gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com

Ralph W. Confreda, Jr
  on behalf of Creditor Balboa Capital Corporation rconfreda@mcglinchey.com alozada@mcglinchey.com

Richard J Bernard, Esq.
  on behalf of Creditor Duke Secured Financing 2009-1PAC LLC richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
  on behalf of Creditor Prologis Targeted U.S. Logistics Fund L.P. richard.bernard@faegredrinker.com

Richard J Bernard, Esq.
  on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com

Robert C Furr, Esq
  on behalf of Creditor The American Bottling Company ltitus@furrcohen.com
  atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com

| | |
|---|---|
| Robert P. Charbonneau, Esq. | on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Graphic Packaging International LLC rbruckmann@shumaker.com, celgin@shumaker.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com celgin@shumaker.com |
| Ronald M Emanuel, Esq | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com marsha.dror@emzwlaw.com;eservice@emzwlaw.com |
| Ross R Hartog | on behalf of Creditor Faith Technologies Incorporated rhartog@mrthlaw.com ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com |
| Rudy J Cerone | on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com lgraff@mcglinchey.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D Knapp | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com |
| Steven R Safra | on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com |
| Steven J. Solomon, Esq. | on behalf of Creditor ThermoLife International LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Krier Foods Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Plaintiff ThermoLife International LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com |
| Stuart F Wilson-Patton | on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov |
| Thomas L Abrams | on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com |
| Thomas W. Tierney | on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com kkelly@rosswayswan.com |
| Veronica M Rabinowitz | on behalf of Special Counsel David Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com |
| Veronica M Rabinowitz | on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com |
| Zach B Shelomith | on behalf of Creditor All Brands Distribution LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com |

TOTAL: 211

Form CGFCRD3Z (01/14/23)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22-17842-PDR

Chapter: 11

**In re:**
Vital Pharmaceuticals, Inc.
dba VPX Sports, dba Bang Energy, dba VPX/Redline, dba Quash Life Lift, dba Redline
1600 N. Park Dr.
Weston, FL 33326
EIN: 65-0668430

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**Motion to Withdraw as Attorney of Record Filed by Attorney Irwin R. Gilbert (Gilbert, Irwin) (1777)**

1. This matter has been set on the Court's motion calendar for a non-evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** August 10, 2023
   **Time:** 02:00 PM
   **Location:** Video Conference by Zoom for Government

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated:** 8/8/23

**CLERK OF COURT**
By: Melva Weldon
Courtroom Deputy