

**ORDERED in the Southern District of Florida on August 11, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

        Debtors.           /

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

## ORDER GRANTING IRWIN R. GILBERT'S 'S MOTION TO WITHDRAW

This matter came before the court during a hearing on August 10, 2023, at 2:00 P.M. on the *Motion to Withdraw* [D.E. 1777] (the "Motion") filed by Irwin R. Gilbert. The Court having reviewed the motion and good cause appearing, it is

**ORDERED AND ADJUDGED:**

1. The Motion is **GRANTED**.

2. Irwin R. Gilbert, Esq. and Conrad & Scherer, LLP are relieved of any further responsibilities in the above-captioned case.

# # #

Submitted by:
Irwin R. Gilbert, Esq.
Conrad & Scherer, LLP
633 S. Federal Hwy., Suite 800
Fort Lauderdale, FL 33301
Phone: (954) 847-3327
Email: IGilbert@conradscherer.com

*(Irwin R. Gilbert, Esq. is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a confirming certificate of service.)*