UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re

VITAL PHARMACEUTICALS, INC., et al.,

Debtors.
_____/

Case No. 22-17842-PDR

Chapter 11

(Jointly Administered)

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Creditor ThermoLife International, LLC hereby withdraws the Notice of Appearance and Request for Service of Francesca Russo [D.E. 1793].

Dated: August 14, 2023.

**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tel: (305) 416-6800
Fax: (305) 416-6887

By:   */s/ Francesca Russo*
Francesca Russo
Florida Bar No.:  174912
francesca.russo@gray-robinson.com
Steven J. Solomon
Florida Bar No: 931969
steven.solomon@gray-robinson.com
Jorge Espinosa
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
*Local Counsel for ThermoLife International, LLC*

1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 14th day of August, 2023, true and correct copies of the foregoing were served electronically via the Court's electronic filing system on all parties registered to receive notifications via CM/ECF in this case.

*/s/ Francesca Russo*
Francesca Russo
