UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LIST**

Carolyn Tatkin, of the law offices of Radix Law, hereby withdraws her *Pro Hac Vice* appearance, as counsel for CM Builders, Inc., d/b/a Integrated Masonry ("Integrated Masonry"). Integrated Masonry is not a party to any pending contested matters or adversary proceedings, accordingly, Carolyn Tatkin, respectfully requests that the Clerk of the Court remove same from the creditor matrix and CM/ECF in this case on behalf of Integrated Masonry.

Dated:  August 14, 2023              Respectfully submitted,

RADIX LAW

  /s/ Carolyn Tatkin              .
Carolyn Tatkin.
15205 N. Kierland, Suite 200
Scottsdale, AZ 85254
T: (602) 606-9300
tatkin@radixlaw.com
*Attorney for CM Builders, Inc., d/b/a Integrated Masonry*

-and-

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
*Local Counsel for* CM Builders, Inc., d/b/a Integrated Masonry
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida  33156
Tel:  (305) 670-5000
Fax:  (305) 670-5011

By: *s/Jerry M. Markowitz*
    JERRY M. MARKOWITZ
    Florida Bar No. 182420
    Email: jmarkowitz@mrthlaw.com


## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted *pro hac vice* to the United States District Court for the Southern District of Florida, pursuant to Court's Order Admitting *Pro Hac Vice* [ECF #712], and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    */s/ Carolyn Tatkin*
    CAROLYN TATKIN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Appearance has been served on this 14th day of August, 2023 upon all counsel of record and parties-in-interest registered to receive electronic notice via CM/ECF Notification and listed on the attached Service List.

By: */s/ Jerry M. Markowitz*
    JERRY M. MARKOWITZ

**Service List**

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**   aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**   tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**   sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**   janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- **Anthony J Aragona**   aaragona@blockscarpa.com
- **Aleksas Barauskas**   abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com
- **Marc P Barmat**   mbarmat@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Richard J Bernard**   richard.bernard@faegredrinker.com
- **Leyza F. Blanco**   lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**   rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**   kyler.burgi@dgslaw.com
- **Melissa A. Campbell**   mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Kevin Michael Capuzzi**   kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Rudy J Cerone**   rcerone@mcglinchey.com, lgraff@mcglinchey.com
- **Robert P. Charbonneau**   rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**   jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Isabel V Colleran**   isabel.colleran@blaxgray.com
- **David H Conaway**   dconaway@slk-law.com
- **Ralph W. Confreda**   rconfreda@hinshawlaw.com, alozada@mcglinchey.com
- **Philip W Crawford**   pcrawford@gibbonslaw.com
- **Michael R Dal Lago**   mike@dallagolaw.com, fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com
- **Matthew G Davis**   mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Dain De Souza**   ddesouza@bastamron.com, jmiranda@bastamron.com

- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Ronald M Emanuel**    ron.emanuel@emzwlaw.com, marsha.dror@emzwlaw.com;eservice@emzwlaw.com
- **Jason Enright**    jenright@winstead.com
- **Jorge Espinosa**    jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com
- **Brendan S Everman**    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **G Steven Fender**    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Irwin R Gilbert**    igilbert@conradscherer.com, agebert@conradscherer.com;ogonzalez@conradscherer.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Joe M. Grant**    jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com
- **Andrea S. Hartley**    andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**    rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**    dharvath@harvathlawgroup.com
- **Nicole Grimal Helmstetter**    nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com

- **Phillip M. Hudson III** pmhudson@duanemorris.com, gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com; AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com
- **Christopher R Kaup** crk@tblaw.com, crkdepartment@tblaw.com
- **Craig I Kelley** craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp** scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu** hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.** gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye** mkye@kyelaw.com
- **Dennis J LeVine** Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Amy Leitch** amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com
- **Peter H Levitt** plevitt@shutts-law.com, sboisvert@shutts.com
- **Justin M Luna** jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- **Nir Maoz** nmaoz@ktbslaw.com
- **Isaac M Marcushamer** isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz** jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com
- **Jean-Claude Mazzola** Jeanclaude@mazzolalindstrom.com
- **Brigette G McGrath** bmcgrath@askllp.com, mudem@askllp.com
- **Juan J Mendoza** jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez** fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Jacob D Morton** jacob.morton@hklaw.com
- **Megan W Murray** mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com
- **Klaus Peter Muthig** muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth** aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles** mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack** joe@packlaw.com

- **Jimmy D. Parrish**    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Justin D Plean**    justin.plean@qpwblaw.com
- **Amanda E Preston**    amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- **Veronica M Rabinowitz**    vrabinowitz@sfl-law.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- **Hamid R. Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Kenneth Scott Reynolds**    scott@sgazlaw.com
- **Elizabeth M. Rodriguez**    erodriguez@fordharrison.com
- **Aliette D Rodz**    arodz@shutts.com
- **Mark S. Roher**    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Alan R Rosenberg**    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Ian M. Ross**    iross@sidley.com
- **Francesca Russo- DiStaulo**    frusso@etlaw.com
- **Steven R Safra**    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Mark Alan Salzberg**    mark.salzberg@squirepb.com, shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **David Samole**    das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Martin L Sandler**    martin@sandler-sandler.com
- **Michael D. Seese**    mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Steven J. Solomon**    steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com
- **Andrew Sorkin**    andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Douglas Spelfogel**    dspelfogel@mayerbrown.com

- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **Annie Yang Stoops**   annie.stoops@afslaw.com
- **Carolyn Tatkin**   tatkin@radixlaw.com
- **Frank Terzo**   frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson**   crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney**   ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman**   michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber**   jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick**   awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com
- **J. Steven Wilkes**   steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton**   stuart.wilson-patton@ag.tn.gov