UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                              Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC.,             Chapter 11

et. al.,

      Debtors.

_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST TO STOP ELECTRONIC NOTICE**

     NOTICE IS HEREBY GIVEN that Jerry M. Markowitz, of the law firm of Markowitz, Ringel, Trusty, & Hartog, P.A., ("MRTH") hereby notices his withdrawal of appearance as local counsel, on behalf of CM Builders, Inc., d/b/a Integrated Masonry ("Integrated Masonry"), and requests removal from CM/ECF and manual notice in this case. Integrated Masonry is not a party to any pending contested matter or adversary proceeding. Accordingly, Jerry M. Markowitz and MRTH respectfully request that the Clerk of the Court remove same from the creditor matrix and CM/ECF in this case on behalf of Integrated Masonry.

August 14, 2023                      Respectfully submitted,

                                              **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A**.
                                              *Local Counsel to CM Builders, Inc., d/b/a*
                                              *Integrated Masonry*
                                              9130 S. Dadeland Blvd., Suite 1800
                                              Miami, Florida 33156
                                              Tel: (305) 670-5000 / Fax: (305) 670-5011

                                              By: *s/Jerry M. Markowitz*
                                                  JERRY M. MARKOWITZ
                                                  Florida Bar No. 182420
                                                  Email: jmarkowitz@mrthlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to Stop Electronic Notice, was served via the Court's CM/ECF to all counsel of record and interested parties registered to receive electronic noticing in this case on August 14, 2023, and listed on the attached Service List.

By: *s/Jerry M. Markowitz*
JERRY M. MARKOWITZ, ESQ.

**Service List**

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**    aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**    tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**    sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**    janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- **Anthony J Aragona**    aaragona@blockscarpa.com
- **Aleksas Barauskas**    abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com
- **Marc P Barmat**    mbarmat@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Richard J Bernard**    richard.bernard@faegredrinker.com
- **Leyza F. Blanco**    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**    rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**    kyler.burgi@dgslaw.com
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Kevin Michael Capuzzi**    kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Rudy J Cerone**    rcerone@mcglinchey.com, lgraff@mcglinchey.com
- **Robert P. Charbonneau**    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**    jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Isabel V Colleran**    isabel.colleran@blaxgray.com
- **David H Conaway**    dconaway@slk-law.com
- **Ralph W. Confreda**    rconfreda@hinshawlaw.com, alozada@mcglinchey.com
- **Philip W Crawford**    pcrawford@gibbonslaw.com
- **Michael R Dal Lago**    mike@dallagolaw.com,

- fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com
- **Matthew G Davis**    mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Dain De Souza**    ddesouza@bastamron.com, jmiranda@bastamron.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Ronald M Emanuel**    ron.emanuel@emzwlaw.com, marsha.dror@emzwlaw.com;eservice@emzwlaw.com
- **Jason Enright**    jenright@winstead.com
- **Jorge Espinosa**    jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com
- **Brendan S Everman**    beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **G Steven Fender**    steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**    keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**    edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**    ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**    dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Irwin R Gilbert**    igilbert@conradscherer.com, agebert@conradscherer.com;ogonzalez@conradscherer.com
- **Michael I Goldberg**    michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**    egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Joe M. Grant**    jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com
- **Jordi Guso**    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**    ahammer@hmblaw.com, ecfnotices@hmblaw.com

- **Andrea S. Hartley**  andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**  rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**  dharvath@harvathlawgroup.com
- **Nicole Grimal Helmstetter**  nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com
- **Phillip M. Hudson III**  pmhudson@duanemorris.com, gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com
- **Christopher R Kaup**  crk@tblaw.com, crkdepartment@tblaw.com
- **Craig I Kelley**  craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**  scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**  hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**  gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**  mkye@kyelaw.com
- **Dennis J LeVine**  Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Amy Leitch**  amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com
- **Peter H Levitt**  plevitt@shutts-law.com, sboisvert@shutts.com
- **Justin M Luna**  jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- **Nir Maoz**  nmaoz@ktbslaw.com
- **Isaac M Marcushamer**  isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz**  jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Jean-Claude Mazzola**  Jeanclaude@mazzolalindstrom.com
- **Brigette G McGrath**  bmcgrath@askllp.com, mudem@askllp.com

- **Juan J Mendoza**   jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**   fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Jacob D Morton**   jacob.morton@hklaw.com
- **Megan W Murray**   mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com
- **Klaus Peter Muthig**   muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**   aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**   mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**   joe@packlaw.com
- **Jimmy D. Parrish**   jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Justin D Plean**   justin.plean@qpwblaw.com
- **Amanda E Preston**   amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- **Veronica M Rabinowitz**   vrabinowitz@sfl-law.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- **Hamid R. Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Patricia A Redmond**   predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Kenneth Scott Reynolds**   scott@sgazlaw.com
- **Elizabeth M. Rodriguez**   erodriguez@fordharrison.com
- **Aliette D Rodz**   arodz@shutts.com
- **Mark S. Roher**   mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Alan R Rosenberg**   arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Ian M. Ross**   iross@sidley.com
- **Francesca Russo- DiStaulo**   frusso@etlaw.com
- **Steven R Safra**   Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Mark Alan Salzberg**   mark.salzberg@squirepb.com,

- shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **David Samole** das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Martin L Sandler** martin@sandler-sandler.com
- **Michael D. Seese** mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith** zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Steven J. Solomon** steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com
- **Andrew Sorkin** andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Douglas Spelfogel** dspelfogel@mayerbrown.com
- **Gavin N Stewart** bk@stewartlegalgroup.com
- **Annie Yang Stoops** annie.stoops@afslaw.com
- **Carolyn Tatkin** tatkin@radixlaw.com
- **Frank Terzo** frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson** crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney** ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman** michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber** jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick** awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com
- **J. Steven Wilkes** steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton** stuart.wilson-patton@ag.tn.gov