**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                              Case No. 22-17842-PDR

VITAL PHARMACEUTICALS, INC.,                Chapter 11

et. al.,

      Debtors.

_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

NOTICE IS HEREBY GIVEN that Ross R. Hartog, Esq., of the law firm of Markowitz, Ringel, Trusty, & Hartog, P.A., ("MRTH") hereby notices their withdrawal of appearance as local counsel, on behalf of Faith Technologies Incorporated, and requests removal from CM/ECF and manual notice in this case. Faith Technologies Incorporated is not a party to any pending contested matters or adversary proceedings. Accordingly, Ross R. Hartog and MRTH respectfully request that the Clerk of the Court remove same from the creditor matrix and CM/ECF in this case on behalf of Faith Technologies Incorporated.

August 14, 2023                    Respectfully submitted,

                                       **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
                                       *Local Counsel to Faith Technologies Incorporated*
                                       101 NE Third Avenue, Suite 1210
                                       Ft. Lauderdale, Florida 33301
                                       Tel: (954) 767-0030 / Fax: (954) 767-0035

                                       By: *s/Ross R. Hartog*
                                           ROSS R. HARTOG
                                           Florida Bar No. 272360
                                           Email: rhartog@mrthlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to Stop Electronic Notice, was served via the Court's CM/ECF to all counsel of record and interested parties registered to receive electronic noticing in this case on August 14, 2023, and listed on the attached Service List.

                                              By: *s/Ross R. Hartog*
                                                      ROSS R. HARTOG, ESQ.

**Service List**

**Via Electronic Mail Notice To:**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Anne Aaronson**     aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com
- **Thomas L Abrams**     tabrams@tabramslaw.com, fcolumbo@tabramslaw.com
- **Scott Andron**     sandron@broward.org, swulfekuhle@broward.org
- **John A Anthony**     janthony@anthonyandpartners.com, efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com
- **Anthony J Aragona**     aaragona@blockscarpa.com
- **Aleksas Barauskas**     abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com
- **Marc P Barmat**     mbarmat@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Eyal Berger**     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Richard J Bernard**     richard.bernard@faegredrinker.com
- **Leyza F. Blanco**     lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Ronald D. P. Bruckmann**     rbruckmann@shumaker.com, celgin@shumaker.com
- **Kyler K Burgi**     kyler.burgi@dgslaw.com
- **Melissa A. Campbell**     mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Kevin Michael Capuzzi**     kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Rudy J Cerone**     rcerone@mcglinchey.com, lgraff@mcglinchey.com
- **Robert P. Charbonneau**     rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Jesse R Cloyd**     jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Isabel V Colleran**     isabel.colleran@blaxgray.com
- **David H Conaway**     dconaway@slk-law.com
- **Ralph W. Confreda**     rconfreda@hinshawlaw.com, alozada@mcglinchey.com
- **Philip W Crawford**     pcrawford@gibbonslaw.com
- **Michael R Dal Lago**     mike@dallagolaw.com,

- fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com
- **Matthew G Davis**  mdavis@pdtlegal.com, jdorta@pdtlegal.com
- **Dain De Souza**  ddesouza@bastamron.com, jmiranda@bastamron.com
- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Ronald M Emanuel**  ron.emanuel@emzwlaw.com, marsha.dror@emzwlaw.com;eservice@emzwlaw.com
- **Jason Enright**  jenright@winstead.com
- **Jorge Espinosa**  jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com
- **Brendan S Everman**  beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**  feldman@katiephang.com, service@katiephang.com
- **G Steven Fender**  steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Keith W. Fendrick**  keith.fendrick@hklaw.com, andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com
- **Edward M Fitzgerald**  edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com
- **Joseph D Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Robert C Furr**  ltitus@furrcohen.com, atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com
- **David L Gay**  dgay@carltonfields.com, cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net
- **Irwin R Gilbert**  igilbert@conradscherer.com, agebert@conradscherer.com;ogonzalez@conradscherer.com
- **Michael I Goldberg**  michael.goldberg@akerman.com, charlene.cerda@akerman.com
- **Eric S. Golden**  egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Joe M. Grant**  jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com
- **Jordi Guso**  jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Aaron L Hammer**  ahammer@hmblaw.com, ecfnotices@hmblaw.com

4

- **Andrea S. Hartley**   andrea.hartley@akerman.com, janet.salinas@akerman.com
- **Ross R Hartog**   rhartog@mrthlaw.com, ecfnotices@mrthlaw.com;gruiz@mrthlaw.com;mrthbkc@gmail.com;lgener@mrthlaw.com;ycandia@mrthlaw.com;rhartog@ecf.courtdrive.com
- **Daniel Harvath**   dharvath@harvathlawgroup.com
- **Nicole Grimal Helmstetter**   nicole.helmstetter@bipc.com, elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com
- **Phillip M. Hudson III**   pmhudson@duanemorris.com, gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com
- **Christopher R Kaup**   crk@tblaw.com, crkdepartment@tblaw.com
- **Craig I Kelley**   craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Scott D Knapp**   scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com
- **Harris J. Koroglu**   hkoroglu@shutts.com, mcabo@shutts.com;bvelapoldi@shutts.com
- **Gerard M Kouri Jr.**   gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Matthew F Kye**   mkye@kyelaw.com
- **Dennis J LeVine**   Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Amy Leitch**   amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com
- **Peter H Levitt**   plevitt@shutts-law.com, sboisvert@shutts.com
- **Justin M Luna**   jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com
- **Nir Maoz**   nmaoz@ktbslaw.com
- **Isaac M Marcushamer**   isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com
- **Jerry M Markowitz**   jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Jean-Claude Mazzola**   Jeanclaude@mazzolalindstrom.com
- **Brigette G McGrath**   bmcgrath@askllp.com, mudem@askllp.com

- **Juan J Mendoza**    jmendoza@sequorlaw.com, ngonzalez@sequorlaw.com
- **Fernando J Menendez**    fmenendez@sequorlaw.com, jdiaz@sequorlaw.com
- **Jacob D Morton**    jacob.morton@hklaw.com
- **Megan W Murray**    mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com
- **Klaus Peter Muthig**    muthigk@mcao.maricopa.gov
- **Arthur C. Neiwirth**    aneiwirthcourt@qpwblaw.com
- **Michael Jordan Niles**    mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Joseph A Pack**    joe@packlaw.com
- **Jimmy D. Parrish**    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Justin D Plean**    justin.plean@qpwblaw.com
- **Amanda E Preston**    amanda.preston@squirepb.com, amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com
- **Veronica M Rabinowitz**    vrabinowitz@sfl-law.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- **Hamid R. Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Kenneth Scott Reynolds**    scott@sgazlaw.com
- **Elizabeth M. Rodriguez**    erodriguez@fordharrison.com
- **Aliette D Rodz**    arodz@shutts.com
- **Mark S. Roher**    mroher@markroherlaw.com, ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Alan R Rosenberg**    arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com
- **Ian M. Ross**    iross@sidley.com
- **Francesca Russo- DiStaulo**    frusso@etlaw.com
- **Steven R Safra**    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Mark Alan Salzberg**    mark.salzberg@squirepb.com,

- shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com
- **David Samole** das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com
- **Martin L Sandler** martin@sandler-sandler.com
- **Michael D. Seese** mseese@seeselaw.com, sseward@seeselaw.com
- **Zach B Shelomith** zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Steven J. Solomon** steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com
- **Andrew Sorkin** andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com
- **Douglas Spelfogel** dspelfogel@mayerbrown.com
- **Gavin N Stewart** bk@stewartlegalgroup.com
- **Annie Yang Stoops** annie.stoops@afslaw.com
- **Carolyn Tatkin** tatkin@radixlaw.com
- **Frank Terzo** frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com
- **Christopher R Thompson** crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com
- **Thomas W. Tierney** ttierney@rosswayswan.com, kkelly@rosswayswan.com
- **Michael W Ullman** michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net
- **Jason A. Weber** jaw@tblaw.com, Nboffill@tblaw.com
- **Aaron A Wernick** awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com
- **J. Steven Wilkes** steven.wilkes@usdoj.gov
- **Stuart F Wilson-Patton** stuart.wilson-patton@ag.tn.gov