UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

**DEBTORS' *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED MOTION TO APPROVE COMPROMISE BETWEEN VITAL PHARMACEUTICALS, INC. AND TARO PATCH HOLDINGS, LLC**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (each, a "Debtor" and, collectively, the "Debtors"), by and through their undersigned counsel, file this motion (the "Motion") seeking the entry of an Order, in the form attached hereto as **Exhibit "A"**, shortening the time for the hearing to consider *Debtors'* Expedited *Motion to Approve Compromise Between Vital Pharmaceuticals, Inc. and Taro Patch Holdings, LLC* (the "Settlement Motion") filed by the Debtors contemporaneously herewith, so that the Settlement Motion may be heard on August 29, 2023 at 1:30 p.m., when other matters in this case are scheduled. In support of this Motion, the Debtors respectfully state as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12370930-1

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

3. On October 10, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

4. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. For a detailed description of the Debtors and their operations, the Debtors respectfully refer the Court and parties in interest to the *Declaration of John C. DiDonato in Support of Chapter 11 Petitions and First Day Pleadings* [ECF No. 26] filed on the Petition Date.

6. On October 11, 2022, the Court entered an order jointly administering the Debtors' chapter 11 cases [ECF No. 43].

7. On November 1, 2022, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases [ECF No. 245]. On November 23, 2022, the U.S. Trustee reconstituted the Committee [ECF No. 400].

## Relief Requested

8. Bankruptcy Rule 2002(a)(3) requires twenty-one (21) days' notice for the hearing on approval of a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d). See Fed. R. Bankr. P. 2002(a)(3).

9. By the Settlement Motion, the Debtors seek authority to enter into a settlement agreement between Vital Pharmaceuticals, Inc. ("VPX") and Taro Patch Holdings, LLC ("Taro Patch"),[2] with respect to that certain Lease dated July 8, 2022 for the premises located at 9052

---

[2] Capitalized terms not defined herein have the meanings given in the Settlement Motion.

2

12370930-1

Rosecrans Avenue, Bellflower, CA 90706. Pursuant to the terms of that certain Settlement Agreement entered into between VPX and Taro Patch dated August 15, 2023 (the "Settlement Agreement"), attached to the Settlement Motion as **Exhibit A**, VPX will be relieved of its obligations under the Lease in exchange for the Settlement Payment, allowing the Debtors to conserve much needed liquidity as they wind-down and bring these Chapter 11 Cases to their conclusion.

10. The Settlement Agreement was negotiated at arm's length between VPX and Taro Patch and allows the Debtors to continue an efficient wind-down of their operations while preserving estate assets for a potential recovery to unsecured creditors. In particular, under the Settlement Agreement, VPX and Taro Patch have agreed that, in full satisfaction, release and discharge of all claims against VPX related to the Lease, VPX shall pay Taro Patch $150,000 promptly upon entry of an order approving the Settlement Motion. VPX and Taro Patch have further agreed that Taro Patch shall be granted full access to, and possession of, the Premises, and upon providing such access, VPX shall have no further obligations to pay rent or make any other payments under the Lease.

11. The Debtors are working tirelessly to effectuate an efficient wind-down of their estates. To that end, the Debtors recently filed several contract rejection motions, which are set to be heard on August 29, 2023 at 1:30 p.m. Given the nature of this hearing, the Debtors believe having the Settlement Motion heard on the same day would contribute to a timely wind-down process. In addition, approval of the Settlement Motion on this timeline avoids potential additional and unnecessary administrative expense claims related to the Lease.

12. In light of the foregoing, the Debtors submit that consideration of the Settlement Motion on an expedited basis, and the shortening of the time period prescribed by Fed. R. Bankr. P. 2002(a)(3), is appropriate and in the best interests of the Debtors, their estates,

creditors, and other parties in interest so that the relief requested in the Settlement Motion can be considered concurrently with the Court's consideration of the Debtors' rejection motions.

13. As set forth in the Settlement Motion, prior to the filing of the Settlement Motion, the Debtors conferred with counsel to the Committee regarding the relief requested therein and received the consent of the Committee to the settlement with Taro Patch.

**WHEREFORE**, the Debtors respectfully request the Court to enter an Order in the form attached hereto as **Exhibit "A"**, (i) granting the Motion; (ii) shortening the time for the hearing to consider the Settlement Motion; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: August 15, 2023
         Miami, Florida

Respectfully submitted,

*Jordi Guso*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email:  jguso@bergersingerman.com
          mniles@bergersingerman.com

George A. Davis (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
          jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph C. Celentino[3] (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:  joe.celentino@lw.com

*Co-Counsel for the Debtors*

---

[3] Not admitted in Illinois. Admitted in New York.

## EXHIBIT "A"

## (Proposed Order)

12370930-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]           Case No.: 22-17842-PDR

   Debtors.                                                                       (Jointly Administered)

_____/

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ORDER
SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED
MOTION TO APPROVE COMPROMISE BETWEEN VITAL
PHARMACEUTICALS, INC. AND TARO PATCH HOLDINGS, LLC**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Expedited Motion to Approve Compromise Between Vital Pharmaceuticals, Inc. and Taro Patch Holdings, LLC* (the "Motion") [ECF No. [____].

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12370956-1

The Court, having considered the Motion and finding good cause for granting the relief requested therein, does

**ORDER** that:

1. The Motion is **GRANTED**.

2. The time period prescribed by Fed. R. Bankr. P. 2002(a)(3) for the hearing to consider the *Debtors' Expedited Motion to Approve Compromise Between Vital Pharmaceuticals, Inc. and Taro Patch Holdings, LLC* [ECF No. 1814] (the "Settlement Motion") is shortened, and the Court will conduct the hearing to consider the Settlement Motion on **August 29, 2023 at 1:30 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.**

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

2