## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

      Debtors.                          /

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the following document was filed and served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case:

- *Order Granting Motion to Withdraw as Attorney* [ECF 1798] was filed and served on August 11, 2023.

Dated: August 16, 2023

Respectfully submitted,

By: */s/ Irwin R. Gilbert*

IRWIN R. GILBERT
Florida Bar No. 099473
**CONRAD & SCHERER, LLP**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 847-3328 | Fax: (954) 463-9244
Email: IGilbert@conradscherer.com