

**ORDERED in the Southern District of Florida on August 16, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR ORDER
SHORTENING TIME FOR HEARING ON DEBTORS' EXPEDITED
MOTION TO APPROVE COMPROMISE BETWEEN VITAL
PHARMACEUTICALS, INC. AND TARO PATCH HOLDINGS, LLC**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Order Shortening Time for Hearing on Debtors' Expedited Motion to Approve Compromise Between Vital Pharmaceuticals, Inc. and Taro Patch Holdings, LLC* (the "Motion") [ECF No. 1816]. The

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Court, having considered the Motion and finding good cause for granting the relief requested therein, does

    **ORDER** that:

    1.    The Motion is **GRANTED**.

    2.    The time period prescribed by Fed. R. Bankr. P. 2002(a)(3) for the hearing to consider the *Debtors' Expedited Motion to Approve Compromise Between Vital Pharmaceuticals, Inc. and Taro Patch Holdings, LLC* [ECF No. 1814] (the "<u>Settlement Motion</u>") is shortened, and the Court will conduct the hearing to consider the Settlement Motion on **<u>August 29, 2023 at 1:30 p.m., U.S. Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.</u>**

# # #

<u>Submitted by</u>:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email:  jguso@bergersingerman.com
Email:  mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*