**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

VITAL PHARMACEUTICALS, INC.,

      Debtor.                               /

Case No.: 22-17842-PDR

Chapter 7

## NOTICE OF CHANGE OF ADDRESS

Jesse R. Cloyd, as counsel for the Creditor, Stellar Group, Inc., pursuant to Rule 2002-1(G) of the United States Bankruptcy Court Southern District of Florida Local Rules, notifies the Court and all parties in interest of its change of mailing address and requests that the Clerk of Court change the Court's docket and matrix address to reflect:

**AGENTIS PLLC**
**Jesse R. Cloyd**
**45 Almeria Avenue**
**Coral Gables, Florida 33134**
**T. 305.722.2002**
**E-Mail: jrc@agentislaw.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in this case on August 17, 2023.

    **AGENTIS PLLC**
    *Attorneys for the Creditor*
    45 Almeria Avenue
    Coral Gables, Florida 33134
    T. 305.722.2002
    www.agentislaw.com

    By:  */s/ Jesse R. Cloyd*
          Jesse R. Cloyd
          Florida Bar No: 58388
          jrc@agentislaw.com



**45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com**