UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

## NOTICE OF FILING STIPULATION FOR ESCROW OF CERTAIN PROCEEDS OF THE SALE OF SHERIDAN PROPERTIES

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, EEC, Rainbow Unicorn Bev LLC, and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, file the attached, *Stipulation for Escrow of Certain Proceeds Of The Sale Of Sheridan Properties*.

Dated: August 18, 2023
      Miami, Florida

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
       liza.burton@lw.com
       jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)

Respectfully submitted,

/s/ Michael J. Niles
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
       mniles@bergersingerman.com

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12377650-1

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph Celentino (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com

*Co-Counsel for the Debtors*

12377650-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Chapter 11 Case

VITAL PHARMACEUTICALS, INC., *et al.*,[1]           Case No.: 22-17842-PDR

    Debtors.                                       (Jointly Administered)

_____/

**STIPULATION FOR ESCROW OF CERTAIN PROCEEDS
OF THE SALE OF SHERIDAN PROPERTIES**

**THIS STIPULATION** is entered into by and between Vital Pharmaceuticals, Inc. ("VPX") and certain of its affiliates, as debtors and debtors in possession (collectively, including the parties listed in note 1, hereinafter the Debtors"), on the one hand, and John H. Owoc ("Owoc"), Sheridan Real Estate Investment A, LLC ("Sheridan A") and Sheridan Real Estate Investment C, LLC ("Sheridan C" together with Owoc and Sheridan A, the "Sheridan Parties"), on the other hand. The Sheridan Parties and VPX are referred to, collectively, as the "Parties".

1. On October 10, 2022, the Debtors filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court").

2. On or about July 27, 2023, Sheridan A sold certain real property located at 20311 Sheridan Street, Bldg. A, Pembroke Pines, FL 33332 ("Sheridan A Property").

3. On or about July 27, 2023, Sheridan C sold certain real property located at 20421

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12377642-1

Sheridan Street. Bldg. C, Pembroke Pines, Florida 33332 ("Sheridan C Property" with Sheridan A Property, the "Sheridan Properties").

4. At such time, the Debtors made a demand for $2,216,249.19 (the "Reserved Funds") of the Net Proceeds from the sale of the Sheridan Properties which they asserted was due pursuant the Final Order dated January 12, 2023 approving postpetition financing [ECF No. 638, the "Final DIP Order"]. Sheridan Parties dispute such, which the Debtors contest. However, to facilitate the closing of the sale of the Sheridan Properties without disruption, and without prejudice to all Parties rights, the Debtors and the Sheridan Parties agreed that the Reserved Funds were to be escrowed by First American Title Insurance Company ("First American"), the escrow agent at the closing on the Sheridan Properties.

5. On or about August 4, 2023, while the dispute regarding each party's entitlement to the Reserved Funds was pending, and without written authorization from the Parties, First American delivered the Reserved Funds to VPX.

6. Given the foregoing, upon execution of the within Stipulation, VPX and the Sheridan Parties hereby agree that VPX shall immediately return the Reserved Funds to First American to hold in escrow either directly or upon written agreement of the Parties, through a third party bank as escrow agent agreed upon by the Parties (which shall be independent and unrelated to the Parties and subject cases), which shall not be used or disbursed absent (a) joint written instructions delivered to First American (or in the event such funds have been deposited with a third party bank as escrow agent, to such bank escrow agent), signed by counsel for each of the Parties authorizing the disbursement of the funds in accordance with those instructions, or (b) further order of the Bankruptcy Court, after a hearing on not less than ten (10) business days' notice.

7. Each of the undersigned counsel represents that he is authorized to execute this Stipulation on behalf of his respective client(s).

8. This Stipulation is binding on the Parties hereto, and their respective heirs, administrators, executors, personal representatives, successors and permitted assigns.

9. Neither this Stipulation nor any of the provisions hereof can be changed, waived, discharged or terminated, except by an instrument in writing signed by all Parties.

10. This Stipulation may be executed in multiple counterparts and all counterparts, together, shall be deemed but one agreement.

Stipulated and agreed to between the Parties on August 18, 2023.

| **Berger Singerman LLP** | **Mayer Brown LLP** |
|---|---|
| By: s/*Jordi Guso* <br> Jordi Guso, Esq <br> 1450 Brickell Avenue, Suite 1900 <br> Miami, Florida 33131 <br> Telephone: (305) 755-9500 <br> Email: jguso@bergersingerman.com | By: s/*Douglas E. Spelfogel* <br> Douglas E. Spelfogel, Esq. <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 506-2500 <br> Email: dspelfogel@mayerbrown.com |
| **Counsel for Vital Pharmaceuticals, Inc., et al.** | **Counsel For: John H. Owoc; Sheridan Real Estate Investment A, LLC; and Sheridan Real Estate Investment C, LLC** |

3