United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 10 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| consult | + John C Didonato, 550 W Van Buren St, Chicago, IL 60607-3827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 18, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |
| Alan R Rosenberg | on behalf of Creditor CM Builders Inc., d/b/a Integrated Masonry arosenberg@mrthlaw.com, |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 10 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

Aleksas Barauskas
> on behalf of Creditor Suddath Global Logistics  LLC abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com

Aliette D Rodz
> on behalf of Creditor Truist Bank arodz@shutts.com

Amanda E Preston
> on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston
> on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch
> on behalf of Creditor Suddath Global Logistics  LLC amy.leitch@akerman.com, Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley
> on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com

Andrew Sorkin
> on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
> on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
> on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
> on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
> on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
> on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
> on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
> on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com, andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
> on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
> on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
> on behalf of Creditor Mitsubishi HC Capital America  Inc. aaragona@blockscarpa.com

Arthur C. Neiwirth, Esq.
> on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
> on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
> on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
> on behalf of Creditor Entourage IP Holding  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
> on behalf of Creditor Archer Daniels Midland Company bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 3 of 10 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Wild Flowers Inc. bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Brendan S Everman | on behalf of Creditor Arista Music beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Records Label LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Songs of Universal Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Capitol Records LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor PolyGram Publishing Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Arista Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor LaFace Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor UMG Recordings Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | on behalf of Creditor Universal Musica Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brigette G McGrath | on behalf of Interested Party ORBIS RPM LLC bmcgrath@askllp.com, mudem@askllp.com |
| C Craig Eller, Esq | on behalf of Creditor Southeast Cold Fill LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com |
| Carolyn Tatkin | on behalf of Creditor CM Builders Inc. dba Integrated Masonry tatkin@radixlaw.com |
| Christopher R Kaup | on behalf of Creditor Nexus Steel LLC crk@tblaw.com, crkdepartment@tblaw.com |
| Christopher R Thompson | on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Christopher R Thompson | on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |

Craig I Kelley
    on behalf of Creditor Southeast Cold Fill LLC craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley
    on behalf of Creditor Carolina Canners Inc. craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Dain De Souza
    on behalf of Creditor Circle K Procurement and Brands Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com

Dain De Souza
    on behalf of Creditor Circle K Stores Inc. ddesouza@bastamron.com, jmiranda@bastamron.com

Daniel Harvath
    on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath
    on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

David Samole, Esq
    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
    on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com

David H Conaway, Esq
    on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L Gay, Esq.
    on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq
    on behalf of Creditor LMR TRUCKING INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Douglas Spelfogel
    on behalf of Interested Party John H. Owoc a/k/a Jack H. Owoc dspelfogel@mayerbrown.com

Edward M Fitzgerald, Esq
    on behalf of Creditor RXO Capacity Solutions LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq
    on behalf of Creditor XPO LOGISTICS LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Elizabeth M. Rodriguez
    on behalf of Defendant Steven Panagos erodriguez@fordharrison.com

Elizabeth M. Rodriguez
    on behalf of Defendant Robert Dickinson erodriguez@fordharrison.com

Elizabeth M. Rodriguez
    on behalf of Defendant Stephen Gray erodriguez@fordharrison.com

Eric S Pendergraft
    on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft
    on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S. Golden, Esq.
    on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
    on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
    on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
    on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Doehler USA Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
    on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com

Fernando J Menendez

Case 22-17842-PDR    Doc 1835    Filed 08/18/23    Page 5 of 13

| District/off: 113C-0 | User: admin | Page 5 of 10 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com  jdiaz@sequorlaw.com |
| Frank Terzo, Esq. | |
|  | on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com |
| G Steven Fender | |
|  | on behalf of Defendant Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| G Steven Fender | |
|  | on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| Gavin N Stewart | |
|  | on behalf of Creditor Ally Bank bk@stewartlegalgroup.com |
| Gerard M Kouri Jr., Esq | |
|  | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com  gmkouri@bellsouth.net |
| Hamid R. Rafatjoo | |
|  | on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R. Rafatjoo | |
|  | on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R. Rafatjoo | |
|  | on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Harris J. Koroglu | |
|  | on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com |
| Heidi A Feinman | |
|  | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Ian M. Ross | |
|  | on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com |
| Ian M. Ross | |
|  | on behalf of Creditor Warner Media Group iross@sidley.com |
| Irwin R Gilbert | |
|  | on behalf of Attorney Irwin R. Gilbert igilbert@conradscherer.com  agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Isaac M Marcushamer, Esq. | |
|  | on behalf of Creditor VS Carbonics  Inc. isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com |
| Isabel V Colleran | |
|  | on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com |
| J. Steven Wilkes | |
|  | on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov |
| Jacob D Morton | |
|  | on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com |
| Jason Enright | |
|  | on behalf of Creditor Ranger H-TX LP jenright@winstead.com |
| Jason A. Weber, Esq. | |
|  | on behalf of Creditor Nexus Steel  LLC jaw@tblaw.com, Nboffill@tblaw.com |
| Jean-Claude Mazzola | |
|  | on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com |
| Jean-Claude Mazzola | |
|  | on behalf of Creditor CSPC Innovation Pharmaceutical Co.  Ltd. Jeanclaude@mazzolalindstrom.com |
| Jerry M Markowitz | |
|  | on behalf of Creditor CM Builders  Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jerry M Markowitz | |
|  | on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jerry M Markowitz | |
|  | on behalf of Creditor Lease Plan USA  LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jesse R Cloyd | |

Case 22-17842-PDR    Doc 1835    Filed 08/18/23    Page 6 of 13

| District/off: 113C-0 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Stellar Group  Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Jimmy D. Parrish | |
| | on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com  orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com |
| Joe M. Grant, Esq. | |
| | on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com |
| Joe M. Grant, Esq. | |
| | on behalf of Creditor C.K.S. Packaging  Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com |
| John A Anthony | |
| | on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com |
| Jonathan S. Feldman | |
| | on behalf of Creditor Entourage IP Holding  LLC feldman@katiephang.com, service@katiephang.com |
| Jonathan S. Feldman | |
| | on behalf of Interested Party Elite Island  LLC feldman@katiephang.com, service@katiephang.com |
| Jonathan S. Feldman | |
| | on behalf of Interested Party Megan Owoc feldman@katiephang.com  service@katiephang.com |
| Jonathan S. Feldman | |
| | on behalf of Defendant John H. Owoc feldman@katiephang.com  service@katiephang.com |
| Jonathan S. Feldman | |
| | on behalf of Plaintiff John Owoc feldman@katiephang.com  service@katiephang.com |
| Jonathan S. Feldman | |
| | on behalf of Defendant Entourage IP Holdings  LLC feldman@katiephang.com, service@katiephang.com |
| Jonathan S. Feldman | |
| | on behalf of Defendant Megan E. Owoc feldman@katiephang.com  service@katiephang.com |
| Jonathan S. Feldman | |
| | on behalf of Interested Party Jack H. Owoc feldman@katiephang.com  service@katiephang.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Quash Seltzer  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Vital Pharmaceuticals International Sales  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Bang Energy Canada  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff JHO Intellectual Property Holdings  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party JHO Real Estate Investment  LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Vital Pharmaceuticals  Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |

Case 22-17842-PDR    Doc 1835    Filed 08/18/23    Page 7 of 13

| District/off: 113C-0 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | |
| | on behalf of Defendant Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jorge Espinosa | |
| | on behalf of Plaintiff ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Jorge Espinosa | |
| | on behalf of Creditor ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Joseph A Pack | |
| | on behalf of Creditor Brendan Abbott joe@packlaw.com |
| Joseph A Pack | |
| | on behalf of Creditor Peter Fischer joe@packlaw.com |
| Joseph D Frank | |
| | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Juan J Mendoza | |
| | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com |
| Justin D Plean | |
| | on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com |
| Justin M Luna | |
| | on behalf of Interested Party Elite Island LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | |
| | on behalf of Interested Party Megan Owoc jluna@lathamluna.com bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Keith W. Fendrick | |
| | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com |
| Kenneth Scott Reynolds | |
| | on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | |
| | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I | |

# Case 22-17842-PDR    Doc 1835    Filed 08/18/23    Page 8 of 13

| District/off: 113C-0 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | |
| | on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com |
| Leyza F. Blanco, Esq. | |
| | on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com  jdiaz@sequorlaw.com |
| Leyza F. Blanco, Esq. | |
| | on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com  jdiaz@sequorlaw.com |
| Marc P Barmat | |
| | on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com yfernandez@furrcohen.com;staff1@furrcohen.com |
| Mark Alan Salzberg | |
| | on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com |
| Mark S. Roher, Esq. | |
| | on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |
| Martin L Sandler, Esq | |
| | on behalf of Creditor American Express National Bank and Amex TRS Co.  Inc martin@sandler-sandler.com |
| Matthew F Kye | |
| | on behalf of Creditor Mitsubishi HC Capital America  Inc. mkye@kyelaw.com |
| Matthew G Davis | |
| | on behalf of Creditor HACI Mechanical Contractors  Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com |
| Megan W Murray | |
| | on behalf of Creditor Chestnut Hill Technologies  Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com |
| Melissa A. Campbell | |
| | on behalf of Creditor FONA International  Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com |
| Michael D. Seese, Esq. | |
| | on behalf of Creditor Driscoll  LLP mseese@seeselaw.com, sseward@seeselaw.com |
| Michael I Goldberg, Esq | |
| | on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com |
| Michael I Goldberg, Esq | |
| | on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com  charlene.cerda@akerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Vital Pharmaceuticals  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Quash Seltzer  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Rainbow Unicorn Bev LLC mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff JHO Real Estate Investment  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Debtor Vital Pharmaceuticals  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Bang Energy Canada  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff JHO Intellectual Property Holdings  LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael R Dal Lago | |

| | |
|---|---|
| | on behalf of Creditor The Kroger Co. mike@dallagolaw.com fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com |
| Michael R Dal Lago | on behalf of Creditor Kuckelman Torline Kirkland Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com |
| Michael W Ullman, Esq | on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net |
| Nicole Grimal Helmstetter | on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com |
| Nir Maoz | on behalf of Defendant Orange Bang Inc. nmaoz@ktbslaw.com |
| Nir Maoz | on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patricia A Redmond | on behalf of Defendant Robert Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Interested Party Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Defendant Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Interested Party Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Defendant Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Attorney Patricia A. Redmond predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Interested Party Robert Preston Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Peter H Levitt, Esq | on behalf of Creditor Truist Bank plevitt@shutts-law.com sboisvert@shutts.com |
| Philip W Crawford | on behalf of Creditor EFL Global pcrawford@gibbonslaw.com |
| Philip W Crawford | on behalf of Creditor EFL Global Logistics Canada Ltd. pcrawford@gibbonslaw.com |
| Phillip M. Hudson III | on behalf of Creditor Chubb Companies pmhudson@duanemorris.com gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com |
| Ralph W. Confreda, Jr | on behalf of Creditor Balboa Capital Corporation rconfreda@hinshawlaw.com alozada@mcglinchey.com |
| Richard J Bernard, Esq. | on behalf of Creditor Duke Secured Financing 2009-1PAC LLC richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Creditor Prologis Targeted U.S. Logistics Fund L.P. richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com |
| Robert C Furr, Esq | on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com |

| District/off: 113C-0 | User: admin | Page 10 of 10 |
|---|---|---|
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Robert P. Charbonneau, Esq.
    on behalf of Creditor Stellar Group  Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ronald D. P. Bruckmann
    on behalf of Creditor Graphic Packaging International  LLC rbruckmann@shumaker.com, celgin@shumaker.com

Ronald D. P. Bruckmann
    on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com  celgin@shumaker.com

Ronald M Emanuel, Esq
    on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com marsha.dror@emzwlaw.com;eservice@emzwlaw.com

Rudy J Cerone
    on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com  lgraff@mcglinchey.com

Scott Andron
    on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott D Knapp
    on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com

Steven R Safra
    on behalf of Creditor Cole  Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com

Steven J. Solomon, Esq.
    on behalf of Creditor ThermoLife International  LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor Krier Foods  Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Plaintiff ThermoLife International  LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Steven J. Solomon, Esq.
    on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com

Stuart F Wilson-Patton
    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

Thomas L Abrams
    on behalf of Creditor EASTGROUP Properties  L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com

Thomas W. Tierney
    on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com  kkelly@rosswayswan.com

Veronica M Rabinowitz
    on behalf of Special Counsel David Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Veronica M Rabinowitz
    on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Zach B Shelomith
    on behalf of Creditor All Brands Distribution  LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

TOTAL: 210



**ORDERED in the Southern District of Florida on August 16, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>VITAL PHARMACEUTICALS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 Cases<br><br>Case No. 22-17842 (PDR)<br><br>(Jointly Administered) |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF MILLER BUCKFIRE & CO., LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF <u>MARCH 1, 2023 THROUGH JUNE 30, 2023</u>**

THIS MATTER came before the Court for hearing on August 10, 2023 at 2:00 p.m. (the "Hearing") upon consideration of the application [Doc. No. 1686] (the "<u>Application</u>")[2] of Miller

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Buckfire & Co., LLC and Stifel, Nicolaus & Co., Inc. ("Miller Buckfire"), as investment banker to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors") for compensation for services rendered and reimbursement of expenses incurred for the period from March 1, 2023 through June 30, 2023; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of the Chapter 11 Cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Application has been given as set forth in the Application and that such notice is adequate and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1. The Application is granted as provided herein.

2. Miller Buckfire is hereby allowed a second interim allowance of compensation for services rendered as financial advisor to the Committee in the sum of $500,000 and reimbursement for costs incurred in the sum of $967.01 for the period from March 1, 2023 through June 30, 2023.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Miller Buckfire within ten (10) days of the entry of this Order.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

###

Submitted by:
Leyza F. Blanco, Esq.

Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: 305-372-8282
Email: lblanco@sequorlaw.com

(*Attorney Blanco is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.*)