United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 10 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Laurence M Frazen, One Kansas City Place, 1200 Main Street, Suite 3800, Kansas City, MO 64105-2339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | on behalf of Interested Party Gekay Sales + Service Co. Inc. awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron A Wernick | on behalf of Creditor Kathleen Cole awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;cworkinger@wernicklaw.com |
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@hmblaw.com ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com |
| Alan R Rosenberg | on behalf of Creditor CM Builders Inc., d/b/a Integrated Masonry arosenberg@mrthlaw.com, |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 10 |
| Date Rcvd: Aug 16, 2023 | Form ID: pdf004 | Total Noticed: 1 |

        gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com

Aleksas Barauskas
        on behalf of Creditor Suddath Global Logistics  LLC abarauskas@sgrlaw.com, mhowell@sgrlaw.com;aarrazola@sgrlaw.com

Aliette D Rodz
        on behalf of Creditor Truist Bank arodz@shutts.com

Amanda E Preston
        on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com
        amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amanda E Preston
        on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. amanda.preston@squirepb.com
        amanda-e-preston-9404@ecf.pacerpro.com;sarah.conley@squirepb.com

Amy Leitch
        on behalf of Creditor Suddath Global Logistics  LLC amy.leitch@akerman.com,
        Maggie.hearon@akerman.com;Jennifer.meehan@akerman.com

Andrea S. Hartley
        on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com

Andrew Sorkin
        on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
        on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com,
        andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
        on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
        on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com

Anthony J Aragona, III
        on behalf of Creditor Mitsubishi HC Capital America  Inc. aaragona@blockscarpa.com

Arthur C. Neiwirth, Esq.
        on behalf of Creditor Hardrock Concrete Placement Co  INC aneiwirthcourt@qpwblaw.com

Arthur C. Neiwirth, Esq.
        on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
        on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law
        dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
        on behalf of Creditor Entourage IP Holding  LLC bss@slp.law,
        dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg
        on behalf of Creditor Archer Daniels Midland Company bss@slp.law
        dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg

District/off: 113C-0                   User: admin                              Page 3 of 10
Date Rcvd: Aug 16, 2023                Form ID: pdf004                          Total Noticed: 1

        on behalf of Creditor Wild Flowers Inc. bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Brendan S Everman
        on behalf of Creditor Arista Music beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Records Label LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Songs of Universal Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Capitol Records LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor PolyGram Publishing Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Arista Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor LaFace Records LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor UMG Recordings Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brendan S Everman
        on behalf of Creditor Universal Musica Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com

Brigette G McGrath
        on behalf of Interested Party ORBIS RPM LLC bmcgrath@askllp.com, mudem@askllp.com

C Craig Eller, Esq
        on behalf of Creditor Southeast Cold Fill LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Carolyn Tatkin
        on behalf of Creditor CM Builders Inc. dba Integrated Masonry tatkin@radixlaw.com

Christopher R Kaup
        on behalf of Creditor Nexus Steel LLC crk@tblaw.com, crkdepartment@tblaw.com

Christopher R Thompson
        on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Christopher R Thompson
        on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Craig I Kelley
on behalf of Creditor Southeast Cold Fill  LLC craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley
on behalf of Creditor Carolina Canners  Inc. craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Dain De Souza
on behalf of Creditor Circle K Procurement and Brands  Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com

Dain De Souza
on behalf of Creditor Circle K Stores  Inc. ddesouza@bastamron.com, jmiranda@bastamron.com

Daniel Harvath
on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath
on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

David Samole, Esq
on behalf of Creditor PepsiCo  Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
on behalf of Creditor Monster Energy Company brett.marks@akerman.com  charlene.cerda@akerman.com

David H Conaway, Esq
on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L Gay, Esq.
on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq
on behalf of Creditor LMR TRUCKING  INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Douglas Spelfogel
on behalf of Interested Party John H. Owoc a/k/a Jack H. Owoc dspelfogel@mayerbrown.com

Edward M Fitzgerald, Esq
on behalf of Creditor RXO Capacity Solutions  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq
on behalf of Creditor XPO LOGISTICS  LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Elizabeth M. Rodriguez
on behalf of Defendant Steven Panagos erodriguez@fordharrison.com

Elizabeth M. Rodriguez
on behalf of Defendant Robert Dickinson erodriguez@fordharrison.com

Elizabeth M. Rodriguez
on behalf of Defendant Stephen Gray erodriguez@fordharrison.com

Eric S Pendergraft
on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft
on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S. Golden, Esq.
on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eric S. Golden, Esq.
on behalf of Creditor ACAR Leasing Ltd.  Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com

Eyal Berger, Esq.
on behalf of Creditor Monster Energy Company eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
on behalf of Creditor Dairy Farmers of America  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
on behalf of Creditor Doehler USA  Inc. romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero
on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com  zeke.romero30@gmail.com

Fernando J Menendez

District/off: 113C-0                         User: admin                                   Page 5 of 10
Date Rcvd: Aug 16, 2023                      Form ID: pdf004                               Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com  jdiaz@sequorlaw.com |
| Frank Terzo, Esq. | |
| | on behalf of Creditor Nelson Mullins Riley & Scarborough  LLP frank.terzo@nelsonmullins.com, francis.santelices@nelsonmullins.com |
| G Steven Fender | |
| | on behalf of Defendant Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| G Steven Fender | |
| | on behalf of Creditor Orange Bang  Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| Gavin N Stewart | |
| | on behalf of Creditor Ally Bank bk@stewartlegalgroup.com |
| Gerard M Kouri Jr., Esq | |
| | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com  gmkouri@bellsouth.net |
| Hamid R. Rafatjoo | |
| | on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R. Rafatjoo | |
| | on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Hamid R. Rafatjoo | |
| | on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com |
| Harris J. Koroglu | |
| | on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com |
| Heidi A Feinman | |
| | on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov |
| Ian M. Ross | |
| | on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com |
| Ian M. Ross | |
| | on behalf of Creditor Warner Media Group iross@sidley.com |
| Irwin R Gilbert | |
| | on behalf of Attorney Irwin R. Gilbert igilbert@conradscherer.com  agebert@conradscherer.com;ogonzalez@conradscherer.com |
| Isaac M Marcushamer, Esq. | |
| | on behalf of Creditor VS Carbonics  Inc. isaac@dgimlaw.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com |
| Isabel V Colleran | |
| | on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com |
| J. Steven Wilkes | |
| | on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov |
| Jacob D Morton | |
| | on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com |
| Jason Enright | |
| | on behalf of Creditor Ranger H-TX LP jenright@winstead.com |
| Jason A. Weber, Esq. | |
| | on behalf of Creditor Nexus Steel  LLC jaw@tblaw.com, Nboffill@tblaw.com |
| Jean-Claude Mazzola | |
| | on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com |
| Jean-Claude Mazzola | |
| | on behalf of Creditor CSPC Innovation Pharmaceutical Co.  Ltd. Jeanclaude@mazzolalindstrom.com |
| Jerry M Markowitz | |
| | on behalf of Creditor CM Builders  Inc., d/b/a Integrated Masonry jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jerry M Markowitz | |
| | on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com  ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jerry M Markowitz | |
| | on behalf of Creditor Lease Plan USA  LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com |
| Jesse R Cloyd | |

                on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com,
                bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jimmy D. Parrish

                on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Joe M. Grant, Esq.

                on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com
                jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

Joe M. Grant, Esq.

                on behalf of Creditor C.K.S. Packaging Inc. jgrant@loriumlaw.com,
                jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com

John A Anthony

                on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com
                efilings@anthonyandpartners.com;lgroh@anthonyandpartners.com

Jonathan S. Feldman

                on behalf of Creditor Entourage IP Holding LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman

                on behalf of Interested Party Elite Island LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman

                on behalf of Interested Party Megan Owoc feldman@katiephang.com service@katiephang.com

Jonathan S. Feldman

                on behalf of Defendant John H. Owoc feldman@katiephang.com service@katiephang.com

Jonathan S. Feldman

                on behalf of Plaintiff John Owoc feldman@katiephang.com service@katiephang.com

Jonathan S. Feldman

                on behalf of Defendant Entourage IP Holdings LLC feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman

                on behalf of Defendant Megan E. Owoc feldman@katiephang.com service@katiephang.com

Jonathan S. Feldman

                on behalf of Interested Party Jack H. Owoc feldman@katiephang.com service@katiephang.com

Jordi Guso, Esq.

                on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

                on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com,
                fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Jordi Guso, Esq.

|  |  |
|---|---|
|  | on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jordi Guso, Esq. | on behalf of Defendant Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com |
| Jorge Espinosa | on behalf of Plaintiff ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Jorge Espinosa | on behalf of Creditor ThermoLife International LLC jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com |
| Joseph A Pack | on behalf of Creditor Brendan Abbott joe@packlaw.com |
| Joseph A Pack | on behalf of Creditor Peter Fischer joe@packlaw.com |
| Joseph D Frank | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| Juan J Mendoza | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com |
| Justin D Plean | on behalf of Creditor Hardrock Concrete Placement Co INC justin.plean@qpwblaw.com |
| Justin M Luna | on behalf of Interested Party Elite Island LLC jluna@lathamluna.com, bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Justin M Luna | on behalf of Interested Party Megan Owoc jluna@lathamluna.com bknotice1@lathamluna.com;lvanderweide@lathamluna.com |
| Keith W. Fendrick | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;hapi@hklaw.com;brittany.jacobs@hklaw.com |
| Kenneth Scott Reynolds | on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I |  |

District/off: 113C-0                         User: admin                                    Page 8 of 10
Date Rcvd: Aug 16, 2023                      Form ID: pdf004                             Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| Kyler K Burgi | |
| | on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@dgslaw.com |
| Leyza F. Blanco, Esq. | |
| | on behalf of Interested Party The Official Committee of Unsecured Creditors lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Leyza F. Blanco, Esq. | |
| | on behalf of Creditor Committee Creditor Committee lblanco@sequorlaw.com jdiaz@sequorlaw.com |
| Marc P Barmat | |
| | on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com yfernandez@furrcohen.com;staff1@furrcohen.com |
| Mark Alan Salzberg | |
| | on behalf of Interested Party KJ Can (Singapore) Pte. Ltd. mark.salzberg@squirepb.com shannon.munsell@squirepb.com;FLA_DCKT@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com;Gregory.davis@squirepb.com |
| Mark S. Roher, Esq. | |
| | on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com |
| Martin L Sandler, Esq | |
| | on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com |
| Matthew F Kye | |
| | on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com |
| Matthew G Davis | |
| | on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com |
| Megan W Murray | |
| | on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com |
| Melissa A. Campbell | |
| | on behalf of Creditor FONA International Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com |
| Michael D. Seese, Esq. | |
| | on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com |
| Michael I Goldberg, Esq | |
| | on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Michael I Goldberg, Esq | |
| | on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Quash Seltzer LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Rainbow Unicorn Bev LLC mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff JHO Real Estate Investment LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Bang Energy Canada Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael Jordan Niles | |
| | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com |
| Michael R Dal Lago | |

| | |
|---|---|
| | on behalf of Creditor The Kroger Co. mike@dallagolaw.com fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com |
| Michael R Dal Lago | on behalf of Creditor Kuckelman Torline Kirkland  Inc. mike@dallagolaw.com, fvazquez@dallagolaw.com,kim@dallagolaw.com,cmclaughlin@dallagolaw.com |
| Michael W Ullman, Esq | on behalf of Creditor The Hamilton Group (Delaware)  Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net |
| Nicole Grimal Helmstetter | on behalf of Creditor Premier Distributing Company nicole.helmstetter@bipc.com elizabeth.garciga@bipc.com;tabitha.pellegrene@bipc.com;kimberly.ecker@bipc.com;eservice@bipc.com;dave.stein@goecfx.com |
| Nir Maoz | on behalf of Defendant Orange Bang  Inc. nmaoz@ktbslaw.com |
| Nir Maoz | on behalf of Creditor Orange Bang  Inc. nmaoz@ktbslaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patricia A Redmond | on behalf of Defendant Robert Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Interested Party Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Defendant Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Interested Party Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Defendant Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Attorney Patricia A. Redmond predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Interested Party Robert Preston Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Peter H Levitt, Esq | on behalf of Creditor Truist Bank plevitt@shutts-law.com  sboisvert@shutts.com |
| Philip W Crawford | on behalf of Creditor EFL Global pcrawford@gibbonslaw.com |
| Philip W Crawford | on behalf of Creditor EFL Global Logistics Canada  Ltd. pcrawford@gibbonslaw.com |
| Phillip M. Hudson III | on behalf of Creditor Chubb Companies pmhudson@duanemorris.com gagosto@duanemorris.com;jfgarcia@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;mbates@duanemorris.com;LKaufman@duanemorris.com |
| Ralph W. Confreda, Jr | on behalf of Creditor Balboa Capital Corporation rconfreda@hinshawlaw.com  alozada@mcglinchey.com |
| Richard J Bernard, Esq. | on behalf of Creditor Duke Secured Financing 2009-1PAC  LLC richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Creditor Prologis Targeted U.S. Logistics Fund  L.P. richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com |
| Robert C Furr, Esq | on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;jcrane@furrcohen.com;staff1@furrcohen.com;furrrr84158@notify.bestcase.com |

| | |
|---|---|
| Robert P. Charbonneau, Esq. | on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Graphic Packaging International LLC rbruckmann@shumaker.com, celgin@shumaker.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com celgin@shumaker.com |
| Ronald M Emanuel, Esq | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com marsha.dror@emzwlaw.com;eservice@emzwlaw.com |
| Rudy J Cerone | on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com lgraff@mcglinchey.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D Knapp | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com |
| Steven R Safra | on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com |
| Steven J. Solomon, Esq. | on behalf of Creditor ThermoLife International LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Krier Foods Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Plaintiff ThermoLife International LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com |
| Stuart F Wilson-Patton | on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov |
| Thomas L Abrams | on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com |
| Thomas W. Tierney | on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com kkelly@rosswayswan.com |
| Veronica M Rabinowitz | on behalf of Special Counsel David Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com |
| Veronica M Rabinowitz | on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com |
| Zach B Shelomith | on behalf of Creditor All Brands Distribution LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com |

TOTAL: 210



**ORDERED in the Southern District of Florida on August 16, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No. 22-17842 (PDR) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF SEQUOR LAW, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2023 THROUGH JUNE 30, 2023**

THIS MATTER came before the Court for hearing on August 10, 2023 at 2:00 p.m. (the "Hearing") upon consideration of the application (the "Application")[2] of Sequor Law P.A.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019)

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

("Sequor") [Docket No. 1687], as counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the "Debtors") for compensation for services rendered and reimbursement of expenses incurred for the period from March 1, 2023 through June 30, 2023; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157; and the Court having found that venue of the Chapter 11 Cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Application has been given as set forth in the Application and that such notice is adequate and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

It is hereby **ORDERED** as follows:

1. The Application is granted as provided herein.

2. Sequor is hereby allowed a first interim allowance of compensation for services rendered to the Committee in the sum of $276,463.50 and reimbursement for costs incurred in the sum of $42,270.36, for the period from March 1, 2023 through and including June 30, 2023.

3. The Debtors are authorized and directed to make payment of the outstanding amount of such sums to Sequor within ten (10) days of the entry of this Order, subject to a 20% holdback of its compensation for services rendered, consistent with the *Order Granting Ex Parte Motion to Amend the Interim Compensation Procedures Order* [Docket No. 503].

4. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

###

Submitted by:
Leyza F. Blanco, Esq.
Sequor Law, P.A.
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
Telephone: 305-372-8282
Email: lblanco@sequorlaw.com

(*Attorney Blanco is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.*)