UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |

### FIFTH SUPPLEMENTAL DECLARATION OF ANDREW SORKIN, ON BEHALF OF LATHAM & WATKINS LLP AS CO-COUNSEL FOR DEBTORS-IN-POSSESSION

I, Andrew Sorkin, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("L&W"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the bars of the District of Columbia and the State of New York, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this declaration, and am competent to testify on the matters contained herein.

2. I submit this fifth supplemental declaration (the "Fifth Supplemental Declaration") in further support of the *Debtors' Emergency Application for Approval, on an Interim and Final Basis, of the Employment of Latham & Watkins LLP as Co-Counsel for Debtors-in-Possession, Effective as of the Petition Date* [ECF No. 22] (the "Application")[2] and to supplement the disclosures set forth in the Sorkin Declaration attached as Exhibit A to the Application (the "Initial

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

Declaration"), the first supplemental Sorkin declaration filed on November 9, 2022 [ECF No. 297], the second supplemental Sorkin declaration filed on February 17, 2023 [ECF No. 820], the third supplemental Sorkin declaration filed on April 5, 2023 [ECF No. 1132], and the fourth supplemental Sorkin declaration filed on June 5, 2023 [ECF 1435] (collectively, the "Prior Declarations").

3. All facts set forth in this Fifth Supplemental Declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents. To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, an additional supplemental declaration will be submitted to this Court reflecting such amended or modified information.

4. Since the Application was filed, L&W has continued to review its connections to parties in interest in the Chapter 11 Cases using the Firm Disclosure Procedures described in paragraphs 21 and 22 of the Initial Declaration. Specifically, L&W searched its Client Database for connections to the parties listed on Appendix 1 hereto (collectively, the "Supplemental Parties in Interest"), which are parties that were not included in the lists of parties in interest appended to the Prior Declarations. This inquiry revealed that certain of the Supplemental Parties in Interest are current or former clients of L&W, or were clients of L&W attorneys while such attorneys were at a prior firm. Such Supplemental Parties in Interest, and their relationship to L&W, are listed on Appendix 2 to this Fifth Supplemental Declaration.

5. Except as otherwise disclosed herein, through the information generated by these computer inquiries, and through follow-up inquiries with L&W attorneys as necessary, it was determined that the representation of the parties in interest disclosed on Appendix 2 hereto concerned matters in which such clients were not adverse to the Debtors or the Debtors' estates.

**Specific Disclosure / Other Disclosure Matters**

6. Certain L&W attorneys currently represent ThermoLife International, LLC ("ThermoLife") in connection with certain patent matters. Prior to the Petition Date, L&W advised ThermoLife in connection with a patent litigation matter adverse to the Debtors, however, such matter is no longer ongoing and was closed out in late 2020. The L&W attorneys involved in the prior representation of ThermoLife are not involved in the representation of the Debtors, nor will such attorneys represent ThermoLife in the pending adversary proceeding before this Court, Adv. Pro. Case No. 23-01134-PDR (the "AP"), or any other matters related to the Debtors. Additionally, the L&W attorneys representing the Debtors in these Chapter 11 Cases do not and will not represent ThermoLife in any matters, nor will they represent the Debtors in connection with the AP. For avoidance of doubt, L&W has informed the Debtors that it will not represent them in the AP, and such proceeding is being handled solely by Berger Singerman LLP on behalf of the Debtors.

7. Based on the information available to me, I believe that L&W: (a) has no connection to the Debtors, their creditors, or their related parties except as may be disclosed herein or in the Prior Declarations, and (b) does not hold or represent any interest adverse to the interests of the Debtors or their estates.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

3

Dated: August 21, 2023
Washington, D.C.

                                           */s/ Andrew D. Sorkin*
                                           Andrew D. Sorkin

# Appendix 1

## Supplemental Parties in Interest List

**Supplemental Parties in Interest List**

1. **Other Parties**

Aaron A Wernick
CSPC Innovation Pharmaceutical Co., Ltd.,
Shanghai Freeman Lifesciences Company
ThermoLife International, LLC

**Appendix 2**

**Client Match List**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| CSPC Innovation Pharmaceutical Co., Ltd. | Other Parties | Prior Client |
| ThermoLife International, LLC | Other Parties | Current Client |

---

[1] The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter. The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed. The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm.