UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. _____/ | (Jointly Administered) |

**DEBTORS' SECOND NOTICE OF ABANDONMENT OF PERSONAL PROPERTY**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, give notice of the proposed abandonment of the vehicles listed on the attached **Exhibit "A"** (collectively, the "Vehicles"). In support of the abandonment, the Debtors represent as follows:

1.  On January 27, 2023, Debtors filed *Debtors' Motion for An Order (I) Approving (A) Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially all off the Debtors' Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12372404-1

*Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing The Debtors to Provide Bid Protections, and (III) Granting Related Relief* filed by Debtor Vital Pharmaceuticals, Inc. [ECF No. 707] (the "Sale Motion"). On June 28, 2023, the Debtors filed a *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546], announcing that the Debtors entered into an Asset Purchase Agreement ("APA") by and between certain of the Debtors and Blast Asset Acquisition, LLC, an acquisition vehicle that is a subsidiary of Monster Beverage Corporation (the "Buyer") and scheduled a hearing to approve the APA on July 12, 2023 (the "Sale Hearing").[2]

2.  On July 12, 2023, the Court conducted the Sale Hearing and approved the APA, which was memorialized by the entry of the *Order (I) Authorizing and Approving (A) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, And Encumbrances And (B) The Assumption and Assignment Of Certain Executory Contracts and Unexpired Leases in Connection Therewith, And (II) Granting Related Relief* [ECF No. 1654].[3]

3.  The transaction contemplated by the APA closed on July 31, 2023.[4]

4.  On August 7, 2023, the Debtors filed a *Notice of Abandonment of Personal Property* [ECF No. 1779] abandoning thirty-two (32) vehicles back to their respective lienholders that the Buyer did not acquire and in the Debtors' business judgment determined the vehicles were burdensome and of inconsequential benefit to the Debtors estates.

---

[2] On June 30, 2023, the Debtors filed the *Amended Notice of Auction Cancellation and Successful Bidder* [ECF No. 1556] to disclose the date and time of the Sale Hearing.

[3] The Court subsequently entered the *Amended Order (I) Authorizing and Approving (A) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases in Connection Therewith, And (II) Granting Related Relief* [ECF No. 1658], which amended Exhibit B thereto.

[4] *See Notice Sale Closing* [ECF No. 1750] filed on July 31, 2023.

12372404-1

5. Similarly, the Buyer is not acquiring the Vehicles pursuant to the APA.

6. The Vehicles are encumbered by liens, have little, if any, equity, and the Debtors have determined loan balances plus the cost of attempting to sell or auction the Vehicles exceed their fair market value. Accordingly, the Debtors seek to abandon the Vehicles back to their respective lienholders identified on **Exhibit "A"**, as they are burdensome and of inconsequential benefit to the Debtors estates.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.[5]**

| | |
|---|---|
| Dated: August 21, 2023<br>Miami, Florida | Respectfully submitted,<br><br>/s/ Michael J. Niles |
| George A. Davis (admitted *pro hac vice*)<br>Tianjiao ("TJ") Li (admitted *pro hac vice*)<br>Brian S. Rosen (admitted *pro hac vice*)<br>Jonathan J. Weichselbaum (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>      tj.li@lw.com<br>      brian.rosen@lw.com<br>      jon.weichselbaum@lw.com | Jordi Guso<br>Florida Bar No. 863580<br>Michael J. Niles<br>Florida Bar No. 107203<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Email: jguso@bergersingerman.com<br>      mniles@bergersingerman.com |

– and –

---

[5] Although there is no Certificate of Service included in this Notice reflecting the date of service, this Notice will be served today, August 21, 2023, by the Debtors' notice, claims and solicitation agent, Stretto, Inc.

12372404-1

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Co-Counsel for the Debtors*

**EXHIBIT "A"**

| VIN | Year | Manufacturer | Model Name | Type | Lienholder |
|---|---|---|---|---|---|
| 54DCDW1B4KS809055 | 2019 | Chevrolet | 3500/4500 | Beverage Truck | GM |
| 54DCDW1B2KS808809 | 2019 | Chevrolet | 3500/4500 | Beverage Truck | GM |
| JALEEW166L7302061 | 2020 | Chevrolet | 5500XD | Beverage Truck | GM |
| 54DCDW1B6KS809056 | 2019 | Chevrolet | 3500/4500 | Beverage Truck | GM |
| 54DCDW1B4KS809041 | 2019 | Chevrolet | 3500/4500 | Beverage Truck | GM |
| 54DCDW1B7KS809342 | 2019 | Chevrolet | 3500/4500 | Beverage Truck | GM |
| JALEEW164L7301748 | 2020 | Chevrolet | 3500/4500 | Beverage Truck | GM |
| 54DCDW1B8KS808331 | 2019 | Chevrolet | 3500/4500 | Beverage Truck | GM |

12372404-1