

**ORDERED in the Southern District of Florida on August 23, 2023.**



      **Peter D. Russin, Judge**
      **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

Vital Pharmaceuticals, Inc., et al.,[1]

    Debtors.
_____/

Case No. 22-17842-PDR

Chapter 11
(Jointly Administered)

### ORDER GRANTING MONSTER ENERGY COMPANY'S EMERGENCY MOTION TO COMPEL JOHN H. OWOC, MEGAN OWOC, AND ELITE ISLAND, LLC TO COMPLY WITH RULE 2004 CROSS-NOTICES

THIS MATTER came before the Court on May 11, 2023, at 2:00 p.m., on

Monster Energy Company's Emergency Motion of to Compel John H. Owoc, Megan

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. Tire last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada. Inc. (5454); (iii) JHO Intellectual Property Holdings, EEC (0010); (iv) JHO Real Estate Investment, EEC (9394); (v) Quash Seltzer, EEC (6501); (vi) Rainbow Unicom Bev EEC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Owoc, and Elite Island, LLC to Produce Documents Pursuant to Rule 2004 Notices and Cross-Notices (the "Motion").[2] In the Motion, Monster sought to compel John H. Owoc, Megan Owoc, and Elite Island, LLC to produce to Monster the same documents they produced to the Official Committee of Unsecured Creditors pursuant to Rule 2004 Notices and Cross-Notices. The Debtors joined in Monster's Motion.[3] At the May 11 hearing, counsel for the Owocs and Elite Island indicated they did not object to the relief sought in the Motion.

     Accordingly, it is ORDERED that the Motion is GRANTED.

###

Copies to:

All parties in interest.

---

[2] Doc. No. 1346.

[3] Doc. No. 1351.