UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

Debtors.
_____/

Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

## RESPONSE IN OPPOSITION TO DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREGG H. METZGER, LLC, D/B/A LAW OFFICE OF GREGG H. METZGER IN THE ORDINARY COURSE OF BUSINESS, EFFECTIVE AS OF AUGUST 1, 2023

Creditor and Interested Party John H. Owoc ("Mr. Owoc"), through undersigned counsel, files his *Response in Opposition to Debtors' Motion for Entry of Order Authorizing the Retention and Employment of Gregg H. Metzger, LLC, d/b/a Law Office of Gregg H. Metzger in the Ordinary Course of Business, Effective as of August 1, 2023* (the "Application")(ECF No. 1780), and states as follows:

1.  Through the Application, Vital Pharmaceuticals, Inc. *et al.* (the "Debtors") seek to employ Gregg Metzger to assist the Debtors with various legal matters.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Phang | Feldman

**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

2. Aside from the Debtors, Mr. Metzger also provided legal counsel to Mr. Owoc on a variety of issues including litigation relating to the Debtors as well as Mr. Owoc's personal matters.

3. Based on this experience, Mr. Metzger is privy to information relating to Mr. Owoc that is subject to the attorney-client privilege and confidentiality per Fla. R. Regul. FL. Bar 4-1.6 (confidentiality of information).[2]

4. As the Court is well aware, the current relationship between the Debtors and Mr. Owoc is acrimonious.

5. Based on his relationship with both Mr. Owoc and the Debtors, Mr. Owoc submits that Mr. Metzger is not disinterested.

WHEREFORE, Mr. Owoc requests this Court enter an Order denying the subject Application and granting such other relief this Court deems just and proper.

Dated: August 25, 2023

PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223

By:  /s/ *Jonathan S. Feldman*
Jonathan S. Feldman (12682)
feldman@katiephang.com
service@katiephang.com

---

[2] Client confidentiality is two-fold. First, the narrow concept of attorney client privilege, in which a lawyer generally cannot be compelled to provide evidence against a client, and second, the broader concept of confidentiality that can arise outside of judicial or other proceedings. In the latter instance, a lawyer generally cannot provide confidential information about a client to a third-party except in limited instances.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served August 25, 2023, based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

By: */s/ Jonathan S. Feldman*
Jonathan S. Feldman (12682)
feldman@katiephang.com
service@katiephang.com

**Phang Feldman**

**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**