UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                    Chapter 11 Cases

VITAL PHARMACEUTICALS, INC., *et al.*,[1]                    Case No.: 22-17842-PDR

    Debtors.                                                                    (Jointly Administered)
_____/

**DEBTORS' FIFTH NOTICE OF ABANDONMENT OF PERSONAL PROPERTY**

Vital Pharmaceuticals, Inc., Bang Energy Canada, Inc., JHO Intellectual Property Holdings, LLC, JHO Real Estate Investment, LLC, Quash Seltzer, LLC, Rainbow Unicorn Bev LLC and Vital Pharmaceuticals International Sales, Inc. (collectively, the "Debtors"), by and through their undersigned counsel, give notice of the proposed abandonment of the equipment listed on the attached **Exhibit "A"** (collectively, the "Equipment"). In support of the abandonment, the Debtors represent as follows:

    1.    On January 27, 2023, Debtors filed *Debtors' Motion for An Order (I) Approving (A) Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing, Assumption Procedures, and Auction Results, (D) Dates for an Auction and Sale Hearing, (E) the Sale of Substantially all off the Debtors' Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and*

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12463577-2

*Encumbrances, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing The Debtors to Provide Bid Protections, and (III) Granting Related Relief* filed by Debtor Vital Pharmaceuticals, Inc. [ECF No. 707] (the "Sale Motion"). On June 28, 2023, the Debtors filed a *Notice of Auction Cancellation and Successful Bidder* [ECF No. 1546], announcing that the Debtors entered into an Asset Purchase Agreement ("APA") by and between certain of the Debtors and Blast Asset Acquisition, LLC, an acquisition vehicle that is a subsidiary of Monster Beverage Corporation (the "Buyer") and scheduled a hearing to approve the APA on July 12, 2023 (the "Sale Hearing").[2]

2.  On July 12, 2023, the Court conducted the Sale Hearing and approved the APA, which was memorialized by the entry of the *Order (I) Authorizing and Approving (A) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, And Encumbrances and (B) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (II) Granting Related Relief* [ECF No. 1654].[3]

3.  The transaction contemplated by the APA closed on July 31, 2023.[4]

4.  The Buyer did not acquire the Equipment pursuant to the APA.

5.  On August 7, 2023, the Debtors filed its *Twelfth Omnibus Motion for Entry of An Order Authorizing the Rejection of Certain Executory Contracts* [ECF No. 1781], which included the rejection of contracts with Canon Solutions America (the "Canon Contracts").

---

[2] On June 30, 2023, the Debtors filed the *Amended Notice of Auction Cancellation and Successful Bidder* [ECF No. 1556] to disclose the date and time of the Sale Hearing.

[3] The Court subsequently entered the *Amended Order (I) Authorizing and Approving (A) the Sale of Substantially All of The Debtors' Assets Free and Clear of All Liens, Claims, And Encumbrances And (B) The Assumption And Assignment Of Certain Executory Contracts and Unexpired Leases in Connection Therewith, And (II) Granting Related Relief* [ECF No. 1658], which amended Exhibit B thereto.

[4] *See Notice Sale Closing* [ECF No. 1750] filed on July 31, 2023.

12463577-2

6. The Equipment, which is located in the Debtors' temporary facility located at 1600 North Park Drive, Weston, Florida 33326 ("Premises"), was leased to VPX pursuant to the Canon Contracts and therefore are no longer necessary nor wanted by the Debtors. Further, abandonment of the Equipment will facilitate the Debtors vacating the Premises.

7. On September 28, 2023, counsel for Canon advised the Debtors that they are abandoning the Equipment and do not intend to pick up the Equipment from the Premises.

8. Accordingly, for the avoidance of doubt, the Debtors seek to abandon any interest the Debtors may have in the Equipment, as they are burdensome and of inconsequential benefit to the Debtors estates. If there are no timely responses or objections filed, the landlord of the Premises will be authorized to dispose of the Equipment.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.[5]**

Dated: October 16, 2023
      Miami, Florida

George A. Davis (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: george.davis@lw.com
      jon.weichselbaum@lw.com

– and –

Respectfully submitted,

*/s/ Michael J. Niles*
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email: jguso@bergersingerman.com
      mniles@bergersingerman.com

---

[5] Although there is no Certificate of Service included in this Notice reflecting the date of service, this Notice will be served today, October 16, 2023, by the Debtors' notice, claims and solicitation agent, Stretto, Inc.

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200
Email:   andrew.sorkin@lw.com

– and –

Whit Morley (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email:   whit.morley@lw.com

*Co-Counsel for the Debtors*

4

# Exhibit "A"

| Serial# | Description | Model |
|---|---|---|
| UMU10231 | B&W Copier | imageRUNNER ADVANCE 4535I |
| UMU10227 | B&W Copier | imageRUNNER ADVANCE 4535I |
| UVT03822 | Printer | imageCLASS MF515dw |
| WJC01889 | Imagepress | imagePRESS C750 |
| R00323061 | Accessory - Copier | imagePRESS Server G100 |
| R00333682 | Accessory - Copier | imagePRESS Server G100 |
| 2BH04487 | Printer | imageCLASS MF525dw |
| XVJ03916 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| 2AB06958 | Color Copier | imageRUNNER ADVANCE C356IF II |
| 2HF00959 | Color Copier | imageRUNNER C475if III |
| AAHL0766 | Printer | imagePROGRAF IPF6450 |
| XVJ03828 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| XVJ03826 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| 2BH04486 | Printer | imageCLASS MF525dw |
| XVJ03920 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| 2BD00647 | B&W Copier | imageRUNNER ADVANCE 615IFZ II |
| 2QC02718 | Color Copier | imageRUNNER ADVANCE C356IF III |
| WTL22349 | Printer | Color imageCLASS MF735Cdw |
| 2HF01063 | Color Copier | imageRUNNER C475if III |
| 2HF00937 | Color Copier | imageRUNNER C475if III |
| QLA39103 | B&W Copier | imageRUNNER ADVANCE 400IF |
| XUG06982 | Color Copier | imageRUNNER ADVANCE C5550I II |
| WTL18415 | Printer | Color imageCLASS MF735Cdw |
| 2HF00884 | Color Copier | imageRUNNER C475if III |
| 2HF00958 | Color Copier | imageRUNNER C475if III |
| MLAA601864 | Printer | imageRUNNER LBP3480 |
| XLG00852 | Color Copier | imageRUNNER ADVANCE |

6

12463577-2

| | | |
|---|---|---|
| | | C5550I |
| UMU07682 | B&W Copier | imageRUNNER ADVANCE 4535I |
| WJC01940 | Imagepress | imagePRESS C750 |
| A00033306 | Accessory - Copier | imagePRESS Server H300 |
| XVJ03824 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| 2KJ04326 | Color Copier | imageRUNNER ADVANCE C5535i III |
| 2QC02340 | Color Copier | imageRUNNER ADVANCE C356IF III |
| 2HF00957 | Color Copier | imageRUNNER C475if III |
| 2HF00897 | Color Copier | imageRUNNER C475if III |
| L7W4600262 | Color Copier | TASKalfa Color Copier |
| 180553322 | Accessory - Other | Duplo Slit Cut Creasers |
| XVJ03838 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| XVJ04820 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| YCP00721 | B&W Copier | imageRUNNER ADVANCE 8505i III |
| 2HF00878 | Color Copier | imageRUNNER C475if III |
| 2HF00955 | Color Copier | imageRUNNER C475if III |
| QLA39097 | B&W Copier | imageRUNNER ADVANCE 400IF |
| UVT03825 | Printer | imageCLASS MF515dw |
| NEXA002515 | Printer | imageCLASS LBP352dn |
| XMR03077 | Imagepress | imagePRESS C850 |
| XUG07812 | Color Copier | imageRUNNER ADVANCE C5550I II |
| XVJ04201 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| XVJ04372 | B&W Copier | imageRUNNER ADVANCE 4551I II |
| 2BD00702 | B&W Copier | imageRUNNER ADVANCE 615IFZ II |
| 2BH05193 | Printer | imageCLASS MF525dw |
| 2BH07908 | Printer | imageCLASS MF525dw |
| 2KR00608 | Color Copier | imageRUNNER ADVANCE C7580i III |
| 2HF01066 | Color Copier | imageRUNNER C475if III |

12463577-2