UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,

Debtors.

Chapter 11 Cases

Case No. 22-17842 (PDR)

## JOHN OWOC'S EXPEDITED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**Mr. Owoc requests the hearing on this motion be conducted on October 31, 2023 because other matters are already set for hearing before the Court. Based on the Court's Memorandum Opinion issued on October 6, 2023 and the Court's legal reasoning therein, it is anticipated that the Court will deny the relief requested in this filing. Nonetheless, Mr. Owoc is filing this Motion in an abundance of caution to preserve his appellate remedies.**

John H. "Jack" Owoc seeks entry of an Order pursuant to 11 U.S.C. § 362 granting him relief from the automatic stay to terminate the S election for VITAL PHARMACEUTICALS, INC. ("Debtor"), and in support states:

### JURISDICTION

1. On October 10, 2022, Vital Pharmaceuticals, Inc. ("***VPX***") and its affiliated debtors (the "***Debtors***") filed Chapter 11 Voluntary Petitions with this Court.

2. This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.

3. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

4. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The statutory predicate for the relief requested herein is section 362 of the Bankruptcy Code, Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, and Rule 4001-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida.

## BACKGROUND

6. Mr. Owoc is the founder and sole shareholder of VPX. From 1997 through the present, VPX has been classified as an S-Corp for federal tax purposes under 26 U.S.C. § 1361(a).

7. On July 30, 2023, the Court entered its *Order Denying, In Part, John H. Owoc's Emergency Motion for Confirmation the Automatic Stay Does Not Apply to Revocation of Debtor's Subchapter S Corporate Status* [ECF No. 1746] upon the notice and hearing of the *Emergency Motion of John H. Owoc for Confirmation That the Automatic Stay Does Not Apply to Termination of Debtor's Subchapter S Corporation Status or, Alternatively, for Relief from Stay*.

8. Thereafter, on October 6, 2023, the Court entered its *Memorandum Opinion and Order Denying John H. Owoc's Emergency Motion for Confirmation the Automatic Stay Does Not Apply to Revocation of Debtor's Subchapter S Corporate Status or, Alternatively, for Stay Relief* [ECF No. 1951] (the "**Memorandum Opinion**") in furtherance of its July 30, 2023, Order.

9. Based on the Memorandum Opinion, the Court found the subchapter S election is property of the estate.

2



**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL 33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

**RELIEF REQUESTED**

10. Mr. Owoc seeks to terminate VPX's S election.[1] Because the Court ruled that the S election is property of the estate, the Court should enter an order lifting the stay for cause under Bankruptcy Code section 362(d). 11 U.S.C. § 362(d)(1).

11. Courts have focused on practical considerations in lifting a stay, including: "1. the harm to the party seeking relief from the stay … if the stay is not lifted; 2. the harm to the debtor … if the stay is lifted; 3. the interests of creditors; and 4. the effect on the fair and efficient administration of justice." *Peerless Ins. Co. v. Rivera*, 208 B.R. 313, 315 (D.R.I. 1997).

12. Although it is anticipated that the Court will deny the relief requested herein, cause exists to terminate the automatic stay. Mr. Owoc is unfairly being stuck with a tax bill that should not be borne by him. There is no harm in forcing the estate and its creditors to pay for the benefit of the income they are receiving.

13. Although the Court has made much in its Memorandum Opinion of the point that for years Mr. Owoc took advantage of the S election, the Court fails to recognize that in those years, VPX distributed sufficient funds to Mr. Owoc to pay taxes due on VPX income. Now, Mr. Owoc is being taxed on VPX's income despite that income flowing to VPX's creditors. This is an inequitable result.

---

[1] A corporation will cease to be an S corporation if it no longer qualifies as a "small business corporation" as defined by § 1361(b). § 1362(d)(2). Section 1361(b) defines a small business corporation as (1) a domestic corporation, which (2) is not an ineligible corporation[1] and which does not (3) have more than 100 shareholders, (4) have (with certain exceptions) a shareholder who is not an individual, (4) have a nonresident alien as a shareholder, and (5) have more than one class of stock. § 1361(b)(1). A shareholder can terminate a company's status as an S corporation by causing it to fail any of the five requirements above.

3



WHEREFORE, Mr. Owoc requests relief from the automatic stay so that he may terminate VPX's S election.

Dated: October 16, 2023          PHANG & FELDMAN, P.A.
                                 *Attorneys for John H. Owoc*
                                 2 S. Biscayne Boulevard, Suite 1600
                                 One Biscayne Tower
                                 Miami, Florida 33131
                                 Telephone: (305) 614-1223

                                 By:    */s/ Jonathan S. Feldman*
                                        Jonathan S. Feldman (12682)
                                        feldman@katiephang.com
                                        service@katiephang.com

4



**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed and served on October 16, 2023, via the Court's Notice of Electronic Filing (CM/ECF) on all Registered Users including those set forth in Local Rule 4001-1(A).

                               By:    */s/ Jonathan S. Feldman*  
                                           Jonathan S. Feldman (12682)  
                                           feldman@katiephang.com



One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131  
T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com