

**ORDERED in the Southern District of Florida on November 13, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

### ORDER DENYING JOHN OWOC'S EXPEDITED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS MATTER** came before the Court for hearing on October 31, 2023 at 1:30 p.m., and the continued hearing held on November 7, 2023, at 11:00 a.m., in Fort Lauderdale, Florida, upon *John Owoc's Expedited Motion for Relief From the Automatic Stay* [ECF No. 2016] (the "Motion"). The Court, having considered the Motion and the *Debtors' Opposition to John Owoc's Expedited Motion for Relief From the Automatic Stay* [ECF No. 2141], having

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12586034-1

considered the argument of counsel, and being otherwise fully advised in the premises, does thereupon

**ORDER** that the Motion is **DENIED** for the reasons announced on the record.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com
Email: mniles@bergersingerman.com

*(Attorney Guso is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

12586034-1