UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al*.,[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**NOTICE OF THE OCCURRENCE OF THE EFFECTIVE DATE
OF THE DEBTORS' SECOND AMENDED JOINT PLAN OF
LIQUIDATION, DATED SEPTEMBER 15, 2023**

**TO ALL CREDITORS, EQUITY HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on November 8, 2023, the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") entered an order [ECF No. 2258] (the "Confirmation Order") (i) approving, on a final basis, the *Second Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Liquidation* [ECF No. 1904] (the "Disclosure Statement"); and (ii) confirming the *Debtors' Second Amended Joint Plan of Liquidation* [ECF No. 1905], as supplemented by the (i) *Notice of Filing Plan Supplement* [ECF No. 2051], and (ii) *Notice of Filing Second Plan Supplement* [ECF No. 2115] (together, the "Plan Supplement", and, collectively, as supplemented, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on November 21, 2023.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, any holder of a Claim or Interests, and such holder's successors and assigns, whether or not the Claim or Interests of such holder is Impaired under the Plan, such holder receives or is entitled to receive a distribution under or pursuant to the Plan, and whether or not such holder voted to accept the Plan or was entitled to vote to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the failure in this notice to describe any aspect of the Plan or the Confirmation Order shall not limit the effect or enforceability thereof in any way, and that reference is made to the Plan and the Confirmation Order for a complete description of the treatment of Claims and Interests, including without limitation the releases, exculpations, and injunctions provided for in Article XII of the Plan and approved by the Confirmation Order.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326.  The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

[2] Capitalized terms used in this notice and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

12608683-2

**PLEASE TAKE FURTHER NOTICE THAT ARTICLE XII OF THE PLAN CONTAINS THIRD PARTY RELEASES, EXCULPATION, GATEKEEPER AND INJUNCTION PROVISIONS ENJOINING CERTAIN CLAIMS AGAINST THIRD PARTIES WHICH PROVISIONS BIND ALL PERSONS AND ENTITIES WHO DID NOT OPT-OUT OF SUCH RELEASES.**

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, the Disclosure Statement, the Plan, and the related documents, are available on the Court's website at http://www.flsb.uscourts.gov. To access the Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov. Copies of the Confirmation Order, the Disclosure Statement, the Plan, and the related documents may also be obtained free of charge by visiting the website of Stretto, Inc., https://cases.stretto.com/VitalPharmaceuticals.

Dated: November 21, 2023
Miami, Florida

Respectfully submitted,

/s/ Jordi Guso
Jordi Guso
Florida Bar No. 863580
Michael J. Niles
Florida Bar No. 107203
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email:  jguso@bergersingerman.com
            mniles@bergersingerman.com

George A. Davis (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
            Liza.burton@lw.com
            jon.weichselbaum@lw.com

– and –

Andrew D. Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Email:  andrew.sorkin@lw.com

– and –

Joseph Celentino (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: joe.celentino@lw.com

*Counsel for Debtors-in-Possession*