

ORDERED in the Southern District of Florida on January 3, 2024.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., et al[1]
*DBA* BANG ENERGY
*DBA* VPX SPORTS
*DBA* VPX/REDLINE
*DBA* REDLINE
*DBA* QUASH LIFE LIFT

CASE NO. 22-17842-PDR
CHAPTER 11
(Jointly Administered)

Debtors.
_____/

**ORDER GRANTING OMNIBUS MOTION FOR ORDER**
**CONFIRMING THE AUTOMATIC STAY IS NOT IN EFFECT**

**THIS CASE** came on for consideration without a hearing on the Omnibus Motion for Order Confirming the Automatic Stay is not in Effect ("Motion") filed by Ally Bank ("Movant")

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

(Doc. No. 2374).  Movant, by submitting this form of order, represents that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the Movant, a response to the Motion, and the relief to be granted in this Order is the identical relief requested in the Motion. The Court, having reviewed the Motion and being otherwise fully advised on the premises, finds it appropriate to grant the requested relief.  It is

**ORDERED:**

1. The Motion (Doc. No. 2374) is granted.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is confirmed to not be in effect as to Movant's interest in the vehicles included in the summary attached to this Order as Exhibit "A."

3. Movant has *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the vehicles, to gain possession of the vehicles, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

**Submitted by:**
Gavin N. Stewart, Esquire
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com

Counsel for Movant is directed to serve a copy of this order on all required parties and file a Certificate of Service with the Court.

# EXHIBIT A

| VIN | Year | Make  Model | Corresponding Notice of Abandonment (by Docket Number) |
|---|---|---|---|
| 54DCDW1B6KS808814 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B6KS807078 | 2019 | CHEVROLET SILVERADO 1500 | Doc. No. 1779 |
| JALEEW164L7301622 | 2020 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B3KS808835 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B5KS809341 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B9KS809083 | 2019 | CHEVROLET COMMERCIAL Low Cab Forward 4500 Regular Cab | Doc. No. 1779 |
| 54DCDW1B0KS808176 | 2019 | CHEVROLE | Doc. No. 1779 |
| 54DCDW1B4KS808195 | 2019 | CHEVROLET AVEO SED 4D | Doc. No. 1906 |
| 54DCDW1B2KS808194 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B4KS807080 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B1KS808834 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B0KS807075 | 2019 | Chevrolet Silverado 1500 Limited Crew Cab High Country 4WD | Doc. No. 1779 |
| 1C4HJXDN3LW223536 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | Doc. No. 1906 |
| 1C4HJXDN6LW223532 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | Doc. No. 1906 |
| 54DCDW1B3KS809080 | 2019 | Chevrolet Traverse:1LT | Doc. No. 1779 |
| 54DCDW1B7KS807753 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B2KS807756 | 2019 | CHEVROLET SILVERADO 1500 | Doc. No. 1779 |
| 54DCDW1B3KS809337 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B0KS808193 | 2019 | 2019 Chevrolet 4500 | Doc. No. 1779 |
| 54DCDW1B9KS808175 | 2019 | 2019 Chevrolet 4500 | Doc. No. 1779 |
| 54DCDW1B6KS809039 | 2019 | 2016 Nissan NV200 | Doc. No. 1779 |
| 54DCDW1B6KS808151 | 2019 | 2020 Chevrolet Commercial Silverado Med Duty 5500HD | Doc. No. 1779 |
| 54DCDW1B5KS808786 | 2019 | CHEVROLET AVEO SED 4D LS | Doc. No. 1779 |
| 54DCDW1B7KS808837 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B5KS809338 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B8KS808152 | 2019 | CHEVROLET | Doc. No. 1779 |
| 54DCDW1B8KS807079 | 2019 | CHEVROLET SILVERADO 1500 | Doc. No. 1779 |
| 1C4HJXDN5LW223523 | 2020 | Jeep Wrangler Utility 4D Sport 4WD 2.0L | Doc. No. 1906 |
| 54DCDW1B5GS813199 | 2016 | CHEVROLET | Doc. No. 1906 |