UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*[1],

_____/

Case No.: 22-17842-PDR
Chapter 11
(Jointly Administered)

## MOTION FOR INSTRUCTION FROM COURT WITH REGARD TO FORMER CLIENT JOHN H. OWOC'S PROPERTY

Conrad & Scherer, LLP ("C&S") files this Motion for Instruction from the Court with Regard to Former Client John H. Owoc's Property, and states as follows:

1. This motion arises out of Conrad & Scherer's representation of its former client, John H. Owoc, in the instant bankruptcy proceeding and associated adversary proceedings.

2. During the course of its representation, there was a claim by the Debtors' estate to ownership of Mr. Owoc's computer. Mr. Owoc insisted that the Debtors purchased the computer for his personal use, however, the Debtors disputed this characterization. A discovery dispute ensued with respect to the computer.

3. On June 29, 2023, this Court instructed that the computer be removed from Mr. Owoc's possession and control. C&S obtained the computer from Mr. Owoc and has kept it in a secure location at its office since the Court's instruction.

4. This Court granted C&S's Motion to Withdraw as Attorney of Record for John H. Owoc and Megan E. Owoc on August 14, 2023. *See* D.E. 225.

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicom Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

5. To our knowledge, ownership of the computer is not fully resolved. However, C&S would like to return the computer as we are no longer involved in the case or associated with Mr. Owoc.

6. Mr. Owoc's counsel of record in this proceeding, Jonathan Feldman, Esq. and Terry Gray, Esq., have declined to accept responsibility for the computer. A new attorney, Matthew Fornaro, Esq., who is his counsel of record in a civil suit pending in state court where C&S is suing to collect unpaid fees, has agreed to accept the computer.

7. Accordingly, C&S seeks this Court's instruction as to what it is permitted and/or required to do with the disputed computer.

WHEREFORE, C&S respectfully requests that this Court issue further instruction with respect to C&S's possession of the disputed computer and for such other relief this Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on February 22, 2024.

Respectfully submitted,
CONRAD & SCHERER, LLP
633 S. Federal Hwy., Suite 800
Fort Lauderdale, Florida 33316
Telephone: (954) 847-3328
Facsimile: (954) 463-9244
Email: IGilbert@conradscherer.com
OGonzalez@conradscherer.com
By: */s/ Irwin R. Gilbert*
Irwin R. Gilbert
Florida Bar No. 0099473