

ORDERED in the Southern District of Florida on March 12, 2024.



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,  Case No.: 22-17842-PDR

    Debtors.  Chapter 11
 (Jointly Administered)

_____/

**AGREED ORDER GRANTING AGREED *EX-PARTE* MOTION TO CONTINUE HEARING ON CONRAD & SCHERER'S MOTION FOR INSTRUCTION WITH REGARD TO FORMER CLIENT JOHN H. OWOC'S PROPERTY**

**THIS MATTER** came before the Court without hearing upon the *Agreed Ex-Parte Motion to Continue Hearing on Conrad & Scherer's Motion for Instruction from Court with Regard to Former Client John H. Owoc's Property* [ECF No. 2572] scheduled for March 13, 2024 at 10:00 a.m., and the Court, having reviewed the Motion and noting the agreement of the parties, does-

**IT IS ORDERERED** that:

    1.    The Motion is **GRANTED**.

    **2.**    The hearing on the *Conrad & Scherer's Motion for Instruction from Court with Regard to Former Client John H. Owoc's Property* [ECF No. 2553] is reset to **April 24, 2024, at**

**10:00 a.m.** United States Bankruptcy Court for the Southern District of Florida at 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301.

3. To participate in a hearing remotely via Zoom, parties must register in advance no later than 3:00 P.M., one (1) business day before the date of the hearing, at:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

# # #

Order submitted by:

Jonathan S. Feldman (12682)
PHANG & FELDMAN, P.A.
*Attorneys for Movants*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223
feldman@katiephang.com
service@katiephang.com

Copy furnished to Jonathan S. Feldman, Esq., Movants' attorney, who shall serve a copy of the Order on all interested parties and file a Certificate of Service thereon.