

**ORDERED in the Southern District of Florida on May 31, 2024.**



             **Peter D. Russin, Judge**
           **United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

Vital Pharmaceuticals, Inc., et al.,         Case No. 22-17842-PDR

    Debtors.                           Chapter 11
                                          (Jointly Administered)
_____/

**ORDER DENYING JOHN H. OWOC AND MEGAN E. OWOC'S
<u>MOTION FOR CONTINUANCE</u>**

On May 23, 2024, the Court held a hearing on the Liquidating Trustee's Motion for Order and Final Decree Closing Chapter 11 Cases (Doc. 2622). At the hearing, John H. Owoc appeared and requested *Ore Tenus* that the hearing be continued for 60 days. The Court denied the *Ore Tenus* motion for continuance. Subsequently, Mr. Owoc filed a paper version of his *Ore Tenus* motion for continuance (Doc. 2629) (the "Motion for Continuance"). For the reasons stated on the record, in open court, on May 23, 2024, the Court hereby orders:

1

2

1. The Motion for Continuance is hereby **DENIED**.

# # #

Copies to:
All interested parties.

2