

ORDERED in the Southern District of Florida on April 25, 2025.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

### ORDER GRANTING LIQUIDATING TRUSTEE'S EX PARTE MOTION TO ESTABLISH DEADLINE FOR OBJECTIONS TO <u>MOTION TO APPROVE SETTLEMENT</u>

**THIS CAUSE** having come before the Court upon the *Liquidating Trustee's Ex Parte Motion to Establish Deadline for Objections to Motion to Approve Settlement Agreement Between Liquidating Trust, Stag Development, LLC, Shaw Investments & Realty, Inc., Jonathan W. Owoc,*

---

[1] The address of the debtors in the above-captioned cases (the "<u>Debtors</u>") is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

*Branden Shaw, JW Owoc Enterprises, LLC, and Glenn Waldman, as Receiver for Tropical Sunset, LLC* [ECF No. 2894] (the "Motion").[2] Pursuant to the Court's review of the Motion and the record and having found that good cause exists to grant the Motion, it is

**ORDERED** as follows:

1. For the reasons set forth in the Motion, which are incorporated herein by reference, the Motion is **GRANTED**.

2. The deadline to file any objection to the *Liquidating Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 (I) Approving Settlement Between Liquidating Trust, Stag Development, LLC, Shaw Investments & Realty, Inc., Jonathan W. Owoc, Branden Shaw, and Glenn Waldman, as Receiver for Tropical Sunset 117, LLC, and (II) Granting Related Relief* [ECF No. 2887] shall be May 19, 2025.

###

Submitted by:
BAST AMRON LLP
Brett M. Amron (FBN 0148342)
Peter J. Klock, II (FBN 103915)
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (786) 206-8740
Email: bamron@bastamron.com
Email: pklock@bastamron.com

-and-

LOWENSTEIN SANDLER LLP
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Michael A. Kaplan, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700

---

[2] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: mkaplan@lowenstein.com

Copies to:
*Attorney Klock, shall serve this Order on all interested parties and file a certificate of service reflecting same.*