Case 22-17842-PDR    Doc 2956    Filed 09/15/25    Page 1 of 3



**ORDERED in the Southern District of Florida on September 15, 2025.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*[1] | Case No.: 22-17842-PDR |
| Debtors._____/ | (Jointly Administered) |

**ORDER GRANTING LIQUIDATING TRUSTEE'S RENEWED MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 (I) APPROVING SETTLEMENT AGREEMENT BETWEEN LIQUIDATING TRUST, STAG DEVELOPMENT, LLC, SHAW INVESTMENTS & REALTY, INC., JONATHAN W. OWOC, BRANDEN SHAW, JW OWOC ENTERPRISES, LLC, AND GLENN WALDMAN, AS RECEIVER FOR TROPICAL SUNSET 117, LLC AND (II) GRANTING RELATED RELIEF**

---

[1] The address of the debtors in the above-captioned cases (the "Debtors") is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

4900-3781-1304, v. 1

**THIS CAUSE** having come before the Court via hearing on September 11, 2025 at 2:00 p.m., upon *Liquidating Trustee's Renewed Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 (I) Approving Settlement Agreement Between Liquidating Trust, Stag Development, LLC, Shaw Investments & Realty, Inc., Jonathan W. Owoc, Branden Shaw, JW Owoc Enterprises, LLC, and Glenn Waldman, as Receiver for Tropical Sunset, LLC, and (II) Granting Related Relief* (ECF No. 2948) (the "Motion"),[2] and the Court, having heard argument from the Liquidating Trustee's counsel, the Stag Defendants' counsel,[3] Glenn Waldman's counsel, Jack Owoc, and Megan Owoc, having reviewed the Motion, and the settlement agreement attached as Exhibit "A" to the Motion (the "Settlement Agreement" or the "Agreement"), and having noted that no objections were filed; finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II. Ltd.*, 898 F.2d 1544 (11th Cir. 1990); and for reasons stated on the record and incorporated herein by reference; it is

**ORDERED** as follows:

1. For the reasons set forth in the Motion and stated on the record, which are incorporated herein by reference, the Motion is **GRANTED**.

2. The compromise and settlement is approved in its entirety on the terms and conditions set forth in the Settlement Agreement attached as Exhibit "A" to the Motion, which terms and conditions are incorporated herein by reference.

3. The Confirmation Order is hereby modified to the extent necessary to effectuate the Settlement and the Settlement Agreement.

---

[2] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.
[3] The Stag Defendants include Stag Development, LLC, Shaw Investments & Realty, Inc., Jonathan W. Owoc, Branden Shaw, and JW Owoc Enterprises, LLC.

4.      This Court shall retain personal and subject matter jurisdiction to implement, interpret and enforce the terms and conditions of the Settlement and adjudicate any and all disputes arising from, or related to, the Settlement.

###

Submitted by:
BAST AMRON LLP
Brett M. Amron (FBN 0148342)
Peter J. Klock, II (FBN 103915)
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: bamron@bastamron.com
Email: pklock@bastamron.com

-and-

LOWENSTEIN SANDLER LLP
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Michael A. Kaplan, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: mkaplan@lowenstein.com

Copies to:
*Attorney Klock shall serve this Order on all interested parties and file a certificate of service reflecting same.*