United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-17842-PDR |
| Vital Pharmaceuticals, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 15 |
| Date Rcvd: Sep 15, 2025 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jeffrey Cohen, 1251 Avenue of the Americas, 17th Floor, New York, NY 10020-0083 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L Hammer | on behalf of Creditor Marc Kesten ahammer@ktslaw.com ecfnotices@hmblaw.com |
| Alan R Rosenberg | on behalf of Creditor Lease Plan USA LLC arosenberg@mrthlaw.com, gruiz@mrthlaw.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,mrthbkc@gmail.com,msalazar@mrthlaw.com |
| Aleksas Barauskas | on behalf of Creditor Suddath Global Logistics LLC barauskas@terrellhogan.com, mhowell@sgrlaw.com;dcote@sgrlaw.com |
| Alexandra D Blye | on behalf of Creditor Glazers Beer and Beverage of Texas LLC ablye@carltonfields.com, kcasazza@carltonfields.com;kathompson@carltonfields.com;wpbecf@cfdom.net |
| Alexandra D Blye | on behalf of Creditor YRC Inc. d/b/a YRC Freight ablye@carltonfields.com, kcasazza@carltonfields.com;kathompson@carltonfields.com;wpbecf@cfdom.net |

Alexandra D Blye
    on behalf of Creditor Premier Glazer's Beer & Beverage  LLC ablye@carltonfields.com,
    kcasazza@carltonfields.com;kathompson@carltonfields.com;wpbecf@cfdom.net

Alexandra D Blye
    on behalf of Creditor Glazers Beer and Beverage of Louisiana  LLC ablye@carltonfields.com,
    kcasazza@carltonfields.com;kathompson@carltonfields.com;wpbecf@cfdom.net

Aliette D Rodz
    on behalf of Creditor Truist Bank arodz@shutts.com

Allyson Greer Kisiel
    on behalf of Creditor Cheryl Ohel allyson@kleppinlaw.com

Allyson Greer Kisiel
    on behalf of Creditor Lewis Law  LLC allyson@kleppinlaw.com

Allyson Greer Kisiel
    on behalf of Creditor The Kleppin Firm  P.A. allyson@kleppinlaw.com

Allyson Greer Kisiel
    on behalf of Creditor Donna Williams allyson@kleppinlaw.com

Amanda E Preston
    on behalf of Interested Party Sidel Blowing and Services SAS amanda.preston@squirepb.com
    amanda-e-preston-9404@ecf.pacerpro.com

Amrit S Kapai
    on behalf of Creditor Jomast Corp. akapai@dunnlawpa.com
    rbasnueva@dunnlawpa.com;tudani@dunnlawpa.com;lrodriguez@dunnlawpa.com

Andrea S. Hartley
    on behalf of Creditor Monster Energy Company andrea.hartley@akerman.com  janet.salinas@akerman.com

Andrew Sorkin
    on behalf of Debtor Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Quash Seltzer  LLC andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff JHO Intellectual Property Holdings  LLC andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Rainbow Unicorn Bev LLC andrew.sorkin@lw.com
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Vital Pharmaceuticals  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Bang Energy Canada  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff JHO Real Estate Investment  LLC andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Andrew Sorkin
    on behalf of Plaintiff Vital Pharmaceuticals International Sales  Inc. andrew.sorkin@lw.com,
    andrew-sorkin-3703@ecf.pacerpro.com;new-york-ma-2860@ecf.pacerpro.com;christopher.tarrant@lw.com

Anne Aaronson
    on behalf of Creditor Crown Cork & Seal USA  Inc. aaaronson@dilworthlaw.com, ctomlin@dilworthlaw.com

Annie Yang Stoops
    on behalf of Creditor Premium Beverage Company annie.stoops@afslaw.com  david@stoopslawgroup.com

Anthony J Aragona, III
    on behalf of Creditor Mitsubishi HC Capital America  Inc. anthony.aragona@att.net, gphillips@attorneygl.com

Arthur C. Neiwirth, Esq.
    on behalf of Creditor Hardrock Concrete Placement Co.  Inc. aneiwirthcourt@qpwblaw.com

Bradley S Shraiberg
    on behalf of Creditor Wild Flowers Inc. bss@slp.law
    dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

Bradley S Shraiberg

| | |
|---|---|
| | on behalf of Creditor ADM Wild Europe GmbH & Co. KG bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law |
| Bradley S Shraiberg | |
| | on behalf of Creditor Entourage IP Holding  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law |
| Bradley S Shraiberg | |
| | on behalf of Creditor Archer Daniels Midland Company bss@slp.law dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law |
| Brandt F. Erwin | |
| | on behalf of Creditor College City Beverage  Inc. erwin@mdh-law.com |
| Brandt F. Erwin | |
| | on behalf of Creditor Capitol Beverage Sales L.P. erwin@mdh-law.com |
| Brendan S Everman | |
| | on behalf of Creditor PolyGram Publishing  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Arista Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor LaFace Records LLC beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Universal Music Corp. beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Sony Music Entertainment US Latin LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor UMG Recordings  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Universal Musica  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Songs of Universal  Inc. beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Universal Music - Z Tunes LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Sony Music Entertainment beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Zomba Recording LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Volcano Entertainment III LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Universal Music-MGB NA LLC beverman@stroock.com ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Arista Music beverman@stroock.com  ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Records Label  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brendan S Everman | |
| | on behalf of Creditor Capitol Records  LLC beverman@stroock.com, ksuarez@pryorcashman.com;docketing@pryorcashman.com |
| Brett M Amron, Esq. | |
| | on behalf of Plaintiff VPX Liquidating Trust bamron@bastamron.com  mdesvergunat@bastamron.com,jmiranda@bastamron.com |
| Brett M Amron, Esq. | |
| | on behalf of Other Professional VPX Liquidating Trust bamron@bastamron.com mdesvergunat@bastamron.com,jmiranda@bastamron.com |

Brigette G McGrath
    on behalf of Interested Party ORBIS RPM  LLC bmcgrath@askllp.com, mudem@askllp.com

C Craig Eller, Esq
    on behalf of Creditor Carolina Canners  Inc. celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq
    on behalf of Creditor Southeast Cold Fill  LLC celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Charles M Tatelbaum
    on behalf of Defendant Glenn Waldman as Receiver for Tropical Sunset LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant JWO Real Estate Investment I  LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Interested Party 120 Spyglass LN LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant 120 Spyglass LN LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Interested Party JWO Real Estate Investment II  LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Debtor Vital Pharmaceuticals  Inc. cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Interested Party 167 Spyglass LN LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Interested Party Glenn Waldman as Receiver for Tropical Sunset 117  LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant JWO Real Estate Investment II  LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Interested Party JW Owoc Enterprises  LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Interested Party JWO Real Estate Investment I  LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant Stag Development LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant 3 Pelican DR LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Other Professional VPX Liquidating Trust cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant Tropical Sunset LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant Glenn Waldman as Receiver for Tropical Sunset 117  LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant 167 Spyglass LN LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Interested Party 3 Pelican DR LLC cmt@trippscott.com aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Charles M Tatelbaum
    on behalf of Defendant JW Owoc Enterprises LLC cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

Christopher R Kaup
    on behalf of Creditor Nexus Steel LLC crk@tblaw.com, crkdepartment@tblaw.com

Christopher R Thompson
    on behalf of Creditor Adams Beverages LLC crthompson@burr.com, mlucca-cruz@burr.com

Christopher R Thompson
    on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial crthompson@burr.com, mlucca-cruz@burr.com

Christopher R Thompson
    on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing crthompson@burr.com, mlucca-cruz@burr.com

Craig I Kelley
    on behalf of Creditor Southeast Cold Fill LLC craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Craig I Kelley
    on behalf of Creditor Carolina Canners Inc. craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Dain De Souza
    on behalf of Creditor Circle K Procurement and Brands Ltd. ddesouza@bastamron.com, jmiranda@bastamron.com;eService@bastamron.com

Dain De Souza
    on behalf of Creditor Circle K Stores Inc. ddesouza@bastamron.com, jmiranda@bastamron.com;eService@bastamron.com

Dana Lee Robbins-Boehner
    on behalf of Creditor Adams Beverages LLC drobbins@burr.com, mguerra@burr.com

Daniel Gielchinsky
    on behalf of Interested Party Rothschild & Co US Inc. dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Daniel Harvath
    on behalf of Creditor Peter Fischer dharvath@harvathlawgroup.com

Daniel Harvath
    on behalf of Creditor Brendan Abbott dharvath@harvathlawgroup.com

David Samole, Esq
    on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David B Marks
    on behalf of Creditor Monster Energy Company brett.marks@akerman.com charlene.cerda@akerman.com

David H Conaway, Esq
    on behalf of Creditor Ardagh Metal Packaging USA Corp. dconaway@slk-law.com

David L. Gay
    on behalf of Creditor SLBS Limited Partnership d/b/a Summit Distributing dgay@carltonfields.com cguzman@carltonfields.com;efile@ecf.inforuptcy.com;miaecf@cfdom.net

Dennis J LeVine, Esq
    on behalf of Interested Party CI Dal III-V LLC Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Dennis J LeVine, Esq
    on behalf of Creditor LMR TRUCKING INC. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Dennis J LeVine, Esq
    on behalf of Interested Party Icon Owner Pool 1 LA Non-Business Parks LLC Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Donald R Kirk, Esq
    on behalf of Creditor MDV SpartanNash LLC dkirk@carltonfields.com, kathompson@carltonfields.com

Douglas Spelfogel
    on behalf of Debtor Vital Pharmaceuticals Inc. DSpelfogel@jenner.com

Douglas Spelfogel
    on behalf of Interested Party Jack H. Owoc DSpelfogel@jenner.com

Douglas Spelfogel
    on behalf of Interested Party Sheridan Real Estate Investment A LLC DSpelfogel@jenner.com

Edward M Fitzgerald, Esq
    on behalf of Creditor XPO LOGISTICS LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com

Edward M Fitzgerald, Esq

| | |
|---|---|
| | on behalf of Creditor RXO Capacity Solutions LLC edward.fitzgerald@hklaw.com, tonya.berger@hklaw.com |
| Elizabeth M. Rodriguez | on behalf of Defendant Steven Panagos erodriguez@fordharrison.com |
| Elizabeth M. Rodriguez | on behalf of Defendant Stephen Gray erodriguez@fordharrison.com |
| Elizabeth M. Rodriguez | on behalf of Defendant Robert Dickinson erodriguez@fordharrison.com |
| Eric N Assouline, Esq | on behalf of Creditor Datasite LLC ena@assoulineberlowe.com ah@assoulineberlowe.com |
| Eric S Pendergraft | on behalf of Defendant John H. Owoc ependergraft@slp.law dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S Pendergraft | on behalf of Defendant Megan E. Owoc ependergraft@slp.law dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S. Golden, Esq. | on behalf of Creditor ACAR Leasing Ltd. Inc. d/b/a GM Financial Leasing egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eric S. Golden, Esq. | on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial egolden@burr.com, mlucca-cruz@burr.com;ccrumrine@burr.com |
| Eugene P Murphy | on behalf of Creditor Universal Protection Service LP d/b/a Allied Universal Security Services emurphy@rc.com, akatz@rc.com |
| Eyal Berger, Esq. | on behalf of Interested Party Blast Asset Acquistion LLC eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Monster Energy Company eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of 3rd Party Plaintiff Blast Asset Acquisition LLC eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Interested Party Blast Asset Acquisition LLC eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Plaintiff VPX Liquidating Trust eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Ezequiel Joseph Romero | on behalf of Creditor Dairy Farmers of America Inc. romeroe@bryancave.com, zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com |
| Ezequiel Joseph Romero | on behalf of Creditor Dohler Dahlenburg G.m.b.H romeroe@bryancave.com zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com |
| Ezequiel Joseph Romero | on behalf of Creditor Doehler USA Inc. romeroe@bryancave.com, zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com |
| Fernando J Menendez | on behalf of Creditor Committee Creditor Committee fmenendez@sequorlaw.com jdiaz@sequorlaw.com,8326962420@filings.docketbird.com |
| Frank Terzo, Esq. | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP frank.terzo@nelsonmullins.com, linnea.hann@nelsonmullins.com |
| G Steven Fender | on behalf of Defendant Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| G Steven Fender | on behalf of Creditor Orange Bang Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com |
| Gavin N Stewart | on behalf of Creditor Ally Bank bk@stewartlegalgroup.com |
| George Eid Dahdal | on behalf of Attorney Irwin R. Gilbert gdahdal@conradscherer.com |
| Gerard M Kouri Jr., Esq | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital gmkouripaecf@gmail.com gmkouri@bellsouth.net |

District/off: 113C-0                    User: admin                                    Page 7 of 15
Date Rcvd: Sep 15, 2025                 Form ID: pdf004                                Total Noticed: 1

Hamid R. Rafatjoo
    on behalf of Creditor ALDA 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor CI421 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Hamid R. Rafatjoo
    on behalf of Creditor MFP 4747 W. Buckeye LLC hrafatjoo@raineslaw.com  bclark@raineslaw.com

Harris J. Koroglu
    on behalf of Creditor Truist Bank hkoroglu@shutts.com  mcabo@shutts.com;bvelapoldi@shutts.com;fsantelices@shutts.com

Heather L. Ries, Esq.
    on behalf of Creditor EmpHire Staffing  Inc. hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq.
    on behalf of Creditor LDF Sales & Distributing  Inc. hries@foxrothschild.com, ralbert@foxrothschild.com

Heather L. Ries, Esq.
    on behalf of Interested Party James Rodriguez hries@foxrothschild.com  ralbert@foxrothschild.com

Heather L. Ries, Esq.
    on behalf of Creditor Capital Distributing LLC hries@foxrothschild.com  ralbert@foxrothschild.com

Heidi A Feinman
    on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

Ian M. Ross
    on behalf of Creditor Ball Metal Beverage Container Corp. iross@sidley.com

Ian M. Ross
    on behalf of Creditor Warner Media Group iross@sidley.com

Irwin R Gilbert
    on behalf of Attorney Conrad & Scherer LLP igilbert@conradscherer.com  opick@conradscherer.com

Isaac M Marcushamer, Esq.
    on behalf of Interested Party Rothschild & Co US  Inc. isaac@marcushamer.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isaac M Marcushamer, Esq.
    on behalf of Creditor VS Carbonics  Inc. isaac@marcushamer.com, colleen@ecf.courtdrive.com;colleen@dgimlaw.com;isaac_876@ecf.courtdrive.com;eservice@dgimlaw.com

Isabel V Colleran
    on behalf of Creditor Yellowstone Landscape Southeast LLC isabel.colleran@blaxgray.com

J. Steven Wilkes
    on behalf of U.S. Trustee Office of the US Trustee steven.wilkes@usdoj.gov

Jacob D Morton
    on behalf of Creditor Refresco Beverages US Inc jacob.morton@hklaw.com

Jason Enright
    on behalf of Creditor Ranger H-TX LP jenright@winstead.com

Jason A. Weber, Esq.
    on behalf of Creditor Nexus Steel  LLC jaw@tblaw.com, Nboffill@tblaw.com

Jean-Claude Mazzola
    on behalf of Creditor Shanghai Freeman Lifesciences Company Jeanclaude@mazzolalindstrom.com

Jean-Claude Mazzola
    on behalf of Creditor CSPC Innovation Pharmaceutical Co.  Ltd. Jeanclaude@mazzolalindstrom.com

Jeffrey T. Kucera, Esq
    on behalf of Defendant Shaw Investments & Realty  Inc. jeffrey.kucera@klgates.com, etna.medina@klgates.com;docketing.east@klgates.com

Jeffrey T. Kucera, Esq
    on behalf of Defendant Jonathan W. Owoc jeffrey.kucera@klgates.com  etna.medina@klgates.com;docketing.east@klgates.com

Jeffrey T. Kucera, Esq
    on behalf of Defendant Branden Shaw jeffrey.kucera@klgates.com  etna.medina@klgates.com;docketing.east@klgates.com

Jeffrey T. Kucera, Esq
    on behalf of Defendant John H. Owoc jeffrey.kucera@klgates.com  etna.medina@klgates.com;docketing.east@klgates.com

Jeffrey T. Kucera, Esq
    on behalf of Defendant Stag Development LLC jeffrey.kucera@klgates.com  etna.medina@klgates.com;docketing.east@klgates.com

Jerry M Markowitz

| | |
|---|---|
| | on behalf of Creditor Lease Plan USA LLC jmarkowitz@mrthlaw.com, ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com,msalazar@mrthlaw.com |
| Jerry M Markowitz | on behalf of Creditor Faith Technologies Incorporated jmarkowitz@mrthlaw.com ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,markowitzjr73991@notify.bestcase.com, jmarkowitz@ecf.courtdrive.com,msalazar@mrthlaw.com |
| Jesse R Cloyd | on behalf of Creditor Stellar Group Inc. jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Jessey J Krehl | on behalf of Creditor Carlton Harris Individually and on Behalf of All Others Similarly Situated jessey@packlaw.com, jessey@ecf.courtdrive.com |
| Jimmy D. Parrish | on behalf of Creditor 1600FLL LLC jparrish@bakerlaw.com orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com |
| Joe M. Grant, Esq. | on behalf of Creditor Intrastate Distributing jgrant@loriumlaw.com jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com;acabello@loriumlaw.com |
| Joe M. Grant, Esq. | on behalf of Creditor C.K.S. Packaging Inc. jgrant@loriumlaw.com, jenna-munsey-6083@ecf.pacerpro.com;jyoung@loriumlaw.com;acabello@loriumlaw.com |
| John A Anthony | on behalf of Creditor Nevada Beverage Co janthony@anthonyandpartners.com efilings@anthonyandpartners.com;cfosdick@anthonyandpartners.com;eleith@anthonyandpartners.com |
| John D Emmanuel, Esq | on behalf of Creditor Premier Distributing Company john.emmanuel@bipc.com Sabrina.storno@bipc.com;eService@bipc.com |
| Jonathan S. Feldman | on behalf of Plaintiff John H. Owoc feldman@katiephang.com service@katiephang.com |
| Jonathan S. Feldman | on behalf of Plaintiff John Owoc feldman@katiephang.com service@katiephang.com |
| Jonathan S. Feldman | on behalf of Interested Party Jack H. Owoc feldman@katiephang.com service@katiephang.com |
| Jordi Guso, Esq. | on behalf of Interested Party JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Interested Party Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Interested Party JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Plaintiff JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Interested Party Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Debtor Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Interested Party Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |

| | |
|---|---|
| Jordi Guso, Esq. | on behalf of Defendant Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals International Sales Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Interested Party Berger Singerman LLP jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Intellectual Property Holdings LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Interested Party Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Debtor Rainbow Unicorn Bev LLC jguso@bergersingerman.com fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Debtor Vital Pharmaceuticals Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Debtor JHO Real Estate Investment LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Plaintiff Quash Seltzer LLC jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Jordi Guso, Esq. | on behalf of Debtor Bang Energy Canada Inc. jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com |
| Joseph A Pack | on behalf of Creditor Brendan Abbott Joe@packlaw.com Joe@ecf.courtdrive.com |
| Joseph A Pack | on behalf of Creditor Peter Fischer Joe@packlaw.com Joe@ecf.courtdrive.com |
| Joseph D Frank | on behalf of Creditor Bottling Group LLC and PepsiCo, Inc. jfrank@burkelaw.com, jkleinman@burkelaw.com;csucic@burkelaw.com |
| Joseph D Frank | on behalf of Creditor PepsiCo Inc. together with its affiliates and subsidiaries jfrank@burkelaw.com, jkleinman@burkelaw.com;csucic@burkelaw.com |
| Juan J Mendoza | on behalf of Other Professional Steven Balasiano as Liquidating Trustee of the Unsecured Creditors Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com,4808151420@filings.docketbird.com |
| Juan J Mendoza | on behalf of Creditor Committee Creditor Committee jmendoza@sequorlaw.com ngonzalez@sequorlaw.com,4808151420@filings.docketbird.com |
| Keith W. Fendrick | on behalf of Creditor Refresco Beverages US Inc keith.fendrick@hklaw.com andrea.olson@hklaw.com;joann.colon@hklaw.com;hapi@hklaw.com |
| Kenneth Scott Reynolds | on behalf of Creditor Hardrock Concrete Placement Co INC scott@sgazlaw.com |
| Kevin Michael Capuzzi | on behalf of Creditor Trinity Logistics Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Klaus Peter Muthig, I | on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |

Kyler K Burgi
    on behalf of Creditor EVOX FL Pembroke 20351 LLC kyler.burgi@davisgraham.com paige.finnell@dgslaw.com

Leonard A. Monfredo, II
    on behalf of Creditor ThermoLife International LLC lmonfredo@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

Leyza Barbara Florin
    on behalf of Creditor Committee Creditor Committee lflorin@sequorlaw.com jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Leyza Barbara Florin
    on behalf of Other Professional VPX Liquidating Trust lflorin@sequorlaw.com jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Leyza Barbara Florin
    on behalf of Interested Party The Official Committee of Unsecured Creditors lflorin@sequorlaw.com jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Leyza Barbara Florin
    on behalf of Other Professional Liquidating Trust lflorin@sequorlaw.com jdiaz@sequorlaw.com,9361209420@filings.docketbird.com

Marc A Kaufman
    on behalf of Creditor Joseph M Thomas jburnett@makaufman.com mkaufman@makaufman.com

Marc P Barmat
    on behalf of Creditor The American Bottling Company mbarmat@furrcohen.com yfernandez@furrcohen.com;staff1@furrcohen.com;barmatmr84158@notify.bestcase.com

Mark S. Roher, Esq.
    on behalf of Creditor Jasmin Williams mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Mark S. Roher, Esq.
    on behalf of Defendant David Runnebaum mroher@markroherlaw.com ECF.markroherlaw@gmail.com;ECF2.markroherlaw@gmail.com

Martin L Sandler, Esq
    on behalf of Creditor American Express National Bank and Amex TRS Co. Inc martin@sandler-sandler.com

Martin L Sandler, Esq
    on behalf of Creditor AMEX TRS Co. Inc. martin@sandler-sandler.com

Matthew F Kye
    on behalf of Creditor Mitsubishi HC Capital America Inc. mkye@kyelaw.com

Matthew G Davis
    on behalf of Creditor HACI Mechanical Contractors Inc. mdavis@pdtlegal.com, jdorta@pdtlegal.com

Matthew J Vaughn
    on behalf of Creditor City Beverage-Illinois LLC d/b/a Lakeshore Beverage mvaughn@petersonmyers.com, mjvpleadings@petersonmyers.com

Meaghan E Murphy
    on behalf of Defendant Gulfstream Aerospace Corporation mmurphy@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@melandbudwick.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com;mmurphy@ecf.courtdrive.com

Megan W Murray
    on behalf of Creditor Chestnut Hill Technologies Inc. mmurray@underwoodmurray.com, dstrand@underwoodmurray.com;mmurray@ecf.courtdrive.com;euzonwanne@underwoodmurray.com;mfarbman@underwoodmurray.com

Melissa A. Campbell
    on behalf of Creditor FONA International Inc. mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;kwilliams@bakerdonelson.com;bkcts@bakerdonelson.com

Michael D. Seese, Esq.
    on behalf of Creditor Driscoll LLP mseese@seeselaw.com, sseward@seeselaw.com

Michael I Goldberg, Esq
    on behalf of 3rd Party Plaintiff Blast Asset Acquisition LLC michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael I Goldberg, Esq
    on behalf of Defendant Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael I Goldberg, Esq
    on behalf of Creditor Monster Energy Company michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael I Goldberg, Esq
    on behalf of Interested Party Blast Asset Acquisition LLC michael.goldberg@akerman.com charlene.cerda@akerman.com

Michael Jordan Niles

District/off: 113C-0                          User: admin                          Page 11 of 15
Date Rcvd: Sep 15, 2025                   Form ID: pdf004                       Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Rainbow Unicorn Bev LLC mniles@bergersingerman.com efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff JHO Real Estate Investment LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff JHO Intellectual Property Holdings LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals International Sales Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Quash Seltzer LLC mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Debtor Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Bang Energy Canada Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael Jordan Niles | on behalf of Plaintiff Vital Pharmaceuticals Inc. mniles@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;kmarsh@bergersingerman.com |
| Michael P Dunn | on behalf of Creditor Jomast Corp. michael.dunn@dunnlawpa.com rbasnueva@dunnlawpa.com;tudani@dunnlawpa.com;lrodriguez@dunnlawpa.com |
| Michael R Dal Lago | on behalf of Creditor The Kroger Co. mike@dallagolaw.com kim@dallagolaw.com,fbravo@dallagolaw.com,fvazquez@dallagolaw.com |
| Michael R Dal Lago | on behalf of Creditor Kuckelman Torline Kirkland Inc. mike@dallagolaw.com, kim@dallagolaw.com,fbravo@dallagolaw.com,fvazquez@dallagolaw.com |
| Michael W Ullman, Esq | on behalf of Creditor The Hamilton Group (Delaware) Inc. michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;alexandra.wagener@uulaw.net;laura.lytle@uulaw.net |
| Morgan B. Edelboim, Esq. | on behalf of Attorney Dennemeyer & Associates LLC morgan@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;olivia@elrolaw.com;virginia@elrolaw.com |
| Nicole Grimal Helmstetter | on behalf of Creditor Premier Distributing Company nhelmstetter@joneswalker.com mburrow@joneswalker.com;mgreen@joneswalker.com;stobie@joneswalker.com;nicole-helmstetter-8102@ecf.pacerpro.com |
| Nir Maoz | on behalf of Defendant Orange Bang Inc. nmaoz@ktbslaw.com |
| Nir Maoz | on behalf of Creditor Orange Bang Inc. nmaoz@ktbslaw.com |
| Nir Maoz | on behalf of Interested Party Orange Bang Inc. nmaoz@ktbslaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Patricia A Redmond | on behalf of Interested Party Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Defendant Steven Panagos predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Patricia A Redmond | on behalf of Interested Party Robert Preston Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com |

Case 22-17842-PDR    Doc 2959    Filed 09/17/25    Page 12 of 18

| District/off: 113C-0 | User: admin | Page 12 of 15 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: pdf004 | Total Noticed: 1 |

Patricia A Redmond
    on behalf of Interested Party Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
    on behalf of Defendant Stephen Gray predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
    on behalf of Defendant Robert Dickinson predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond
    on behalf of Attorney Patricia A. Redmond predmond@stearnsweaver.com jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Paul Lopez
    on behalf of Interested Party 3 Pelican DR LLC pol@trippscott.com

Paul Lopez
    on behalf of Interested Party JW Owoc Enterprises  LLC pol@trippscott.com

Paul Lopez
    on behalf of Interested Party 167 Spyglass LN LLC pol@trippscott.com

Paul Lopez
    on behalf of Interested Party 120 Spyglass LN LLC pol@trippscott.com

Paul Lopez
    on behalf of Defendant JW Owoc Enterprises  LLC pol@trippscott.com

Paul Lopez
    on behalf of Defendant 167 Spyglass LN LLC pol@trippscott.com

Paul Lopez
    on behalf of Defendant 120 Spyglass LN LLC pol@trippscott.com

Paul Lopez
    on behalf of Interested Party JWO Real Estate Investment II  LLC pol@trippscott.com

Paul Lopez
    on behalf of Defendant 3 Pelican DR LLC pol@trippscott.com

Paul Lopez
    on behalf of Defendant Glenn Waldman as Receiver for Tropical Sunset 117  LLC pol@trippscott.com

Paul Lopez
    on behalf of Interested Party Glenn Waldman as Receiver for Tropical Sunset 117  LLC pol@trippscott.com

Paul Lopez
    on behalf of Interested Party JWO Real Estate Investment I  LLC pol@trippscott.com

Paul Lopez
    on behalf of Defendant JWO Real Estate Investment II  LLC pol@trippscott.com

Paul Lopez
    on behalf of Defendant JWO Real Estate Investment I  LLC pol@trippscott.com

Peter E. Shapiro
    on behalf of Creditor Briar's USA  Inc. pshapiro@shapirolawpa.com, shapiro.peterr101923@notify.bestcase.com

Peter H Levitt, Esq
    on behalf of Creditor Truist Bank plevitt@shutts-law.com  sboisvert@shutts.com

Peter J Klock
    on behalf of Plaintiff VPX Liquidating Trust pklock@bastamron.com  jmiranda@bastamron.com;eService@bastamron.com

Peter J Klock
    on behalf of Other Professional Steven Balasiano as Liquidating Trustee of the Unsecured Creditors Committee pklock@bastamron.com  jmiranda@bastamron.com;eService@bastamron.com

Peter J Klock
    on behalf of Other Professional VPX Liquidating Trust pklock@bastamron.com jmiranda@bastamron.com;eService@bastamron.com

Philip W Crawford
    on behalf of Creditor EFL Global pcrawford@gibbonslaw.com

Philip W Crawford
    on behalf of Creditor EFL Global Logistics Canada  Ltd. pcrawford@gibbonslaw.com

Phillip M. Hudson III
    on behalf of Creditor Chubb Companies pmhudson@duanemorris.com

|   |   |
|---|---|
|  | gagosto@duanemorris.com;mlswing@duanemorris.com;AutoDocketMIA@duanemorris.com;LKaufman@duanemorris.com |
| Ralph W. Confreda, Jr | on behalf of Creditor Balboa Capital Corporation rconfreda@hinshawlaw.com alozada@mcglinchey.com |
| Richard J Bernard, Esq. | on behalf of Creditor Prologis Targeted U.S. Logistics Fund L.P. richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Interested Party Faegre Drinker Biddle & Reath LLP richard.bernard@faegredrinker.com |
| Richard J Bernard, Esq. | on behalf of Creditor Duke Secured Financing 2009-1PAC LLC richard.bernard@faegredrinker.com |
| Robert C Furr, Esq | on behalf of Creditor The American Bottling Company ltitus@furrcohen.com atty_furrcohen@bluestylus.com;staff1@furrcohen.com;FurrRR84158@notify.bestcase.com;yfernandez@furrcohen.com |
| Robert F. Reynolds | on behalf of Defendant John H. Owoc rreynolds@robertreynoldspa.com |
| Robert F. Reynolds | on behalf of Defendant Sheridan Real Estate Investment A LLC rreynolds@robertreynoldspa.com |
| Robert F. Reynolds | on behalf of Defendant Sheridan Real Estate Investment C LLC rreynolds@robertreynoldspa.com |
| Robert F. Reynolds | on behalf of Defendant Megan Elizabeth Owoc rreynolds@robertreynoldspa.com |
| Robert F. Reynolds | on behalf of Defendant Sheridan Real Estate Investment B LLC rreynolds@robertreynoldspa.com |
| Robert F. Reynolds | on behalf of Defendant JHO GA-1 Investment LLC rreynolds@robertreynoldspa.com |
| Robert F. Reynolds | on behalf of Defendant JHO NV-1 Investment LLC rreynolds@robertreynoldspa.com |
| Robert F. Reynolds | on behalf of Defendant Elite Island LLC rreynolds@robertreynoldspa.com |
| Robert P. Charbonneau, Esq. | on behalf of Creditor Stellar Group Inc. rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Graphic Packaging International LLC rbruckmann@shumaker.com, celgin@shumaker.com |
| Ronald D. P. Bruckmann | on behalf of Creditor Ardagh Metal Packaging USA Corp. rbruckmann@shumaker.com celgin@shumaker.com |
| Ronald M Emanuel, Esq | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ron.emanuel@emzwlaw.com kory.luciano@emzwlaw.com;eservice@emzwlaw.com |
| Rudy J Cerone | on behalf of Creditor Balboa Capital Corporation rcerone@mcglinchey.com lgraff@mcglinchey.com |
| Ryan H Lehrer | on behalf of Interested Party 120 Spyglass LN LLC rhl@trippscott.com sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | on behalf of Defendant Glenn Waldman as Receiver for Tropical Sunset 117 LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | on behalf of Defendant 3 Pelican DR LLC rhl@trippscott.com sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | on behalf of Defendant JW Owoc Enterprises LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | on behalf of Interested Party Glenn Waldman as Receiver for Tropical Sunset 117 LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | on behalf of Interested Party JW Owoc Enterprises LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | on behalf of Defendant 120 Spyglass LN LLC rhl@trippscott.com sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer |  |

| | |
|---|---|
| | on behalf of Defendant 167 Spyglass LN LLC rhl@trippscott.com sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | |
| | on behalf of Defendant JWO Real Estate Investment II LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | |
| | on behalf of Interested Party 167 Spyglass LN LLC rhl@trippscott.com sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | |
| | on behalf of Defendant JWO Real Estate Investment I LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | |
| | on behalf of Interested Party JWO Real Estate Investment I LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | |
| | on behalf of Interested Party 3 Pelican DR LLC rhl@trippscott.com sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Ryan H Lehrer | |
| | on behalf of Interested Party JWO Real Estate Investment II LLC rhl@trippscott.com, sxc@trippscott.com;HBB@TRIPPSCOTT.COM |
| Sara F. Holladay | |
| | on behalf of Interested Party Brown Distributing Company LLC sholladay@mcguirewoods.com, flservice@mcguirewoods.com |
| Sara F. Holladay | |
| | on behalf of Interested Party Hoffman Beverage Company Inc. sholladay@mcguirewoods.com, flservice@mcguirewoods.com |
| Sara F. Holladay | |
| | on behalf of Interested Party Virginia Eagle Distributing Company LLC sholladay@mcguirewoods.com, flservice@mcguirewoods.com |
| Scott Andron | |
| | on behalf of Creditor Broward County sandron@broward.org swulfekuhle@broward.org |
| Scott D Knapp | |
| | on behalf of Creditor Nelson Mullins Riley & Scarborough LLP scott.knapp@nelsonmullins.com, traci.lewis@nelsonmullins.com |
| Scott W Spradley | |
| | on behalf of Creditor AMEX TRS Co. Inc. scott.spradley@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com |
| Scott W Spradley | |
| | on behalf of Creditor American Express National Bank and Amex TRS Co. Inc scott.spradley@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com |
| Stephanie C Lieb | |
| | on behalf of Creditor Great Bay Distributors Inc slieb@trenam.com mmosbach@trenam.com,amatos@trenam.com,slieb@ecf.courtdrive.com,amatos@ecf.courtdrive.com,mmosbach@ecf.courtdrive.com |
| Steven R Safra | |
| | on behalf of Creditor Cole Scott & Kissane, P.A. Steven.Safra@csklegal.com, maria.montenegro@csklegal.com |
| Steven J. Solomon, Esq. | |
| | on behalf of Creditor ThermoLife International LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | |
| | on behalf of Creditor Krier Foods Inc. steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | |
| | on behalf of Creditor Steven J. Solomon Fiesta Warehousing & Distribution steven.solomon@gray-robinson.com Ana.Marmanillo@gray-robinson.com |
| Steven J. Solomon, Esq. | |
| | on behalf of Plaintiff ThermoLife International LLC steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com |
| Stuart F Wilson-Patton | |
| | on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov |
| Stuart F Wilson-Patton | |
| | on behalf of Creditor TN Dept of Human Services stuart.wilson-patton@ag.tn.gov |
| Thomas L Abrams | |
| | on behalf of Creditor EASTGROUP Properties L.P. tabrams@tabramslaw.com, fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com |
| Thomas W. Tierney | |
| | on behalf of Creditor Pettit Kohn Ingrassia Lutz & Dolin ttierney@rosswayswan.com kkelly@rosswayswan.com |
| Veronica McCarty | |
| | on behalf of Creditor ThermoLife International LLC veronica.mccarty@saul.com, dlflitparas@devlinlawfirm.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 15 of 15 |
| Date Rcvd: Sep 15, 2025 | Form ID: pdf004 | Total Noticed: 1 |

Veronica McCarty
    on behalf of Plaintiff ThermoLife International  LLC veronica.mccarty@saul.com, dlflitparas@devlinlawfirm.com

Veronica M Rabinowitz
    on behalf of Special Counsel David M Levine vrabinowitz@sfl-law.com
    vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Veronica M Rabinowitz
    on behalf of Special Counsel David Levine vrabinowitz@sfl-law.com
    vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com

Zach B Shelomith
    on behalf of Creditor All Brands Distribution  LLC zbs@lss.law,
    info@lss.law;alt@lss.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com

TOTAL: 317



**ORDERED in the Southern District of Florida on September 15, 2025.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*[1] | Case No.: 22-17842-PDR |
| Debtors. | (Jointly Administered) |
| _____/ | |

**ORDER GRANTING LIQUIDATING TRUSTEE'S RENEWED MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 (I) APPROVING SETTLEMENT AGREEMENT BETWEEN LIQUIDATING TRUST, STAG DEVELOPMENT, LLC, SHAW INVESTMENTS & REALTY, INC., JONATHAN W. OWOC, BRANDEN SHAW, JW OWOC ENTERPRISES, LLC, AND GLENN WALDMAN, AS RECEIVER FOR TROPICAL SUNSET 117, LLC AND (II) GRANTING RELATED RELIEF**

---

[1] The address of the debtors in the above-captioned cases (the "Debtors") is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

1

4900-3781-1304, v. 1

**THIS CAUSE** having come before the Court via hearing on September 11, 2025 at 2:00 p.m., upon *Liquidating Trustee's Renewed Motion for Entry of an Order Pursuant to Bankruptcy Rule 9019 (I) Approving Settlement Agreement Between Liquidating Trust, Stag Development, LLC, Shaw Investments & Realty, Inc., Jonathan W. Owoc, Branden Shaw, JW Owoc Enterprises, LLC, and Glenn Waldman, as Receiver for Tropical Sunset, LLC, and (II) Granting Related Relief* (ECF No. 2948) (the "Motion"),[2] and the Court, having heard argument from the Liquidating Trustee's counsel, the Stag Defendants' counsel,[3] Glenn Waldman's counsel, Jack Owoc, and Megan Owoc, having reviewed the Motion, and the settlement agreement attached as Exhibit "A" to the Motion (the "Settlement Agreement" or the "Agreement"), and having noted that no objections were filed; finding that the settlement subject of the Motion meets the criteria set forth in *In re Justice Oaks II. Ltd*., 898 F.2d 1544 (11th Cir. 1990); and for reasons stated on the record and incorporated herein by reference; it is

**ORDERED** as follows:

1. For the reasons set forth in the Motion and stated on the record, which are incorporated herein by reference, the Motion is **GRANTED**.

2. The compromise and settlement is approved in its entirety on the terms and conditions set forth in the Settlement Agreement attached as Exhibit "A" to the Motion, which terms and conditions are incorporated herein by reference.

3. The Confirmation Order is hereby modified to the extent necessary to effectuate the Settlement and the Settlement Agreement.

---

[2] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.
[3] The Stag Defendants include Stag Development, LLC, Shaw Investments & Realty, Inc., Jonathan W. Owoc, Branden Shaw, and JW Owoc Enterprises, LLC.

4. This Court shall retain personal and subject matter jurisdiction to implement, interpret and enforce the terms and conditions of the Settlement and adjudicate any and all disputes arising from, or related to, the Settlement.

###

<u>Submitted by:</u>
BAST AMRON LLP
Brett M. Amron (FBN 0148342)
Peter J. Klock, II (FBN 103915)
One Southeast Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: (305) 379-7904
Email: bamron@bastamron.com
Email: pklock@bastamron.com

-and-

LOWENSTEIN SANDLER LLP
Jeffrey L. Cohen, Esq.
Eric Chafetz, Esq.
Michael A. Kaplan, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: mkaplan@lowenstein.com

Copies to:
*Attorney Klock shall serve this Order on all interested parties and file a certificate of service reflecting same.*