UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:
VITAL PHARMACEUTICALS, INC., et al.,   Case No. 22-17842 (PDR)
                                        (Jointly Administered) Ch 11
Debtors.
_____/

VPX LIQUIDATING TRUST, by and through its
Liquidating Trustee,                    Adv. Pro. No. 24-01009
(PDR)

Plaintiff,
v.
JOHN H. OWOC, MEGAN ELIZABETH
OWOC, JONATHAN W. OWOC, BRANDEN
SHAW, DAVID RUNNEBAUM, JWO REAL
ESTATE INVESTMENT I, LLC, JWO REAL
ESTATE INVESTMENT II LLC, JW OWOC
ENTERPRISES, LLC, 167 SPYGLASS LN
LLC, 120 SPYGLASS LN LLC, 3 PELICAN DR
LLC, TROPICAL SUNSET 117 LLC, STAG
DEVELOPMENT LLC, SHAW
INVESTMENTS & REALTY, INC., ELITE
ISLAND LLC, JHO GA-1 INVESTMENT,
LLC, JHO NV-1 INVESTMENT LLC,
SHERIDAN REAL ESTATE INVESTMENT A,
LLC, SHERIDAN REAL ESTATE
INVESTMENT B, LLC, and SHERIDAN REAL
ESTATE INVESTMENT C, LLC,
Defendants.
_____/

### EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Comes now Joel Aresty, attorney of record for Defendants in this matter, and respectfully requests leave to withdraw, and as grounds therefore would show the Court:

      Undersigned appeared as counsel for Defendants
      John H Owoc, Megan Owoc

      Sheridan Real Estate Investment A, LLC,
      Sheridan Real Estate Investment B, LLC,
      Sheridan Real Estate Investment C, LLC,
      Elite Island, LLC,
      JHO GA-I Investment LLC,
      and JHO NV-I Investment LLC,

In accordance with R. Regul. FL. Bar 4-1.16 (b) undersigned moves to withdraw from representing defendants because:

1.    There have arisen irreconcilable differences between the defendants and the undersigned.

2.    Due to the irreconcilable differences which have arisen between the undersigned and his clients, the undersigned will be unable to effectively and properly continue representing the clients.

3.    The undersigned has given his clients the written notice of this intention to withdraw prior to submitting this request to the Court, and as shown by the this certificate:

a.    In accordance therewith, the undersigned certifies Defendants were further informed under the above Rule that the Court retains jurisdiction of this matter;

b.    Defendants have the burden of keeping the Court informed of their current address for the service of notices, pleadings, or other papers;

c.    Defendants have the obligation to prepare to go forward with their case or to hire other counsel to handle their case; and if they fail or refuse to meet those obligations, may suffer adverse consequences including the entry of judgment against them.

d.    Defendants have been served with this motion pursuant to Bankruptcy Rule 7004(b)(9) at such other address as the debtor may designate in a filed writing; the motion is expedited to give defendants more time to obtain counsel.

Wherefore, the undersigned respectfully requests that an Order be entered permitting him to withdraw as attorney of record for Defendants.

    Date            1/28/26

Respectfully submitted,

>JOEL M. ARESTY, P.A.
>Board Certified
>Business Bankruptcy Law
>Counsel for Defedants
>309 1st Ave S
>Tierra Verde, FL 33715
>Fax: 1-800-559-1870
>Phone: (305) 904-1903
>Aresty@Mac.com
>By:/s/ Joel M. Aresty, Esq
>Fla. Bar No. 197483

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and sent via ECF and email on the Defendants.

>/s/   Joel M. Aresty
>Joel Aresty